```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│              CIVIL DOCKET ENTRIES FOR CASE A04-0112--CV (JWS)           │
│              "VALERIE ROUNTREE ET AL V CHING FENG BLINDS ET"            │
├─────────────────────────────────────────────────────────────────────────┤
│           Including terminated parties, excluding terminated counsel    │
└─────────────────────────────────────────────────────────────────────────┘
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 05/25/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (2) Citizen of Another State

   Nature of Suit: (365) Personal injury - product liability

           Origin: (1) Original Proceeding
           Demand: 100
       Filing fee: Paid $150.00 on 05/25/04 receipt # 00123239
         Trial by: Jury
```

Parties of Record:                               Counsel of Record:

PLF 1.1            ROUNTREE, VALERIE                Charles W. Ray Jr
                                                   711 H Street, Suite 310
                                                   Anchorage, AK 99501
                                                   907-274-4839
                                                   FAX 907-277-9414

                                                   Don Bauermeister
                                                   Burke & Bauermeister
                                                   921 W. 6th Avenue, Suite 200
                                                   Anchorage, AK 99501
                                                   907-277-6177
                                                   FAX 907-277-6111

PLF 2.1            COX, APRIL LYNN, THE ESTATE OF   Charles W. Ray Jr
                                                   (see above)

                                                   Don Bauermeister
                                                   (see above)

PLF 3.1            SCHEDIWY, MORGAN                 Charles W. Ray Jr
                                                   (see above)

                                                   Don Bauermeister
                                                   (see above)

PLF 4.1            ROUNTREE, VALERIE                Charles W. Ray Jr
                                                   (see above)

                                                   Don Bauermeister
                                                   (see above)

PLF 5.1            COX, CHRISTOPHER                 Charles W. Ray Jr
                                                   (see above)

