FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -9 PM 4:17

Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave. Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>Plaintiffs,<br><br>vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD.; WAL-MART STORES, INC.; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>Defendants. | Case No. A04-0112 CV (JWS)<br><br><br><br><br>NOTICE OF JOINT REQUEST TO EXTEND DISCOVERY |

COMES NOW the parties in the above-styled action, and respectfully moves the Court as follows:

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

59

1.

The parties, through their respective lawyers of record, respectfully request that the Court allow them to amend the present Scheduling Order to extend the date for completion of discovery and the corresponding dates to disclose expert witnesses and preliminary witness lists.

2.

The parties wish to amend the present Scheduling Order for several reasons: confusion or doubt about the involvement of named defendants in the manufacture and sale of the window blinds involved in this incident; communication difficulties, particularly relating to the Taiwanese defendant Ching Feng Blinds Industry Co., Ltd.,; the Atlanta, Arkansas or other venues outside Alaska; identification and arrangement of appropriate deponents on a number of topics pursuant to Fed. R. Civ. P. 30(b)(6), and the virtual impossibility of exchanging expert reports due to the foregoing.

3.

Accordingly, the parties wish to amend the existing Scheduling Order so that section 4(B) requires all discovery to be commenced in time to be completed by June 11, 2006; section 4((D) requires expert reports be due 90 days before the new close of discovery, or March 11, 2006; and section 4(F) requires final witness lists be served 45 days prior to the new close of discovery, or April 28, 2005.

4.

A draft Amended Scheduling Order, with the proposed changes indicated in boldface type, is attached to this Motion as Exhibit A.

WHEREFORE, the parties respectfully request that the Court amend the present Scheduling Order so that section 4(B) requires all discovery to be commenced in time to be

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

completed by June 11, 2006; section 4((D) requires expert reports be due 90 days before the new close of discovery, or March 11, 2006; and section 4(F) requires final witness lists be served 45 days prior to the new close of discovery, or April 28, 2005.

Submitted this 9th day of December, 2005, at Anchorage, Alaska.

LAW OFFICES OF CHARLES W. RAY, JR., P.C.
Attorneys for Plaintiffs

*(signature)*
Charles W. Ray, Jr.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys For Defendant Window
Covering Manufacturers Association

*(signature)*
Donald C. Thomas

LANE POWELL SPEARS LUBERSKY, LLP
Attorneys for Defendant Wal-Mart Stores, Inc.

*(signature)*
William A. Earnhart

RICHMOND & QUINN
Attorneys for Defendant Ching Feng Blinds
Industry Co., Ltd.

*(signature)*
Daniel T. Quinn

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave. Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and; WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>    Defendants. | Case No. A04-0112 CV (JWS)<br><br><br><br><br><br><br><br><br><br><br><br>SECOND SCHEDULING AND PLANNING CONFERENCE REPORT |

1. **Meeting**. In accordance with F.R.Civ.P.26(f), a conference was held by pone and via e-mail during the end of November and early December 2005 and was attended by:

  Charles W. Ray, Jr.  Attorney for all plaintiffs

EXHIBIT A

Page 1 of 6

| | |
|---|---|
| William A. Earnhart | Attorney for Defendant Wal-Mart Stores, Inc. |
| Donald C. Thomas and Michael Weiss | Attorneys for Defendants Window Covering Manufacturers Association |
| Daniel T. Quinn | Attorney for Defendant Ching Feng Blinds Industry Co., Ltd. |

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P.26(a)(1):

<u>X</u>   have been exchanged by the parties

___   will be exchanged by the parties by _____

Proposed changes to disclosures requirements: None.

