## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

**FILED DEC 16 2005**
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ___ Deputy

<u>VALERIE ROUNTREE, et al.</u>  v.  <u>CHING FENG BLINDS INDUSTRY CO., LTD., et al.</u>

THE HONORABLE JOHN W. SEDWICK        CASE NO. <u>A04-0112 CV (JWS)</u>

<u>Deputy Clerk</u>                    <u>Official Recorder</u>

<u>Pam Richter</u>                     _____

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The joint motion at docket 59 is **GRANTED** as follows:

1.  Discovery shall be conducted so as to be concluded by June 12, 2006.

2.  Expert reports shall be exchanged by March 13, 2006.

3.  Final witness lists shall be filed by April 28, 2006.

4.  The deadlines for discovery and dispositive motions shall be July 14, 2006.


DATE: <u>December 16, 2005</u>

ENTERED AT JUDGE'S DIRECTION
INITIALS: <u>prr</u>
Deputy Clerk

A04-0112--CV (JWS)   12-16-05

D. QUINN (RICHMOND)         W. EARNHART (LANE)
C. RAY JR (RAY)             D. BAUERMEISTER
D. THOMAS (DELANEY)



60