Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

RECEIVED
JAN 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>                    Defendants. | Case No. A04-0112 CV (JWS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>STIPULATION FOR<br>EXTENSION OF TIME |

Stipulation for Extension of Time
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 1 of 3                      Rountree 311.1 Stip.ext

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Plaintiffs and Defendant Wal-Mart Stores, Inc., through their respective counsel of record, stipulate and agree that Plaintiffs shall have until 20 January 2006 to file an opposition to Wal-Mart Stores, Inc.'s Motion for Summary Judgment.

DATED this 6th day of January, 2006.

> LAW OFFICES OF CHARLES W. RAY, JR., P.C.
> Lawyer for Plaintiffs
>
> By _____
> Charles W. Ray, Jr.
> ABA# 8406048

DATED this 6th day of January, 2006.

> LANE POWELL SPEARS LUBERSKY, LLC
> Counsel for Defendant Wal-Mart Stores, Inc.
>
> By _____
> William A. Earnhart
> ABA# 9411099

## ORDER

IT IS SO ORDERED this ____ day of _____, 2005.

_____
John W. Sedwick
United States District Court Judge

LAW OFFICES OF CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Stipulation for Extension of Time
Rountree v. Ching Feng, et al   A04-0112 CV (JWS)
Page 2 of 3                      Rountree 311.1 Stip.ext

I certify that on the 6th day of January, 2006, I caused a true and correct copy of the foregoing to be sent via:
    ☒ U.S. Postal Service
    ☐ Facsimile
    ☐ Hand Delivery
    ☐ Other_____
to the following:

William A. Earnhart
Lane Powell, P.C.
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303

Daniel T. Quinn
Richmond & Quinn
360 K St., Suite 200
Anchorage, AK 99501

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501

By _____
Secretary to Charles W. Ray, Jr.

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Stipulation for Extension of Time
Rountree v. Ching Feng, et al   A04-0112 CV (JWS)
Page 3 of 3                     Rountree 311.1 Stip.ext