Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

RECEIVED

JAN 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>              Plaintiffs,<br><br>    vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>              Defendants. | Case No. A04-0112 CV (JWS)<br><br><br><br><br><br><br>STIPULATION FOR EXTENSION OF TIME |

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Stipulation for Extension of Time
Rountree v. Ching Feng, et al     A04-0112 CV (JWS)
Page 1 of 3                    Rountree 311.1 Stip.ext2

Plaintiffs and Defendant Ching Feng Blinds Industry Co., Inc., through their respective counsel of record, stipulate and agree that Plaintiffs shall have until 20 January 2006 to file an opposition to Ching Feng's Motion for Protective Order.

DATED this 9th day of January, 2006.

LAW OFFICES OF CHARLES W. RAY, JR., P.C.
Lawyer for Plaintiffs


By _____
        Charles W. Ray, Jr.
        ABA# 8406048

DATED this 9th day of January, 2006.

RICHMOND & QUINN
Lawyer for Defendant Ching Feng Blinds
Industry Co., Inc.

By _____
        Daniel T. Quinn
        ABA# 8211141


### O R D E R

IT IS SO ORDERED this _____ day of _____, 2006.


_____
John W. Sedwick
United States District Court Judge

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Stipulation for Extension of Time
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 2 of 3                      Rountree 311.1 Stip.ext2

I hereby certify that on the _10th_ day of January, 2006, a copy of the foregoing Stipulation for Extension of Time was served electronically on:

Daniel T. Quinn
Richmond & Quinn
360 K St., Suite 200
Anchorage, AK 99501
dquinn@richmondquinn.com

William A. Earnhart
Lane Powell, P.C.
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503
earnhartw@lanepowell.com

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
DCT@delaneywiles.com

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

By _____
Charles W. Ray, Jr.

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Stipulation for Extension of Time
Rountree v. Ching Feng, et al      A04-0112 CV (JWS)
Page 3 of 3                        Rountree 311.1 Stip.ext2