MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*VALERIE ROUNTREE, et al.*   v.   *CHENG FENG BLINDS, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:04cv00112 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: January 13, 2006

The stipulations at docket numbers 64 and 65 are **APPROVED**. Counsel are reminded that proposed orders are to be submitted to: sedwick_chambers@akd.uscourts.gov