Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>Plaintiffs,<br><br>vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>Defendants. | Case No. 3:04-cv-00112-JWS<br><br><br><br><br><br><br><br><br><br><br><br>STIPULATION FOR EXTENSION OF TIME |

Stipulation for Extension of Time
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 1 of 3                      Rountree 311.1 Stip.ext

Plaintiffs and Defendant Wal-Mart Stores, Inc., through their respective counsel of record, stipulate and agree that Plaintiffs shall have until 27 January 2006 to file an opposition to Wal-Mart Stores, Inc.'s Motion for Summary Judgment.

DATED: 20 January 2006

s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net; craylaw@aol.com
ABA# 8406048

CONSENT:

s/William A. Earnhart (Consent)
Lane Powell, P.C.
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503
Phone: (907) 277-9511/264-3323
Fax: (907) 276-2631
E-mail: earnhartw@lanepowell.com;
preej@lanepowell.com; heckj@lanepowell.com;
wagnerf@lanepowell.com

Stipulation for Extension of Time
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 2 of 3    Rountree 311.1 Stip.ext

I hereby certify that on the 20th day of January, 2006, a copy of the foregoing Stipulation for Extension of Time and (Proposed) Order Granting Extension of Time was served electronically on:

William A. Earnhart
Lane Powell, P.C.
earnhartw@lanepowell.com
preej@lanepowell.com
heckj@lanepowell.com
wagnerf@lanepowell.com

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

and served via U.S. Postal Service and electronically on the following:

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

By:  s/Charles W. Ray, Jr.

Stipulation for Extension of Time
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 3 of 3                      Rountree 311.1 Stip.ext