Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>　　　　　　Defendants. | Case No. A04-0112 CV (JWS)<br><br><br><br><br><br><br><br><br><br><br>STIPULATION FOR<br>EXTENSION OF TIME |

Stipulation for Extension of Time
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 1 of 3                      Rountree 311.1 Stip.ext2

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Plaintiffs and Defendant Ching Feng Blinds Industry Co., Inc., through their respective counsel of record, stipulate and agree that Plaintiffs shall have until 20 February 2006 to file an opposition to Ching Feng's Motion for Protective Order.

DATED this 20th day of January, 2006.

LAW OFFICES OF CHARLES W. RAY, JR., P.C.
Lawyer for Plaintiffs

By _____
Charles W. Ray, Jr.
ABA# 8406048

DATED this 19th day of January, 2006.

RICHMOND & QUINN
Lawyer for Defendant Ching Feng Blinds Industry Co., Inc.

By _____
Daniel T. Quinn
ABA# 8211141

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Stipulation for Extension of Time
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 2 of 3                       Rountree 311.1 Stip.ext2

I hereby certify that on the 20th day of January, 2006, a copy of the foregoing Stipulation for Extension of Time and (Proposed) Order Grantng Extension of Time was served electronically on:

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

William A. Earnhart
Lane Powell, P.C.
earnhartw@lanepowell.com
preej@lanepowell.com
heckj@lanepowell.com
wagnerf@lanepowell.com

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

and was served via U.S. Postal Service on the following:

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

By _____
Charles W. Ray, Jr.

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Stipulation for Extension of Time
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 3 of 3                       Rountree 311.1 Stip.ext2