Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX, <br><br>  Plaintiffs, <br><br> vs. <br><br> CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION, <br><br>  Defendants. | Case No. A04-0112 CV (JWS) <br><br><br><br><br><br><br><br><br><br><br><br> (PROPOSED) ORDER GRANTING EXTENSION OF TIME |

IT IS ORDERED that the Stipulation for Extension of Time for Plaintiffs to oppose Defendant Ching FengBlinds Industry Co., Ltd.'s Motion for Protective Order is GRANTED. Plaintiff shall file an opposition on or before 20 February 2006.

ENTERED this ____ day of _____, 2006.

_____
John W. Sedwick
United States District Court Judge