**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

**VALERIE ROUNTREE, et al.**   v.   **CHENG FENG BLINDS, et al.**

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:04cv00112 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  January 27, 2006

    The stipulations for extensions of time at dockets 67 and 68 are **APPROVED**.  In the future, counsel will please send a word or word perfect format version of all proposed orders to the ECF mail box of the assigned judge.  For Judge Sedwick the e-mail address is:  sedwick_chambers@akd.uscourts.gov