Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>      Plaintiffs,<br><br>vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>      Defendants. | Case No. 3:04-cv-00112-JWS<br><br><br><br><br><br><br><br><br><br>STIPULATION TO PERMIT FILING OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON MONDAY, 30 JANUARY 2006 |

Stipulation for Extension of Time
Rountree v. Ching Feng, et al   A04-0112 CV (JWS)
Page 1 of 3           Rountree 311.1 StipExt3

Defendant Wal-Mart Stores, Inc., and Plaintiffs stipulate and agree that Plaintiffs may file their opposition to Wal-Mart's Motion for Summary Judgment on Monday, 30 January 2006. Plaintiffs' counsel apologizes to the Court and thanks Wal-Mart's counsel for his consideration, inasmuch as plaintiffs' counsel's dictation of the opposition, for reasons completely unknown to him, disappeared into a digital void. This necessitates redictating that portion of the opposition lost and transcription by plaintiffs' counsel's staff. But for this glitch in transferring information, the opposition would have been filed today.

DATED: 27 January 2006

s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net;  craylaw@aol.com
ABA# 8406048

CONSENT:

s/William A. Earnhart (Consent)
Lane Powell, P.C.
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503
Phone: (907) 277-9511/264-3323
Fax: (907) 276-2631
E-mail: earnhartw@lanepowell.com;
preej@lanepowell.com; heckj@lanepowell.com;
wagnerf@lanepowell.com

Stipulation for Extension of Time
Rountree v. Ching Feng, et al  A04-0112 CV (JWS)
Page 2 of 3            Rountree 311.1 StipExt3

I hereby certify that on 26 January 2006, a copy of the foregoing Stipulation to Permit Filing of Opposition to Motion for Summary Judgment on Monday, 30 January 2006, and (Proposed) Order Granting Extension of Time was served electronically on:

William A. Earnhart
Lane Powell, P.C.
earnhartw@lanepowell.com
preej@lanepowell.com
heckj@lanepowell.com
wagnerf@lanepowell.com

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com


and served via U.S. Postal Service and electronically on the following:

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com


By: s/Charles W. Ray, Jr.

Stipulation for Extension of Time
Rountree v. Ching Feng, et al   A04-0112 CV (JWS)
Page 3 of 3             Rountree 311.1 StipExt3