Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX, <br><br>    Plaintiffs, <br><br> vs. <br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION, <br><br>    Defendants. | Case No. 3:04-cv-00112-JWS <br><br><br><br><br><br><br><br><br><br><br><br>(PROPOSED) ORDER GRANTING EXTENSION OF TIME |

ORDER GRANTING EXTENSION OF TIME
Rountree v. Ching Feng, et al  A04-0112 CV (JWS)
Page 1 of 2  Rountree 311.1 StipExtOrd

IT IS ORDERED that the Stipulation to Permit Filing of Opposition to Motion for Summary Judgment on Monday, 30 January 2006, is GRANTED. Plaintiffs shall file an opposition on 30 January 2006.

ENTERED this \_\_\_\_ day of _____, 2006.

_____
John W. Sedwick
United States District Court Judge