
Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX, <br><br>     Plaintiffs, <br><br> vs. <br><br> CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION, <br><br>     Defendants. | Case No. 3:04-cv-00112-JWS <br><br><br><br><br><br><br><br><br><br><br><br> ORDER GRANTING EXTENSION OF TIME |

IT IS ORDERED that the Stipulation to Permit Filing of Opposition to Motion for Summary Judgment on Monday, 30 January 2006, is **GRANTED**.  Plaintiffs shall file an opposition on 30 January 2006.

ENTERED this 30th day of January 2006.

/s/
John W. Sedwick
United States District Court Judge