Donald C. Thomas, Esq.
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501
phone: (907) 279-3581
fax: (907) 277-1331
e-mail: dct@delaneywiles.com

Michael Weiss, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
phone: (404) 572-2804
fax: (404) 572-5143
e-mail: mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

CAL'D
ATTY
CC CLIENT

RECEIVED
NOV 2 0 2005 H/D
LAW OFFICES OF
CHARLES W. RAY, JR., PC

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,

Plaintiffs,

vs.

CHING FENG BLINDS INDUSTRY CO., LTD.; WAL-MART STORES, INC.; and WINDOW COVERING MANUFACTURERS ASSOCIATION,

Defendants.

Case No. A04-0112 CV (JWS)

<u>WINDOW COVERING MANUFACTURERS ASSOCIATION'S RESPONSES TO PLAINTIFFS' FIRST DISCOVERY REQUESTS</u>

COMES NOW Window Covering Manufacturers Association ("WCMA"), named as a defendant in the above-styled action, and responds to plaintiff's First Discovery Requests as follows:

regarding a legal conclusion concerning an ultimate issue in the case. *See Collins v. J.C. Penney Life Ins. Co.*, 2003 U.S. Dist. LEXIS 8455, *30-31 (S.D. Cal. 2003).

**REQUEST FOR ADMISSION NO. 84:**

Please admit that the warning label attached to the bottom rail of the subject blinds was produced after adoption of the 1996 Standard.

**RESPONSE TO REQUEST FOR ADMISSION NO. 84:**

WCMA admits that the label pictured in Exhibit 5 to the plaintiffs' Opposition to WCMA's Motion to Dismiss for Lack of Personal Jurisdiction, which the plaintiffs purport to be a photograph of the label attached to the bottom rail of the window coverings they allege caused the injuries for which they seek damages, appears to have been produced after the adoption of WCMA A100.1-1996. WCMA further answers that it has not had the opportunity to examine the subject window blinds and is therefore relying on the aforementioned photograph.

**REQUEST FOR ADMISSION NO. 85:**

Please admit that "ANSI/WCMA 5.1.1" on the warning label attached to the bottom rail of the subject blinds refers to paragraph 5.1.1 of the 1996 Standard.

**RESPONSE TO REQUEST FOR ADMISSION NO. 85:**

WCMA, which it did not participate in any design, manufacture, inspection, testing, distribution or sale of any window covering product states that it lacks sufficient information to respond properly to this request.





is overly broad, unduly burdensome, and asks for information that will not lead to admissible evidence.

4.

WCMA bases its responses on the facts of the case as they are known at this time. As discovery progresses, facts will be discovered, and WCMA's use of subsequently discovered information will comply with the Federal Rules of Civil Procedure, Local Rules, and Orders of the Court.

Submitted this 28 day of November, 2005, at Anchorage, Alaska.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys For Defendant Window
Covering Manufacturers Association

Donald C Thomas

Donald C. Thomas

KING & SPALDING LLP
Attorneys For Defendant Window
Covering Manufacturers Association

Donald C Thomas

for Michael Weiss

EXHIBIT 2
Page 3 of 5

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX, Plaintiffs, vs. CHING FENG BLINDS INDUSTRY CO., LTD.; WAL-MART STORES, INC.; and WINDOW COVERING MANUFACTURERS ASSOCIATION, Defendants. | Case No. A04-0112 CV (JWS) <br> <br> VERIFICATION TO WINDOW COVERING MANUFACTURERS ASSOCIATION'S RESPONSES TO PLAINTIFFS' FIRST DISCOVERY REQUESTS |

STATE OF NEW YORK )
)
COUNTY OF WESTCHESTER )

PERSONALLY APPEARED BEFORE ME, an officer duly authorized by law to administer oaths, Peter Rush, who, after first being duly sworn, states:

That I am an authorized agent of Window Covering Manufacturers Association ("WCMA"), that as such I sign for and on behalf of WCMA the foregoing responses of WCMA to Plaintiffs' First Discovery Requests, that the information set forth in WCMA responses was obtained from various sources in addition to my own personal knowledge, including records and files kept by WCMA in the regular and ordinary course of its business, and that WCMA's responses are, to the best of my information and belief, true and accurate according to the records, files and other information available to WCMA.

Peter Rush

EXHIBIT 2
Page 4 of 5

Sworn to and subscribed before me
this 6 day of December, 2005

[signature]
Notary Public

My Commission Expires:
August 31, 2009

RALPH J. VASAMI
Notary Public, State of New York
No.4647972
Qualified in Westchester County
Term Expires August 31, 2009