# TABLE OF CONTENTS

## Reply to Opposition to Motion for Summary Judgment

Defendant Wal-Mart Stores, Inc.'s Third Supplement Disclosures, dated January 19, 2006 ........... A

Affidavit of Records Custodian for Wal-Mart ................................................................. B

Deposition of Paul Rountree ................................................................................. C

Affidavit of Valerie Rountree Cox ........................................................................... D

Deposition of Ilene Rountree ................................................................................ E

Affidavit of Charles W. Ray, Jr. ............................................................................ F

111655.0248/153508.1