William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Attorneys for Defendant, Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| VALERIE ROUNTREE, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHING FENG, LTD., a Taiwanese corporation, et al.,<br><br>　　　　　　　　Defendants. | Case No. A04-0112 CV (JWS)<br><br>DEFENDANT WAL-MART STORES, INC.'S THIRD SUPPLEMENTAL DISCLOSURES |

Defendant, Wal-Mart Stores, Inc., through counsel, Lane Powell LLC, hereby supplements its disclosures in the above-captioned matter with the following documents:

1.   Computer printout showing noncolored miniblinds sold in Wal-Mart Store 2070 (A Street) and 2071 (Dimond) from 01/01/1998 through 5/27/2002 that were more than 60 inches in length, documents numbered DEF 00536 through DEF 00569.

DATED this 19 day of January, 2006.

　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　Attorneys for Defendant, Wal-Mart Stores, Inc.

　　　　　　　　　　　　By_____
　　　　　　　　　　　　William A. Earnhart, ASBA No. 9411099

EXHIBIT A
PAGE 1 OF 2

I certify that on January 9th, 2006, a copy of the foregoing was served by mail on:

Charles W. Ray, Jr., Esq.
Law Offices of Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK 99501

Don C. Bauermeister, Esq.
Burke & Bauermeister, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501

Donald C. Thomas, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501-1936

Daniel T. Quinn, Esq.
RICHMOND & QUINN, P.C.
360 K Street, Suite 200
Anchorage, AK 99501-2038

and a courtesy copy to:

Michael Weiss, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303-1763

*Freddie Wagner*

111655.0248/149653.1

153183

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**Defendant Wal-Mart Stores, Inc.'s Third Supplemental Disclosures**
*Rountree, et al. v. Ching Feng, LTD., et al.* (Case No. A04-0112 CV (JWS))    Page 2 of 2

EXHIBIT A
PAGE 2 OF 2