William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Attorneys for Defendant, Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| VALERIE ROUNTREE, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CHING FENG, LTD., a Taiwanese corporation, et al.,<br><br>                    Defendants. | Case No. A04-0112 CV (JWS)<br><br>AFFIDAVIT OF RECORDS CUSTODIAN FOR WAL-MART |

REBECCA CHESEMORE, being first duly sworn upon oath, deposes and states as follows:

1. I am the mini-blind buyer for Wal-Mart Stores, Inc. This and the following are made on my personal knowledge and on review of the records of this corporation.

2. A true and correct company of sales lists, from Wal-Mart Stores, Inc.'s Information Systems Division, of mini-blinds sold in Anchorage Wal-Mart Stores from January 1, 1994 through December 31, 1995 is attached as exhibit B.

3. A true and correct company of sales lists, from Wal-Mart Stores, Inc.'s Information Systems Division, of mini-blinds sold in Anchorage Wal-Mart Stores from January 1, 1996 through December 31, 1997 is attached as exhibit C.

EXHIBIT B
PAGE 1 OF 3

4. According to the aforementioned sales lists, Wal-Mart did not sell blinds with the dimensions of 71.5" or 72" in length by 39" in height when in the "down" position manufactured by Jencraft Manufacturing Co., Inc., Ching Fen Blinds Industry Co., Ltd., or any other company between January 1, 1994 and December 31, 1997.

5. The blinds closest in dimensions to 71.5" by 39" that were sold by Wal-Mart in Anchorage between January 1, 1994 and December 31, 1997 measure 72" by 64".

6. The two store locations in Anchorage, Alaska (#2070 & 2071) had Grand Openings in March, 1994.

FURTHER AFFIANT SAYETH NAUGHT.

*Rebecca Chesemore*
Rebecca Chesemore

SUBSCRIBED AND SWORN TO this ___ day of November, 2005.

COURTNEY FRAY
NOTARY PUBLIC-STATE OF ARKANSAS
WASHINGTON COUNTY
My Commission Expires 10-06-2014

*Courtney Fray*
Notary in and for the State of Arkansas
My commission expires 10·06·14

DATED this ___ day of November, 2005.

LANE POWELL LLC
Attorneys for Defendant, Wal-Mart Stores, Inc.

By_____
William A. Earnhart, ASBA No. 9411099

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Title
*Rountree, et al. v. Ching Feng, LTD., et al.* (Case No. A04-0112 CV (JWS))

Page 2 of 2

EXHIBIT B
PAGE 2 OF 3

I certify that on November ____, 2005, a copy of the foregoing was served by mail on:

Charles W. Ray, Jr., Esq.
Law Offices of Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK 99501

Don C. Bauermeister, Esq.
Burke & Bauermeister, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501

Donald C. Thomas, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501-1936

RICHMOND & QUINN, P.C.
360 K Street, Suite 200
Anchorage, AK 99501-2038

and a courtesy copy to:

Michael Weiss, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303-1763
Daniel T. Quinn, Esq.

_____

111655.0248/149653.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

Title
*Rountree, et al. v. Ching Feng, LTD., et al.* (Case No. A04-0112 CV (JWS))                Page 3 of 3

EXHIBIT B
PAGE 3 OF 3