IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

VALERIE ROUNTREE, individually and as
Personal Representative of THE ESTATE OF
APRIL LYNNE COX; MORGAN
SCHEDIWY, a minor, through her natural
Mother and guardian VALERIE ROUNDTREE;
and CHRISTOPHER COX,
         Plaintiffs,

vs.

CHING FENG BLINDS INDUSTRY
CO., LTD., a Taiwanese corporation;
JENCRAFT CORPORATION a/k/a
JENCRAFT MANUFACTURING CO., INC.,
A New Jersey corporation; WAL-MART
STORES, INC., a Delaware corporation; and
WINDOW COVERING MANUFACTURERS
ASSOCIATION,

         Defendants.

Case No. A04-0112 CV (JWS)

DEPOSITION OF PAUL ROUNTREE,

Pages 1-81, inclusive

Commencing at 9:00 a.m.

Wednesday, July 27, 2005

Anchorage, Alaska

Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage AK 99501-3520
*Serving Alaska Since 1953*

EXHIBIT C
PAGE 1 OF 5

Rick D. McWilliams, RPR, Ret.
Fred M. Getty, RPR, Ret.

Telephone 907.276.1680
Email AkSteno@aol.com
Fax 907.276.8016

```
 1                IN THE UNITED STATES COURT

 2                FOR THE DISTRICT OF ALASKA

 3

 4   VALERIE ROUNTREE, individually and as
     Personal Representative of THE ESTATE OF
 5   APRIL LYNNE COX; MORGAN
     SCHEDIWY, a minor, through her natural
 6   Mother and guardian VALERIE ROUNDTREE;
     and CHRISTOPHER COX,
 7             Plaintiffs,

 8   vs.

 9   CHING FENG BLINDS INDUSTRY
     CO., LTD., a Taiwanese corporation;
10   JENCRAFT CORPORATION a/k/a
     JENCRAFT MANUFACTURING CO., INC.,
11   A New Jersey corporation; WAL-MART
     STORES, INC., a Delaware corporation; and
12   WINDOW COVERING MANUFACTURERS
     ASSOCIATION,
13
               Defendants.
14   _____
     Case No. A04-0112 CV (JWS)
15

16

17            DEPOSITION OF PAUL ROUNTREE,

18   taken on behalf of the Plaintiffs, pursuant to notice, at

19   the offices of Alaska Stenotype Reporters, 511 West

20   Ninth, Anchorage, Alaska, before Rosie S. Scott,

21   Certified Shorthand Reporter for Alaska Stenotype

22   Reporters and Notary Public for the State of Alaska.

23

24

25
```

EXHIBIT C
PAGE 2 OF 5

Page 5

1  (Exhibits 1 and 2A-K marked.)
2  Anchorage, Alaska, Wednesday, July 27, 2005
3                  PAUL ROUNTREE,
4     called as a witness herein on behalf of the
5     Plaintiffs, having been duly sworn upon oath
6     by Rosie S. Scott, Notary Public, was
7     examined and testified as follows:
8                  EXAMINATION
9  BY MR. RAY:
10    Q.  I'm going to start, as I told you before,
11 Mr. Rountree.  For our record, please state your name and
12 your residence address.
13    A.  Paul Rountree, 4257 Charing Cross, Anchorage,
14 Alaska.
15    Q.  And we're here to talk about one of your
16 granddaughters.  And, you know, I know you don't want to
17 be here.  We're going to try and get through this.  And
18 this isn't going to be particularly pleasant for any of
19 us, but is that the same residence address where April
20 died?
21    A.  Yes, it is.
22    Q.  And could you describe the home, in general
23 terms for us, please?
24    A.  A split-level house, living room upstairs,
25 bedroom downstairs where April was.

Page 6

1     Q.  And as I understand it, the downstairs was the
2  bedroom that April stayed in?
3     A.  Uh-huh.
4     Q.  And just so that she understands what you're
5  saying, if you could please say yes if you mean yes.
6  I'll probably understand you, but it may not show up well
7  on the record.
8     A.  All right.
9     Q.  How long have you lived at that address?
10    A.  Oh, I don't know, maybe 10 years, something
11 like that.  I have no idea.
12    Q.  When -- do you own the house?
13    A.  Yes.
14    Q.  When you bought the house, was it new?
15    A.  No.
16    Q.  Did it have window coverings in the downstairs
17 bedroom where April stayed?
18    A.  I don't think so, but I don't remember.
19    Q.  Did you -- there was what I would call a
20 venetian blind or horizontal blind on the window in her
21 room; is that right?
22    A.  Yes.
23    Q.  Do you know where that came from?
24    A.  I do not.
25    Q.  Had you been doing some remodeling in that

