William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant, Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

VALERIE ROUNTREE, et al.,

                      Plaintiffs,

v.

CHING FENG, LTD., a Taiwanese corporation, et al.,

                      Defendants.

Case No. A04-0112 CV (JWS)

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA      )
                             ) ss:
THIRD JUDICIAL DISTRICT  )

William A. Earnhart, being first duly sworn, states as follows:

1. I am counsel of record for Defendant, Wal-Mart Stores, Inc., in the captioned proceeding. I make this affidavit in support of defendant's Reply To Opposition To Motion For Summary Judgment.

2. On August 4, 2005, plaintiffs' counsel and all parties in this matter were provided with Wal-Mart Stores' supplemental disclosure showing the blind sales in Wal-Mart stores in Anchorage from April 1, 1994 when the stores first opened through December 31, 1997, covering the entire period which Ilene Rountree indicated the blind would have been purchased. These sales records were included as Exhibits B and C in Wal-Mart's Motion for Summary Judgment. Subsequent

to this disclosure, I have had several discussions with Mr. Ray, plaintiffs' counsel, as to whether he would be willing to allow Wal-Mart to be dismissed from this lawsuit based on the fact that Wal-Mart did not sell the blind in question. Mr. Ray indicated on several occasions that he had not had time to review the documents. Thus, Wal-Mart filed its motion for summary judgment on December 2, 2005. Just prior to the time Mr. Ray's opposition was due, he asked for an extension and indicated that he felt the blind may have been purchased after 1995 and inquired as to whether Wal-Mart could provide him with documentation as to whether Wal-Mart sold the blind at a subsequent date.

3. Plaintiffs' Opposition was initially due on December 22, 2005. I agreed to an extension until January 6, 2006. I then granted Mr. Ray another extension until January 20, 2006, and then another until January 27, 2006. On that date, I acquiesced to a final extension until January 20, 2006, on Mr. Ray's representation that part of his opposition had been swallowed by a "digital void."

4. Mr. Ray was granted several more extensions on his brief as Wal-Mart procured its computer files to review whether the blind could have been purchased at a later date. On January 19, 2006, Mr. Ray was provided with the results of this search which indicates that Wal-Mart had not sold any blinds of this size at any point in Anchorage. *See*, Exhibits B and C of Wal-Mart's Motion For Summary Judgment.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ William A. Earnhart
William A. Earnhart

SUBSCRIBED AND SWORN TO before me this 7th day of February, 2006.

(SEAL)

/s/ Dorothy J. Pree
Notary Public in and for Alaska
My commission expires:  04/27/09

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631