## Jennings, Carolynn

**From:** Jennings, Carolynn
**Sent:** Monday, October 13, 2003 12:07 PM
**To:** 'Joe Jankoski'
**Subject:** RE: WCMA Tech Committee Action Needed

Joe,

Hang in there. My thoughts and prayers will be with you all. I know how hard it is, as I went through this with Hanna a year ago. If there is anything I can do, please let me know.

Carolynn

-----Original Message-----
From: Joe Jankoski [mailto:Joe.Jankoski@hunterdouglas.com]
Sent: Monday, October 13, 2003 12:05 PM
To: cjennings@kellencompany.com
Subject: RE: WCMA Tech Committee Action Needed


She is still in the hospital (day #6)  Still running a fever...on oxygen and iv..has a good case of pneumonia.
Will be on the call tomorrow.

>>> "Jennings, Carolynn" <cjennings@kellencompany.com> 10/13/03 11:53AM >>>
Joe,

I hope all is OK. Is she feeling any better? Home yet? Let me know.

Carolynn

-----Original Message-----
From: Joe Jankoski [mailto:Joe.Jankoski@hunterdouglas.com]
Sent: Friday, October 10, 2003 11:38 AM
To: cjennings@kellencompany.com
Subject: Re: WCMA Tech Committee Action Needed


Sorry for the delay...my daughter is in the hospital and I am running a little behind.
The 14th wide open for me.

>>> "Jennings, Carolynn" <cjennings@kellencompany.com> 10/09/03 10:56AM >>>
Dear Committee,

Tom, Barb and I met on Tuesday to review the IDI data and to begin drafting a preliminary summary.  Unfortunately, the more we looked at the data, the more questions kept cropping up.  Consequently, we're now asking for some additional input from all of you to help us proceed.

Attached is a revised copy of the IDI printout that includes corrections to clerical errors and obvious inaccuracies caught by Caroleene and myself, as well as some other suggested changes from Tom to improve reader understanding of the wording of the column headings.  These changes are marked in red, boldfaced italic and, wherever possible, in all capital letters.  This should help you distinguish the changes if the spreadsheets are printed in black and white.  Also, we added numbers to the left of the listings to make case references easier to understand.

Errors/Heading Changes
The errors we caught are pretty insignificant -- wrong incident death dates, data cell transpositions, errors in ages, "no's" that should be "not

applicable", etc. The recommended heading changes center on "Cause of Noose." Tom suggested it be changed to "Root Cause of Entanglement," since "noose" still connotes a loop to most readers. I agree that "entanglement" is much better, but please let me know if you disagree. In the subcategories under "Root Cause of Entanglement," we're also suggesting that we be a bit more descriptive for clarity's sake and change "Victim" to "Victim Manipulation"; "Consumer" to "Consumer Altered" and "Product" to "Product Design."

IDIs to Re-Review
In the process of cleaning up the clerical errors and trying to organize the data in our own minds, we discovered a few inconsistencies that we think the committee needs to revisit before we can proceed. One or two relate to the description of the operating system type and design vs. what we actually know. Most deal with whether the cord was "wrapped" around the victim's neck, the victim was caught in a loop, or we just don't know. It appears that often we were swayed by the casual word choices in the incident report and police report narratives rather than the medical examiner's findings of ligature marks (if available) to determine if the victim was caught in a loop or the cord was wrapped around the neck. In turn, this can change whether the cause of entanglement should be listed as victim-caused, product-caused, or unknown.

In any case, we would appreciate your reviewing the following cases (also highlighted on the spreadsheet) and let us know your findings. You need only review them for product type, operating system type, operating system design, root cause of entanglement, and design detail to avoid.

| Spreadsheet # | IDI Number | Date of Incident |
|---|---|---|
| 3 | 960304HCN0685 | Feb 5, 1996 |
| 6 | 960611CCC5239 | May 12, 1996 |
| 15 | 961107CCC5040 | September 16, 1996 |
| 31 | 980305CBB5364 | February 4, 1998 |
| 39 | 981222CCC2128 | September 2, 1998 |
| 40 | 001013CBB0041 | October 26, 1998 |
| 45 | 990520CNE5172 | May 17, 1999 |
| 49 | 001117CBB3055 | January 3, 2000 |
| 50 | 000214CBB2293 | February 29, 2000 |
| 54 | 010323CCC3221 | March 28, 2000 |
| 71 | 020610CCC1605 | April 8, 2002 |

Inner-Cord Categorization
Finally, we'd like the group to rethink our original decision to automatically list "victim manipulation" as the root cause factor with inner-cord deaths. Although we agree that the victim had to manipulate the product to actively cause the loop, in retrospect it seems wrong not to list inner-cord deaths as product-caused, given the inherent design deficiencies of blinds not having cord stops. Please consider this and let us know if you think inner-cord deaths should be listed as victim caused, product caused, or both victim and product caused.

Next Phone Conference:
We'd like to resolve these questions as soon as possible so that we can move forward. Ideally, I'd like to have a phone conference on Tuesday, Oct. 14, with Wednesday morning as a back-up. I can't imagine that it would last more than one hour. Please let me know what times you would be available right away.

Carolynn


P.S. The IDI that Caroleene sent to you this week (960326CBB5070) has not been added to the attached spreadsheet. We will review this IDI during our phone meeting and then add it to the listings.

<<WCMA & CPSC Data Form--committee clerical.xls>>