Donald C. Thomas, Esq.
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
phone: (907) 279-3581
fax:    (907) 277-1331
e-mail: dct@delaneywiles.com

Michael Weiss, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
phone: (404) 572-2804
fax:    (404) 572-5143
e-mail: mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>Plaintiffs,<br><br>v.<br><br>CHING FENG, LTD.; WAL-MART STORES, INC.; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>) CASE NO. A04-0112 CV (JWS)<br>)<br>)<br>)<br>)<br>)<br>) **NOTICE OF CHANGE OF**<br>) **ADDRESS OF COUNSEL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW Defendant Window Covering Manufacturers Association in the above-styled action pursuant to L.R. 83.1(j) and hereby notifies this Court that effective March 20,

2006, the address of counsel of record for Defendant Window Covering Manufacturers Association will change as follows:

> Michael Weiss
> KING & SPALDING LLP
> 1180 Peachtree Street
> Atlanta, Georgia 30309-3521

All future orders, pleadings, service and correspondence should be sent to the above address. There is no change to counsel's telephone or fax numbers or e-mail address.

DATED at Anchorage, Alaska this 24th day of February, 2006.

> DELANEY, WILES, HAYES,
> GERETY, ELLIS & YOUNG, INC.
> Attorneys For Defendant Window
> Covering Manufacturers Association
>
> _/s/ Donald C. Thomas_
> Donald C. Thomas

2

## CERTIFICATE OF SERVICE

This is to certify that on this __24__ day of February, 2006, I caused a copy of the foregoing to be served electronically on:

> Charles W. Ray, Jr.
> Law Offices of Charles W. Ray, Jr., P.C.
> 711 H Street, Suite 310
> Anchorage, AK 99501
>
> William A. Earnhart
> Lane Powell Spears Lubersky LLP
> 301 W. Northern Lights Blvd., Suite 301
> Anchorage, AK 99503
>
> Daniel T. Quinn
> Richmond & Quinn
> 360 K Street, Suite 200
> Anchorage, AK 99501

and by U.S. mail on:

> Don C. Bauermeister
> Burke & Bauermeister, P.L.L.C.
> 921 West 6th Avenue, Ste. 200
> Anchorage, AK 99501

*/s/ Donald C. Thomas*
_____
Donald C. Thomas

3