Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
Ching Feng Blinds Industry Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually, and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX, <br><br> Plaintiffs, <br><br> v. <br><br> CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC. a New Jersey corporation; WAL-MART STORES, INC, a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION, <br><br> Defendants. | **STIPULATION FOR EXTENSION OF TIME** <br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:04-cv-0112-JWS |

Plaintiffs and defendant, Ching Feng Blinds Industry Co., Ltd. (Ching Feng), through their respective counsel of record, stipulate and agree that defendant Ching Feng shall have until Friday, March 17, 2006, to file a reply to plaintiff's Opposition to Defendant Ching Feng's Motion for Protective Order. Counsel for Ching Feng discussed this request with plaintiffs' counsel, Chuck Ray, and Mr. Ray agrees to this extension of time.

DATED at this 1st day of March, 2006, at Anchorage, Alaska.

```
                         RICHMOND & QUINN
                         Attorneys for Defendant
                         Ching Feng Blinds Industry Co., Ltd.

            By:    s/Daniel T. Quinn
                         RICHMOND & QUINN
                         360 K Street, Suite 200
                         Anchorage, AK  99501
                         Ph:  907-276-5727
                         Fax: 907-276-2953
                         dquinn@richmondquinn.com
                         ABA #8211141


       CONSENT:    s/Charles W. Ray, Jr.
                         Law Offices of Charles W. Ray, Jr. PC
                         711 H Street, Suite 310
                         Anchorage, AK  99501
                         Ph:  907-274-4839
                         Fax: 907 277-9414
                         Email: dlcraylaw@acsalaska.net;
                                craylaw@aol.com
                         ABA #8406048
```

STIPULATION FOR EXTENSION OF TIME

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 2

I HEREBY CERTIFY that a true
and correct copy of the
foregoing was served this 1st
day of March, 2006, on:


Charles W. Ray, Jr.  **(electronically)**
Law Offices of Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK  99501

Don C. Bauermeister  **(by mail)**
Burke & Bauermeister, P.L.L.C.
921 W. 6th Avenue, Suite 250
Anchorage, AK  99501

William A. Earnhart  **(electronically)**
Lane Powell Spears Lubersky LLP
301 W. Northern Lights Blvd.
Suite 301
Anchorage, AK  99503-2648

Donald C. Thomas  **(electronically)**
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501

Michael L. Weiss  **(by mail)**
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309-3521



_____s/Daniel T. Quinn_____
     RICHMOND & QUINN

1059\047\PLD\STIPULATION FOR EXTENSION OF TIME (CHING FENG)

STIPULATION FOR EXTENSION OF TIME

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 3