Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
Ching Feng Blinds Industry Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually, and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>     Plaintiffs,<br><br>     v.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC. a New Jersey corporation; WAL-MART STORES, INC, a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>     Defendants. | **ORDER GRANTING<br>EXTENSION OF TIME**<br><br><br><br><br><br><br><br><br><br>Case No. 3:04-cv-0112-JWS |

IT IS ORDERED that the Stipulation for Extension of Time for defendant, Ching Feng to reply to plaintiffs' Opposition to Ching Feng's Motion for Protective Order is GRANTED.  Defendant Ching Feng's reply is due on March 17, 2006.

DATED this \_\_\_\_ day of March, 2006, at Anchorage, Alaska.

_____
The Honorable John W. Sedwick
U.S. District Court Judge

ORDER GRANTING EXTENSION OF TIME

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 2

I HEREBY CERTIFY that a true
and correct copy of the
foregoing was served this 1st
day of March, 2006, on:


Charles W. Ray, Jr.  **(electronically)**
Law Offices of Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK  99501

Don C. Bauermeister  **(by mail)**
Burke & Bauermeister, P.L.L.C.
921 W. 6th Avenue, Suite 250
Anchorage, AK  99501

William A. Earnhart  **(electronically)**
Lane Powell Spears Lubersky LLP
301 W. Northern Lights Blvd.
Suite 301
Anchorage, AK  99503-2648

Donald C. Thomas  **(electronically)**
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501

Michael L. Weiss  **(by mail)**
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309-3521



      s/Daniel T. Quinn
       RICHMOND & QUINN

1059\047\PLD\STIPULATION FOR EXTENSION OF TIME (CHING FENG)(ORDER)



ORDER GRANTING EXTENSION OF TIME

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 3