Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
Ching Feng Blinds Industry Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually, and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC. a New Jersey corporation; WAL-MART STORES, INC, a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>　　　　　Defendants. | **ORDER GRANTING EXTENSION OF TIME**<br><br><br><br><br>Case No. 3:04-cv-0112-JWS |

IT IS ORDERED that the Stipulation for Extension of Time for defendant, Ching Feng to reply to plaintiffs' Opposition to Ching Feng's Motion for Protective Order is GRANTED. Defendant Ching Feng's reply is due on March 17, 2006.

DATED this 6th day of March, 2006, at Anchorage, Alaska.

/s/
The Honorable John W. Sedwick
U.S. District Court Judge

ORDER GRANTING EXTENSION OF TIME

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 2