Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>　　　　　　Defendants. | Case No. 3:04-cv-00112-JWS<br><br><u>UNOPPOSED MOTION TO EXTEND TIME FOR EXCHANGE OF EXPERT REPORTS</u> |

Unopposed Motion to Extend Time for Expert Reports
Rountree v. Ching Feng, et al        A04-0112 CV (JWS)
Page 1 of 3              Rountree 311.1 Experts.mtn

Plaintiffs, through their lawyer Charles W. Ray, Jr., and pursuant to discussions with all defendants' counsel, moves for an order extending the time for exchange of expert reports until 60 days following the Court's resolution of the Motion for Protective Order filed by Ching Feng Blinds Industry Col., Ltd.  This motion is submitted in order to accommodate the current procedural posture of this case and reduce the burden upon the parties pending resolution of outstanding motions.  Without additional discovery, which cannot yet be undertaken, information available to plaintiffs and hence their experts from Ching Feng is limited.  In addition, there is pending a motion for summary judgment by defendant Wal-Mart Stores, Inc., the disposition of which will substantially affect the scope of expert reports and testimony.  The timeframe set out above will hopefully permit discovery to be had from defendant Ching Feng regardless of the Court's disposition of its motion for protective order while also allowing ample time for the Court's decision regarding Wal-Mart's motion.  Defendants are not opposed to the Court's grant of this motion and have so stated in conversations and e-mail with the undersigned counsel for plaintiffs.

DATED 10 March 2006

s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone:  (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
        craylaw@aol.com
ABA# 8406048

_____
Unopposed Motion to Extend Time for Expert Reports
Rountree v. Ching Feng, et al          A04-0112 CV (JWS)
Page 2 of 3                  Rountree 311.1 Experts.mtn

I hereby certify that on 10 March 2006, a copy of the foregoing Unopposed Motion to Extend Time for Exchange of Expert Reports and proposed Order was served electronically on:

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

William A. Earnhart
Lane Powell, P.C.
earnhartw@lanepowell.com
preej@lanepowell.com
heckj@lanepowell.com
wagnerf@lanepowell.com

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com


and was served via by U.S. mail on the following:

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

By: s/Charles W. Ray, Jr.

Unopposed Motion to Extend Time for Expert Reports
Rountree v. Ching Feng, et al         A04-0112 CV (JWS)
Page 3 of 3                Rountree 311.1 Experts.mtn