Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>            Plaintiffs,<br><br>  vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>            Defendants. | Case No. 3:04-cv-00112-JWS<br><br>(PROPOSED) ORDER EXTENDING TIME FOR EXCHANGE OF EXPERT REPORTS |

---

Proposed Order Extending Time for Expert Reports
Rountree v. Ching Feng, et al        A04-0112 CV (JWS)
Page 1 of 2              Rountree 311.1 Experts.ord ext

IT IS HEREBY ORDERED that the time for exchange of expert reports is extended until 60 days following the Court's resolution of the Motion for Protective Order filed by Ching Feng Blinds Industry Co., Ltd.

ENTERED this _____ day of _____, 2006.

_____
John W. Sedwick
United States District Court Judge

Proposed Order Extending Time for Expert Reports
Rountree v. Ching Feng, et al            A04-0112 CV (JWS)
Page 2 of 2                              Rountree 311.1 Experts.ord ext