**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*VALERIE ROUNTREE, et al.*   v.   *CHENG FENG BLINDS, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:04cv00112 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: March 13, 2006

    The unopposed motion at docket 81 is **GRANTED** as follows: the date for exchanging expert reports set by order at docket 60 is **VACATED** and will be re-set upon the court's disposition of the motion for a protective order at docket 61.