William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Attorneys for Defendant, Wal-Mart Stores, Inc.
E-mail: earnhartw@lanepowell.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| VALERIE ROUNTREE, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHING FENG, LTD., a Taiwanese corporation, et al.,<br><br>　　　　　　　　Defendants. | Case No. A04-0112 CV (JWS)<br><br>**CONDITIONAL NON-OPPOSITION TO MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY [DOCKET 81]** |
|---|---|

Defendant, Wal-Mart Stores, Inc., is not opposed to plaintiffs' motion to extend discovery in the above-captioned matter. It is also in defendant's best interest not to spend additional resources while there are outstanding motions, and it is clear that plaintiffs are not in a position to move forward. Defendant Wal-Mart specifically notes, however, to the court that Wal-Mart has been and is prepared to move forward with expert disclosures and the pretrial deadlines in this matter.

DATED this 14th day of March, 2006.

LANE POWELL LLC
Attorneys for Defendant, Wal-Mart Stores, Inc.

By  /s/ William A. Earnhart
　　William A. Earnhart
　　301 West Northern Lights Blvd., Ste 301
　　Anchorage, Alaska 99503-2648
　　Telephone: 907-277-9511
　　Facsimile: 907-276-2631
　　E-mail: earnhartw@lanepowell.com
　　ASBA No. 9411099

I certify that on March 14, 2006, a copy
of the foregoing was served electronically on:

Charles W. Ray, Jr., Esq.
Law Offices of Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK 99501

Don C. Bauermeister, Esq.
Burke & Bauermeister, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501

Donald C. Thomas, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501-1936

RICHMOND & QUINN, P.C.
360 K Street, Suite 200
Anchorage, AK 99501-2038

and a courtesy copy to:

Michael Weiss, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303-1763
Daniel T. Quinn, Esq.

  /s/ William A. Earnhart
111655.0248/154078.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Conditional Non-Opposition To Motion For Extension of Time To Complete Discovery [Docket 81]**
*Rountree, et al. v. Ching Feng, LTD., et al.*  (Case No. A04-0112 CV (JWS))    Page 2 of 2