Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHING FENG BLINDS INDUSTRY CO., LTD., et al., <br><br> Defendants. | Case No. 3:04-cv-00112-JWS <br><br><br> NOTICE OF FILING ENTRY OF APPEARANCE OF CO-COUNSEL |

     Plaintiffs, through their co-counsel Charles W. Ray, Jr., gives notice of the filing of the attached Entry of Appearance by co-counsel Herbert M. Pearce.

DATED 26 April 2006
/s/ Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
       craylaw@aol.com
ABA# 8406048

Notice of Filnig Entry of Appearance
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 1 of 2    Rountree 311.1 Notice entry

I hereby certify that on 26 April 2006, a copy of the foregoing Notice of Filing Entry of Appearance of Co-Counsel and attached Entry of Appearance

Was served electronically on:

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

William A. Earnhart
Lane Powell, P.C.
earnhartw@lanepowell.com
preej@lanepowell.com
heckj@lanepowell.com
wagnerf@lanepowell.com

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

and was served via U.S. mail and electronically on the following:

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

Herbert M. Pearce
Law Offices of Herbert M. Pearce
731 I St., Suite 103
Anchorage, AK 99501
herb@hmplawoffice.com

By: s/Charles W. Ray, Jr.

Notice of Filnig Entry of Appearance
Rountree v. Ching Feng, et al      A04-0112 CV (JWS)
Page 2 of 2                        Rountree 311.1 Notice entry