Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Herbert M. Pearce
Law Offices of Herbert M. Pearce
731 I St., Suite 103
Anchorage, AK 99501
(907) 276-0113

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>Plaintiffs,<br><br>vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., et al.,<br><br>Defendants. | Case No. 3:04-cv-00112-JWS<br><br><br><br><br><br>ENTRY OF APPEARANCE |

Entry of Appearance - Herbert M. Pearce
Rountree v. Ching Feng, et al          A04-0112 CV (JWS)
Page 1 of 2                            Rountree 311.1 Entry.app

ENTRY OF APPEARANCE

Herbert M. Pearce, enters his appearance as co-counsel for Plaintiffs in the above-entitled case, and requests that copies of all pleadings filed in this action be sent to his e-mail address herb@hmplawoffice.com or by mail at 731 I St., Suite 103, Anchorage, Alaska 99501.

DATED this 26th day of April, 2006.

LAW OFFICES OF HERBERT M. PEARCE
Co-Counsel for Plaintiffs

By_____
Herbert M. Pearce
ABA# 9311088

Entry of Appearance - Herbert M. Pearce
Rountree v. Ching Feng, et al          A04-0112 CV (JWS)
Page 2 of 2                             Rountree 311.1 Entry.app