MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Rountree,* et al. v. *Ching Feng Blinds Indus. Co., Ltd.,* et al.

THE HONORABLE JOHN W. SEDWICK             CASE NO. 3:04-cv-00112 JWS

PROCEEDINGS:        **ORDER FROM CHAMBERS**                April 27, 2006

    The briefing on the motion for a protective order at docket 61 indicates the basis of plaintiffs' theory that this court has personal jurisdiction over defendant Ching Feng Blinds Industry Co., Ltd., is that Ching Feng sold the blinds at issue in this case to Wal-Mart. That theory appears no longer tenable given the court's order on the summary judgment motion at docket 56. Perhaps Wal-Mart's alleged sale of the blinds in Alaska is not necessary to some basis on which this court may exercise personal jurisdiction over Ching Feng. However, that is not clear to the court. Accordingly, plaintiffs are ordered to show cause why this court should not dismiss their claims against Ching Feng for lack of personal jurisdiction over that defendant by **Monday**, **May 22**, **2006**. Ching Feng's response and plaintiffs' reply shall be filed consistent with District of Alaska Local Rule 7.1(e).

    The motion at docket 61 is **DENIED** without prejudice to re-filing should the court conclude that it may exercise personal jurisdiction over Ching Feng.