William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Attorneys for Defendant, Wal-Mart Stores, Inc.
E-mail:  earnhartw@lanepowell.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>                                  Plaintiffs,<br><br>v.<br><br>CHING FENG, LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>                                  Defendants. | Case No. A04-0112 CV (JWS)<br><br><br><br><br><br><br><br><br><br><br>**MOTION FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANT <u>WAL-MART STORES, INC.</u>** |

On April 27, 2006, the court granted summary judgment in the favor of defendant, Wal-Mart Stores, Inc. (Document 86)  The Court's ruling dismissed all claims against defendant, Wal-Mart Stores, Inc.  Therefore, pursuant to the grant of summary judgment and to Rule 54(b), Wal-Mart Stores, Inc., hereby moves the court to make a determination that there is no just reason for delay and to direct the entry of final judgment of dismissal of Wal-Mart Stores, Inc., in this case, and awarding Wal-Mart Stores, Inc., its costs and attorney's fees incurred herein.

DATED this 2nd day of May, 2006.

          LANE POWELL LLC
          Attorneys for Defendant,
          Wal-Mart Stores, Inc.

I certify that on May 2, 2006, a copy
of the foregoing was served electronically on:

Charles W. Ray, Jr., Esq.
Law Offices of Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK 99501

Don C. Bauermeister, Esq.
Burke & Bauermeister, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501

Herbert M. Pearce, Esq.
Law Offices of Herbert M. Pearce
731 I St., Suite 103
Anchorage, AK 99501

Donald C. Thomas, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501-1936

RICHMOND & QUINN, P.C.
360 K Street, Suite 200
Anchorage, AK 99501-2038

and a courtesy copy to:

Michael Weiss, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303-1763
Daniel T. Quinn, Esq.

 /s/ William A. Earnhart
111655.0248/154920.1

By  /s/ William A. Earnhart
   William A. Earnhart,
   LANE POWELL LLC
   301 West Northern Lights Blvd., Ste 301
   Anchorage, Alaska 99503-2648
   Telephone:    907-277-9511
   Facsimile:    907-276-2631
   E-mail:  earnhartw@lanepowell.com
        ASBA No. 9411099

**LANE POWELL LLC**
301 WestNorthern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Motion For Entry of Final Judgment As To Defendant Wal-Mart Stores, Inc.**
*Rountree, et al. v. Ching Feng, LTD., et al.* **(Case No. A04-0112 CV (JWS))**       Page 2 of 2