William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Attorneys for Defendant, Wal-Mart Stores, Inc.
E-mail:  earnhartw@lanepowell.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>                           Plaintiffs,<br>v.<br><br>CHING FENG, LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>                           Defendants. | Case No. A04-0112 CV (JWS)<br><br><br><br><br><br><br>**FINAL JUDGMENT AS TO DEFENDANT**<br>**WAL-MART STORES, INC.** |

   This matter came before the Court on Defendant Wal-Mart Stores, Inc.'s Motion For Summary Judgment at Docket 56.  The Court considered the memoranda in support of that motion, the opposition by Plaintiffs, and defendant's reply, and being otherwise duly advised, entered an order on April 27, 2006 (Document 86), which, in part, granted defendant Wal-Mart Stores, Inc.'s Motion For Summary Judgment on all claims and dismissed Wal-Mart from this case.  This Court having now determined that there is no just reason for delay of entry of judgment for Defendant Wal-Mart Stores, Inc.,

IT IS THEREFORE ORDERED:

(1) This case is dismissed with prejudice as to Defendant Wal-Mart Stores, Inc.;

(2) Defendant Wal-Mart Stores, Inc. is awarded from Plaintiffs, reasonable attorneys' fees in the amount of $_____.

(3) Defendant Wal-Mart Stores, Inc. is awarded from Plaintiffs, reasonable costs in the amount of $_____.

DATED this ____ day of May, 2006.

                                    JOHN W. SEDWICK
                                  UNITED STATES DISTRICT JUDGE

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I certify that on May 2, 2006, a copy
of the foregoing was served electronically on:

Charles W. Ray, Jr., Esq.
Law Offices of Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK 99501

Don C. Bauermeister, Esq.
Burke & Bauermeister, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501

Herbert M. Pearce, Esq.
Law Offices of Herbert M. Pearce
731 I St., Suite 103
Anchorage, AK 99501

Donald C. Thomas, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501-1936

RICHMOND & QUINN, P.C.
360 K Street, Suite 200
Anchorage, AK 99501-2038

and a courtesy copy to:

Michael Weiss, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303-1763
Daniel T. Quinn, Esq.

 /s/ William A. Earnhart
111655.0248/154918.1

**LANE POWELL LLC**
301 WestNorthern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631