William A. Earnhart, ASBA 9411099
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
EarnhartW@LanePowell.com

Attorneys for Defendant
Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

VALERIE ROUNTREE, et al.,

                            Plaintiffs,

v.

CHING FENG, LTD., a Taiwanese corporation,
et al.,

                            Defendants.

Case No. 3:04-cv-0112-JWS

**NOTICE OF AGREEMENT
BETWEEN PARTIES**

Defendant Wal-Mart Stores, Inc., through counsel of record, Lane Powell LLC, hereby notifies the Court that pursuant to an agreement with plaintiff's counsel, defendant Wal-Mart will not be seeking costs and fees in this case.

DATED this 15th day of May, 2006.

LANE POWELL LLC
Attorneys for Defendant, Wal-Mart Stores, Inc.

I certify that on May 15, 2006, a copy
of the foregoing was served by ECF on:

Don C. Bauermeister
Michael Weiss
Charles W. Ray, Jr.,, dlcraylaw@acsalaska.net
Donald C. Thomas, Esq., dct@delaneywiles.com
Daniel T. Quinn, Esq., dquinn@richmondquinn.com

        /s/ William A. Earnhart

111655.0248/155072.1

By  s/ William A. Earnhart
        William A. Earnhart
        301 W. Northern Lights Blvd., Suite 301
        Anchorage, Alaska 99503-2648
        Tel: 907-277-9511
        Fax: 907-276-2631
        E-mail: EarnhartW@LanePowell.com
        ASBA No. 9411099

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631