UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>VALERIE ROUNTREE</u>   v.   <u>CHENG FENG BLINDS INDUSTRY CO LTD., et al</u>

THE HONORABLE JOHN W. SEDWICK

| | |
|---|---|
| DEPUTY CLERK<br> Linda Christensen | CASE NO.  <u>3:04-cv-00112 JWS</u> |
| PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS** | DATE: June 5, 2006 |

There being no just reason for delay, the motion at docket 88 is **GRANTED**:  Pursuant to Fed. R. Civ.P. 54(b) the Clerk is directed to enter judgment that plaintiffs take nothing from defendant Wal-mart Stores, Inc. and that said defendant recover its costs and attorney fees from plaintiffs.

[ ]{IA.WPD*Rev.12/96}