Brewster H. Jamieson, ASBA 8411122
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
jamiesonb@lanepowell.com
Attorneys for Defendant, Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| VALERIE ROUNTREE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHING FENG, LTD., a Taiwanese corporation, et al.,<br><br>Defendants. | Case No. 3:04-cv-0112-JWS<br><br>**NOTICE OF CHANGE OF COUNSEL<br>FOR DEFENDANT<br>WAL-MART STORES, INC.** |

NOTICE IS HEREBY GIVEN that William A. Earnhart is no longer associated with Lane Powell, LLC and should be removed from the service list as attorney for defendant, Wal-Mart Stores, Inc. All future electronic filings, pleadings, discovery, correspondence and related materials should be directed to: Brewster H. Jamieson, Lane Powell LLC, 301 W. Northern Lights Blvd., Suite 301, Anchorage, AK 99503-2648.

DATED this 8th day of June, 2006.

LANE POWELL LLC
Attorneys for Defendant, Wal-Mart Stores, Inc.

By  s/ Brewster H. Jamieson
    Brewster H. Jamieson
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Tel: 907-277-9511
    Fax: 907-276-2631
    E-mail: jamiesonb@LanePowell.com
    ASBA No. 84111222

I certify that on June 8, 2006, a copy of the foregoing was served by ECF on:

Don C. Bauermeister
Michael Weiss
Charles W. Ray, Jr.,, dlcraylaw@acsalaska.net
Donald C. Thomas, Esq., dct@delaneywiles.com
Daniel T. Quinn, Esq., dquinn@richmondquinn.com

      /s/ Brewster H. Jamieson

111655.0248/155459.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631