# EXHIBIT A

Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

**RECEIVED**

JUN 2 1 20??

RICHMOND & QUINN

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

VALERIE ROUNTREE, individually and as )
Personal Representative of THE ESTATE OF )
APRIL LYNNE COX; MORGAN )   Case No. A04-0112 CV (JWS)
SCHEDIWY, a minor, through her natural )
mother and guardian VALERIE ROUNTREE; )
and CHRISTOPHER COX, )
　）
                        Plaintiffs, )
　）
    vs. )
　）
CHING FENG BLINDS INDUSTRY )
CO., LTD., a Taiwanese corporation; )
JENCRAFT CORPORATION a/k/a )
JENCRAFT MANUFACTURING CO., INC., )
a New Jersey corporation; WAL-MART )   **RESPONSE TO DEFENDANT**
STORES, INC., a Delaware corporation; and )   **CHING FENG BLINDS**
WINDOW COVERING MANUFACTURERS )   **INDUSTRY CO., LTD.,'S**
ASSOCIATION, )   **FIRST SET OF DISCOVERY**
　）   **REQUESTS TO PLAINTIFF**
                        Defendants. )   **VALERIE ROUNTREE**
_____)

Answers to Defendant Ching Feng Blinds Industry Co., Ltd.'s
First Set of Discovery Requests to Plaintiff Valerie Rountree
Rountree v. Ching Fen, et al          A04-0112 CV (JWS)
Page 1 of 5                                Rountree 311.1

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

COMES NOW defendant Ching Feng Blinds Industry Company, Ltd., by and through counsel, RICHMOND & QUINN, and pursuant to the Federal Rules of Civil Procedure 26, 33 and 34, propounds the following interrogatory and request for production to plaintiff Valerie Rountree to be answered in writing within thirty (30) days of the date hereof.

**INTERROGATORY NO. 1:** Please describe all facts known to you which shed any light on or relate in any way to (1) where and when and by whom the subject blinds were purchased, including any information suggesting that these blinds were or were not purchased from Wal-Mart; (2) when, where, and by whom the subject blinds were manufactured, including any information supporting or refuting the contention that the subject window blinds were manufactured by Ching Feng Blinds Industry Company, Ltd., or any related or affiliated company; (3) when and by whom the subject blinds were distributed, including any facts which support or refute the contention that the subject blinds were purchased and/or distributed by Jencraft Corporation or a related or affiliated company.

**ANSWER**: Ilene Rountree stated that the subject blinds were purchased at Wal-Mart in Anchorage shortly after the residence where the incident occurred was purchased. An Anchorage Wal-Mart store representative confirmed to Valerie that Wal-Mart had, before April's death, sold blinds distributed by Jencraft. Linda Kaiser, Executive Director, Parents for Window Blind Safety, (314) 494-7890, has expressed the view that the subject blinds were manufactured by Ching Feng. She has assembled a collection of blinds of various types in connection with her organization, Parents for Window Blind Safety. The subject blinds have a sticker referencing Otowa, NJ, which is the location of the former home office of Jencraft. The police report states they are blinds from Jencraft.

Answers to Defendant Ching Feng Blinds Industry Co., Ltd.'s
First Set of Discovery Requests to Plaintiff Valerie Rountree
Rountree v. Ching Fen, et al          A04-0112 CV (JWS)
Page 2 of 5                           Rountree 311.1

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

**REQUEST FOR PRODUCTION NO. 1:** Please produce any and all documents or things which in any way relate to or shed light on (1) the identity of the retailer from which the subject blinds were purchased by the consumer, and approximate date and year of that purchase; (2) the identity of the manufacturer of the subject blinds, including any document which in any way support or refute the contention that the subject blinds were manufactured by Ching Feng Blinds Industry Co., Ltd, or any related or affiliated entity; and (3) the identity of any wholesale purchaser and/or distributor of the subject blinds, including any documents or things which support or refute the contention that Jencraft Corporation, or a related or affiliated entity, purchased or distributed the subject blinds.

**RESPONSE:** Regarding numbers 1(1) and 1(2), plaintiffs have no responsive documents at this time. Regarding number 1(3), the referenced sticker may be seen on the blinds if defendant(s) wishes to look at them again.

DATED this 20ᵗʰ day of June, 2005.

LAW OFFICES OF CHARLES W. RAY, JR., P.C.
Lawyer for Plaintiff Valerie Rountree

By _____
            Charles W. Ray, Jr.
            ABA# 8406048

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Answers to Defendant Ching Feng Blinds Industry Co., Ltd.'s
First Set of Discovery Requests to Plaintiff Valerie Rountree
Rountree v. Ching Fen, et al        A04-0112 CV (JWS)
Page 3 of 5                         Rountree 311.1

## VERIFICATION

STATE OF                          )
                                  )  ss.
                                  )

     I, Valerie Rountree, say on oath that I certify that I have read the foregoing interrogatory answers and the answers are true and correct to the best of my knowledge.

_____
Valerie Rountree

     SUBSCRIBED AND SWORN to before me this _20th_ day of

_June_____, 2005.


_____
Notary Public In and For _Alaska_
My Commission Expires: _7/19/05_

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.'S
FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF VALERIE ROUNTREE

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. A04-0112 CV (JWS)
Page 4

I certify that on the 20th day of June, 2005, I caused a
true and correct copy of the foregoing to be sent via:
    ☑ U.S. Postal Service
    ☐ Facsimile
    ☐ Hand Delivery
    ☐ Other_____
to the following:

Daniel T. Quinn
Richmond & Quinn
360 K St., Suite 200
Anchorage, AK 99501

William A. Earnhart
Lane Powell, P.C.
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501

By _____
    Secretary to Charles W. Ray, Jr.

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Answers to Defendant Ching Feng Blinds Industry Co., Ltd.'s
First Set of Discovery Requests to Plaintiff Valerie Rountree
Rountree v. Ching Fen, et al    A04-0112 CV (JWS)
Page 5 of 6    Rountree 311.1