**EXHIBIT B**

Case 3:04-cv-00112-JWS    Document 94-3    Filed 06/09/2006    Page 1 of 5

Page 1

1         IN THE UNITED STATES DISTRICT COURT
2       FOR THE DISTRICT OF ALASKA AT ANCHORAGE
3

    VALERIE ROUNTREE, et al.,            )
4                                        )
            Plaintiffs,                  )
5                                        )
    vs.                                  )
6                                        )
    CHING FENG, LTD., a Taiwanese        )
7   corporation, et al.,                 )
                                         )
8           Defendants.                  )
    _____)
9
    Case No. A04-0112 CV (JWS)
10
11
12      VIDEOTAPED DEPOSITION OF VALERIE ROUNTREE COX
13
                    April 27, 2006
14                    9:00 a.m.
15
                      Taken at:
16                Lane, Powell, LLC
    301 West Northern Lights Boulevard, Suite 301
17                Anchorage, Alaska
18
19
20
21
22  Reported by:  Sandra M. Mierop, CRR, CCP
23
24
25

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

Page 6

1  inaccurate or needs to be clarified, please tell
2  us and we'll go back and we'll fix the record.
3  Do you understand that?
4      A.  Yes.
5      Q.  If -- is there any problem today, any
6  physical condition, mental condition, emotional
7  condition, medication, intoxication, anything
8  that would give you difficulty either
9  understanding questions or recalling events?
10     A.  No.
11     Q.  Currently, where do you reside?
12     A.  Alexandria, Virginia.
13     Q.  And how long have you lived there?
14     A.  Since December 1st of 2005.
15     Q.  Does Chris Cox also live there?
16     A.  Yes.
17     Q.  And how long has he resided there?
18     A.  Since December 1st, 2005.
19     Q.  Does anyone else live with you?
20     A.  My daughter, Morgan.
21     Q.  Okay.  Anyone else?
22     A.  No.
23     Q.  Have there -- have you lived with anyone
24  else since December 1st, 2005?
25     A.  Briefly, we were renting out a basement

Page 7

1  when we first relocated there for about a month.
2      Q.  Who were you renting out the basement
3  from?  Was it a relative or friend?
4      A.  No.
5      Q.  What brought you to Alexandria,
6  Virginia?
7      A.  Just time to move on.
8      Q.  Prior to living in Alexandria, where did
9  you live?
10     A.  Anchorage, Alaska.
11     Q.  Was there something -- was there a job
12  in Alexandria?  Was there a relative in
13  Alexandria?  What made you decide to go to
14  Alexandria?
15     A.  My daughter's aunt lives in Alexandria.
16  So mostly for my daughter, for us to move there
17  was the reason.  That was a big reason.
18     Q.  Does your daughter have any other aunts?
19     A.  No, not in Alexandria, no.  But she does
20  have other aunts.
21     Q.  Where are her other aunts located?
22     A.  California.
23     Q.  And how many?
24     A.  On -- my family, she has two aunts.  On
25  her father's side, I don't know.

Page 8

1      Q.  Why was it so important to bring her
2  close to her aunt in Alexandria?
3      A.  Because it -- she didn't have any family
4  here besides us.
5      Q.  Where does your father currently reside?
6      A.  Anchorage, Alaska.
7      Q.  And your stepmother as a well?
8      A.  Yes.
9      Q.  How about your brother?
10     A.  As far as I know, Anchorage, Alaska.
11     Q.  When was the last time you had contact
12  with your brother, Zach?
13     A.  July, 2002, I believe.
14     Q.  Why haven't you had contact with Zach
15  since then?
16     A.  I'm not exactly sure.
17     Q.  Did he say he wouldn't have any contact
18  with you, or did you tell him?  Or was it mutual,
19  or what's happened?
20     A.  The last time we've really spoken was
21  the date that my daughter died.  We did have --
22  you know, he came over and helped us paint our
23  new apartment.  We went out for his birthday in
24  July of 2002; but other than that, that's the
25  last I've spoken with him.  It's difficult, I

