EXHIBIT C

Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:    276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
Ching Feng Blinds Industry Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually, and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC. a New Jersey corporation; WAL-MART STORES, INC, a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>          Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:04-cv-0112-JWS |

**AFFIDAVIT OF DANIEL T. QUINN**

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

    1.  My name is Daniel T. Quinn and I am an attorney for defendant Ching Feng Blinds Industry Co.

    2.  Attached to this affidavit is a Xerox photograph of the label on a set of blinds which were kept at the office of plaintiffs' counsel.

    3.  Plaintiffs' counsel, Don Bauermeister, represented that these were the blinds which are the subject of this litigation.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
DANIEL T. QUINN

SUBSCRIBED AND SWORN to before me this __9th__ day of June, 2006.

_____
NOTARY PUBLIC in and for Alaska
My commission expires: 5-16-08

1059\047\PLD\AFFIDAVIT-DTQ

> **State of Alaska**
> **NOTARY PUBLIC**
> Karol Young
> My Commission Expires May 16, 2008

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

