UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

VALERIE ROUNTREE,
      Plaintiff,

Case Number 3:04-cv-00112 JWS

v.

CHENG FENG BLINDS INDUSTRY CO. LTD.,
 et al,
      Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

that the plaintiffs take nothing from defendant Wal-Mart Stores, Inc. and that said defendant recover of plaintiffs defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of **5.03** % as provided by law.

APPROVED,

REDACTED SIGNATURE
~~JOHN~~ W. SEDWICK
United States District Judge

IDA ROMACK
Ida Romack, Clerk of Court

6-05-06
Date:

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

[Jmt1-with fees and costs-revised 1-30-06]