Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHING FENG BLINDS INDUSTRY CO., LTD., et al., <br><br> Defendants. | Case No. 3:04-cv-00112-JWS <br><br><br><br><br><br> AFFIDAVIT OF <br> CHARLES W. RAY, JR. |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

  I, CHARLES W. RAY, JR., being first duly sworn, state that:

  1. I am the attorney for Plaintiff in this action, and have personal knowledge of the truth of the statements made herein.

Affidavit of Charles W. Ray, Jr.
Rountree v. Ching Feng, et al   A04-0112 CV (JWS)
Page 1 of 2          Rountree 311.1 Show Cause CWR.aff

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

2. Counsel for Ching Feng has acknowledged in more than one telephone conversation with the undersigned that Ching Feng manufactured blinds in China as well as Taiwan.

DATED this 21st day of June, 2006.

_____
Charles W. Ray, Jr.

SUBSCRIBED AND SWORN TO before me this 21st day of June, 2006.

_____
Notary Public in and for Alaska
My commission expires: 5/2/09

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
DIANA L. CRAMER
My Commission Expires: 5/2/09

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Affidavit of Charles W. Ray, Jr.
Rountree v. Ching Feng, et al  A04-0112 CV (JWS)
Page 2 of 2           Rountree 311.1 Show Cause CWR.aff