Donald C. Thomas, Esq.
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501
phone: (907) 279-3581
fax:    (907) 277-1331
dct@delaneywiles.com

Michael Weiss, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
phone: (404) 572-2804
fax:    (404) 572-5143
mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD. and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>　　　　　　　　Defendants. | Case No. A04-0112 CV (JWS)<br><br><u>WINDOW COVERING MANUFACTURERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT</u> |

　　　　Window Covering Manufacturers Association ("WCMA") hereby moves, pursuant to Fed. R. Civ. P. 56, that this Court grant summary judgment in its favor on all claims against it, respectfully showing the Court as follows:

1.

Discovery closed as to WCMA in this matter July 14, 2006.

2.

The plaintiffs have proffered no evidence that would allow a reasonable jury to conclude that any warnings accompanying the window blinds at issue in this case were inadequate.

3.

Likewise, the plaintiffs have proffered no evidence that would allow a reasonable jury to conclude that such warnings proximately caused the injuries alleged in their Complaint.

4.

Because the plaintiffs can not point to any genuine dispute of material fact that would allow them to meet their burden as to WCMA, WCMA is entitled to a judgment as a matter of law.

5.

WCMA's argument is set out fully in its accompanying Brief in Support of its Motion for Summary Judgment.

WHEREFORE, WCMA hereby requests this Court grant its motion and enter summary judgment on all claims against it.

Respectfully submitted this 14th day of July, 2006.

> DELANEY WILES, INC.
> Attorneys for Window Covering
> Manufacturers Association
>
> s/Donald C. Thomas
> Delaney Wiles, Inc.
> 1007 W. Third Ave. #400
> Anchorage, AK 99501
> Phone:      907-279-3581
> Fax:        907-277-1331
> E-mail:     dct@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 14th day of July 2006,
a copy of **WINDOW COVERING MANUFACTURERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**
was served electronically on:

Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, Alaska 99501

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 West 6th Avenue, Ste. 200
Anchorage, Alaska 99501

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501

s/Donald C. Thomas (119205)