1        IN THE UNITED STATES DISTRICT COURT

2      FOR THE DISTRICT OF ALASKA AT ANCHORAGE

3

VALERIE ROUNTREE, et al.,              )
4                                              )
           Plaintiffs,                  )
5                                              )
vs.                                     )
6                                              )
CHING FENG, LTD., a Taiwanese           )
7    corporation, et al.,                    )
                                             )
8          Defendants.                  )
                                             )
9    ──────────────────────────────────

10   Case No. A04-0112 CV (JWS)

11

12    VIDEOTAPED DEPOSITION OF VALERIE ROUNTREE COX

13

                April 27, 2006
14                 9:00 a.m.

15

                 Taken at:
16            Lane, Powell, LLC
     301 West Northern Lights Boulevard, Suite 301
17               Anchorage, Alaska

18                   **COPY**

19

20

21

22   Reported by:  Sandra M. Mierop, CRR, CCP

23

24

25

EXHIBIT
B  P1

1    memory.  My memory was that the door -- there was

2    a problem with the door -- with her bed there,

3    the door opened straight; and it rested up

4    against her bed.  I don't recall -- that's just

5    my memory.  I don't really recall for sure.  The

6    problem with the bed being at the window was that

7    it block -- my problem with it was that it

8    blocked the heater.  The heater was on that wall.

9        Q.    What kind of heater was it?  Was it like

10   a baseboard?

11       A.    Uh-huh, floor heater.

12       Q.    And why did the crib block the heater?

13       A.    Because it -- the bottom of it was above

14   the heater, so the heat still generated out.

15       Q.    Was there any discussion about the

16   window or the window blinds at that point?

17       A.    The pull cord, there was.

18       Q.    And who was present for that discussion?

19       A.    My father and I.

20       Q.    Now, your father has said that the

21   blinds were never tied up.

22       A.    The pull cord, yes, it was always tied

23   up.

24       Q.    What was it tied up to?

25       A.    It was tied in a -- it was tied up at

Blumberg No. 5119

EXHIBIT
B   P2

1          *THE VIDEOGRAPHER:*  One moment,
2     please.  We're on the record.  The time is
3     approximately 10:17 a.m.
4          Q.    *(BY MR. EARNHART)*  I got a couple of
5     cords out of the closet.  Realizing that those
6     aren't the same as draw cords, could you give us
7     an idea of how they were tied up?
8          A.    I'm guessing -- I believe they were tied
9     through each other like that at the top of the
10    window (indicating).
11         Q.    Okay.  So they were just tied to
12    themselves to shorten them up or to --
13         A.    They were -- yeah, so they could not
14    reach them -- only me or my parents were -- my
15    husband would have been able to reach them.  Even
16    if they had stood on something, I don't believe
17    they could have gotten them.  It was a very long
18    cord.
19         Q.    If the cord had been untied, how long
20    would it have been?
21         A.    Past the bottom of the window.
22         Q.    Did anyone discuss cutting the cord
23    shorter or anything like that?
24         A.    No, not that I'm aware of.
25         Q.    Okay.  Did you see any warnings on the

Blumberg No. 5119

EXHIBIT
B    P3

1    blinds in the room?

2        *A.*    No.

3        *Q.*    At any point prior to that -- to the day

4    of the incident, did you see any warnings on the

5    blinds in the room?

6        *A.*    Not that I'm aware of.  They were never

7    raised if -- I believe the warning is on the base

8    of them, and they were never raised.

9        *Q.*    Were they ever opened in any way?  Were

10    they twisted open so that the slats were open?

11        *A.*    I don't believe so because I had a piece

12    of board behind it to block the sun from coming

13    through (indicating).

14        *Q.*    There was a board between the window and

15    the blind?

16        *A.*    Yes.

17        *Q.*    Was that there the day of the incident?

18        *A.*    Yes.

19        *Q.*    And that was to prevent the light from

20    coming through?

21        *A.*    Yes.

