1          IN THE UNITED STATES DISTRICT COURT

2     FOR THE DISTRICT OF ALASKA AT ANCHORAGE

3

   VALERIE ROUNTREE, et al.,              )
4                                         )
              Plaintiffs,                 )
5                                         )
   vs.                                    )
6                                         )
   CHING FENG, LTD., a Taiwanese          )
7  corporation, et al.,                   )
                                          )
8             Defendants.                 )
   _____)
9
   Case No. A04-0112 CV (JWS)
10

11

12     VIDEOTAPED DEPOSITION OF CHRISTOPHER COX

13

               April 28, 2006
14               9:00 a.m.

15

               Taken at:
16         Lane, Powell, LLC
   301 West Northern Lights Boulevard, Suite 301
17            Anchorage, Alaska

18              **COPY**

19

20

21

22  Reported by:  Sandra M. Mierop, CRR, CCP

23

24

25

Blumberg No. 5119    EXHIBIT
C  P-1

1    dangerous because it was real, like, sharp on the

2    edges.  We talked about moving it around so they

3    didn't bump their head on it or something.

4         Q.    You say the bed?  As I understand it,

5    there was a bed and crib in the room?

6         A.    Yes, sir.

7         Q.    Was the crib there when you guys

8    arrived?

9         A.    No.

10        Q.    Where did you get the crib from?

11        A.    We had got a crib from my grandparents

12    on the way up here.

13        Q.    So did you ship that up -- you shipped

14    the crib up from California?

15        A.    Can't remember if it was shipped or if

16    we actually put it in our car.

17        Q.    Okay.  You guys drove up?

18        A.    Yes.

19        Q.    All right.  All right.  In any case, you

20    guys -- the crib was yours that you brought with

21    you?

22        A.    Yes.

23        Q.    All right.  And then how about the bed?

24        A.    It was -- it was the grandparents' bed.

25        Q.    Okay.  Single bed?

Blumberg No. 5119
EXHIBIT
C  P-2

1    A.    Yes.

2    Q.    All right.  And you said that was a wood

3    bed, and you thought that might be sharp?

4    A.    Because it was homemade.

5    Q.    Okay.

6    A.    So it wasn't sanded down very well.

7    Q.    I see.  And so did you guys make some

8    changes to that bed?

9    A.    No modifications to the bed.  We just

10   actually brought everybody down there and had --

11   get an idea from everybody's picture, the mom and

12   dad, me and Valerie.  We all talked about it

13   while it was there, would it be okay for the

14   kids.

15   Q.    So you decided that the bed would be

16   okay?

17   A.    Yeah.

18   Q.    All right.  And then in terms of

19   deciding where to place -- so the bed was in

20   there already and was it located in the same spot

21   that it stayed or did you move the location of

22   it?

23   A.    Kind of.  Not too much.

24   Q.    All right.  It was on the -- the bed was

25   kind of on the inside wall?

Blumberg No. 5119    EXHIBIT
C  P-3

1    you talked a little bit about today.

2        A.    Yes, sir.

3        Q.    You said you were concerned when you saw

4    the bed for Morgan, I guess?

5        A.    Well, yes, sir, I did.  It was a

6    homemade, spring -- I don't know, the bed sits

7    under.

8        Q.    The frame?

9        A.    The frame itself was a homemade frame

10   that Paul made, and it wasn't sanded down

11   properly.  It was pointy at the -- on the sides.

12   And the bed didn't, you know, overlap.  It kind

13   of left a little bit of gap on the sides.  So, I

14   mean, it didn't -- I mean, if you ran into it,

15   you would hit the corner, you know.  So it didn't

16   look suitable for children.

17       Q.    And what -- you discussed that with --

18       A.    Everybody in the house.

19       Q.    And the decision was to stick with that

20   bed?

21       A.    Well, it had cupboard space underneath,

22   where you can actually store stuff underneath the

23   bed; and it seemed like that's something we

24   needed for the area we were in.  But, you know,

25   Valerie -- you know, everybody else, decided to,

EXHIBIT
C p-4
Blumberg No. 5119

1    Q.    Do you know if it was before you moved

2    to Virginia?

