# News from CPSC
## U.S. Consumer Product Safety Commission
Office of Information and Public Affairs                                    Washington, D.C. 20207

**For Immediate Release**  
November 1, 2000  
Release # 01-023

Repair Kit Hotline: (800) 506-4636  
CPSC Contact: Ken Giles  
(301) 504-0580 Ext. 1184

### CPSC, Window Covering Industry Announce Recall to Repair Window Blinds
*New Investigation of Children's Deaths Leads to Redesigned Window Blinds*

WASHINGTON, D.C. – The U.S. Consumer Product Safety Commission (CPSC) and the Window Covering Safety Council are announcing a recall to repair horizontal window blinds to prevent the risk of strangulation to young children. The recall involves millions of window blinds with pull cords and inner cords that can form a loop and cause strangulation. About 85 million window blinds are sold each year.

Since 1991, CPSC has received reports of 130 strangulations involving cords on window blinds. 114 strangulations involve the outer pull cords, and 16 involve the inner cords that hold the blind slats.

In 1995, CPSC worked with the window covering industry to redesign new window blinds to eliminate the outer loop on the end of pull cords and provide free repair kits so consumers could fix their existing blinds. Window blinds sold since 1995 no longer have pull cords ending in loops.

Last year, CPSC began a new investigation of window blind deaths. In an extensive review of incidents, CPSC found that children could also become entangled in the inner cords that are used to raise the slats of blinds. These entrapments occur when a young child pulls on an inner cord and it forms a loop that the child can hang in. All of these deaths involved children in cribs placed next to windows. In most cases, the outer pull cords were placed out of reach, but the children strangled when they pulled on the inner cords of the blinds. The strangulation victims ranged in age from 9 months to 17 months.

As a result of the new CPSC investigation, the industry has further redesigned window blinds. Newly manufactured blinds have attachments on the pull cords so that the inner cords can't form a loop if pulled by a young child. Consumers with existing blinds should have them repaired. The repair can be done in minutes without removing the blinds.

-more-

0014415



EXHIBIT  
D P-1

(window blinds) -2-

Consumers who have window blinds with cords in their homes should call the Window Covering Safety Council toll-free (800) 506-4636 to receive a free repair kit for each set of blinds in the home. The repair kit will include small plastic attachments to prevent the inner cords from being pulled loose. The kit also includes safety tassels for pre-1995 window blinds with outer pull cords ending in loops. Consumers should cut the loops and install a safety tassel at the end of each pull cord. Consumers who have vertical blinds, draperies or pleated shades with continuous loop cords should request special tie-downs to prevent strangulation in those window coverings.

Parents should keep window covering cords and chains permanently out of the reach of children. Never place a child's crib within reach of a window blind. Unless the cords can be completely removed from the child's reach, including when the child climbs on furniture, CPSC recommends that parents never knot or tie the cords together because this creates a new loop in which a child could become entangled.

Consumers who have young children may wish to consider purchasing cordless window coverings. These are made by a number of firms.

###

## VIDEO ALERT:

### SATELLITE COORDINATES (C-BAND)

| | | |
|---|---|---|
| Date: | Wed., Nov. 1, 2000 | Thurs., Nov. 2, 2000 |
| Time: | 2:30-3:00pm ET | 11:00-11:30am ET |
| C-Band: | GE2, Transponder 6 | GE2, Transponder |
| Downlink Freq: | 3820 MHz | 3820 MHz |
| Audio: | 6.2 & 6.8 | 6.2 & 6.8 |

For technical problems with the satellite feed, Call Rachel Vitale at (800) 666-7882. This feed is sponsored by the *U.S. Consumer Product Safety Commission*. It is for your free and unrestricted use.

To see a picture of the recalled product(s) and/or to establish a link from your web site to this press release on CPSC's web site, link to the following address: http://www.cpsc.gov/cpscpub/prerel/prhtml01/01023.html. The U.S. Consumer Product Safety Commission protects the public from unreasonable risks of injury or death from 15,000 types of consumer products under the agency's jurisdiction. To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's teletypewriter at (800) 638-8270, or visit CPSC's web site at http://www.cpsc.gov/talk.html. For information on CPSC's fax-on-demand service, call the above numbers or visit the web site at http://cpsc.gov/about/who.html. To order a press release through fax-on-demand, call (301) 504-0051 from the handset of your fax machine and enter the release number. Consumers can obtain this release and recall information at CPSC's web site at http://www.cpsc.gov.

**Receive Press Releases by Email:** To subscribe to this convenient service, send an email containing your full name, position, organization, mailing address, email address, phone number and fax number to: kdulic@cpsc.gov.

0014416


EXHIBIT D P-2

# Young Children Can Strangle On Window Cords!

## Protect your child. Follow these safety steps.

**①** 
Move cribs, beds and all furniture away from windows.

**②** 
Lock pull cords into position when blind or shade is lowered.

**③** 
*Allow space*
Do not let blind "rest" on window sill. Raise blind enough to lock into place.

**④** 
Secure pull cords out of reach using a cleat or tie-down device.

**Window Covering Safety Council**
1-800-506-4636



0017952