IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA



VALERIE ROUNTREE, individually and as
Personal Representative of THE ESTATE OF
APRIL LYNNE COX; MORGAN
SCHEDIWY, a minor, through her natural
Mother and guardian VALERIE ROUNDTREE;
and CHRISTOPHER COX,
    Plaintiffs,

vs.

CHING FENG BLINDS INDUSTRY
CO., LTD., a Taiwanese corporation;
JENCRAFT CORPORATION a/k/a
JENCRAFT MANUFACTURING CO., INC.,
A New Jersey corporation; WAL-MART
STORES, INC., a Delaware corporation; and
WINDOW COVERING MANUFACTURERS
ASSOCIATION,

    Defendants.

Case No. A04-0112 CV (JWS)


DEPOSITION OF PAUL ROUNTREE,

Pages 1-81, inclusive

Commencing at 9:00 a.m.

Wednesday, July 27, 2005

Anchorage, Alaska


**Alaska Stenotype Reporters**
511 West Ninth Avenue
Anchorage AK 99501-3520
*Serving Alaska Since 1953*



Rick D. McWilliams, RPR, Ret.
Fred M. Getty, RPR, Ret.

Telephone 907.276.1680
Email AkSteno@aol.com
Fax 907.276.8016



EXHIBIT E P-1

## Page 9

1  live with us for a while until she got situated.
2  Q. Were there any changes made to that room where
3  April was living --
4  A. No.
5  Q. -- before they arrived?
6  A. Other than paint, no.
7  Q. Had -- and again, this is just my
8  understanding, there was -- there had been a room that
9  had been divided downstairs; is that accurate?
10 A. Yes.
11 Q. Had you been the one that divided the room?
12 A. I was.
13 Q. Do you know about when you did that?
14 A. Seven or eight years ago. It was before Morgan
15 was born because I divided it for her when she came down
16 before when she was supposed to stay here.
17 Q. When Morgan had come up to visit you from
18 California?
19 A. No, when her mom came up here pregnant because
20 she didn't want to stay at home and tell her mom. So she
21 flew up here and I made a room for her and Morgan before
22 Morgan was born.
23 Q. And is that Kathy Hall you're referring to?
24 A. No, this is Valerie.
25 Q. No, I mean, her mom --

## Page 10

1  A. Her mom, yes, Kathy Hall.
2  Q. Okay. At that point, if you recall, were those
3  the same window blinds in that room?
4  A. They probably were.
5  Q. Do you know who installed those blinds?
6  A. I assume I did, but I couldn't be sure.
7  Q. Do you have any recollection of installing
8  them?
9  A. I'm assuming I did, yes.
10 Q. Was there any problem with installation of the
11 blinds that you recall?
12 A. Not at first.
13 Q. Was there a second?
14 A. Later on it broke, so I put a screw inside it
15 to keep it from falling down.
16 Q. Where -- do you recall where it had broken?
17 A. Over by the pulley -- the drawstring.
18 Q. We have some -- and we might as well use these.
19 We marked the photos Exhibit 2.
20     If you would, Mr. Rountree, take a look at the
21 top photo there. Does that depict the blinds in the part
22 of the room that April was in?
23 A. Looks like it.
24 Q. And then when the blinds were installed, do you
25 recall if you -- do you remember taking them out of the

## Page 11

1  box before they were installed?
2  A. No.
3  Q. What is your -- what do you do for a living?
4  A. Right now I work on the Slope, then I was a
5  mover.
6  Q. A mover?
7  A. Yes.
8  Q. And you do carpentry chores around your house?
9  A. Yes, I do.
10 Q. Do you know whether there was any directions
11 about the blinds in the box when they were bought?
12 A. I'm assuming they were, but I couldn't tell
13 you. It's too long ago.
14 Q. On the third photo down, which I put on -- I'm
15 going to mark those alphabetically, which will be C --
16 just the next one down from the yellow page. There's a
17 warning label. Do you remember ever seeing that?
18 A. No.
19 Q. Do you know whether it was on -- a warning like
20 this was on the blinds or not?
21 A. No, I don't know.
22 Q. When the blinds were installed, which was
23 sometime -- would it be safe to say within the last 10 or
24 11 years?
25 A. '93 or something like that.

