Donald C. Thomas, Esq.
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
phone: (907) 279-3581
fax:     (907) 277-1331
dct@delaneywiles.com

Michael Weiss, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309-3521
phone: (404) 572-2804
fax:     (404) 572-5143
mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD. and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>　　　　　　Defendants. | Case No. A04-0112 CV (JWS)<br><br><br><br><br><br><br><br><br><br>(PROPOSED)<br><u>ORDER GRANTING</u><br><u>SUMMARY JUDGMENT</u> |

For the reasons described in Defendant Window Covering Manufacturers

Association's Motion for Summary Judgment and Brief in Support, the Court hereby

grants summary judgment as to all claims against Window Covering Manufacturers Association.

IT IS SO ORDERED THIS \_\_\_\_ DAY OF _____, 2006.

_____
John W. Sedwick, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 14th day of July 2006,
a copy of **WINDOW COVERING
MANUFACTURERS ASSOCIATION'S
ORDER GRANTING SUMMARY JUDGMENT**
was served electronically on:

Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, Alaska  99501

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 West 6th Avenue, Ste. 200
Anchorage, Alaska 99501

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska  99501

s/Donald C. Thomas (119250)