Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al., | ) ) ) ) | Case No. 3:04-cv-00112-JWS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | STIPULATION FOR EXTENSION OF TIME FOR |
| CHING FENG BLINDS INDUSTRY CO., LTD., et al., | ) ) ) | PLAINTIFFS' OPPOSITION TO WINDOW COVERING MANUFACTURERS |
| Defendants. | ) ) | ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT |
| | ) | |

Plaintiffs, through their lawyer Charles W. Ray, Jr., and Defendant Window

Covering Manufacturers Association through its lawyers Michael Weiss and Donald C.

Thomas hereby stipulate and agree that plaintiffs shall have until Friday, 4 August 2006 to

file an opposition to Window Manufacturers Association's Motion for Summary Judgment.

Stipulation for Extension of Time
Rountree v. Ching Feng, et al          A04-0112 CV (JWS)
Page 1 of 3                            Rountree 311.1 Stip.ext

DATED 1 August 2006
s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone:  (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
        craylaw@aol.com
ABA# 8406048

CONSENT:
s/Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
(907) 279-3581
Fax: (907) 277-1331
E-mail:  DCT@delaneywiles.com
        jaf@delaneywiles.com
        usdcuser@delaneywiles.com
ABA# 8506085

Stipulation for Extension of Time
Rountree v. Ching Feng, et al          A04-0112 CV (JWS)
Page 2 of 3                            Rountree 311.1 Stip.ext

CERTIFICATE OF SERVICE:

I hereby certify that on 1 August 2006, a copy
of the foregoing document

Was served electronically on:

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

and was served electronically and via U.S.
Postal Service on the following:

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com

By: s/Charles W. Ray, Jr.

Stipulation for Extension of Time
Rountree v. Ching Feng, et al          A04-0112 CV (JWS)
Page 3 of 3                            Rountree 311.1 Stip.ext