Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHING FENG BLINDS INDUSTRY )<br>CO., LTD., et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:04-cv-00112-JWS<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS' OPPOSITION TO WINDOW COVERING MANUFACTURERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT |

The Court having considered the stipulation of the parties, hereby orders that Plaintiffs shall have until Friday, 4 August 2006 to file an opposition to Window Manufacturers Association's Motion for Summary Judgment.

ENTERED this _____ day of 2006.

_____
John W. Sedwick
United States District Court Judge

Stipulation for Extension of Time
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 1 of 1    Rountree 311.1 Stip.ext Ord