IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al.,<br><br>                Plaintiffs,<br><br>   vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., et al.,<br><br>                Defendants. | Case No. 3:04-cv-00112-JWS<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS' OPPOSITION TO WINDOW COVERING MANUFACTURERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT |

The Court having considered the stipulation of the parties, hereby orders that Plaintiffs shall have until Friday, 4 August 2006 to file an opposition to Window Manufacturers Association's Motion for Summary Judgment.

ENTERED this  2nd  day of   August   2006.

/s/JOHN W. SEDWICK
John W. Sedwick
United States District Court Judge