ANSI/WCMA A100.1 – 2002
Revision of
ANSI/WCMA A100.1 – 1996

# AMERICAN NATIONAL STANDARD

## FOR SAFETY OF

## CORDED WINDOW COVERING PRODUCTS



### SPONSOR
### WINDOW COVERING MANUFACTURING ASSOCIATION, INC.

### Approved August 29, 2002

### AMERICAN NATIONAL STANDARDS INSTITUTE, INC.

EXHIBIT 2
Page 1 of 19

## AMERICAN NATIONAL STANDARD

An American National Standard implies a consensus of those substantially concerned with its scope and provisions. An American National Standard is intended as a guide to aid the manufacturer, the consumer and the general public. The existence of an American National Standard does not in any respect preclude anyone, whether he has approved the Standard or not, from manufacturing, marketing, purchasing, or using products, processes, or procedures not conforming to the Standard. American National Standards are subject to periodic review and users are cautioned to obtain the latest editions.

CAUTION NOTICE: This American National Standard is permitted to be withdrawn at any time. The procedures of the American National Standards Institute require that action be taken to reaffirm, revise, or withdraw this Standard no later than five years from the date of publication. Purchasers of American National Standards receive current information on all Standards by calling or writing The American National Standards Institute.

Published by
Window Covering Manufacturers Association, Inc.
355 Lexington Avenue, New York, New York, 10017

Copyright © 2002 by the Window Covering Manufacturers
Association, Inc.
Not to be reproduced without
Specific authorization from WCMA

Printed in the USA

This Standard was developed by the Window Covering Manufacturers Association, Inc. it was approved by ANSI under the Canvass Method.

EXHIBIT 2
Page 2 of 19

# TABLE OF CONTENTS

| SECTION | PAGE |
|---|---|
| 1. Scope & Foreword | 4 |
| 2. Objective | 4 |
| 3. Definitions | 4 – 6 |
| 4. Product Requirement | 6 – 7 |
| 5. Labeling & Operational Tags | 7 – 12 |
| 6. Tests & Parameters | 12 – 14 |
| Appendix A | 15 |
| Appendix B | 16 |
| Figures | 17 – 19 |

EXHIBIT 2
Page 3 of 19

## 1.    SCOPE & FOREWORD

1.1 The members of the Window Covering Manufacturers Association, Inc. (WCMA), recognizing that unfortunate accidents, including strangulation, have occurred among young children using certain products having flexible loops made or imported by members of the industry, have prepared this Standard in cooperation with the U.S. Consumer Product Safety Commission (CPSC).

WCMA members have been engaged in an extensive awareness program and have also furnished millions of devices to be used in a retrofit manner to reduce the chance of user injury.

This Standard is not intended to inhibit, but rather to encourage the development of devices and methods that shall further improve the safety of products manufactured by industry members.  Manufacturers and other users of this Standard are requested to submit suggestions for improvements to WCMA.

Members of WCMA, in recognition of continuing improvements to be made, shall sponsor appropriate revisions to this Standard on a regular basis.

1.2 This Standard applies to all interior drapery hardware and window covering products that incorporate bead chains, cords, or any type of flexible looped device in their operation.  The items covered include the products listed in 1.3 when used in all reasonably foreseeable environments where young children are present.

1.3 Products covered include Cellular Shades, Horizontal Blinds, Pleated Shades, Roll-Up Blinds, Roller Shades, Roman Shades, Traverse Rods, and Vertical Blinds.  Stock and Custom Products. (See Section 3 for definitions of these terms.)

## 2.    OBJECTIVE

2.1 The objective of this Standard is to provide requirements for covered products in 1.3 that reduce the possibility of injury, including strangulation, to young children from the bead chain, cord, or any type of flexible loop device used to operate the product.

## 3.    DEFINITIONS

3.1 **Accessible Inner Cord Stop Device.** A device to prevent the accessible inner cords from being pulled to create a cord loop.

