UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Case No. A04-0112cv (JWS)

------------------------------------------x

VALERIE ROUNTREE, Individually and as

Personal Representative of the Estate of

APRIL LYNNE COX, MORGAN SCHEDIWY, a minor,

through her natural mother and guardian

VALERIE ROUNTREE; and CHRISTOPHER COX,

                Plaintiffs,

   - against -

CHING FENG BLINDS INDUSTRY CO. LTD., a

Taiwanese corporation; JENCRAFT

CORPORATION a/k/a JENCRAFT MANUFACTURING

CO., INC., a New Jersey Corporation;

WAL-MART STORES, INC., a Delaware

Corporation; and WINDOW COVERING

MANUFACTURERS ASSOCIATION,

                Defendants.

------------------------------------------x

                February 16, 2006
                10:20 a.m.



1         RUSH
2    A.    The Window Covering
3  Manufacturers Association has no
4  enforcement powers over the standard.
5  That rely -- that remains with the U.S.
6  Consumer Products Safety Commission.
7    Q.    Let me represent to you, sir,
8  that the warning on the blind which killed
9  April Cox in May of '02 was the standard
10 warning produced by the WCMA in November
11 of 1996.
12        Can you tell the jury what that
13 standard warned April Cox's family about
14 concerning inner cord strangulation?
15        MR. CARROLL:   Let me object
16 to -- to the form of the question and a
17 lack of foundation that any standard was
18 produced by the WCMA on that blind.
19 Subject to that, you can answer.
20    A.    The standard WCMA standard had a
21 variety of warning labels depending upon
22 the particular product.  I am not familiar
23 with the particular product that is
24 involved in this case.  The warnings,
25 which were agreed to and approved by the

```
 1                    RUSH
 2   Safety Commission relies on to be  -- that
 3   window covering products must comply with.
 4   As far as I know, it is the only standard
 5   that a window covering product must comply
 6   with, but that is a -- that is based upon
 7   the U.S. government's Consumer Products
 8   Safety Commission's enforcement of that
 9   standard.  The WCMA has no enforcement
10   power at all.
11        Q.     I understand that.  What I am
12   trying to determine is if the WCMA expects
13   that when consumers buy products
14   manufactured under the WCMA standard and
15   carrying the WCMA warning as promulgated
16   that those consumers can rely on that
17   warning as something that will help make
18   the product that they use safe?
19             MR. CARROLL:    To the extent
20   the question calls for a legal conclusion
21   about reliance or consumer expectations, I
22   object.  Mr. Rush can answer based on his
23   knowledge and experience.
24        A.     The WCMA has no particular
25   program to consumers regarding the
```


EXHIBIT F p3

1           RUSH
2  standard or what is in the standard.  That
3  requirement falls to the individual
4  manufacturers who manufacture products and
5  make product claims about their products.
6       Q.   Okay.  So if I am an ordinary
7  purchaser, not a lawyer, just trying to
8  buy a safe window covering for my child's
9  room and see the WCMA warning placed on
10 that window covering, should I rely on
11 that warning to suggest to me how safe the
12 window covering is?
13      A.   You --
14           MR. CARROLL:   Let me object
15 that -- that the timing is not made clear.
16 You mean today for the purpose of the
17 question.
18           MR. BAUERMEISTER:   Any time.
19           MR. CARROLL:   Okay.  I object
20 in that it is not limited to any time.
21 You can answer.
22      A.   WCMA cannot attest that any
23 particular manufacturer is actually
24 manufacturing to that standard.
25 The -- the standard and the warning labels

EXHIBIT F p4

```
 1                    RUSH
 2   of that standard are readily available and
 3   commercially available from ANSI as well
 4   as WCMA, but we have no -- we have no
 5   ability to judge whether any individual
 6   product is manufactured to comply with
 7   that standard.
 8        Q.   Well, do the manufacturers tell
 9   consumers that it is manufactured in
10   accordance with WCMA ANSI standards?
11        A.   You would have to consult the
12   individual manufacturers on that.
13        Q.   You've never seen a
14   manufacturers box that said this is
15   manufactured to that standard?
16        A.   I do not recall anyone putting
17   that on their box.
18        Q.   So the public would have no way
19   of knowing that you produce a standard?
20        A.   The public?
21        Q.   Yes, sir.
22        A.   I do not know whether they would
23   or they would not.  The standard is a
24   performance standard that is used as a
25   production standard and is enforced by the
```

EXHIBIT F P5
Blumberg No. 5119

```
1                    RUSH
2    is enforcing regarding the safety of
3    window covering products.
4        Q.    Well, I apologize.  I am having
5    trouble understanding.
6             MR. CARROLL:    Do we need to
7    turn the volume up?
8             MR. BAUERMEISTER:    I don't
9    think that would help.
10            MR. CARROLL:    Okay.
11            MR. BAUERMEISTER:    What would
12   be useful is if the witness could say what
13   reliance consumers should place on
14   corporations that adopt ANSI standards
15   promulgated by WCMA.
16            MR. CARROLL:    To the extent it
17   does not call for a legal conclusion about
18   reliance and consumer expectations, the
19   witness can answer the question again.
20       A.    With -- WCMA has no control over
21   whether any corporation adopts or does not
22   adopt, manufactures or does not
23   manufacture to the WCMA standard.  That is
24   totally within the perview of the U.S.
25   Consumer Products Safety Commission, not
```

EXHIBIT F p6

```
 1                    RUSH
 2   the association.
 3        Q.    Now, does the organization have
 4   a regulation that requires members to
 5   report companies who are producing
 6   products that don't meet the WCMA standard
 7   for window covering products?
 8             MR. CARROLL:   Asked and
 9   answered.  You can answer again.
10        A.    No, it does not.
11        Q.    So there is no duty to identify
12   manufacturers of products that are unsafe
13   for the public?
14        A.    No --
15             MR. CARROLL:   I object to the
16   form.  You can answer.
17        A.    There is -- the WCMA has a
18   requirement within the organization
19   standards writing.  If the standard is
20   unacceptable or if there are problems with
21   the standard, but in terms of reporting to
22   WCMA, no.  The issue again relies on the
23   U.S. Consumer Products Safety Commission,
24   and any product defects should be reported
25   to the Consumer Products Safety Commission
```

EXHIBIT F P7