Don C. Bauermeister
BURKE & BAUERMEISTER, PLLC
921 W. 6th Avenue, Ste. 250
Anchorage, Alaska 99501
(907) 277-6177
Lawyer for Plaintiffs


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| VALERIE ROUNTREE, individually | ) | |
| and as Personal Representative of THE | ) | |
| ESTATE OF APRIL LYNNE COX, | ) | |
| and MORGAN SCHEDIWY, a minor, | ) | |
| through her natural mother and | ) | |
| guardian VALERIE ROUNTREE, | ) | Case No. A04-0112 CV (JWS) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WCMA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**RESPONSE TO COURT ORDER DATED 06/30/06
CONCERNING PLAINTIFFS' FILING OF A
REWNEWED RESPONSE TO THE ORDER TO SHOW CAUSE**

COMES now plaintiff, by and through counsel, to report to the court that it has received

discovery as ordered by the court and received such discovery on August 31, 2006.  Unfortunately,

a significant portion of the responses that are substantive are in the Chinese language.  Counsel for

Defendant Ching Feng Blinds Industries Co., Ltd. has indicated they have already taken steps to get

the translation from Chinese into English and will produce that as soon as it is received in English

language form.

Plaintiffs request the court extend the deadline to respond to these documents from Ching Feng for thirty (30) days following receipt of the actual translation of the Chinese version into English.  That time period will be necessary both to get the information reviewed and because Charles Ray, principal counsel for plaintiffs, has recently undergone a complete knee replacement surgery.  Both of these events require additional time for plaintiffs to respond pursuant to the court order.

Plaintiffs' attorney has consulted with counsel for Ching Feng who is in agreement with plaintiffs that this request for additional time to respond is necessary.

Respectfully submitted this 1ˢᵗ day of September, 2006, at Anchorage, Alaska.

> **BURKE & BAUERMEISTER, P.L.L.C.**
> Co-Counsel for Plaintiffs
>
>
>    s/Don C. Bauermeister
> **DON C. BAUERMEISTER**
> Alaska Bar No.: 8206005
> 921 W. 6ᵗʰ Avenue Ste. 200
> Anchorage, Alaska 99501
> (907) 277-6177
> Email: bblaw@alaska.com

I hereby certify that on 1 September 2006,
a copy of the foregoing document
was served electronically on:

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

William A. Earnhart

A04-0112CV(JWS)
Page 2 of 3

Lane Powell, P.C.
earnhartw@lanepowell.com
preej@lanepowell.com
heckj@lanepowell.com
wagnerf@lanepowell.com

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com


Charles W. Ray, Jr.


  s/Don C. Bauermeister