Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Attorneys for Defendant, Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| VALERIE ROUNTREE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHING FENG, LTD., *et al.*,<br><br>    Defendants. | Case No. 3:04-cv-00112-JWS<br><br>**NOTICE OF<br>REMOVAL FROM SERVICE LIST** |

Defendant Wal-Mart Stores, Inc., was dismissed on June 5, 2006.[1] Counsel for defendant Wal-Mart Stores, Inc., provides notice that Wal-Mart, through its counsel, should be removed from the service list effective immediately.

DATED this 4th day of September, 2006.

LANE POWELL LLC
Attorneys for Defendant Wal-Mart Stores, Inc.

By  s/ Brewster H. Jamieson
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska  99503-2648
   Tel:  907-277-9511
   Fax:  907-276-2631
   Email:  jamiesonb@lanepowell.com
   ASBA No. 8411122

I certify that on September 4, 2006, a copy of the foregoing was served by ECF on:

Charles W. Ray, Jr, Email: dlcraylaw@acsalaska.net
Donald C. Thomas, Esq. Email: dct@delaneywiles.com
Daniel T. Quinn, Esq. Email: dquinn@richmondquinn.com

and by mail on:   Michael Weiss
                King & Spalding LLP
                1180 Peachtree Street
                Atlanta, GA  30309-3521

  s/ Brewster H. Jamieson
111655.0248/156441.1

---

[1] See Judgment in a Civil Case (Docket 96).

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631