MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*VALERIE ROUNTREE, et al.*     v.   *CHENG FENG BLINDS, et al.*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 3:04cv00112 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  September 7, 2006

    The court has reviewed the response at docket 108 to the order at docket 98. The response is, in essence, a request for an extension of time in which to comply due to the need to obtain English translations of documents that are written in Chinese. Upon consideration, the court agrees that an extension of time is warranted.

    The order at docket 98 is modified to provide that the parties shall have until **October 30, 2006**, in which to obtain translations of the documents which have been produced. Thereafter, plaintiffs shall file a renewed response to the order to show cause at docket 87 not later than **November 20, 2006**, and Ching Feng Blinds may file a renewed reply not later than **December 1, 2006**.

    The court has purposely set dates which afford the parties substantial time. The parties are **warned** that the court is highly unlikely to approve a request for an extension of time in which to accomplish any of the tasks identified above.