Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953

丹尼爾 T.奎因(8211141)

列治文與奎因

阿拉斯加 99501，安克治，

360 K 街，200 號室

電話：276-5727

傳真：276-2953

dquinn@richmondquinn.com

Attorneys for Defendant
Ching Feng Blinds Industry Co., Ltd.

被告慶豐[音譯]（Ching Feng）百葉窗簾工業有限公司之律師

RECEIVED

SEP  7 2006  mail

LAW OFFICES OF
CHARLES W. RAY, JR., PC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

美國地方法院

阿拉斯加地區

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

VALERIE ROUNTREE, individually,       )
and as Personal Representative        )
of THE ESTATE OF APRIL LYNNE          )
COX; MORGAN SCHEDIWY, a minor         )
through her natural mother and        )
guardian VALERIE ROUNTREE; and        )
CHRISTOPHER COX,                      )
                                      )
                Plaintiffs,           )    Case No. 3:04-cv-0112-JWS
                                      )    案號 3:04-cv-0112-JWS
VALERIE ROUNTREE（薇拉莉繞趣），個        )
別地，亦作爲 APRIL LYNNE COX（愛普       )
拉琳考斯）遺產之個人代表；MORGAN         )
SCHEDIWY（摩根遂德威），未成年人，       )    DEFENDANT CHING FENG BLINDS
                                      )    INDUSTRY COMPANY'S
通過其生母與監護人 VALERIE ROUNTREE     )    RESPONSES TO PLAINTIFFS'
（薇拉莉繞趣）；以及 CHRISTOPHER        )    SECOND DISOVERY REQUESTS TO
                                      )    DEFENDANT CHING FENG BLINDS
COX（克里斯杜佛考斯），                  )    INDUSTRY CO., LTD.
                                      )
                原告，                 )    被告慶豐[音譯]（Ching Feng）百
                                      )    葉窗簾工業有限公司對原告之第二次
        v.                            )    對被告慶豐[音譯]（Ching Feng）
        訴                                  百葉窗簾工業有限公司披露文據要求
                                           之回答
CHING FENG BLINDS INDUSTRY CO.,
LTD., a Taiwanese corporation;
JENCRAFT CORPORATION a/k/a
JENCRAFT MANUFACTURING CO.,
INC. a New Jersey corporation;
WAL-MART STORES, INC, a
Delaware corporation; and
WINDOW COVERING MANUFACTURERS
ASSOCIATION,

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 2

慶豐[音譯]（Ching Feng）百葉窗簾工

業有限公司，一家台灣公司；JENCRAFT

[堅卡夫]CORPORATION 公司又名


JENCRAFT MANUFACTURING CO.,
INC.


JENCRAFT MANUFACTURING CO.,


                    Defendants.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 3

JENCRAFT [堅卡夫]
MANUFACTURING CO., INC.
製造法人公司，一家紐澤西公司；
WAL-MART STORES, INC
WAL-MART 商店法人公司，
一家德拉瓦公司；以及窗口遮蔽物
製造商協會

被告

_____

RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS
Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 4

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS**

被告慶豐[音譯]（Ching Feng）百葉窗簾工業有限公司對原告之第一次
披露文據要求之間答

Defendant, Ching Feng Blinds Industry Company, Inc. ("Ching Feng"), by and through its counsel, Richmond & Quinn responds to Plaintiffs' Second Discovery Requests, dated July 28, 2006, as follows:

被告，慶豐[音譯]（Ching Feng）百葉窗簾工業有限公司（"Ching Feng"），由其及通過其律師，列治文與奎因，對原告於2006年七月廿八日之第二次披露文據要求作

出以下之回答：

**GENERAL OBJECTIONS**

概括性的反對

The court's June 30, 2006 Order permitted limited discovery on the "first prong" of the test for specific jurisdiction, i.e., "whether Ching Feng purposely directed its activities at Alaska." The court clarified, at page 3 of its

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 5

Order, that "plaintiffs cannot satisfy the first prong on the existing record because it does not contain the necessary information: whether the blinds in question were manufactured by Ching Feng and, if they were, to what extent Ching Feng was aware that they would be sold in Alaska." Defendant Ching Feng objects to discovery requests which fall outside the scope of this limited jurisdictional discovery for the reasons outlined in its Motion for Protective Order. Ching Feng reserves all other objections to these requests to which it asserts this objection. In the interest of obtaining a timely ruling on the jurisdictional issue, Ching Feng agrees to respond to requests within the scope of the limited jurisdictional discovery outlined in the court's Order, without waiving its objections to broader discovery for the reasons outlined in its Motion for Protective Order.

