REQUEST FOR ADMISSION NO. 28: Please admit that the subject blinds presented an unreasonable risk of harm to children who came into contact with them.

要求乘認事項之二十八：請承認有關的百葉窗簾對與它們接觸的兒童來說造成了不合理的傷害風險。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

REQUEST FOR ADMISSION NO. 29: Please admit that the subject blinds did not perform in accordance with the reasonable expectations of consumers.

要求乘認事項之二十九：請承認有關的百葉窗簾並未能達致消費者對它的合理期望。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 25

REQUEST FOR ADMISSION NO. 30: please admit that the subject blinds were defective.

要求乘認事項之三十：請承認有關的百葉窗簾是有毛病的。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

REQUEST FOR ADMISSION NO. 31: Please admit that the risk of strangulation posed by the accessible inner cord of the subject blinds is not recognizable by consumers.

要求乘認事項之三十一：請承認有關的百葉窗簾中之可接觸到的內繩所帶來的窒息風險並非是消費者所能識別到的。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 26

REQUEST FOR ADMISSION NO. 32: Please admit that in 1990 warnings on corded window covering products regarding the risk to children or infants of injury or death from strangulation were not believed by you to be effective in reducing the number of children suffering injury or death from strangulation in corded window covering products.

要求承認事項之三十二：請承認你們不相信一九九零年對有關有繩窗口遮蔽物產品上對兒童或嬰孩可造成勒傷或勒斃風險的警告，在減少兒童被有繩窗口遮蔽物產品勒傷或勒斃數目方面是有效的。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 27

REQUEST FOR ADMISSION NO. 33: Please admit that you claim the subject window blinds are not defective in their design or manufacture.

要求乘認事項之三十三：請承認你們聲稱有關的百葉窗簾在設計與製造上是沒有毛病的。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

REQUEST FOR ADMISSION NO. 34: Please admit that you claim the subject blinds are not defective with respect to the warning affixed to the bottom rail.

要求乘認事項之三十四：請承認你們聲稱附在有關的百葉窗簾底部橫杆上的警告是沒有毛病的。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 28

REQUEST FOR ADMISSION NO. 35: Please admit that at the time of April Cox's death, you knew that corded window covering products with accessible inner cords presented a risk of strangulation to children.

要求乘認事項之三十五：請承認在 April Cox（愛普拉考斯）死亡時，你們已知道附有可接觸到的內繩之有繩窗口遮蔽物產品會對兒童帶來窒息的風險。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 29

REQUEST FOR ADMISSION NO. 36: Please admit that you have never reported to the CPSC or any other governmental agency any claim(s) that children or infants had been injured or killed due to strangulation in looped cords or accessible inner cords of products sold by you.

要求乘認事項之三十六：請承認你們從來沒有向 CPSC 或其他政府機構匯報過有兒童或嬰孩被你們售賣的繩圈或可接觸到的內繩勒傷或勒死的權利要求事件。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 30

REQUEST FOR ADMISSION NO. 37: Please admit that you have never engaged, whether as employee, independent contractor or otherwise, any engineer or other professional to examine the safety of corded window covering products.

要求乘認事項之三十七：請承認你們從來沒有聘請過任何工程師或其他專業人士，不論是以雇員或獨立訂約人的身份或其他，去檢查有繩窗口遮蔽物產品的安全性。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

REQUEST FOR ADMISSION NO. 38: Please admit that you do not have any practice or procedure for tracking injuries or deaths caused by coded window covering products.

要求乘認事項之三十八：請承認你們沒有任何追查由有繩窗口遮蔽物產品造成的受傷或死亡事件之慣例或程序。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 31

REQUEST FOR ADMISSION NO. 39: Please admit that Jencraft distributed horizontal window blinds manufactured by you.

要求乘認事項之三十九：請承認 Jencraft[堅卡夫]過去分銷過由你們製造的橫條的窗口百葉窗簾。 Jencraft 曾向 CHING FENG 買窗帘

(T) Jencraft had purchased window blinds from Ching Feng before.

REQUEST FOR ADMISSION NO. 40: Please admit that horizontal window blinds manufactured by you or on your behalf were distributed into Alaska between 1995 and 2002, inclusive.

要求乘認事項之四十：請承認由你們或代你們製造的橫條的窗口百葉窗簾，在包括了一九九五年至二零零二年間，有被分銷到阿拉斯加境內。 不清楚

(T) Not sure.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 32

REQUEST FOR ADMISSION NO. 41: Please admit that from 1995 to 2002, inclusive, blinds manufactured by you or on your behalf were distributed to retailers in Alaska.

要求乘認事項之四十一：請承認在包括了一九九五年至二零零二年間，由你們或代你們製造的橫條的窗口百葉窗簾，有被分發給阿拉斯加境內的零售商。

不清楚

(T) Not sure.

REQUEST FOR ADMISSION NO. 42: Please admit that horizontal window blinds manufactured by you or on your behalf were sold in Alaska by Home Depot between 1995 and 2002.

要求乘認事項之四十二：請承認由你們或代你們製造的橫條的窗口百葉窗簾，在包括了一九九五年至二零零二年間，有由 Home Depot 在阿拉斯加境內售賣。

不清楚

(T) Not sure.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 33

REQUEST FOR ADMISSION NO. 43: Please admit that horizontal window blinds manufactured by you or on your behalf were sold in Alaska by Lowes and/or its predecessor Eagle between 1995 and 2002.

