REQUEST FOR PRODUCTION NO. 9: Please produce all documents obtained during the course of any investigation by you into strangulation injuries and/or deaths to children caused, or claimed to be caused, by entanglement in an accessible inner cord.

**要求出示事項之九**：請出示在你們調查由於或被聲稱是由於被可接觸到的內繩纏住而導致兒童被勒傷或窒息死亡的事件過程中所獲得的所有文件。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 44

REQUEST FOR PRODUCTION NO. 10:   Please produce all complaints, pleadings, discovery, depositions or other litigation documents that arise from alleged incidents of child injury or death by strangulation in looped cords or accessible inner cords of corded window covering products.

要求出示事項之十：請出示所有來自被聲稱是由於有繩窗口遮蔽物產品中之繩圈或可接觸到的內繩纏住而導致兒童被勒傷或窒息死亡事件的指控、申訴答辯書、披露文據、証詞或其他訴訟文件。

Objection.   This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 45

REQUEST FOR PRODUCTION NO. 11: Please produce all documents regarding death by strangulation involving corded window covering products.

要求出示事項之十一：請出示所有牽涉了有繩窗口遮蔽物產品的窒息死亡事件的文件。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

REQUEST FOR PRODUCTION NO. 12: Please produce all documents regarding death by strangulation involving an accessible inner cord.

要求出示事項之十二：請出示所有牽涉了可接觸到的內繩的窒息死亡事件的文件。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 46

REQUEST FOR PRODUCTION NO. 13:    Please produce all documents relating to allegations, reports or claims resulting from or connected with death by strangulation involving or alleged to have involved corded window covering products or accessible inner cords.

要求出示事項之十三：請出示所有牽涉了或被聲稱爲牽涉了有繩窗口遮蔽物產品或可接觸到的内繩導致或有關窒息死亡事件的宣稱、報告或權利要求文件。

Objection.    This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 47

REQUEST FOR PRODUCTION NO. 14: Please produce all reports prepared by any person, including without limitation engineers, designers, technicians, consultants or any other person or entity, relating to any of the matters enumerated in Request for Production No. 13, above.

要求出示事項之十四：請出示所有由任何人作出的與以上［要求出示事項之十三］列舉事項有關的報告，作報告者包括了但不拘限於工程師、設計師、技術員、顧問或其他任何人或實體。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 48

REQUEST FOR PRODUCTION NO. 15: Please produce all documents relating to investigation by or on behalf of defendant Ching Feng of the occurrence or alleged occurrence of death by strangulation from any cord, bead chain, bead loop, cord loop, or accessible inner cord of any corded window covering products(s).

要求出示事項之十五：請出示所有由被告慶豐[音譯]（Ching Feng）本身或其代表所作出的調查文件，有關由任何有繩窗口遮蔽物產品中之任何繩索、有孔小珠鏈、有孔小珠圈、繩圈或可接觸到的內繩導致的或聲稱是由其導致的窒息死亡事件。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 49

REQUEST FOR PRODUCTION NO. 16: Please produce all documents regarding determination or attempted determination by or on behalf of defendant Ching Feng of the actual or suspected cause(s) of incidents or alleged incidents of strangulation from any cord, bead chain, bead loop, cord loop, or accessible inner cord of any corded window covering product(s).

要求出示事項之十六：請出示所有由被告慶豐[音譯]（Ching Feng）本身或其代表所作出的，對任何有關由任何有繩窗口遮蔽物產品中之任何繩索、有孔小珠鏈、有孔小珠圈、繩圈或可接觸到的內繩導致的，或聲稱是由其導致的窒息死亡事件起因或懷疑起因所作出之測定或試圖測定的文件。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 50

REQUEST FOR PRODUCTION NO. 17: Please produce all documents provided to or received from manufacturers or distributors of corded window covering products describing the specifications, design, requirements, components or elements of corded window covering products.

要求出示事項之十七：請出示所有提供給有繩窗口遮蔽物產品製造商或分銷商，或從他們那裏收到的文件，描述了有繩窗口遮蔽物產品的規格、設計、要求、組成部分或成分。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 51

REQUEST FOR PRODUCTION NO. 18:    Please produce all documents, including without limitation the warranty registration and record of purchase, pertaining to the purchase or possession by Paul and/or Ilene Rountree of corded window covering products distributed by Jencraft.

