Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
Ching Feng Blinds Industry Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually, and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>        Plaintiffs,<br><br>  v.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC. a New Jersey corporation; WAL-MART STORES, INC, a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>        Defendants. | **JOINT RESPONSE TO ORDER REGARDING CERTIFICATION OF READINESS FOR TRIAL**<br><br><br><br><br><br><br>Case No. 3:04-cv-0112-JWS |

COME NOW the parties hereto, and jointly respond to this court's November 13, 2006 Order Regarding Certificate of Readiness for Trial.

Among the items for which the order requests certification from the parties is that "there are no outstanding procedural or legal issues which are appropriate for resolution by motion."

One significant substantive motion – concerning personal jurisdiction over defendant Ching Feng Blinds Industry Company, Ltd. ("Ching Feng") remains to be decided. Briefing on this issue originated in response to this court's Order, at Docket 87, ordering plaintiffs to show cause why their claims against defendant Ching Feng should not be dismissed for lack of jurisdiction. Plaintiffs and Ching Feng filed responses. At Docket 98, this court considered this briefing, and determined that limited supplemental discovery would be appropriate. In that Order, the court set a schedule for further briefing, upon the completion of discovery.

In response to this Order, plaintiffs promulgated additional discovery. Ching Feng responded to this discovery, but initially responded with answers in Chinese, as received

JOINT RESPONSE TO ORDER REGARDING
CERTIFICATION OF READINESS FOR TRIAL

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 2

from Ching Feng, and then supplemented with English translations.  Ching Feng's English responses were served on counsel on September 6, 2006.

Because of the delay in obtaining English translations, as well as plaintiffs' counsel's recent knee replacement surgery, plaintiffs sought an extension of the briefing schedule with regard to the personal jurisdiction issue.  At Docket 110, this court extended the deadline for plaintiffs to file a renewed response to the Order to Show Cause until November 20, 2006, and established December 1, 2006, as the deadline for Ching Feng to reply.

Accordingly, it appears that briefing on this central issue of personal jurisdiction will be completed soon.  The parties concur that it would make sense to obtain a resolution of this issue before certifying readiness for trial, and jointly request the due date for the report regarding certification of

JOINT RESPONSE TO ORDER REGARDING
CERTIFICATION OF READINESS FOR TRIAL

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 3

readiness for trial be extended until 15 days after the court's decision on this issue.

DATED at this __20th__ day of November, 2006, at Anchorage, Alaska.

The undersigned has conferred with counsel for the other parties and they have authorized this joint response on their behalf.

                                  RICHMOND & QUINN
                                  Attorneys for Defendant
                                  Ching Feng Blinds Industry Co., Ltd.

By:    s/Daniel T. Quinn
      RICHMOND & QUINN
      360 K Street, Suite 200
      Anchorage, AK  99501
      Ph:  907-276-5727
      Fax:  907-276-2953
      dquinn@richmondquinn.com
      ABA #8211141

JOINT RESPONSE TO ORDER REGARDING
CERTIFICATION OF READINESS FOR TRIAL

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 4

I HEREBY CERTIFY that a true and
correct copy of the of foregoing
was served electronically this 20th
day of November, 2006 on:

Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK  99501

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 W. 6th Avenue, Suite 250
Anchorage, AK  99501

Donald C. Thomas
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501

Michael L. Weiss
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309-3521


        s/Daniel T. Quinn
        RICHMOND & QUINN

1059\047\pld\joint resp to order re readiness for trial


JOINT RESPONSE TO ORDER REGARDING
CERTIFICATION OF READINESS FOR TRIAL

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 5