Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHING FENG BLINDS INDUSTRY CO., LTD., et al., <br><br> Defendants. | Case No. 3:04-cv-00112-JWS <br><br><br><br><br><br><br><br> **MOTION TO COMPEL RESPONSES** |

Plaintiffs, through their lawyer Charles W. Ray, Jr., and pursuant to Fed.R.Civ.P. 37(c) move for an order requiring full and complete responses to discovery served upon Ching Feng Blinds Industry Co., Ltd. This motion is supported by the memorandum of 20 November 2006, styled "Renewed Response to Order to Show Cause and Motion to Compel Responses," and the exhibit thereto. Undersigned counsel certifies that he has conferred with counsel for Ching Feng who advised that no further or additional responses would be proffered voluntary.

DATED 21 November 2006

/s/Charles W. Ray, Jr.

Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com
ABA# 8406048

I hereby certify that on 21 November 2006, a copy of the foregoing document

Was served electronically on:

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

William A. Earnhart
Lane Powell, P.C.
earnhartw@lanepowell.com
preej@lanepowell.com
heckj@lanepowell.com
wagnerf@lanepowell.com

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

and was served electronically and via U.S. Postal Service on the following:

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

By: s/Charles W. Ray, Jr.