Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Co-Counsel for Plaintiffs

## IN THE UNITED STATES COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>          Plaintiffs,<br><br>vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>          Defendants. | Case No. 3:04-cv-00112-JWS<br><br><br><br><br><u>(PROPOSED) ORDER<br>GRANTING MOTION<br>TO COMPEL RESPONSES</u> |

      IT IS HEREBY ORDERED that defendant Ching Feng Blinds Industry Co., Ltd. shall response to plaintiffs' discovery requests within twenty (20) days.

---

Proposed Order Granting Motion to Compel Responses
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 1 of 2    Rountree 311.1 Motion to Compel.ord

ENTERED this ____ day of _____, 2006.

_____
John W. Sedwick
United States District Court Judge

Proposed Order Granting Motion to Compel Responses
Rountree v. Ching Feng, et al        A04-0112 CV (JWS)
Page 2 of 2                Rountree 311.1 Motion to Compel.ord