Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
(907) 277-6177

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>                Plaintiffs,<br><br>  vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>                Defendants. | Case No. A04-0112 CV (JWS)<br><br><br><br><br><br><br><br><br><br><br>STIPULATION FOR<br>EXTENSION OF TIME |

Stipulation for Extension of Time
Rountree v. Ching Feng, et al    A04-0112 CV (JWS)
Page 1 of 3    Rountree 311.1 Stip.ext

Plaintiffs and Defendant Ching Feng Blinds Industry Co., Inc., through their respective counsel of record, stipulate and agree that Plaintiffs shall have until 15 December 2006 to file a reply to Ching Feng's Opposition to Plaintiff's Motion to Compel.

DATED 13 December 2006
/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
        craylaw@aol.com
ABA# 8406048

CONSENT:
Daniel T. Quinn
Richmond & Quinn
360 K St., Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
E-mail: dquinn@richmondquinn.com
        cesary@richmondquinn.com
ABA# 8211141

I hereby certify that on 13 December 2006, a copy of the foregoing Stipulation for Extension of Time with proposed Order

Was served electronically on:

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

Stipulation for Extension of Time
Rountree v. Ching Feng, et al   A04-0112 CV (JWS)
Page 2 of 3                     Rountree 311.1 Stip.ext

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

and was served by other means on the following:

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com


By: /s/Charles W. Ray, Jr.

Stipulation for Extension of Time
Rountree v. Ching Feng, et al   A04-0112 CV (JWS)
Page 3 of 3                     Rountree 311.1 Stip.ext