IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC., a New Jersey corporation; WAL-MART STORES, INC., a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>                  Defendants. | Case No. 3:04-cv-00112-JWS<br><br><br><br><br><br><br><br><br><br><br><br>ORDER<br>GRANTING EXTENSION OF TIME |

IT IS ORDERED that the Stipulation for Extension of Time to permit filing of Plaintiffs' reply to Ching Feng's Opposition to Motion to Compel on 15 December 2006, is **GRANTED**. Plaintiffs shall file a reply on 15 December 2006.

ENTERED this 13th day of December 2006.

                                          /s/   John W. Sedwick
                                          United States District Court Judge