Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
Ching Feng Blinds Industry Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually, and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>             Plaintiffs,<br><br>   v.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC. a New Jersey corporation; WAL-MART STORES, INC, a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>             Defendants. | **NON-OPPOSED MOTION FOR EXTENSION OF TIME**<br><br><br><br><br><br><br><br>Case No. 3:04-cv-0112-JWS |

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Defendant, Ching Feng Blinds Industry Co., Ltd. (Ching Feng), through its counsel of record, moves this court for an order granting Ching Feng a 15-day extension of time from the current due date of January 29, 2007, until Friday, February 13, 2007, to serve its supplemental responses to Plaintiffs' Second Discovery Requests to Defendant Ching Feng Blinds Industry Company, Ltd., required pursuant to the court's December 29, 2006, Order From Chambers, (Doc. 122).

Ching Feng requests this extension of time because the Ching Feng representative in Taiwan has been away from the office, making contact difficult. In addition, the undersigned counsel is leaving the state tonight and will not return to the office until February 5, 2007. The undersigned counsel spoke with plaintiffs' counsel, Chuck Ray, earlier today and Mr. Ray does not object to this extension of time.

For the foregoing reasons, Ching Feng respectfully requests a 15-day extension of time to Tuesday, February 13, 2007, to supplement its responses to Plaintiffs' Second Discovery Requests to Defendant Ching Feng Blinds Industry Company, Ltd.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NON-OPPOSED MOTION FOR EXTENSION OF TIME

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 2

DATED at this 25th day of January, 2007, at Anchorage, Alaska.

            RICHMOND & QUINN
            Attorneys for Defendant
            Ching Feng Blinds Industry Co., Ltd.

By: /s/Daniel T. Quinn
    RICHMOND & QUINN
    360 K Street, Suite 200
    Anchorage, AK  99501
    Ph:  907-276-5727
    Fax:  907-276-2953
    dquinn@richmondquinn.com
    ABA #8211141

CONSENT: /s/Charles W. Ray, Jr.
    Law Offices of Charles W. Ray, Jr. PC
    711 H Street, Suite 310
    Anchorage, AK  99501
    Ph:  907-274-4839
    Fax:  907 277-9414
    Email: dlcraylaw@acsalaska.net;
           craylaw@aol.com
    ABA #8406048

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NON-OPPOSED MOTION FOR EXTENSION OF TIME

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically this 25th day of January, 2007, on:

Charles W. Ray, Jr.  **(electronically)**
Law Offices of Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK  99501

Donald C. Thomas  **(electronically)**
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501

Don C. Bauermeister  **(electronically)**
Burke & Bauermeister, P.L.L.C.
921 W. 6th Avenue, Suite 250
Anchorage, AK  99501

**and that the following counsel was served by mail on January 26, 2007:**

Michael L. Weiss  **(by mail)**
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309-3521

s/Daniel T. Quinn
RICHMOND & QUINN

1059\047\PLD\NON-OPPOSED MTN FOR EXTENSION OF TIME

NON-OPPOSED MOTION FOR EXTENSION OF TIME

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 4

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953