PAGE INTENTIONALLY LEFT BLANK