Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
Ching Feng Blinds Industry Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually, and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC. a New Jersey corporation; WAL-MART STORES, INC, a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>　　　　　Defendants. | **NOTICE THAT JURISDICTIONAL ISSUE IS RIPE FOR DECISION**<br><br><br><br><br><br><br><br>Case No. 3:04-cv-0112-JWS |

COMES NOW defendant Ching Feng Blinds Industry Company, Ltd. (Ching Feng) and hereby gives notice to the court that the issue of whether this court has personal jurisdiction over Ching Feng is ripe for decision.

At Docket 87, this court ordered plaintiffs to show cause why their claims against Ching Feng should not be dismissed for lack of personal jurisdiction. The parties briefed the issue. At Docket 98, the court concluded that there was no general jurisdiction over Ching Feng, but that plaintiffs were entitled to conduct limited discovery concerning discovery on matters which would inform the issue of whether this court could exercise specific jurisdiction over Ching Feng.

In response to the court's Order, plaintiffs submitted discovery requests, to which Ching Feng responded. The parties disputed whether Ching Feng's responses were adequate. At Docket 116 the court responded to plaintiffs' Motion to Compel by ruling that some of the plaintiffs' objections to Ching Feng's discovery responses were not well taken, but that Ching Feng would be required to serve supplemental responses to Interrogatory Nos. 5 and 7, and Request for Admission Nos. 40, 41, 42, and 43.

NOTICE THAT JURISDICTIONAL
ISSUE IS RIPE FOR DECISION

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 2

Ching Feng served Supplemental Responses to the specified interrogatories and requests for admissions on February 7, 2007. Although discovery responses are generally not to be filed with the court, in this instance Ching Feng filed the Supplemental Responses with the court, since they were responsive to a specific court order.

In its Order on plaintiffs' Motion to Compel (Docket No. 116), the court did not request any additional briefing from the parties to follow the supplemental discovery responses. In Ching Feng's view, the current briefing by both parties fully addresses the relevant personal jurisdiction issues, and the Supplemental Discovery Responses do not warrant any further briefing. Accordingly, in Ching Feng's view, the issue of this court's personal jurisdiction over Ching Feng is ripe for determination. However Ching Feng would respectfully request

/
/
/
/
/

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE THAT JURISDICTIONAL
ISSUE IS RIPE FOR DECISION

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 3

guidance from the court if it contemplates or desires any further briefing.

DATED this __22nd__ day of February, 2007, at Anchorage, Alaska.

                              RICHMOND & QUINN
                              Attorneys for Defendant
                              Ching Feng Blinds Industry Co., Ltd.

By:    s/Daniel T. Quinn
        RICHMOND & QUINN
        360 K Street, Suite 200
        Anchorage, AK  99501
        Ph:  907-276-5727
        Fax:  907-276-2953
        dquinn@richmondquinn.com
        ABA #8211141

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE THAT JURISDICTIONAL
ISSUE IS RIPE FOR DECISION

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 4

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that a true and correct copy of the of foregoing was served electronically this 22nd day of February, 2007, on:

Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK  99501

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 W. 6th Avenue, Suite 250
Anchorage, AK  99501

Donald C. Thomas
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501

Michael L. Weiss
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309-3521


        s/Daniel T. Quinn
        RICHMOND & QUINN

1059\047\PLD\NOTICE THAT JURISDICTIONAL ISSUE IS RIPE

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE THAT JURISDICTIONAL
ISSUE IS RIPE FOR DECISION
ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 5