### MINUTES OF THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

VALERIE ROUNTREE, et al.    v.    CHING FENG BLINDS INDUSTRY CO., et al.

THE HONORABLE JOHN W. SEDWICK        CASE NO.    3:04-cv-00112-JWS

    Deputy Clerk                Official Recorder

    Pam Richter

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The court has belatedly reviewed the status report at docket 129. Based thereon it appears that a status conference should be held in an effort to move this case forward.

In preparation for that conference, the court directs counsel for Ching Feng Blinds to re-file its supplemental discovery requests under cover of a notice specifying that the materials are filed in response to this order.  This is necessary, because the Clerk of Court removed the original filing at docket 125, pursuant to Fed. R. Civ. P. 5(d).  The court wishes to have an opportunity to review the supplemental responses in advance of the status conference.  In light of the court's calendar, it is unrealistic to set the status conference until toward the end of July.

For the reasons above, IT IS ORDERED:

(1)  On or before July 20, 2007, Ching Feng Blinds shall file a copy of its supplemental discovery responses under cover of a notice reciting that the notice and attachments are filed in response to this order.

(2)  The Clerk shall accept the filing described above without regard to the provision of Fed. R. Civ. P. 5(d) which ordinarily precludes the filing of such materials.

(3)  The court will conduct a status conference on Friday, July 27, 2007, at 8:30 AM.  The court may set a trial date at that conference, so counsel should be prepared to discuss that topic along with others including a possible Rule 30(b)(6) deposition of Ching Feng Blinds.

ENTERED AT JUDGE'S DIRECTION

DATE: June 27, 2007            INITIALS: prr
                                        Deputy Clerk

[FORMS*IA*]