Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
Ching Feng Blinds Industry Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually, and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>                    Plaintiffs,<br><br>v.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC. a New Jersey corporation; WAL-MART STORES, INC, a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>                    Defendants. | **NOTICE OF FILING SUPPLEMENTAL DISCOVERY RESPONSES (PURSUANT TO JUNE 27, 2007 ORDER FROM CHAMBERS)**<br><br>Case No. 3:04-cv-0112-JWS |

COMES NOW defendant Ching Feng Blinds Industry Company, Ltd, by and through its attorneys, Richmond & Quinn, and pursuant to this court's June 27, 2007 Order From Chambers (Docket No. 130) hereby attaches it Supplemental Discovery Responses. The attached documents consist of the following:

- Defendant Ching Feng Blinds Industry Company, Ltd.'s Supplemental Responses to Plaintiffs' Second Discovery Requests to Defendant Ching Feng Blinds Industry Company, Ltd. (February 7, 2007) (Exhibit A).

- Defendant Ching Feng Blinds Industry Company, Ltd.'s Additional Supplemental Responses to Plaintiffs' Second Discovery Requests (March 27, 2007) (Exhibit B).

DATED at this   29th   day of June, 2006, at Anchorage, Alaska.

          RICHMOND & QUINN
          Attorneys for Defendant
          Ching Feng Blinds Industry Co., Ltd.

By:    s/Daniel T. Quinn
        RICHMOND & QUINN
        360 K Street, Suite 200
        Anchorage, AK  99501
        Ph:  907-276-5727
        Fax: 907-276-2953
        dquinn@richmondquinn.com
        ABA #8211141

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE OF FILING SUPPLEMENTAL DISCOVERY
RESPONSES (PURSUANT TO JUNE 27, 2007 ORDER FROM CHAMBERS)

ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 2

I HEREBY CERTIFY that a true and
correct copy of the of foregoing
was served electronically this 29th
day of June, 2007 on:


Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, AK  99501

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 W. 6th Avenue, Suite 250
Anchorage, AK  99501

Donald C. Thomas
Delaney, Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501

**and served by mail on the following counsel:**

Michael L. Weiss
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309-3521




        s/Daniel T. Quinn
        _____
        RICHMOND & QUINN

1059\047\pld\NOTICE OF FILING SUPPLEMENTAL DISCOVERY RESPONSES




NOTICE OF FILING SUPPLEMENTAL DISCOVERY
RESPONSES (PURSUANT TO JUNE 27, 2007 ORDER FROM CHAMBERS)


ROUNTREE, et al. v. CHING FENG, LTD., et al.
Case No. 3:04-cv-0112-JWS
Page 3

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953