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│           CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0112--CV (JWS)    │
│                 "VALERIE ROUNTREE ET AL V CHING FENG BLINDS ET"         │
├─────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel │
└─────────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| | | | Don Bauermeister<br>(see above) |
| DEF 1.1 | [T] | CHING FENG LTD | No counsel found for this party! |
| DEF 1.2 | | CHING FENG BLINDS INDUSTRY CO LTD | Daniel T. Quinn<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501<br>907-276-5727<br>FAX 907-276-2953 |
| DEF 2.1 | [T] | JENCRAFT CORP | No counsel found for this party! |
| DEF 3.1 | | WAL-MART STORES INC | William A. Earnhart<br>Lane Powell et al<br>301 W. Northern Lights, #301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |
| DEF 4.1 | | WINDOW COVERING MANUFACTURERS ASSOC | Donald C. Thomas<br>Delaney Wiles et al<br>1007 W. 3rd Avenue, Suite 400<br>Anchorage, AK 99501<br>907-279-3581<br>FAX 907-277-1331<br><br>Michael Weiss<br>King & Spalding<br>191 Peachtree Street<br>Atlanta, GA 30303-1763 |

```
                        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                            CIVIL DOCKET ENTRIES FOR CASE A04-0112--CV (JWS)
                              "VALERIE ROUNTREE ET AL V CHING FENG BLINDS ET"

                                            For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/25/04
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (2) Citizen of Another State

     Nature of Suit: (365) Personal injury - product liability

             Origin: (1) Original Proceeding
             Demand: 100
         Filing fee: Paid $150.00 on 05/25/04 receipt # 00123239
           Trial by: Jury


 Document #   Filed      Docket text
 ──────────   ─────      ───────────
      1 -  1  05/25/04   Complaint filed; Summons issued.

      2 -  1  05/26/04   PLF 1-5 Jury Demand.

      3 -  1  08/02/04   JWS Minute Order that plf file returns of svc on defs served & proceed
                         to comply w/FRCvP 4(m). cc: cnsl

   NOTE -  1  08/23/04   Issued: summons re: DEF 3.

      4 -  1  09/02/04   JWS Minute Order directing plf to file proof of svc on all defs by 120
                         days from filing of cmplt or case will be dism. cc: cnsl

      5 -  1  09/02/04   PLF 1-5 Return of Service Executed re: DEF 4 on 8/24/04 & DEF 3 on
                         8/25/04.

   NOTE -  2  09/03/04   Issued: summons re: DEF 5.

      6 -  1  09/03/04   PLF 1-5 Complaint (Amended).

      7 -  1  09/03/04   DEF 3 Attorney Appearance of William A. Earnhart (LANE).

      8 -  1  09/03/04   DEF 3 Jury Demand.

      9 -  1  09/09/04   DEF 4 motion to dismiss for lack of personal jurisdiction.

     10 -  1  09/10/04   DEF 4 Errata re: DEF 4 motion to dismiss for lack of personal
                         jurisdiction (9-1) w/att exh.

     11 -  1  09/15/04   DEF 3 Answer to 1st Amended Complaint.

     12 -  1  09/15/04   PLF 1-5; DEF 4 Stipulation for extension of time until 10/22/04 to file
                         opposition to motion to dismiss.

     12 -  2  09/16/04   Order approving stip for ext of time until 10/22/04 to file oppo to mot
                         to dismiss (12-1). cc: cnsl

     13 -  1  09/17/04   PLF 1-5 motion to not dismiss the complaint against Jencraft for lack of
                         service and to allow an additional 90 days to effect service by
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0112--CV (JWS)
                         "VALERIE ROUNTREE ET AL V CHING FENG BLINDS ET"

                                      For all filing dates
```

```
Document #    Filed      Docket text
----------    --------   -----------
                         obtaining permission to serve Jencraft from the U.S. Bankruptcy Court in
                         Texas.

  13 -   2    09/17/04   PLF 1-5 Notice regarding service of summons on Def Jencraft Corp.

  14 -   1    09/17/04   PLF 1-5 Return of Service Executed DEF 5 on 9/17/04.

  15 -   1    09/21/04   PLF 1-5 Notice of filing original aff of svc of summons and complaint on
                         DEF  5 on 9/17/04.

  13 -   3    09/24/04   JWS Order granting motion to not dismiss the complaint against Jencraft
                         for lack of service and (13-1).  cc: cnsl

  16 -   1    10/22/04   PLF 1; DEF 4 Stipulation for extension of time until 10/25/04 for
                         plaintiff to file opposition to motion to dismiss.

  16 -   2    10/25/04   Order approving stip for ext of time until 10/25/04 for plf to file oppo
                         to mot to dismiss (16-1). cc: cnsl

  17 -   1    10/25/04   PLF 1-5 opposition to DEF 4 motion to dismiss for lack of personal
                         jurisdiction (9-1) w/att aff & exhs.

  18 -   1    10/29/04   JWS Minute Order that plf require an ans or apply for dft re: DEF 1 w/i
                         20 days. cc: cnsl

  19 -   1    10/29/04   PLF 1-5; DEF 3-4 Stipulation that DEF 4 have until 11/12/04 to file
                         reply to motion to dismiss.

  19 -   2    11/01/04   Order approving stip that DEF 4 have until 11/12/04 to file reply to
                         motion to dismiss (19-1). cc: cnsl

  20 -   1    11/12/04   DEF 4 reply to opposition to DEF 4 motion to dismiss for lack of
                         personal jurisdiction (9-1).

  21 -   1    12/02/04   PLF 1-5 Notice re: DEF 1.

  22 -   1    12/02/04   DEF 1 Attorney Appearance of D.Quinn.

  23 -   1    12/16/04   PLF 1-5 Notice of dismissal of DEF 2 before ans.

  24 -   1    12/22/04   JWS Order re: mot to dismiss @ dkt 9; plfs to brf the crt on cause of
                         action against DEF 4 by 1/14/05; DEF 4 has until 1/21/05 to respond; no
                         reply brf to be fld. cc: cnsl

  25 -   1    01/06/05   DEF 1 Answer to First Amended Complaint.

  26 -   1    01/07/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

  27 -   1    01/07/05   DEF 1 Answer (Amended) to first amended complaint.

  28 -   1    01/14/05   PLF 1-5 brf re: cause of action against WCMA re: DEF 4 motion to dismiss
                         for lack of personal jurisdiction (9-1).

  29 -   1    01/21/05   DEF 4 Response re: DEF 4 motion to dismiss for lack of personal
                         jurisdiction. (9-1).

  30 -   1    02/04/05   Stipulation & joint mot to extend time for submitting S&P conference
                         report.
```

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CIVIL DOCKET ENTRIES FOR CASE A04-0112--CV (JWS)
                            "VALERIE ROUNTREE ET AL V CHING FENG BLINDS ET"

                                       For all filing dates
```

```
Document #    Filed        Docket text

   30 -   2   02/09/05     JWS Order approving stip & joint mot to extend time for submitting S&P
                           conf rpt (30-1); conf to occur on or before 2/18/05; rpt due w/i 5
                           business days of conf. cc: cnsl

   31 -   1   02/10/05     JWS Order denying motion to dismiss for lack of personal jurisdiction
                           (9-1). cc: cnsl

   32 -   1   02/17/05     DEF 4 motion for reconsideration of its motion to dismiss for lack of
                           personal jurisdiction w/att exh.