Preliminary witness lists:

<u>X</u>   have been exchanged by the parties

___   will be exchanged by the parties by _____.

3. **Contested Issues of Fact and Law.** Preliminary, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

   a. Whether the subject blinds were manufactured by Ching Feng;

   b. Whether the subject blinds were sold by Wal-Mart;

   c. Whether the court has jurisdiction over WCMA;

   d. Whether the subject blinds were in any way defective;

   e. Fault-based liability, including negligence, comparative negligence, and recklessness;

   f. Extent of WCMA's duty, if any, to plaintiffs; and

   g. Damages.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues: <u>see no. 3 above.</u>

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

EXHIBIT <u>A</u>

B. **All discovery commenced in time to be completed by <u>June 11, 2006</u> ("discovery close date").**

C. Limitations to Discovery.

 1. Interrogatories

  <u>X</u> No change from F.R.Civ.P.33(a)

  ___ Maximum of ___ by each party to any other party. Responses due in ___ days.

 2. Requests for Admissions.

  <u>X</u> No change from F.R.Civ.P.33(a)

  ___ Maximum of ___ by each party to any other party. Responses due in ___ days.

 3. Depositions.

  <u>X</u> No change from F.R.Civ.P.33(a)

  ___ Maximum of ___ depositions by each party. Depositions not to exceed ___ hours unless agreed by all parties.

D. **Reports from retained experts.**

 ___ **Not later than 90 days before the close of discovery subject to F.R.Civ.P.26(a)(2)(c).**

  <u>X</u> **Reports due: <u>90 days before the close of discovery, or March 11, 2006, for all parties.</u>**

  From plaintiff ___  From defendant ___

E. Supplementation of disclosures and discovery responses are to be made:

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

EXHIBIT __A__
Page __3__ of __6__

  __X__ Periodically at <u>30-day</u> intervals from the entry of scheduling and planning order.

  ____ As new information is acquired, but not later than 60 days before the close of discovery.

F. **A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:**

  __X__ **45 days prior to the close of discovery, or April 28, 2006.**

  ____ Not later than ____

5. **Pretrial Motions.**

  ____ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak.LR 16.1(c). [Check and complete all that apply]

  __X__ Motions amend pleadings or add parties to be filed not later than <u>May 15, 2005</u>.

  __X__ Motions under the discovery rules must be filed not later than <u>30 days following the close of discovery.</u>

  __X__ Motions in limine and dispositive motions must be filed not later than <u>30 days following the close of discovery.</u>

6. **Other Provisions**.

  A. __X__ The parties do not request a conference with the court before entry of the scheduling order.

    ____ The parties request a scheduling conference with the court on the following issues:

  B. Alternate Dispute Resolution. [D.Ak. LR 16.2]

EXHIBIT __A__
Page __4__ of __6__

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

   ___ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   _X_ The parties will file a request for alternative dispute resolution not later than <u>30 days after the close of discovery</u>.

    ___ Mediation    ___ Early Neutral Evaluation

 C. The parties ___ do _X_ not consent to trial before a magistrate judge.

 D. Compliance with the Disclosure Requirements of F.R.Civ. 7.1.

   _X_ All parties required to comply have complied, except Defendant Ching Feng, which will comply on or before April 18, 2005.

   ___ Compliance not required by any party.

7. **Trial**.

 A. The matter will be ready for trial:

   _X_ 45 days after the discovery close date.

   ___ not later than ___.

 B. This matter is expected to take _10_ days to try.

 C. Jury Demanded _X_ Yes ___ No

  Right to jury trial disputed? ___ Yes _X_ No

DATED this 9th day of December, 2005.

       LAW OFFICES OF CHARLES W. RAY, JR., P.C.
       Lawyer for All Plaintiffs

       By _/s/ Charles W. Ray_
       Charles W. Ray, Jr. ABA# 8406048

EXHIBIT _A_
Page _5_ of _6_

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

DATED this 9th day of December, 2005.

        LANE POWELL SPEARS LUBERSKY
        Attorneys for Defendant Wal-Mart Stores, Inc.

        By_____
        William A. Earnhart    ABA# 9411099

DATED this 9th day of December, 2005.

        DELANEY, WILES, HAYES, GERETY,
        ELLIS & YOUNG
        Attorneys for Defendant Window Covering
          Manufacturer's Association

        By_____
        Donald C. Thomas    ABA# 8506085

DATED this 9th day of December, 2005.

        RICHMOND & QUINN
        Attorneys for Defendant Ching Feng Blinds Industry
        Co., Ltd.

        By_____
        Daniel T. Quinn    ABA# 8211141

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

EXHIBIT A
Page 6 of 6