Page 7

1  house when you moved in?
2     A.  I'm sure I have -- was.
3     Q.  Where were you -- were you buying your supplies
4  at any particular location?
5     A.  My wife goes out and buys them.  I have no idea
6  where she gets them at.
7     Q.  I've been hearing the blinds were purchased at
8  Wal-Mart.  Do you have any information about that?
9     A.  It's possible, but I couldn't tell you yes or
10 no.
11    Q.  Okay.  And your wife is Ilene Rountree?
12    A.  Yes, she is.
13    Q.  And would she be able to tell me that I
14 suppose?
15    A.  You would have to ask her.
16    Q.  One of the things in the notice of the
17 deposition was a subpoena's request for your records that
18 you might have surrounding the purchase of the blinds.
19 Have you looked for any records like that?
20    A.  I have not, so I don't know if she has or not.
21    Q.  Did you understand the purpose of the subpoena
22 and the request for the record?
23    A.  Right.  I wasn't here.  So I don't know what
24 she did with the records.  She said that I was out of
25 town when she bought them, so whether I was or whether I

Page 8

1  wasn't, I don't know.
2     Q.  Did you talk to her about where they were
3  bought?
4     A.  She says she doesn't remember.  She says it
5  might have been Wal-Mart, might have been K-Mart.
6     Q.  And do you know, wherever they were purchased,
7  what form of payment might have been used?  Credit card?
8  Cash?  Check?
9     A.  I'm assuming cash, but I couldn't tell you.
10 Like I said, I didn't buy it.
11    Q.  And Valerie Rountree, now Valerie Cox, she's
12 your daughter?
13    A.  Okay.
14    Q.  Is she your daughter?
15    A.  Yes.
16    Q.  Is Morgan Schediwy your granddaughter?
17    A.  Yes.
18    Q.  And April Cox was your granddaughter?
19    A.  Yes.
20    Q.  And were the three of them living at your
21 residence there on Charing Cross?
22    A.  Yes, they were.
23    Q.  How did that come about?
24    A.  Because Valerie said she couldn't make it down
25 in California, so we offered to -- she could come up and

### Page 9

1  live with us for a while until she got situated.
2   Q.  Were there any changes made to that room where
3  April was living --
4   A.  No.
5   Q.  -- before they arrived?
6   A.  Other than paint, no.
7   Q.  Had -- and again, this is just my
8  understanding, there was -- there had been a room that
9  had been divided downstairs; is that accurate?
10  A.  Yes.
11  Q.  Had you been the one that divided the room?
12  A.  I was.
13  Q.  Do you know about when you did that?
14  A.  Seven or eight years ago. It was before Morgan
15 was born because I divided it for her when she came down
16 before when she was supposed to stay here.
17  Q.  When Morgan had come up to visit you from
18 California?
19  A.  No, when her mom came up here pregnant because
20 she didn't want to stay at home and tell her mom. So she
21 flew up here and I made a room for her and Morgan before
22 Morgan was born.
23  Q.  And is that Kathy Hall you're referring to?
24  A.  No, this is Valerie.
25  Q.  No, I mean, her mom --

### Page 10

1   A.  Her mom, yes, Kathy Hall.
2   Q.  Okay. At that point, if you recall, were those
3  the same window blinds in that room?
4   A.  They probably were.
5   Q.  Do you know who installed those blinds?
6   A.  I assume I did, but I couldn't be sure.
7   Q.  Do you have any recollection of installing
8  them?
9   A.  I'm assuming I did, yes.
10  Q.  Was there any problem with installation of the
11 blinds that you recall?
12  A.  Not at first.
13  Q.  Was there a second?
14  A.  Later on it broke, so I put a screw inside it
15 to keep it from falling down.
16  Q.  Where -- do you recall where it had broken?
17  A.  Over by the pulley -- the drawstring.
18  Q.  We have some -- and we might as well use these.
19 We marked the photos Exhibit 2.
20     If you would, Mr. Rountree, take a look at the
21 top photo there. Does that depict the blinds in the part
22 of the room that April was in?
23  A.  Looks like it.
24  Q.  And then when the blinds were installed, do you
25 recall if you -- do you remember taking them out of the

### Page 11

1  box before they were installed?
2   A.  No.
3   Q.  What is your -- what do you do for a living?
4   A.  Right now I work on the Slope, then I was a
5  mover.
6   Q.  A mover?
7   A.  Yes.
8   Q.  And you do carpentry chores around your house?
9   A.  Yes, I do.
10  Q.  Do you know whether there was any directions
11 about the blinds in the box when they were bought?
12  A.  I'm assuming they were, but I couldn't tell
13 you. It's too long ago.
14  Q.  On the third photo down, which I put on -- I'm
15 going to mark those alphabetically, which will be C --
16 just the next one down from the yellow page. There's a
17 warning label. Do you remember ever seeing that?
18  A.  No.
19  Q.  Do you know whether it was on -- a warning like
20 this was on the blinds or not?
21  A.  No, I don't know.
22  Q.  When the blinds were installed, which was
23 sometime -- would it be safe to say within the last 10 or
24 11 years?
25  A.  '93 or something like that.