Page 9

1  guess.
2      Q.  Why is it difficult to speak with him?
3      A.  He was the only other person at the
4  house.
5      Q.  Since July, 2002, has he been residing
6  in Anchorage, to your knowledge?
7      A.  I think he moved to California for a
8  brief time.
9      Q.  Why do you think that?
10     A.  Word of mouth.
11     Q.  Who told you?
12     A.  I -- I don't recall.
13     Q.  Going back to the move to Alexandria,
14  was there anything in Anchorage that caused you
15  to move at that time?
16     A.  Stress -- stress.
17     Q.  What was bringing on the stress in
18  Anchorage?
19     A.  Um, my marriage, my daughter, my -- just
20  everything about being here was hard.  It was
21  time for me to leave.
22     Q.  And when you went to Alexandria, your
23  husband went with you, correct?
24     A.  Yes.
25     Q.  And your daughter, Morgan, went with

Page 94

1  not have appreciated the danger that April was in
2  that morning when she woke up? She just thought
3  she was asleep?
4     A.  No, she didn't know she was dead.
5     Q.  Okay. She just went in and turned on
6  the TV and -- and then when you -- you went in
7  and obviously checked on April, found her in
8  there. Did Morgan come in with you or --
9     A.  I think she followed me.
10    Q.  Okay.
11    A.  I -- I know that she was behind me
12 yelling, so -- and crying; so I'm sure she was
13 probably behind me.
14    Q.  All right. Was there some effort to
15 sort of remove Morgan from the -- from the room;
16 or what did you do with regard to Morgan, if you
17 remember?
18    A.  I think we just forgot that she was
19 there for a while.
20    Q.  All right.
21    A.  The -- either the police removed her or
22 the neighbor came over. Somebody came over after
23 everybody was already there and took her.
24    Q.  All right. Now, you mentioned that she
25 is currently in 4th grade; and what school does

Page 95

1  she go to now?
2     A.  John Adams.
3     Q.  That's in Alexandria there?
4     A.  Yes.
5     Q.  And it sounds like she's doing pretty
6  well in school?
7     A.  Yes.
8     Q.  Does she have -- she have -- get along
9  well with her classmates?
10    A.  Yes.
11    Q.  Do her teachers seem to like her?
12    A.  Yes.
13    Q.  And how would you say -- do you get
14 along well with her? Do you and Morgan have a
15 good relationship, would you say?
16    A.  She's the most -- normal -- normal
17 relationship.
18    Q.  Okay. How about with -- with
19 Christopher? Does Morgan get along well with
20 Christopher?
21    A.  Uh-huh. Yes.
22    Q.  Is he a pretty good dad for her?
23    A.  Yes.
24    Q.  Would you describe Morgan as being -- I
25 mean, it sounds like she's doing real well from

Page 96

1  what you're telling me. Is that fair to say?
2     A.  I -- I guess.
3     Q.  Okay.
4         MR. EARNHART: You might want to
5  take a break for a second, Dan.
6         MR. QUINN: Let's just take a break
7  for a second.
8     Q.  (BY MR. QUINN) I wanted to ask you
9  about your -- your communications with Linda
10 Kaiser.
11        And is it -- let me just maybe back
12 up a little bit.
13        In terms of -- in terms of sort of
14 investigating -- or maybe that's not even the
15 right word -- but trying to find out who it was
16 who manufactured these window blinds, can you
17 tell me kind of everything you've done?
18    A.  I haven't had any part of that.
19    Q.  Okay.
20    A.  You would have to speak to my attorneys.
21 I don't know.
22    Q.  All right. Have you, yourself ever
23 spoken to Linda Kaiser on the subject of these
24 blinds -- you know, came from here or there or
25 were manufactured by this or that entity?

Page 97

1     A.  I don't recall. I don't -- we haven't
2  had much discussion about these blinds in
3  particular.
4     Q.  All right. There is a -- a response to
5  some interrogatories that we sent, and the
6  question was: Tell me everything that you know
7  that suggests that Ching Feng made these blinds.
8  I'm paraphrasing, of course. But the answer says
9  this -- part of this had to do with also trying
10 to tie it to Wal-Mart. In terms of Ching Feng,
11 it says, this and I'll quote: Linda Kaiser,
12 executive director, Parents for Window Blind
13 Safety and then a phone number has expressed the
14 view that the subject blinds were manufactured by
15 Ching Feng. And my question is: Is that -- is
16 that a conversation that you had with Linda
17 Kaiser; or would that have been someone else,
18 your attorneys or somebody other than you?
19    A.  Most -- I think my attorneys.
20    Q.  You don't have any recollection of any
21 conversation like that yourself?
22    A.  No, sir.
23    Q.  All right. In terms of just, again,
24 yourself -- I realize that you might not be the
25 person that's looking into this -- but do you