22        *Q.*    At any time prior to the incident, at

23    pediatrician's offices or anyplace, had you seen

24    any posters or other warnings regarding window

25    blinds or window blind cords?

EXHIBIT
B p.4

1      A.    I don't believe so.  I was only aware of

2  the pull cord.

3      Q.    Why were you aware of the pull cord?

4      A.    I -- I don't know.  I've always just

5  known about it.  Maybe my -- my mother.  I

6  don't -- I don't know.

7      Q.    Prior to the day of the incident, had

8  you seen any warning anywhere in any context

9  regarding window blinds?  Maybe seen them on the

10  blinds at a neighbor's house --

11      A.    No.

12      Q.    -- or in a store or anything like that?

13      A.    No.

14      Q.    Did you ever see the packaging that the

15  blind came in?

16      A.    No.

17      Q.    Do you know -- can you describe the

18  blind, what kind of material it was made out of?

19      A.    I think it was vinyl -- vinyl, I guess.

20  They -- they weren't metal.

21      Q.    After the incident, was the blind ever

22  taken out of the window?

23      A.    Yes.

24      Q.    Who took it out of the window?

25      A.    The police officers.

EXHIBIT
B P-5

1    out?

2        A.    Yes.

3        Q.    Anything else?  Has anyone said this is

4    a poorly-made blind or improperly-made blind, or

5    that it should have had stickers on it or

6    anything like that?

7        A.    I don't recall.

8        Q.    Do you smoke?

9        A.    Yes.

10       Q.    Do you consume alcohol?

11       A.    Occasionally.

12       Q.    During either of your pregnancies, did

13   you ever consume alcohol?

14       A.    When I was pregnant with Morgan I did.

15   But I wasn't aware that I was pregnant at the

16   time.

17       Q.    How about smoking, did you do that

18   through either pregnancy?

19       A.    Occasionally.

20       Q.    Do you ever use a hammer?

21       A.    A what?

22       Q.    A hammer?

23       A.    Yes.

24       Q.    Do you wear safety glasses when you use

25   a hammer?

EXHIBIT
B p-6
Blumberg No. 5119

1    Q.    Did you put the outlet covers on plugs?

2    A.    I don't recall if there was any.

3    Q.    Do you remember if you did it?

4    A.    I didn't.  But I don't recall if there

5    was any.  There could have been.

6    Q.    Do you remember looking?

7    A.    I don't.

8    Q.    Were you aware that that's --

9    A.    I know that I have them in my house.  I

10    don't know if they did in theirs.

11    Q.    Were there any other -- were there locks

12    on cabinets in the kitchen or drawers?  I mean,

13    I'm talking about child locks, not --

14    A.    I -- I don't recall.  There might have

15    been on the kitchen sink.  I don't recall for

16    sure.

17    Q.    Do you recall if you looked into that?

18    A.    Actually, I know there wasn't on the

19    other ones, but there might have been on the

20    kitchen sink.

21    Q.    Do you mean the cabinet underneath the

22    kitchen sink?

23    A.    Yes.

24    Q.    Do you know if there were circles that

25    block the knobs of the oven?

EXHIBIT

B p-7

Blumberg No. 5119

1  *A.*  No.

2  *Q.*  Were there locks on the toilet seat to

3 keep the toilet seat from going up?

4  *A.*  Nope.

5  *Q.*  Are you aware of those kind of --

6  *A.*  Yes.

7  *Q.*  Are you aware of things that go on the

8 oven locks?

9  *A.*  I believe so.

10  *Q.*  Are you aware that there are cabinet

11 locks and drawer locks?

12  *A.*  Uh-huh.

13  *Q.*  Do you have those --

14  *A.*  Currently, no, I don't -- I don't.

15  *Q.*  I think you said earlier that you never

16 saw a warning label on the blinds --

17  *A.*  No.

18  *Q.*  -- or at least at the time of the

19 accident?

20  *A.*  Not while they were hanging in the

21 window, no.