3    A.    Yes, I know that for sure, yes.

4    Q.    And have you talked to her since?

5    A.    I haven't talked to her, no.

6    Q.    Do you know if Valerie does?

7    A.    I don't think so.  She still has her on

8    her Yahoo messenger or something like that as a

9    contact, but I don't think they -- they speak.

10    Q.    Do you know if the blinds had a warning

11    label on them?

12    A.    Well, I never saw the blinds because the

13    blinds were never -- the bottom, I just know

14    after, when it happened, it's hard -- I mean,

15    it's hard to say if I saw a warning label on

16    it -- I think I did -- at the bottom of the

17    blind.  But they were never risen -- they were

18    never pulled up during -- yes.

19    Q.    So are you -- you're not sure whether

20    you noticed it beforehand or not?

21    A.    Yes, sir.

22    Q.    Do you -- do you now know if there was

23    one?

24    A.    I think -- I think there was one on

25    there.

Blumberg No. 5119

EXHIBIT

C p-5

1    Q.    Do you know what it says?

2    A.    Specifically?  The whole thing says?  I

3    know it entails the main cord and about the

4    beaded loop, you know; but it doesn't -- I know

5    it didn't say anything about the inner lift cord.

6    Q.    Do you know what it said about the main

7    cord?

8    A.    It's dangerous.  I don't -- I can't

9    remember exactly what it said, no.  But if I saw

10   it, I could tell you if it's something --

11   Q.    Do you know if there were -- well, were

12   there any other labels or stickers or anything

13   that you know of?

14   A.    No.

15   Q.    Do you know if there ever were?

16   A.    No.  I know there wasn't any other

17   labels on -- on the blind.

18   Q.    Do you know if there were any labels or

19   anything else on the blind when it was purchased?

20   A.    No, I wasn't there when she purchased

21   them, so...

22   Q.    Do you know what the package looked

23   like?

24   A.    (Witness shakes head.)

25   Q.    Do you know if there were any

Blumberg No. 5119    EXHIBIT
C p-6

1    instructions or other inserts in the package?

2        A.    No.

3        Q.    You talked before about -- excuse me --

4    that there was -- a little -- I guess, a little

5    girl who had stayed there beforehand that was --

6        A.    No.

7        Q.    Was that a little boy?

8        A.    Little girl.

9        Q.    Valerie's brother, David's little

10    daughter?

11        A.    Yes.

12        Q.    Okay.  Do you know whether there were

13    any efforts before your family moved up there, to

14    child-proof the house?

15        A.    Yes.

16        Q.    What was done?

17        A.    They put baby gates up; they put locks

18    on the -- on the cupboards, I believe.  They

19    might have put some where the chemicals were and

20    stuff.

21        Q.    Were they there before you moved up?

22        A.    Yes.  There was a lot of changes.  I

23    can't recall that specifically.  But I know -- I

24    went around the house; and if I saw something, I

25    did mention it to them, when it was either

EXHIBIT
C p-7
Blumberg No. 5119

1   accommodated or it wasn't.

2       Q.    What were some of the things that

3   weren't accommodated?

4       A.    Honestly, I can't remember anything that

5   wasn't.  They were pretty -- they were pretty

6   flexible on making it baby-proof.  So...

7       Q.    Okay.  Was the baby gate one that's

8   attached to the wall or one that's -- one that

9   you take on and off as you need it?

10       A.    I don't remember -- I think it might

11   have came off; but I don't think it ever was,

12   like, taken off.  I think it was one of the ones

13   that had done some extra stuff to unlock it, like

14   a latch or something.  It always got pulled aside

15   as far as I remember.

16       Q.    I guess I may not have been clear.  Is

17   it the kind that was affixed to the wall or the

18   kind that uses pressure or something to use it

19   in?

20       A.    No, I think it was attached to the wall,

21   actually.

22       MR. WEISS:  Okay.  I think that's

23   all my questions.

24       Do you have anymore?

25       FURTHER EXAMINATION

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

EXHIBIT C p-8