## Page 12

1  Q. Okay. At the time that the blinds were
2  installed -- let me pin this down -- do you think it was
3  in '93, as best you can recall?
4  A. Somewhere around there. I can't tell you for
5  sure, but I would imagine in the early '90s.
6  Q. And at that time, did you know anything about
7  whether there had been reported strangulation deaths with
8  blinds like this?
9  A. No.
10 Q. And after April's death, did you learn that
11 there had been some other instances of children
12 strangling in blinds like this?
13 A. Yes.
14 Q. And how did you know that?
15 A. Because of Valerie.
16 Q. There's a -- I really don't have a picture that
17 shows clearly the whole cord that raises the blind up and
18 down. As you face the window with the blinds, my
19 understanding is that the cord was on the right side. Do
20 you have a memory of that?
21 A. On the right side, yes.
22 Q. Was anything done with that cord to secure it?
23 A. No.
24 Q. To your memory, was it hanging straight down?
25 A. I'm sure it was, yes.

### Page 41

1 the window. There's no particular reason why. I just
2 felt she should have been against the wall.
3   Q. And the difference between Morgan being against
4 the window and April being against the window was that
5 Morgan is older?
6   A. Yes.
7   Q. So whether it was the warmth and she would be
8 able to put her own blanket over herself?
9   A. Right.
10   Q. Nothing to do with the age. And then, I
11 guess -- and this is at the very beginning. And I want
12 to make sure I got this straight. There may or may not
13 have been blinds in the window when you moved into the
14 house?
15   A. I'm assuming there wasn't, but like I said, I
16 couldn't be sure. My wife would know about that.
17   Q. Are you sure that at some point you bought --
18 not necessarily you, but you or your wife bought blinds
19 for the window?
20   A. Am I sure? No, I'm not sure.
21   Q. So there may have been blinds over there
22 before?
23   A. That's a hard question to answer. That's a
24 long time ago. And like I said, I don't remember putting
25 the blinds up. I remember fixing it, but I don't

### Page 42

1 remember putting them up.
2   Q. And I guess you said you assumed if you -- if
3 they were installed since you lived there, you would have
4 put them up because that's the sort of thing you did
5 around the house?
6   A. I do everything around the house.
7   Q. You're pretty handy?
8   A. I'm all right.
9   Q. And I think that Chuck asked you about whether
10 there were instructions in the box?
11   A. Yes.
12   Q. And you don't recall; is that correct?
13   A. No, because I do not recall the box.
14   Q. But do you think of installing blinds to be --
15 let me rephrase that a different way.
16     When you do a project like that, do you
17 normally read the instructions, or do you put them up the
18 way that you know you can put them up?
19   A. If it looks straight forward I'll put them up.
20 If it looks difficult I'll read the directions and go
21 through them.
22     MR. WEISS: Okay. That's all I have.
23     MR. HOWARD: I have about half an hour. Could
24 we just take a break?
25     MR. RAY: Let's take a break.

### Page 43

1     (Break was had.)
2          EXAMINATION
3 BY MR. HOWARD:
4   Q. Mr. Rountree, my name is Craig Howard. I'm
5 from the law firm of Richmond and Quinn. And we
6 represent the corporation Ching Feng who is allegedly the
7 manufacturer of these -- at least according to Mr. Ray --
8 of these blinds. How old are man are you, first of all?
9   A. I'm 44.
10   Q. And you say you work on the Slope now?
11   A. Yes.
12   Q. What kind of work do you do?
13   A. I'm a well tester.
14   Q. And do you work for an independent contractor?
15   A. Yes.
16   Q. And who would that be?
17   A. ASRC.
18   Q. And how long have you been doing that work?
19   A. Off and on for two years.
20   Q. And when you say you're often not here, that's
21 the explanation you work two weeks on, two-weeks off?
22   A. Yes.
23   Q. Was that your schedule?
24   A. Yes.
25   Q. And was that your schedule back in 2002?