3.2 **Accessible Inner Cords**
Products that have "accessible" inner cords, where a cord and or blind member, can be accessed and pulled, to create a free standing cord loop (i.e. Pleated Shades, Roman Shades, Horizontal Blinds, Roll-up Blinds).

3. 3 **Bead Chain.**  A series of small spheres, equally spaced on a cord or connected by metal shafts, and used to operate a window covering product.

3.4 **Cellular Shades.**  Includes those products referenced and commonly known as Honeycomb Shades. (Figure 2.)  These products are manufactured using a number of natural and artificial materials, which include but are not limited to, fabric, and polyester film. Cellular shade substrates consist of multiple layers

EXHIBIT 2
Page 4 of 19

(referenced to as a single, double or triple cell construction) of material formed into tubes or cells in a horizontal orientation.

3.5 **Cord.** A form of rope, strap, or string used to operate a window covering product.

3.6 **Cord or Bead Loop.** A curving or doubling of a bead chain or cord so as to form a closed loop.

3.7 **Cord Release Device.** A device which releases a cord loop when subjected to a specified load.

3.8 **Cord Retraction Device.** A device with an inner winding feature. It is often attached to an exposed cord and gathers the cord(s) in its casing.

3.9 **Cord Shear.** A device that holds the loop plumb (like a cord weight) with an inner cutting mechanism. It is attached to an exposed cord loop which separates the cord(s) into two or more pieces when subject to a specified load.

3.10 **Cord Shroud Device.** A flexible tape or ribbon which houses the otherwise exposed cords.

3. 11 **Cord Stop.** A device used to join the ends of several individual cords and provide a single cord for operation below the cord stop.

3.12 **Horizontal Blinds.** Includes those products referenced and commonly known as Microblinds, Miniblinds, and Venetian Blinds. Horizontal blinds consist of slats of various widths. Horizontal slats are manufactured using a number of natural and artificial materials, which include, but are not limited to, aluminum, fabric, polymers, steel, and wood. The slats are suspended from a headrail by "ladders," which hold the slats in a horizontal orientation. The headrail houses mechanisms that allow ladders to be actuated to tilt the slats for maximum light control and privacy, or raised to stack against the headrail (Figure 1).

3.13 **Passive Device.** A window covering product component operating by means other than the direct action of the user, as opposed to an active device which is operated by the direct action of the user.

3.14 **Pleated Shades.** Includes those products referenced and commonly known as Accordion, and Z-fold (Figure 2). These products are manufactured using a number of natural and artificial materials, which include, but are not limited to, fabric, polyester film, and paper products. Pleated shade substrates consist of single or multiple layers of material with permanent pleats in a horizontal orientation.

3.15 **Roll-Up Blinds.** Includes those products referenced and commonly known as Porch Shades, Roll-Up Shades, and Woven Woods. A window covering of a flexible sheet comprised of narrow strips of plastic or wood (in a horizontal orientation) woven together by cords. When the cord is pulled, a loop rises, causing the flexible sheet to roll-up from the bottom of the blind. (Figure 3).

3.16 **Roller Shade.** A window covering product comprised of a roller, a means of supporting the roller, and flexible sheets of material attached to the roller. The window covering operates by activating a spring mechanism in the roller or by a cord or bead loop attached to the roller (Figure 4).

3.17 **Roman Shades.** Includes those products referenced and commonly known as Austrian Shades, Balloon Shades, and Soft Shades. Roman Shades often consist of a flexible fabric with rings attached to the back. The rings are aligned in columns, and spaced so that the fabric folds or gathers as desired. The fabric is suspended from a headrail that contains hardware for guiding cords and operating the shade. Cords run

EXHIBIT ___2___

Page __5__ of __19__

from the headrail, through a column of rings, and are attached to the lowest ring. As the shade is raised, the fabric gathers from the bottom upwards towards the headrail (Figure 5).