法院於 2006 年六月三十日發出之指令允許對特定司法權標準之"第一部分"作出有限度的披露文據，即是，"慶豐到底有沒有蓄意將其活動導向阿拉斯加。" 在

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 6

指令的第三頁，法院澄清了說"原告無法基於目前的紀錄來滿足第一部分， 因為紀錄不包含所需的資料，即是：到底有問題的百葉窗簾是否由慶豐製造的，如是的話，那慶豐對它們會在阿拉斯加被售賣一事所知有多大程度。" 基於慶豐的保護性指令的申請動議中所述原因，被告慶豐反對披露文據要求，因為後者不在有限度的司法權披露文據範圍以內。 為了要獲得對司法爭點及時的裁決，慶豐同意在法院指令說明的有限度的對司法權披露文據範圍內的要求作出同應，但同時基於慶豐的保護性指令的申請動議中所述原因，並不放棄其對較廣的披露文據的反對。

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 7

## REQUESTS FOR ADMISSION

### 要求承認事項

REQUEST FOR ADMISSION NO. 1:    Please admit that Ching Feng is a member of WCMA, whether in the Manufacturers Category or otherwise.

要求乘認事項之一：    請承認慶豐是 WCMA 的會員，不論是在製造業者類別中與否。    CHING FONG 不是 WCMA 的會員

(T) Ching Feng is not a member of WCMA.

REQUEST FOR ADMISSION NO. 2:    Please admit that you are a member of the Window Covering Safety Council ("WCSC").

要求乘認事項之二：請承認你們是窗口遮蔽物安全理事會（"WCSC"）的會員。    不是

(T) No.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 8

REQUEST FOR ADMISSION NO. 3: Please admit that from January 1997 through August 2002, inclusive, corded window covering products manufactured by you for sale in the United States included warning labels(s) and warning tag(s) that complied with the 1996 Standard, including without limitation $5 at pages 6 through 8.

要求乘認事項之三：請承認包括了一九九七年一月到二零零二年八月的期間，由你們製造的在美國售賣的有繩窗口遮蔽物產品包含了符合 1996 年準則的警告簽條與警告標簽， 無限制性的包括了第六至第八頁的第五條款。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 9

REQUEST FOR ADMISSION NO. 4: Please admit that before June 2002, you did not provide any warning of the risk of injury or death by strangulation in the looped cords, chains and/or accessible inner cords of corded window covering products other than as described in the 1996 Standard, including without limitation §5 at pages 6 through 8.

要求乘認事項之四：請承認在二零零二年六月之前，你們並沒有對有繩窗口遮蔽物產品中之有圈繩索、鏈與/或可接觸到的內繩可能導致勒傷或勒死人的風險提供任何警告，除了那些 1996 年準則中所描述的，無限制性的包括了第六至第八頁的第五條款以外。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 10

REQUEST FOR ADMISSION NO. 5: Please admit that neither the 1996 Standard nor the 2002 Standard sets forth, either directly or indirectly, any guidelines, suggestions or requirements for identification of the manufacturer of corded of window covering products.

要求乘認事項之五：請承認 1996 年準則與 2002 年準則皆沒有直接或間接的對確認有繩窗口遮蔽物產品製造商身份方面列出任何準則、建議或要求。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

REQUEST FOR ADMISSION NO. 6: Please admit that you do not know who manufactured the subject window blinds.

要求乘認事項之六：請承認你們不知道是誰製造有關的窗口百葉窗簾。 是的

(T) Correct.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 11

REQUEST FOR ADMISSION NO. 7: Please admit that you manufactured the subject window blinds.

要求乘認事項之七：請承認是你們製造有關的窗口百葉窗簾的。 

(T) No.

REQUEST FOR ADMISSION NO. 8: Please admit that the subject window blinds do not have a UPC number on them.



要求乘認事項之八：請承認有關的窗口百葉窗簾上面並沒有附上通用產品碼
(UPC)。

(T) Not produced by our company. Not sure.

Additionally, Ching Feng admits that the blinds produced to counsel for inspection did not have a UPCL number.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 12

<u>REQUEST FOR ADMISSION NO. 9</u>: Please admit that the subject window blinds do not identify their manufacturer.

要求承認事項之九：請承認有關的窗口百葉窗簾並沒有辨明其製造商的身



(T) Not produced by our company.  Not sure.


Additionally, Ching Feng admits that the blinds produced to counsel for inspection did not have a label readily identifying the manufacturer, assuming that Jencraft was not the manufacturer.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

<u>Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al</u>.
Page 13

REQUEST FOR ADMISSION NO. 10: Please admit that you have not, at any time, developed, implemented or promulgated any procedure for facilitating a full recall of corded window covering products.

要求乘認事項之十：請承認你們並沒有在任何時候發展、實施或宣佈過任何促進全面回收有繩窗口遮蔽物產品的程序。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

REQUEST FOR ADMISSION NO. 11: Please admit that you participated in development of the 2002 Standard.

要求乘認事項之十一：請承認你們有參與 2002 年準則的發展闡寫。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 14

REQUEST FOR ADMISSION NO. 12: Please admit that you participated in the development of the 1996 Standard.

要求乘認事項之十二：請承認你們有參與1996年準則的發展闡寫。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

REQUEST FOR ADMISSION NO. 13: Please admit that not later than January 1, 1997, and until adoption of the 2002 Standard, the 1996 Standard applied to all items described in ¶¶ 1.2 and 1.3 of the 1996 Standard that were to be sold in the United States.