要求乘認事項之四十三：請承認由你們或代你們製造的橫條的窗口百葉窗簾，在包括了一九九五年至二零零二年間，有由 Lowes 與/或其前身 Eagle 在阿拉斯加境內售賣。 不猪愯

(T) Not sure.

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 34

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

<u>REQUEST FOR ADMISSION NO. 44</u>: Please admit that you manufactured horizontal window blinds measuring approximately 72 inches wide by approximately 48 inches long for distribution and sale in Alaska between 1995 and 2002, inclusive.

<u>要求承認事項之四十四</u>：請承認你們在包括了一九九五年至二零零二年間，為了在阿拉斯加境內分銷與售賣，製造過大約七十二吋寬乘大約四十八吋長的橫條的窗口百葉窗簾。

CF 賣貨給客人，並不清楚其銷售地。

(T) CF sells goods to customers, and is not sure of the place/s where they are sold.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

<u>Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.</u>
Page 35

## REQUESTS FOR PRODUCTION
## 要求出示

<u>REQUEST FOR PRODUCTION NO. 1</u>:  Please produce a copy of all correspondence from the Consumer Product Safety Commission (hereafter "CPSC") to you, or from you to the CPSC which discusses or addressed the topic of corded window covering product safety.

<u>要求出示事項之一</u>：請出示一份消費者產品安全委員會(以下簡稱 "CPSC")給你們的所有來往信件，或由你們寫給 CPSC 的來往信件，內容討論或處理了有關有繩窗口遮蔽物產品安全的問題。

Objection.  This request is beyond the scope of court ordered discovery; <u>see</u> Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

<u>Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.</u>
Page 36

REQUEST FOR PRODUCTION NO. 2: Please produce a copy of all correspondence from the Consumer Product Safety Commission (hereafter "CPSC") to you, or from you to the CPSC, which discusses or addressed the topic of corded window covering product recall, whether recall to repair or otherwise.

要求出示事項之二：請出示一份消費者產品安全委員會（以下簡稱 "CPSC"）給你們的所有來往信件，或由你們寫給 CPSC 的來往信件，內容討論或處理了有關有繩窗口遮蔽物產品回收的問題，不論回收目的是要修理或其他。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 37

<u>REQUEST FOR PRODUCTION NO. 3</u>: Please produce a copy of all correspondence from the WCSC to you, or from you to the WCSC, which discusses or addresses the topic of corded window covering product safety.

<u>要求出示事項之三</u>：請出示一份 WCSC 給你們的所有來往信件，或由你們寫給 WCSC 的來往信件，內容討論或處理了有關有繩窗口遮蔽物產品安全的問題。

Objection. This request is beyond the scope of court ordered discovery; <u>see</u> Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

<u>Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.</u>
Page 38

REQUEST FOR PRODUCTION NO. 4: Please produce a copy of all correspondence from the SCSC to you, or from you to the WCSC, which discusses or addresses the topic of corded window covering product recalls, whether recall to repair or otherwise.

要求出示事項之四：請出示一份 SCSC 給你們的所有來往信件，或由你們寫給 WCSC 的來往信件，內容討論或處理了有關有繩窗口遮蔽物產品回收的問題，不論回收目的是要修理或其他。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 39

<u>REQUEST FOR PRODUCTION NO. 5</u>: Please produce a copy of all correspondence from any WCMA member(s) to you, or from you to any WCMA member(s), which discusses or addresses the topic of corded window covering product safety.

<u>要求出示事項之五</u>：請出示一份由任何 WCMA 會員給你們的所有來往信件，或由你們寫給任何 WCMA 會員的來往信件，內容討論或處理了有關有繩窗口遮蔽物產品安全的問題。

Objection. This request is beyond the scope of court ordered discovery; <u>see</u> Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

<u>Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.</u>
Page 40

<u>REQUEST FOR PRODUCTION NO. 6</u>: Please produce a copy of all correspondence from any WCMA member(s) to you, or from you to any WCMA member(s), which discusses or addresses the topic of corded window covering product recalls, whether recall to repair or otherwise.

<u>要求出示事項之六</u>：請出示一份由任何 WCMA 會員給你們的所有來往信件，或由你們寫給任何 WCMA 會員的來往信件，內容討論或處理了有關有繩窗口遮蔽物產品回收的問題，不論回收目的是要修理或其他。

Objection. This request is beyond the scope of court ordered discovery; <u>see</u> Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

<u>Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.</u>
Page 41

REQUEST FOR PRODUCTION NO. 7: Please produce all documents which provided notice to you of any strangulation death caused and/or claimed to be caused by entanglement in accessible inner cords from 1980 to and including 2002.

要求出示事項之七：請出示所有向你們提供通知的文件，通知有關從一九八零年至包括了二零零二年間任何由於或被聲稱是由於被可接觸到的內繩纏住而導致窒息死亡的事件。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 42

REQUEST FOR PRODUCTION NO. 8: Please produce all engineering reports, field studies, epidemiological reports and any other documents which describe risks to health and safety of any person, including infants, represented by looped cords, accessible inner cords, or any other cord or chain, comprising a component of, or incorporated in corded window covering products.

要求出示事項之八：請出示所有工程匯報、實地研究、流行病學報告以及任何其他文件，形容了由有繩窗口遮蔽物產品中之組成部分如有圈繩索、可接觸到的內繩、或任何其他繩索或鏈子，對任何人，包括嬰孩在內，之健康與安全所帶來的風險。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 43