要求出示事項之十八：請出示所有文件，包括了但不拘限於產品擔保書登記

與購買紀錄，有關於保羅（Paul）與/或愛琳繞趣（Ilene Rountree）購買或擁有由

Jencraft﹝堅卡夫﹞分銷的有繩窗口遮蔽物產品。 非本公司產品. 無法

提供

(T) Not our company's products.    [We are] unable to provide.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 52

REQUEST FOR PRODUCTION NO. 19: Please produce all documents relating to the instructions or procedures devised or promulgated by defendant Ching Feng for the receipt, consideration, investigation, processing or disposition of inquiries, complaints or claims relating to the operation, functioning, or performance of corded window covering products.

要求出示事項之十九：請出示所有有關由被告慶豐［音譯］（Ching Feng）設計或公佈的用法說明或程序的文件，目的是為了接收、考慮、調查、處理或處置有關就有繩窗口遮蔽物產品的運作、運轉或表現提出之訊問、申訴或權利要求。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 53

REQUEST FOR PRODUCTION NO. 20: Please produce all documents relating to complaints or claims of personal injury or death alleged or found to have occurred because of entanglement or strangulation of a child in any cord, bead chain, bead loop, cord loop or accessible inner cord that was a component of a corded window covering product.

要求出示事項之二十：請出示所有有關被聲稱或判定為由有繩窗口遮蔽物產品中之任何繩索、有孔小珠鏈、有孔小珠圈、繩圈或可接觸到的內繩導致的兒童受纏或受勒而引致的人身傷害或死亡之指控或權利要求的文件。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 54

REQUEST FOR PRODUCTION NO. 21: Please produce all documents relating to any and all suits alleging injury or death by strangulation in corded window covering products filed against defendant Ching Feng or any person, company, wholesalers, distributor, retailer or service organization, utilized by or connected with Ching Feng in the manufacture, distribution, sale or servicing of corded window covering products.

要求出示事項之二十一：請出示所有有關任何及所有針對被告慶豐［音譯］

（Ching Feng）所提出的訴訟案的文件，或針對其他由慶豐用來製造、分銷、售賣或

維修有繩窗口遮蔽物產品或與慶豐在此方面有關的任何人士、公司、批發商、分銷商、

零售商或維修機構所提出的訴訟案的文件，而這些訴訟案聲稱有繩窗口遮蔽物產品造成

勒傷或勒死事件。

Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 55

## INTERROGATORIES

### 訊問

INTERROGATORY NO. 1:  If your response to any of the Request for Admission is anything other than an unqualified admission, please et forth with specificity the factual basis of your response.

訊問項目之一：如你們對任何一項的 [要求承認] 的同答不是毫無保留的絕對承認的話，請列明你們同答的事實根據的細節。

ANSWER:  See response to each respective Request for Admission.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 56

INTERROGATORY NO. 2: If any document requested in these discovery requests is withheld under a claim of privilege, as to each withheld document please identify the privilege under which the document is withheld, the author, date(s) of preparation, gist of communication sufficient to allow a determination whether the document qualifies under the claimed privilege, recipient(s), and date of receipt by each recipient.

訊問項目之二：如果在此披露文據中任何被要求交出的文件是被聲稱為法律特許的原因而拒絕交出，那就每一份拒絕交出的文件，請說明拒絕交出文件的特權為何，其作者、製作日期、足夠的通訊要點以便能作出到底這文件是否符合所聲稱的法律特許原因的決定，收受者，以及每名收受者之接收日期。

ANSWER: N/A.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 57

INTERROGATORY NO. 3: Please describe with particularity your relationship, if any, to the Window Covering Safety Council (hereafter "WCSC") in each of the years 1994 through 2002, inclusive.

訊問項目之三：請用詳盡的描述來形容你們與窗口遮蔽物安全理事會（以下簡稱 "WCSC"）在包括了一九九四年至二零零二年期間，在每一年的關係，如與其有關係的話。

ANSWER: Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order. Notwithstanding this objection, defendant has never been a member of WCSC.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 58

INTERROGATORY NO. 4: Please describe with particularity your relationship, if any, to the Window Covering Manufacturers Association (hereafter "WCMA") in each of the years 1990 through 2002, inclusive.

訊問項目之四：請用詳盡的描述來形容你們與窗口遮蔽物製造商協會（以下簡稱"WCMA"）在包括了一九九零年至二零零二年期間，在每一年的關係，如與其有關係的話。

ANSWER: Objection. This request is beyond the scope of court ordered discovery; see Motion for Protective Order. Notwithstanding this objection, defendant has never been a member of WCMA.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 59

INTERROGATORY   NO.   5:     Please   identify   each   U.S. distributor   and/or   retailer   to   whom   you   delivered   horizontal window blinds between 1995 and 2002.