   33 -   1   02/18/05     JWS Minute Order plf shall file a response to the motion for
                           reconsideration at dkt 32 w/in 10 days from the date of this order. No
                           reply shall be filed unless requested by the court.  cc: cnsl

   34 -   1   02/18/05     PLF 1-5; DEF 1; 3-4 Scheduling & Planning Report.

   35 -   1   02/28/05     PLF 1-5 opposition (response) to DEF 4 motion for reconsideration of its
                           motion to dismiss for lack of personal jurisdiction (32-1).

   36 -   1   03/01/05     JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                           02/10/06; dispositive mots ddln 03/10/06; 8 day TBJ estimate. cc: cnsl

   37 -   1   03/23/05     JWS Minute Order denying mot for reconsideration of its mot to dismiss
                           for lack of personal juri (32-1). cc: cnsl

   38 -   1   04/18/05     DEF 4 motion for extension of time to file Rule 26(a)(1) disclosures &
                           preliminary witness list.

   39 -   1   04/19/05     PLF 1-5 non-opposition to DEF 4 motion for extension of time to file
                           Rule 26(a)(1) disclosures & preliminary witness list (38-1).

   40 -   1   04/20/05     DEF 4 motion for certification of appeal re: rulings on mots at dkt # 9
                           & 32.

   41 -   1   04/21/05     DEF 3 non-opposition to DEF 4 mot for ext of time to file Rule 26(a)(1)
                           disclosures & preliminary wit list (38-1).

   42 -   1   04/26/05     JWS Order granting mot for ext of time until 5/18/05 to file Rule
                           26(a)(1) disclosures & preliminary wit lists (38-1).  cc: cnsl

   43 -   1   05/05/05     PLF 1-5 opposition to DEF 4 motion for certification of appeal re:
                           rulings on mots at dkt # 9 & 32 (40-1).

   44 -   1   05/13/05     DEF 4 reply to opposition to DEF 4 motion for certification of appeal
                           re: rulings on mots at dkt # 9 & 32 (40-1).

   45 -   1   05/17/05     DEF 1 Rule 7.1 Disclosure Statement.

   46 -   1   05/20/05     JWS Minute Order denying motion for certification of appeal (40-1).  cc:
                           cnsl, Appeals clerk

   47 -   1   06/08/05     DEF 4 Answer to Complaint.

   48 -   1   07/05/05     DEF 4 motion for admission pro hac vice of M. Wiess w/att exh.

   49 -   1   07/06/05     PLF 1-5 non-opposition to DEF 4 motion for admission pro hac vice of M.
                           Wiess (48-1).
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0112--CV (JWS)
                      "VALERIE ROUNTREE ET AL V CHING FENG BLINDS ET"

                                        For all filing dates
```

```
Document #    Filed      Docket text

   50 -   1   07/07/05   JWS Minute Order granting motion for admission pro hac vice of M. Wiess
                         (48-1). cc: cnsl, M. Weiss

   51 -   1   09/22/05   PLF 1-5; DEF 1; 3-4 Stipulation to extend time until 12/9/05 for
                         identification of experts & exchange of expert rpts.

   52 -   1   09/26/05   RRB Order approving stip to extend time until 12/9/05 for identification
                         of experts & exchange expert rpts (51-1). cc: cnsl

   53 -   1   10/31/05   PLF 1-5 motion to permit withdrawal of admissions w/att memo, aff &
                         exhs.

   54 -   1   11/18/05   DEF 4 opposition to PLF 1-5 motion to permit withdrawal of admissions
                         (53-1).

   55 -   1   11/28/05   PLF 1-5 reply to opposition to PLF 1-5 motion to permit withdrawal of
                         admissions (53-1).
```