### Page 12

1   Q.  Okay. At the time that the blinds were
2  installed -- let me pin this down -- do you think it was
3  in '93, as best you can recall?
4   A.  Somewhere around there. I can't tell you for
5  sure, but I would imagine in the early '90s.
6   Q.  And at that time, did you know anything about
7  whether there had been reported strangulation deaths with
8  blinds like this?
9   A.  No.
10  Q.  And after April's death, did you learn that
11 there had been some other instances of children
12 strangling in blinds like this?
13  A.  Yes.
14  Q.  And how did you know that?
15  A.  Because of Valerie.
16  Q.  There's a -- I really don't have a picture that
17 shows clearly the whole cord that raises the blind up and
18 down. As you face the window with the blinds, my
19 understanding is that the cord was on the right side. Do
20 you have a memory of that?
21  A.  On the right side, yes.
22  Q.  Was anything done with that cord to secure it?
23  A.  No.
24  Q.  To your memory, was it hanging straight down?
25  A.  I'm sure it was, yes.

### Page 57

1  Q. You do remember those?
2  A. Those are the ones I do remember.
3  Q. And would those have been contemporaneous with
4  this, or was that all done at one time?
5  A. These were bought separately -- the two blinds
6  upstairs.
7  Q. And do we know where those were bought?
8  A. I believe they were bought at the time, Eagle.
9  Q. On those, did you read the instructions on the
10 box?
11 A. No.
12 Q. Sounds like you're kind of --
13 A. I'm going to say no. Like I told him, if it's
14 straight forward I'll just put them up.
15 Q. It sounds like you're a kind of guy who's
16 pretty good and handy things. You can probably eyeball
17 and figure out how to do things?
18 A. Okay.
19 Q. Is that right?
20 A. Yeah.
21 Q. All right. Now, I assume that it wouldn't be
22 necessary because you didn't have young kids in the
23 house, you really wouldn't be in tune to any kind of
24 warnings --
25 A. No.

### Page 58

1  Q. -- or anything of that nature? Now, once
2  this -- once this whole thing with April coming up here,
3  how much notice did you have when she decided to come up
4  here in March?
5  A. I wouldn't say more than a month, but that's
6  stretching it probably.
7  Q. The crib that is shown in Number A, 2A, did you
8  guys have that crib, or did you go out and buy that crib?
9  A. No, a friend that works at the church gave it
10 to her.
11 Q. And you made some mention about assembling it.
12 Was it taken apart and you had to put it together?
13 A. Yes.
14 Q. How much -- what other kind of child proofing
15 did you -- so you knew you were going to have a 7 or
16 8-year old, plus April was about 14 months?
17 A. Yeah, I think so.
18 Q. And I'm trying to remember my own kids. Was
19 she walking then? Toddling?
20 A. No, I don't believe so.
21 Q. Was she able to stand by herself?
22 A. Yes.
23 Q. She was. Okay. Had you ever seen her stand up
24 in the crib before?
25 A. I can't recall her being in the crib, other

### Page 59

1  than sleeping.
2  Q. Because normally you would be out of the house?
3  A. Right. I would go down and check on her once
4  in a while. And that's the only time I would see her
5  when she was sleeping.
6  Q. What other child proofing did you guys do on
7  the house?
8  A. I can't think of anything.
9  Q. I mean, some people get totally neurotic. You
10 know, they put the little cupboard clippers on, and they
11 put round corners on -- you know, something like this
12 they put round foam on.
13 A. No.
14 Q. I mean, are we talking about any kind of --
15 A. Maybe on the plug sockets. But I don't know if
16 that was afterwards or then or if we'd always had them.
17 Q. It sounds like it had been a good -- I mean, a
18 young child had never been in that home since you
19 purchased it?
20 A. No.
21 Q. The door that has been alluded to, I think
22 there's a picture one of these photographs.
23     MR. RAY: The ones that I brought show the
24 room.
25 BY MR. HOWARD:

### Page 60

1  Q. The door that has been alluded to, does that
2  door -- did you put that door in?
3  A. I did.
4  Q. So that door enters into the adjoining room?
5  A. Yes, it does.
6     MR. RAY: Just for our record, that's 2B.
7     MR. HOWARD: 2B, thank you, Mr. Ray.
8  BY MR. HOWARD:
9  Q. Enters right into 2B. So the purpose of that
10 was so that you have access from the one room into the
11 other room, right?
12 A. This is the door that's dividing the two rooms,
13 Valerie's room and the baby's room.
14 Q. This door does not enter into a hallway?
15 A. No, it does not.
16 Q. So to get from the hallway from this room you'd
17 have to go through Valerie's room; is that right?
18 A. Yes, that is.
19 Q. And it sounds like -- going back to 2A, you
20 could see the little ledge that you alluded to, kind of
21 goes out and you can put little knickknacks or something
22 on there. Is that something -- and is that the window
23 latch there at the bottom?
24 A. I don't know what that is.
25 Q. How do the windows open? Do you know?