25 (Pages 94 to 97)

Page 98

1  have any information that you've gathered
2  yourself, hearing from other people, finding
3  things out yourself, knowledge that you've had,
4  either that you've had yourself or that has been
5  communicated to you on the subject of where these
6  blinds came from other than -- other than
7  Wal-Mart that we've discussed? But in terms of
8  who made them? Who manufactured them? Who
9  distributed them? Those kinds of things. Do you
10 have any knowledge?
11     A.  Of who told me that?
12     Q.  Yeah. I'm interested in everything you
13 know, whether it -- whether it came from your own
14 investigation or someone else told you.
15     A.  I'm guessing that the information came
16 from my attorneys.
17     Q.  All right.
18     A.  I don't know.
19     Q.  All right. I'm certainly not going to
20 ask you about communication with your attorneys,
21 but -- okay.
22          So you've never talked to Linda
23 Kaiser or anyone else, to your knowledge, on this
24 subject?
25     A.  I don't believe so.

Page 99

1     Q.  Okay. There was some discussion by you
2  testimony earlier about these blinds not fitting
3  properly in the window. What -- tell me what you
4  mean by that. What -- what was the -- what
5  didn't fit?
6     A.  I think they just weren't cut at the
7  bottom. There was like -- I think there was a
8  few flaps -- slats, I mean.
9     Q.  So there were -- in other words, the
10 width of the window fit okay; but they were too
11 long?
12    A.  I think so.
13    Q.  Is that what you're saying?
14    A.  To my recollection.
15    Q.  There was something about your dad -- I
16 thought some testimony about your dad having
17 either nailed these in, or did some -- some kind
18 of a modification to them?
19    A.  I think he bolted them to the top of the
20 window.
21    Q.  Okay. That means -- that's not the
22 standard way of installing them?
23    A.  No, sir.
24    Q.  All right. Do you know why it was he
25 bolted them like that?

Page 100

1    A.  I believe my aunt had been visiting and
2  she had pulled the draw string and they came off.
3    Q.  Okay. All right. Hey, by the way, I
4  was going to ask you this: Your aunt in
5  Alexandria, what's her name?
6    A.  It's Debbie Barkume, but she goes by a
7  different name. She just hasn't legally changed
8  it.
9    Q.  Okay. Debbie Barkume?
10   A.  Barkume.
11   Q.  Barkume. Can you spell that?
12   A.  B-a-r-k-u-m-e.
13   Q.  That's her official name, but she goes
14 by another name?
15   A.  She goes by Emmy Abbott.
16   Q.  Emmy Abbott. It's probably not entirely
17 relevant, but that's a big change. Why the name
18 change, just a name that she prefers?
19   A.  I guess. I --
20   Q.  It's not like Abbott is her maiden name
21 or something?
22   A.  No, sir.
23   Q.  All right. Okay.
24        How old is your brother, Zach? Is
25 he older than you or younger?

Page 101

1    A.  Younger.
2    Q.  Younger. And how old would he be?
3    A.  He was 18 -- he turned 18 in 2002, so --
4    Q.  Okay. So he's going to be --
5    A.  22.
6    Q.  22, something. All right.
7        On the morning that you found
8  April, can you tell me roughly what time that
9  was?
10   A.  Around 10:15.
11   Q.  Okay. And you'd mentioned earlier you
12 had gotten up and given a bottle to April. Can
13 you estimate what time that was?
14   A.  About 8:30.
15   Q.  All right. You mentioned that your
16 husband, I guess, was seeing a counselor there at
17 UAA --
18   A.  (Witness nods head.)
19   Q.  -- and was diagnosed with bipolar. Is
20 that the first time that he had had that
21 diagnosis, to your knowledge?
22   A.  Yes.
23   Q.  Okay. And had he -- I think you
24 indicated that at one point earlier that you two
25 had some counseling together as a couple?

26 (Pages 98 to 101)

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

d699fe74-5a43-449b-9b77-eab355ac2d31