22  *Q.*  Are you -- do you know now whether there

23 was a warning label on them?

24  *A.*  I believe there was.

25  *Q.*  Do you know where it was?

EXHIBIT
B p-8

Blumberg No. 5119

1    Q.    Do you know what the warning label said?
2    Do you now know?
3    A.    I do; but I don't recall word for word,
4    no.
5    Q.    Do you have a general sense of what it
6    said?
7    A.    I think it refers to the pull cord and
8    bead loops, but I don't think --
9    Q.    What do you mean by "refers to," what --
10    A.    I think it mentions those.  I don't -- I
11    don't remember exactly what words it used.
12    Q.    And I understand you don't remember
13    that.
14        Do you mean -- what does it say
15    about them?  Again, even generally?
16    A.    I think it says that young children can
17    strangle.
18    Q.    If you had seen the warning, would you
19    have arranged the furniture differently?
20    A.    Probably not.
21    Q.    Do you read a newspaper, usually?
22    A.    I do now.  I -- I didn't really then.
23    Q.    Do you read -- or did you read -- I
24    guess beforehand, before the accident, did you
25    read parenting magazines?

EXHIBIT
B p-9
Rumberg No. 5119

1     A.    I think maybe at the beginning, like

2  when they were first born; but, no, not on a

3  regular basis.

4     Q.    When you say you did it when they were

5  first born, do you mean when Morgan was born and

6  April was born?

7     A.    I believe so.  I know I did when Morgan

8  was born.

9     Q.    Did those magazines have articles about

10  safety?

11     A.    Yes.

12     Q.    Had you at any time sought out child

13  safety information?

14     A.    In magazines?  I never investigated

15  child safety.

16     Q.    Did you ever -- did you ever go to

17  websites?

18     A.    No.

19     Q.    A parents' website or any website --

20     A.    When Morgan was born, I didn't even have

21  a computer, no.

22     Q.    How about for April?

23     A.    I didn't search out safety; but I know I

24  registered for magazines on line, for baby

25  magazines and stuff.

EXHIBIT

B P10

1      Q.    Do you remember what magazines you read?

2      A.    Probably Baby and Parenting; but it was

3  just for a short time, the free trial that they

4  give you.

5      Q.    Did you -- when you went to the

6  pediatrician's office, did they have brochures

7  and things?

8      A.    Not that I recall.

9      Q.    Posters?

10     A.    I've seen the poster at the one at

11  Regional.  I don't recall it anywhere else.

12     Q.    What poster did you see?

13     A.    I've seen the poster for window blinds.

14     Q.    Again, forgive my ignorance, what --

15  Regional is here in Anchorage?

16     A.    Yes.

17     Q.    Is that a pediatrician's office?

18     A.    Yes.  But that was after the fact.

19     Q.    Do you know if it was there beforehand?

20     A.    I don't.

21     Q.    Do you know if they had other sources of

22  public health messages, posters and brochures and

23  stuff at Regional?

24     A.    I don't recall.

25     Q.    Do you recall if they had that at any

Blumberg No. 5119

EXHIBIT
B P11

1    pediatrician you visited prior?

2         A.     I don't recall.

3         Q.     You testified earlier that you smoke?

4         A.     Yes.

5         Q.     Is there a warning on the packs of

6    cigarettes that you buy?

7         A.     Yes.

8         Q.     Do you know what it says?

9         A.     Yes.

10        Q.     What does it say?

11        A.     Surgeon general's warning that smoking

12   can cause lung cancer, premature birth in

13   pregnant women and low birth weight.

14        Q.     You know it fairly well?

15        A.     Yes.  I'm sure that's probably not

16   exactly word for word; but that's what it says,

17   generally.

18        Q.     Do you have a car?

19        A.     A car?

20        Q.     Yeah.

21        A.     Yes.

22        Q.     Did you have a car at the time you had

23   April?

24        A.     Yes.

25        Q.     And when Morgan was a baby?

Blumberg No. 5119

EXHIBIT

B   p12