### Page 44

1   A. No.
2   Q. What were you doing back then?
3   A. I worked for a moving company.
4   Q. Was that an 8:00 to 5:00 type of job or were
5 you often out of state?
6   A. From 7:00 until I got home.
7   Q. What company was that?
8   A. Worldwide Movers.
9   Q. Do you think you bought this house on Charing
10 Cross in '93, '92 -- '93?
11   A. Probably '93, but that's just -- somewhere
12 around there.
13   Q. And who was in your family unit at that time?
14 I mean, who was living with you?
15   A. Me and my wife and my two sons.
16   Q. And that was Ilene?
17   A. Yes.
18   Q. How long have you been married to Ilene?
19   A. 25-years.
20   Q. So Kathy Hall is --
21   A. Is a memory.
22   Q. And who -- you have very little contact, if any,
23 with her?
24   A. I have no contact.
25   Q. Valerie was a child from that union?


EXHIBIT E p-3

Page 57

1   Q. You do remember those?
2   A. Those are the ones I do remember.
3   Q. And would those have been contemporaneous with
4   this, or was that all done at one time?
5   A. These were bought separately -- the two blinds
6   upstairs.
7   Q. And do we know where those were bought?
8   A. I believe they were bought at the time, Eagle.
9   Q. On those, did you read the instructions on the
10  box?
11  A. No.
12  Q. Sounds like you're kind of --
13  A. I'm going to say no. Like I told him, if it's
14  straight forward I'll just put them up.
15  Q. It sounds like you're a kind of guy who's
16  pretty good and handy things. You can probably eyeball
17  and figure out how to do things?
18  A. Okay.
19  Q. Is that right?
20  A. Yeah.
21  Q. All right. Now, I assume that it wouldn't be
22  necessary because you didn't have young kids in the
23  house, you really wouldn't be in tune to any kind of
24  warnings --
25  A. No.

Page 58

1   Q. -- or anything of that nature? Now, once
2   this -- once this whole thing with April coming up here,
3   how much notice did you have when she decided to come up
4   here in March?
5   A. I wouldn't say more than a month, but that's
6   stretching it probably.
7   Q. The crib that is shown in Number A, 2A, did you
8   guys have that crib, or did you go out and buy that crib?
9   A. No, a friend that works at the church gave it
10  to her.
11  Q. And you made some mention about assembling it.
12  Was it taken apart and you had to put it together?
13  A. Yes.
14  Q. How much -- what other kind of child proofing
15  did you -- so you knew you were going to have a 7 or
16  8-year old, plus April was about 14 months?
17  A. Yeah, I think so.
18  Q. And I'm trying to remember my own kids. Was
19  she walking then? Toddling?
20  A. No, I don't believe so.
21  Q. Was she able to stand by herself?
22  A. Yes.
23  Q. She was. Okay. Had you ever seen her stand up
24  in the crib before?
25  A. I can't recall her being in the crib, other

Page 59

1   than sleeping.
2   Q. Because normally you would be out of the house?
3   A. Right. I would go down and check on her once
4   in a while. And that's the only time I would see her
5   when she was sleeping.
6   Q. What other child proofing did you guys do on
7   the house?
8   A. I can't think of anything.
9   Q. I mean, some people get totally neurotic. You
10  know, they put the little cupboard clippers on, and they
11  put round corners on -- you know, something like this
12  they put round foam on.
13  A. No.
14  Q. I mean, are we talking about any kind of --
15  A. Maybe on the plug sockets. But I don't know if
16  that was afterwards or then or if we'd always had them.
17  Q. It sounds like it had been a good -- I mean, a
18  young child had never been in that home since you
19  purchased it?
20  A. No.
21  Q. The door that has been alluded to, I think
22  there's a picture one of these photographs.
23      MR. RAY: The ones that I brought show the
24  room.
25  BY MR. HOWARD:

Page 60

1   Q. The door that has been alluded to, does that
2   door -- did you put that door in?
3   A. I did.
4   Q. So that door enters into the adjoining room?
5   A. Yes, it does.
6      MR. RAY: Just for our record, that's 2B.
7      MR. HOWARD: 2B, thank you, Mr. Ray.
8   BY MR. HOWARD:
9   Q. Enters right into 2B. So the purpose of that
10  was so that you have access from the one room into the
11  other room, right?
12  A. This is the door that's dividing the two rooms,
13  Valerie's room and the baby's room.
14  Q. This door does not enter into a hallway?
15  A. No, it does not.
16  Q. So to get from the hallway from this room you'd
17  have to go through Valerie's room; is that right?
18  A. Yes, that is.
19  Q. And it sounds like -- going back to 2A, you
20  could see the little ledge that you alluded to, kind of
21  goes out and you can put little knickknacks or something
22  on there. Is that something -- and is that the window
23  latch there at the bottom?
24  A. I don't know what that is.
25  Q. How do the windows open? Do you know?