3.18 **Sequential Process.** An operation which requires two or more independent steps to be performed in a specific order one after the other to successfully complete the task.

3.19 **Tassel.** A device used to terminate and cover the end of a free hanging cord of a window covering product.

3.20 **Tension Device.** A device used to position cords in a manner to maintain tension on the cord loop.

3.21 **Traverse Rod.** A rod or track which often uses cords to operate a pulley mechanism for drawing curtains.

3.22 **Vertical Blinds.** Consist of slats or "vanes" in a vertical orientation that can be stacked in a small space to one or both sides of the headrail. Vertical vanes are manufactured in a number of natural and artificial materials, which include, but are not limited to, aluminum, fabric, glass, PVC, polymers, steel and wood. Vanes are suspended from a headrail by vane carriers. The headrail houses mechanisms that allow vane carriers to rotate and traverse the vanes (Figure 6).

## 4.    PRODUCT REQUIREMENTS

4.1    Any exterior component of the blind which can be touched or ingested by young children shall be produced with no more than .02% lead per weight per window covering.

4.2    Any safety component or device that is intended to separate from the product shall meet the requirements of Federal Standard: 16 CFR 1501 (see B1.2).

4.3    The product shall meet one or more of the following requirements within section 4.3:

4.3.1 A product shall contain a passive device that eliminates a cord or bead loop, or separates the cord or bead loop, which meets the requirements in 6.1 or 6.3

4.3.2 A product shall contain a permanently attached passive device that eliminates an exposed cord or bead loop while a product is not being operated, which meets the requirements in 6.2

4.3.3 A product shall contain a passive tension device to be attached to the floor or wall causing the cord or bead loop to be taut while limiting exposure to the cords, which meets the parameters outlined in 6.5.

4.3.4 A product having a function that requires a cord stop shall be provided with means that minimizes the exposed loop to less than three inches from the top of the headrail when the product is in the lowered position. A product with accessible inner cords shall not allow the cords to form a loop more than 6 inches in length (12 inch circumference) when tested to 6.6. If the product uses an inner cord stop to meet this requirement, the product shall first meet the parameters in 6.6. A warning shall be provided on the product indicating to the user the potential hazard when the product is in the raised position.

EXHIBIT _2_

Page _6_ of _19_

4.4 A product with accessible inner cords shall not allow the cords to form a loop more than 6 inches in length (12 inch circumference) when tested to 6.6; if the product uses an inner cord stop to meet this requirement, the product shall first meet the parameters in 6.6

      4.4.1 The inner cord stops shall be positioned 1" to 2" below the head-rail, when the blind is in the fully lowered position.

## 5.    LABELING AND OPERATIONAL TAGS

5.1  **Labeling**. Manufacturers shall provide warnings on all products defined within the scope of this Standard as to the potential dangers of such products to young children. Product warning labels and hang tags are requirements for all products described within this Standard. Warning labels and hang tags shall adhere to ANSI Z535 standards (B 1.1).

    5.1.1 **Generic Warning Bottom Rail Label**  (In English) The "Warning" word shall be typeset no less than 5/16" in capital letters and **preceded** by the ANSI safety alert symbol (an equilateral triangle surrounding an exclamation point). The rest of the message is in upper and lower case with the capital letters not less than 1/8". A pictogram of a young child's hand reaching a blind cord with the universal prohibition symbol (circle with diagonal slash) on top of the picture shall also be included on the label. The label shall be printed in a contrasting color from the rail. The label shall be used on all **window covering** products.  Products without bottom rails shall be labeled in a location visible to consumers, to be determined by manufacturer or importer.