要求乘認事項之十三：請承認在不超過一九九七年一月一日，及至到

2002年準則被採用時，1996年準則適用於所有在美國售賣的並在1996年準則中¶¶

1.2與1.3內所描述的物品。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 15

REQUEST FOR ADMISSION NO. 14: Please admit that before publication of the 1996 Standard, you knew that accidents, including strangulation, had occurred among young children as a result of their entanglement in flexible loops that comprised a part of certain corded window covering products.

要求乘認事項之十四：請承認在 1996 年準則發佈之前，你們已知道有幼童由於被纏入組成某些有繩窗口遮蔽物產品一部分之柔韌繩圈中，而曾有發生過包括了被勒的意外事件。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 16

REQUEST FOR ADMISSION NO. 15: Please admit that before publication of the 1996 Standard, you knew that accidents, including strangulation, had occurred among young children as a result of their entanglement in "accessible inner cords," as that term is defined in ¶3.1 of the 2002 Standard.

要求乘認事項之十五：請承認在 1996 年準則發佈之前，你們已知道有幼童由於被纏入由 2002 年準則中¶3.1 內所定義的"可接觸到的內繩"中，而曾有發生過包括了被勒的意外事件。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 17

REQUEST FOR ADMISSION NO. 16: Please admit that you were a member of the WCSC at the time it participated in development of the 1996 Standard.

要求乘認事項之十六：請承認在 WCSC 參與發展闡寫 1996 年準則時，你們是 WCSC 的會員。 *No.*

(T) No.


Deny.

REQUEST FOR ADMISSION NO. 17: Please admit that you have never participated in the development of any ANSI, WCMA, and/or ANSI/WCMA standard applicable to corded window covering products.

要求乘認事項之十七：請承認你們從來也沒有參與發展闡適用於有繩窗口遮蔽物產品之任何 ANSI, WCMA 與/或 ANSI/WCMA 準則。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 18

REQUEST FOR ADMISSION NO. 18: Please admit that you did not participate in any recall to repair corded window covering products.

要求乘認事項之十八：請承認你們沒有參加過任何回收有繩窗口遮蔽物產品來修理的行動。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

REQUEST FOR ADMISSION NO. 19: Please admit that the warning labels(s) and/or hang tag(s) described in the 1996 Standard do not warn of the risk of injury or death from accessible inner cords.

要求乘認事項之十九：請承認 1996 準則所描述的警告簽條與懸挂標簽並沒有警告有關可接觸到的內繩能造成受傷或死亡的風險。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 19

REQUEST FOR ADMISSION NO. 20: Please admit that you do not know when or by whom the subject window blinds were manufactured.

要求乘認事項之二十：請承認你們並不知道有關的窗口百葉窗簾是什麼時候或是由何者製造的。 *Yes*

(T) Yes.

Admit.

REQUEST FOR ADMISSION NO. 21: Please admit that in 1995, you knew that accessible inner cords of corded window covering products presented a risk of injury or death to children and/or infants.

要求乘認事項之二十一：請承認你們在一九九五年已知道有繩窗口遮蔽物產品之中可接觸到的内繩對兒童與/或嬰孩會造成受傷或死亡的風險。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 20

REQUEST FOR ADMISSION NO. 22: Please admit that you have never performed any hazard analysis of covered window covering products.

要求乘認事項之二十二：請承認你們從來沒有對有繩窗口遮蔽物產品進行過任何風險分析。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 21

REQUEST FOR ADMISSION NO. 23: Please admit that you have never performed any field studies regarding corded window covering products, their safety, their suitability for furnishing rooms sometimes occupied by children, or regarding any other topic concerning the safety of corded window covering products.

要求乘認事項之二十三：請承認你們從來沒有對有繩窗口遮蔽物產品、它們的安全性、以它們來為有時由兒童居住的房間作爲裝備、或任何其他有關有繩窗口遮蔽物產品安全的問題進行過任何實地研究。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 22

REQUEST FOR ADMISSION NO. 24: Please admit that Valerie Rountree was not negligent in connection with the strangulation death of April Cox.

要求乘認事項之二十四：請承認在 April Cox （愛普拉考斯）之勒斃事件中，Valerie Rountree（薇拉莉繞趣）是沒有疏忽過失的。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

REQUEST FOR ADMISSION NO. 25: Please admit that Christopher Cox was not negligent in connection with the strangulation death of April Cox.

要求乘認事項之二十五：請承認在 April Cox （愛普拉考斯）之勒斃事件中，Christopher Cox（克里斯杜佛考斯）是沒有疏忽過失的。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 23

REQUEST FOR ADMISSION NO. 26: Please admit that Paul Rountree was not negligent in connection with the strangulation death of April Cox.

要求乘認事項之二十六：請承認在 April Cox （愛普拉考斯）之勒斃事件中，Paul Rountree（保羅繞趣）是沒有疏忽過失的。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

REQUEST FOR ADMISSION NO. 27: Please admit that Ilene Rountree was not negligent in connection with the strangulation death of April Cox.

要求乘認事項之二十七：請承認在 April Cox （愛普拉考斯）之勒斃事件中，Ilene Rountree（愛琳繞趣）是沒有疏忽過失的。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.