訊問項目之五：請說明你們在一九九五年至二零零二年期間送遞橫條的窗口百葉窗簾給每一名美國分銷商及/或零售商的明確身份。

年代久遠，無法提供

(T) Too long ago.   [We are] unable to provide.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al. Page 60

INTERROGATORY NO. 6:  Please state any and all names under which horizontal blinds manufactured by you or on your behalf were sold, marketed and/or distributed.

訊問項目之六： 請說明售賣、推銷與/或分發由你們製造或代你們製造的橫

條的窗口百葉窗簾所使用過的每一個以及所有的名稱.

Hard louver windows - PVC wood Imitation louver
window, Fabric pleated
curtains, vertical louver windows.

soft curtains -Fabric curtains, Roman curtains.
Fabric pleated curtains.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
· ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 61

INTERROGATORY NO. 7: Please state the number of horizontal window blinds manufactured by you or on your behalf that were delivered to the U.S. in each of the years 1995 through 2002, inclusive.

凱爾項目之七: 請說明由你們製造或代你們製造的橫條的窗口百葉窗簾在包括了一九九五年至二零零二年期間, 每一年所送遞到美國的數目。

(T) Too long ago. [We are] unable to provide.

INTERROGATORY NO. 8: Please identify each periodical in which you advertised horizontal window blinds manufactured by you or on your behalf between 1995 and 2002, inclusive.

凱爾項目之八: 請說明由你們製造或代你們製造的橫條的窗口百葉窗簾在包括了一九九五年至二零零二年期間, 你們為它們做廣告宣傳的每一個周期。

(T) No.

None.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 62

INTERROGATORY NO. 9: Please identify each retailer that sold horizontal window blinds manufactured by you or on your behalf in Alaska between 1995 and 2002, inclusive.

訊問項目之九：請說明在包括了一九九五年至二零零二年期間，每一個售賣由你們製造或代你們製造的橫條的窗口百葉窗簾的零售商的身份。

Ching Feng sold to Wal-Mart and Lowe's, but Ching Feng was not aware whether those companies sold Ching Feng blinds in Alaska.

INTERROGATORY NO. 10: Please identify the entity that manufactured the subject blinds.

訊問項目之十：請說明製造了有關百葉窗簾的實體的身份。

INTERROGATORY NO. 11: Please describe with particularity what steps you have taken, if any, to determine whether the subject blinds were manufactured by you.

訊問項目之十一：請用詳盡的描述來形容你們已採取過什麼措施，如有的話，來測定到底有關的百葉窗簾是否由你們製造的。

*可由窗帘外葉觀零件做某程度的判定*

(T) Could do some determination to a certain extent, by [looking at] the blinds' appearance and parts.

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 63

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

INTERROGATORY NO. 12:    If you contend that the subject blinds were not manufactured by you, please set forth with particularity each and every fact upon which you rely for such contention.

詢問項目之十二：如你們聲稱有關的百葉窗簾並不是由你們製造的，則請用詳盡的描述來列出你們作出此聲稱所依據的每一個事實。

因事發的窗帘產地標為 Made in china 但我了與 Jencraft 的全部交易都是在 TAIWAN 生產並出貨的.

(T) The subject blinds' place of production was labelled as "Made in China."   But all of [the products in] our dealings with Jencraft were produced in and exported from Taiwan.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 64

AS TO OBJECTIONS

DATED at this _____ day of September, 2006, at

Anchorage, Alaska.

                  RICHMOND & QUINN
                  Attorneys for Defendant
                  Ching Feng Blinds Industry Co.,
                  Ltd.

By: _____
                  Daniel T. Quinn, ABA #8211141

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 65

VERIFICATION

STATE OF _____
                              ss.
_____

        I, _____, being first duly sworn
state that I am the_____ of CHING FENG BLINDS
INDUSTRY CO., LTD., and that I believe all statements contained
in the answers to the above interrogatories are true and
correct.


                         CHING FENG BLINDS INDUSTRY CO., LTD.


                         By: _____
                         Its: _____

        SUBSCRIBED AND SWORN TO before me this ____ day of ____
_____, 2006.


                         _____
                         Notary Public in and for Alaska
                         My Commission Expires:_____

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 66

## CERTIFICATE OF SERVICE

I certify that on the _6th_ day
of September, 2006, a copy of the
foregoing was mailed to:


Charles W. Ray, Jr.
Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, Alaska  99501

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501


_____
RICHMOND & QUINN

1059\047\disc\0831draft resps

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S RESPONSES TO PLAINTIFF'S SECOND DISCOVERY REQUESTS**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 67