18 (Pages 57 to 60)

Page 65

1  bottom of the blind.
2      Q.  I want you to look at 2I. And do you see that
3  orange tape?
4      A.  Uh-huh.
5      Q.  What is that orange tape supposed to mean?
6      A.  It probably says a warning.
7      Q.  This tape is hanging down. Do you know what
8  that means? I've read somewhere where that is supposedly
9  the cord that --
10     A.  Okay. Yeah. I never knew what cord it was.
11     Q.  Okay. Assuming for purpose of this examination
12 this was put here by the police or somebody to designate
13 what cord was used. The warning seems -- do you see the
14 warning sign?
15     A.  I do now.
16     Q.  It seems to be right underneath, right in the
17 problem area, doesn't it?
18     A.  Right.
19     Q.  So anybody who, if you lift the blinds up and
20 down, you would see that, right?
21     A.  It's possible.
22     Q.  I mean, you wouldn't want to have the
23 warning -- I mean, for cosmetic purposes, people don't
24 want to have a warning staring at them on the wall.
25 Would that make sense?

Page 66

1      A.  No, I agree.
2      Q.  You agree that most people wouldn't want to
3  have a warning signal, so that if you're going to have to
4  put the warning there, that's a pretty good place to put
5  it, right?
6      A.  Right.
7      Q.  Because you would either see it when you
8  installed it, or if you read the instructions of the box,
9  or if you put it up or down you would see it?
10     A.  It's possible.
11     Q.  I want you to take a look at 2F. It shows a
12 warning and it looks like it's a -- it shows a child
13 grabbing a cord and says, warning in orange, I guess.
14 And it has an exclamation mark. Do you know if that's an
15 international warning sign? Have you ever seen that
16 before?
17     A.  No, never seen it.
18     Q.  And then it looks like it has something, "Young
19 children can become entangled and strangled in cord or
20 bead loops." Do you know what a bead loop is?
21     A.  No.
22     Q.  "Use safety devices to reduce access or
23 eliminate loops." And it's got that WCMA. And it's also
24 in English and French right?
25     A.  Looks like.

Page 67

1      Q.  Have you ever seen anything like that before?
2      A.  No.
3      Q.  Do you think that's pretty standard or what?
4      A.  Seems like it.
5      Q.  Why do you think they put it there?
6      A.  Probably for the reason what happened.
7      Q.  You know, I've been sitting here listening to
8  people and staring out the window. And I've noticed that
9  on this window here there's a warning. And if you could
10 just maybe come over here and take a look at it. It's
11 identical there. Do you see that warning there? Can you
12 see what it says?
13     A.  It doesn't say nothing, but it has a little
14 picture of a kid.
15     Q.  Well, let's look at 2I and look at this one.
16 This one has a picture of the kid going with the -- you
17 know, with a -- going with the cord. No tugging, right?
18     A.  Yeah, it's a warning.
19     Q.  And then this one has "Advertencia", which is I
20 guess is Spanish. Do you know Spanish at all?
21     A.  No.
22     Q.  Well, it looks like -- let me see. It looks
23 like "Los ni±os." Do you see this? You don't see any
24 "Advertencia" here, but do you see anything that starts
25 out with "Los ni±os?"

Page 68

1      A.  Uh-huh.
2      Q.  So that warning is here, isn't it?
3      A.  Uh-huh.
4      Q.  And can you walk over here and take a look.
5  This is the one in English. It's the same warning, but
6  in English, isn't it?
7      A.  Yeah.
8      Q.  I'm going to take a look at the one behind Mr.
9  Ray here. Do you see the warning is the same?
10     A.  Yep.
11     Q.  Same ones. And that would be, for the record,
12 that would be the --
13         MR. RAY:  The east window and then you looked
14 at the south window.
15 BY MR. HOWARD:
16     Q.  The east window and then the south window have
17 essentially the same warning, do they not?
18     A.  Yes, they did.
19     Q.  And can you take a look at -- does it have the
20 WCMA thing on the bottom, too, underneath the warning?
21 Under the ones here. I know that one does, but does it
22 have it underneath?
23     A.  WCMA?
24     Q.  Yes.
25     A.  Yeah.