    5.1.2 **Generic Warning Bottom Rail Label**  (In Spanish) The "Warning" word (Advertencia) shall be typeset no less than 5/16" in capital letters and **preceded** by the ANSI safety alert symbol (an equilateral triangle surrounding an exclamation point). The rest of the message is in upper and lower case with the capital letters not less than 3/32". A pictogram of a young child's hand reaching a blind cord with the universal prohibition symbol (circle with diagonal slash) on top of the picture shall also be included on the label. The label shall be printed in a contrasting color from the rail. The label shall be used on all **window covering** products. Products without bottom rails shall be labeled in a location visible to consumers, to be determined by manufacturer or importer.

If one long label is used only one set of pictograms is required.  The generic warning label(s) shall read as follows:

| | | |
|---|---|---|
| **⚠WARNING** |  | Cords and bead chains can loop around a child's neck and STRANGLE.<br>• Always keep cords and bead chains out of children's reach.<br>• Move furniture away from cords and bead chains. Children can climb furniture to get to cords. |
| **⚠ADVERTENCIA** |  | Las cuerdas y cadenas pueden envolverse alrededor del cuello de un niño y ESTRANGULARLO.<br>• Mantenga siempre las cadenas y cuerdas fuera del alcanse de los niños.<br>• Mueva los muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas. |

EXHIBIT   2

Page 7 of 19

5.1.3 **Operational Hang Tags:** The "Warning" word shall be typeset no less than 5/16" in capital letters and **preceded** by the ANSI safety alert symbol (an equilateral triangle surrounding an exclamation point). The rest of the message is in upper and lower case with the capital letters not less than 1/8". A pictogram of a young child's hand reaching a blind cord with the universal prohibition symbol (circle with diagonal slash) on top of the picture shall also be included on the hangtag. The hangtag(s) shall be used on all **window covering** products.

**5.2  Operational Hang Tags.** The manufacturer shall provide an operational hang tag on the product. This tag shall include, at a minimum, all information presented in the following operational hang tags based on the characteristics of the product or the safety devices included on the product.

## 5.2.1 Individual Tassel Cords

| ⚠ WARNING | ⚠ ADVERTENCIA |
|---|---|
|  |  |
| Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE. | Los niños pequeños corren el riesgo de ESTRANGULARSE en los lazos de las cuerdas y cadenas. También se pueden envolver las cuerdas alrededor del cuello y ESTRANGULARSE. |
| • Always keep cords and bead chains out of children's reach. | • Mantenga siempre las cuerdas y cadenas fuera del alcance de los niños. |
| • Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords. | • Mueva las cunas, los corrales y otros muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas. |
| • Do not tie cords together. Make sure cords do not twist together and create a loop. | • No ate las cuerdas unas a otras. Asegúrese de que no se enrieden creando un lazo. |

EXHIBIT 3
Page 8 of 19

**5.2.2 Cord Release Device**

| ⚠**WARNING** | ⚠**ADVERTENCIA** |
|---|---|
|  | |
| Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE. | Los niños pequeños corren el riesgo de ESTRANGULARSE en los lazos de las cuerdas y cadenas. También se pueden envolver las cuerdas alrededor del cuello y ESTRANGULARSE. |
| • Always keep cords and bead chains out of children's reach. | • Mantenga siempre las cuerdas y cadenas fuera del alcance de los niños. |
| • Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords. | • Mueva las cunas, los corrales y otros muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas. |
| • Do not tie cords together. Make sure cords do not twist together and create a loop. | • No ate las cuerdas unas a otras. Asegúrese de que no se enreden creando un lazo. |

**5.2.3 Cord with Cord Stop**

| ⚠**WARNING** | ⚠**ADVERTENCIA** |
|---|---|
|  |  |
| Young children can STRANGLE in cord and bead chain loops and in the loop above the cord stop. They can also wrap cords around their necks and STRANGLE. | Los niños pequeños corren el riesgo de ESTRANGULARSE en los lazos de las cuerdas y cadenas. También se pueden envolver las cuerdas alrededor del cuello y ESTRANGULARSE. |
| • Always keep cords and bead chains out of children's reach. | • Mantenga siempre las cuerdas y cadenas fuera del alcance de los niños. |
| • Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords. | • Mueva las cunas, los corrales y otros muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas. |

EXHIBIT 2
Page 9 of 19

### 5.2.4 Tension Device Hang tag (attach to tension device)

| ⚠️WARNING | ⚠️ADVERTENCIA |
|---|---|
|  |  |
| Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE.<br><br>• Always keep cords and bead chains out of children's reach.<br><br>• Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords.<br><br>• Attach tension device to wall or floor. This can prevent children from pulling cords and bead chains around their necks. | Los niños pequeños corren el riesgo de ESTRANGULARSE en los lazos de las cuerdas y cadenas. También se pueden envolver las cuerdas alrededor del cuello y ESTRANGULARSE.<br><br>• Mantenga siempre las cuerdas y cadenas fuera del alcance de los niños.<br><br>• Mueva las cunas, los corrales y otros muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas.<br><br>• Coloque el dispositivo tensor en la pared o en el piso. Ello puede evitar que los niños estiren las cuerdas y cadenas, colocándoselas alrededor del cuello. |

### 5.2.5 Cord Retraction Device

| ⚠️WARNING | ⚠️ADVERTENCIA |
|---|---|
|  |  |
| Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE.<br><br>• Always keep cords and bead chains out of children's reach.<br><br>• Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords. | Los niños pequeños corren el riesgo de ESTRANGULARSE en los lazos de las cuerdas y cadenas. También se pueden envolver las cuerdas alrededor del cuello y ESTRANGULARSE.<br><br>• Mantenga siempre las cuerdas y cadenas fuera del alcance de los niños.<br><br>• Mueva las cunas, los corrales y otros muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas. |

5.3 **Product Origins.** There shall be a permanent label or marking on each finished corded window covering product that identifies the name, city, and state of the U.S. manufacturer or importer or distributor or fabricator or seller, and the year of manufacture.

## 6. TESTS AND PARAMETERS

6.1 **Cord Release Devices.** Cord release devices with multiple cords shall be tested with the design intent. Devices that join cord or bead loops shall release as referenced in Appendix A.

6.2 **Cord Retraction Devices.**  Cord retraction devices shall adhere to the following:

6.2.1 The device shall passively retract the cord within 6 inches of the head rail and lock in this position. Sequential operations shall be required to unlock and unwind the cord for operation.

6.2.2 The device shall be tested with multiple cords and at length in accordance with design intent. It shall meet one of the following requirements:

6.2.2.1 The cord retraction device shall have a service life of 5,000 cycles.  A cycle is completed when the device travels from the raised position to the lowered position and back to the raised position.

6.2.2.2 The cord retraction device shall fail in the locked and raised position, disabling the window covering's cord operation.

6.2.3 If the device requires assembly at the time the product is installed, clear and accurate instructions shall be provided to describe installation.

6.2.4 The device shall be constructed so that it can only be disassembled or detached from the cord loop by a sequential process or tools.

6.3 **Cord Shear Devices.**  Cord shear devices shall adhere to the following:

6.3.1 The cord shear device shall be tested in accordance with the procedures set forth in Appendix A.

6.3.2 The cord shear device shall be attached to the cord or bead loop upon receipt by the end user.

6.3.3 The cord shear device shall be constructed so that it can only be detached from the cord or bead loop with a sequential process or tools.

6.3.4 Clear and accurate installation instructions shall be provided to describe installation. Once the cord shear device is installed, it shall perform as a passive device.

6.3.5 The cord shear device is to be designed so the cord is not cut when simply pulling on the device's housing.  It shall not have any exposed buttons or plungers that would make the cutting feature obvious to young children while in its free hanging position.  The cord shear device shall not have an accessible blade when the device is in the open position.

EXHIBIT 2

Page 12 of 19

**6.4 Cord Shroud Device.**  Cord shroud devices shall adhere to the following:

6.4.1 The cord shroud device shall be designed so that when the window covering product is in the raised position, the cord shroud device shields the cords, eliminating their potentially hazardous exposed loops. When the window covering product is in the lowered position, the cord shroud device shall allow the cords to pass freely without restriction.

6.4.2 The cord shroud device shall be designed so that it shields the cords by routing them through a series of openings no more than 1.5 inches apart.

**6.5 Tension Devices.**  Tension devices for cord or bead loops shall adhere to the following:

6.5.1 A significant portion of the tension device shall be attached to the cord or bead loop upon receipt by the end user.

6.5.2 The tension device shall be constructed so that it shall only be detached from the cord or bead loop with a sequential process or tools.

6.5.3 The tension device shall allow for installation to a surface. Fasteners for surface installation shall be provided with the product. Clear and accurate installation instructions shall be provided to describe proper installation. Once the tension device is installed, it shall perform as a passive device.

6.5.4 The tension device shall be designed so that when it is installed according to the installation instructions, it will hold the cord or bead loop taut and close to the product or mounting surface in a manner that makes the tension device's position fixed and immobile, resulting in it being less accessible for young children.

**6.6 Accessible Inner Cord.** Accessible inner cords shall adhere to the following:

6.6.1 **Pull Force.** This is the force necessary to create a free standing cord loop. With the blind in the fully lowered position, and the cord lock not engaged, a 10 lbf-pull force shall be applied to each inner cord 2" above the bottom of the blind, in a downwards direction.

6.6.2 **Maximum Cord Loop**. The maximum loop created by the above pull force shall be no more than a 6"long. (Equivalent to a 4" diameter loop).

6.6.3 **Products That Incorporate An Inner Cord Stop Device On The Cord**
These products shall be tested in the following order and meet the following requirements:

6.6.3.1 **Operational Test:** With the stop device securely attached to the cord, the venetian blind shall be raised and lowered smoothly 1000 times (non-venetian 3000 times), with an interval of at least 15 seconds between each cycle. The stop device shall move less than 1" from its original position on the cord.  (If the cord fails, replace.)

6.6.3.2 **UV Stability:** The materials used in the stop device shall be capable of passing all the above tests after being subjected to AATCC TEST Method 16-1998, for 500 hours or equivalent. After completion of the U.V. Stability Test, perform 100 additional cycles in accordance with 6.6.3.1.  Upon completion, the device shall still be operable.

EXHIBIT _2_

Page _13_ of _19_

14

6.6.3.3 **Impact Test:** Products that do not incorporate the cord-lock requirements outlined in AWCMA 1029-86 (see B 1.3) for the cord lock stopping the "free fall" of the blind, shall be capable of withstanding 1,000 "free fall" impacts from the fully raised to the fully lowered position, on a maximum sized blind.

6.6.3.4 **Compression Test:** The stop device shall not break from being subjected to a 25lb compression test, specified in ASTM F963-96Aa.

6.6.4 **Stock Blinds.** Blinds that are made to standard sizes, and then fitted by the consumer to varying sized windows, shall have a stop device that shall be adjustable. The adjustable stop device shall be pre-attached to the cords, and set to the maximum drop of the blind. Instructions for adjustment shall be included with each blind sold.

6.6.5 **Products That Do Not Require a Cord Stop Device.**
Products that do not require a Cord Stop Device, are as follows:

6.6.5.1. Where the cords are not accessible.

6.6.5.2. Where it is not possible to create a free standing 4" diameter loop, after the above pull forces have been applied, in accordance with 6.6.1.

6.6.5.3 Where the spring loaded cord lock shall act in such a manner that it is impossible at any time to disengage the cord lock and create a free standing 4" diameter loop by pulling on any of the accessible inner cords.

EXHIBIT 2
Page 14 of 19

**Appendix A**

**A1 Test Procedure For Cord Release Device and Cord Shear Device**

**A1.1 Equipment**

A1.1.1 1 - Anthropometric Infant Dummy, KRASH KID 1, One year Crash Mannequin. (available from Gaumard Scientific, 7030 SW 46th St., Miami, FL 33155, specify "in accordance with SN 070795-02" when ordering).

A1.1.2   1 - Force gauge rated to at least 10 pound force, with a maximum hold feature.

A1.1.3   1 - Four-foot section of window covering cord.

A1.1.4  1 - Test fixture shown in Figure A-1.

**A1.2    Procedure**

A1.2.1 Placement of the dummy in the test fixture

A1.2.1.1 Fasten the dummy with its back against the vertical surface of the test fixture.

A1.2.1.2 Position the head of the dummy  as far forward as it will go, with the bottom of the chin approximately 45 degrees from the chest.  Clamp the head  in place if it will not stay by itself.

A1.2.1.3 Tie or fasten a  cotton cloth  on the dummy's head so that all of the head above the ears is covered.  This will eliminate some of the drag of the cord on the rubber surface.

A1.2.1.4 Mount a force gauge on a sliding track so that the hook of the gauge is 2.5 inches out from the vertical surface and about 6 inches above the dummy's head when in its lower position.  The force gauge/track is motorized to provide an upward velocity of 1.5 to 2.0 inches per second.

A1.2.2 Attach the device to the ends of the cord to define a loop 3.5 feet in circumference plus or minus one inch.  If appropriate, trim excess cord.  If appropriate, join the pieces of the device together.  On the opposite end of the loop from the device, tie a knot to make a small loop to hook on the force gauge.

A1.2.3 Slide the loop over the dummy's head.  Position the cords of the loop behind the ears of the dummy.

A1.2.4 Attach the loop, directly opposite the device, to the force gauge.

A1.2.5 Rest the device against the chest of the dummy 6 inches below the dummy's chin.  Then, twist the device 360 degrees (one full revolution).  Again, rest the twisted cord against the dummy's chest.

A1.2.6 Draw the force gauge up vertically at the specified rate until the device separates.

A1.2.7 Record the force of separation, repeat steps B through G for 50 tassels.

A1.2.8 The average shall not exceed 3.0 pounds release force to separate the 50 devices tested, and all samples tested shall have a release force below 5.0 pounds.



**Appendix B**

**B1**    **Referenced Documents**

B1.1    ANSI Standard:  ANSI Z535.1- Z535.5

ANSI Z535.1 - Safety Color Code
ANSI Z535.2 - Environmental and Facility Safety Signs
ANSI Z535.3 - Criteria for Safety Symbols
ANSI Z535.4 - Product Safety Signs and Labels
ANSI Z535.5 - Accident Prevention Tags (for temporary hazards)

Available from American National Standards Institute
25 West 43rd Street 4th Floor
New York, NY  10036

B1.2    Federal Standard:  16 CRF 1501
Method for Identifying Toys and Other Articles Intended for Use by Children Under 3 Years which
Present Choking, Aspiration, or Ingestion Hazards Because of Small Parts

Available from U.S. Consumer Product Safety Commission
Washington, DC  20207

B1.3    AWCMA Document 1029-86: Commercial Item Description: Venetian Blind

B1.4    ASTM F 963 – 96 a (R19XX) Standard Consumer Specification on Toy Safety

EXHIBIT 2
Page 16 of 19

17

FIGURE 1: Horizontal Blinds



FIGURE 2: Pleated & Cellular Shades



FIGURE 3: Roll-up Blinds



18

EXHIBIT ____3____

Page __17__ of __19__

FIGURE 4 Roller Shade

 

FIGURE 5 Roman Shade



FIGURE 6: Vertical Blind



19

EXHIBIT 2

Page 18 of 19



FIGURE A-1

CORD RELEASE DEVICE AND
CORD SHEAR DEVICE
TEST FIXTURE

20

EXHIBIT _2_

Page _19_ of _19_