Daniel T. Quinn (8211141)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
Ching Feng Blinds Industry Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually, and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC. a New Jersey corporation; WAL-MART STORES, INC, a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>          Defendants. | Case No. 3:04-cv-0112-JWS<br><br>DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD. |

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 1

Exhibit A
Page 1 of 11 Pages

)

---

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.**

<u>Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.</u>
Page 2

Exhibit ___A___
Page __2__ of __11__ Pages

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.**

Pursuant to the court's December 29, 2006 Order From Chambers, (Doc. 122) Defendant, Ching Feng Blinds Industry Company, Limited ("Ching Feng"), hereby provides supplemental responses to certain discovery requests.

REQUEST FOR ADMISSION NO. 40: Please admit that horizontal window blinds manufactured by you or on your behalf were distributed into Alaska between 1995 and 2002, inclusive.

**Prior Response:** "Not sure."

SUPPLEMENTAL RESPONSE: Ching Feng denies that it distributed horizontal window blinds to Alaska. Ching Feng sold blind products to several customers who shipped them to the United States between 1995 and 2002. Ching Feng did not have any control, or know where in the United States these customers sell these products. Ching Feng knew that some of its customers, such as Wal-Mart, were large companies with many stores throughout the United States. In this lawsuit, Ching Feng has

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 3

Exhibit  A
Page  3  of  11  Pages

learned, for example, that Wal-Mart has stores in Alaska, although Ching Feng did not have this knowledge before this suit was filed. Therefore, it is possible that Wal-Mart or others sold blinds in Alaska which they had purchased from Ching Feng. However, Ching Feng has no firsthand information about whether its products were sold in Alaska, and understands that its customers, such as Wal-Mart, purchased blinds from other suppliers. Therefore, Wal-Mart cannot admit or deny Request for Admission No. 1.

REQUEST FOR ADMISSION NO. 41: Please admit that from 1995 to 2002, inclusive, blinds manufactured by you or on your behalf were distributed to retailers in Alaska.

**Prior Response:** "Not sure."

SUPPLEMENTAL RESPONSE: Ching Feng sold blind products to several customers who shipped them to the United States. Ching Feng does not have any control, or know where in the United States these customers sell these products. Ching Feng knew that some of its customers, such as Wal-Mart, were large companies with many stores throughout the United States. In

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 4

Exhibit _A_
Page _4_ of _11_ Pages

this lawsuit, Ching Feng has learned, for example, that Wal-Mart has stores in Alaska, although Ching Feng did not have this knowledge before this suit was filed. Therefore it was possible that Wal-Mart sold blinds in Alaska which it purchased from Ching Feng. However, Ching Feng has no firsthand information about whether its products were sold in Alaska, and understands that its customers, such as Wal-Mart, purchased blinds from other suppliers. Therefore, Wal-Mart cannot admit or deny Request for Admission No. 41.

REQUEST FOR ADMISSION NO. 42: Please admit that horizontal window blinds manufactured by you or on your behalf were sold in Alaska by Home Depot between 1995 and 2002.

**Prior Response:** "Not sure."

SUPPLEMENTAL RESPONSE: Ching Feng has never sold one-inch PVC mini blinds to Home Depot. However, Ching Feng sold such blinds to several customers who shipped them to the United States. Ching Feng believes that some of these customers, such as Jencraft, sold these products to retailers, such as Home Depot. However, Ching Feng had no control or first hand

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 5

Exhibit _A_
Page _5_ of _11_ Pages

knowledge concerning to whom Ching Feng's customers in turn sold their blinds. Ching Feng knew that it was possible that its customers might in turn sell blinds to large companies like Home Depot, which had stores in many locations throughout the United States. Ching Feng has learned in this litigation that Home Depot had stores in Alaska, although it did not have that knowledge before this lawsuit was filed. Ching Feng knew that its blinds might be distributed widely throughout the United States by large companies such as Home Depot, but has no knowledge concerning whether Home Depot sold Ching Feng blinds in Alaska between 1995 and 2002. Accordingly, Ching Feng cannot admit or deny Request for Admission No. 42.

REQUEST FOR ADMISSION NO. 43: Please admit that horizontal window blinds manufactured by you or on your behalf were sold in Alaska by Lowes and/or its predecessor Eagle between 1995 and 2002.

**Prior Response:** "Not sure."

SUPPLEMENTAL RESPONSE: Ching Feng has sold one-inch PVC mini blinds to Lowe's between 1995 and 2002, but has never

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 6

Exhibit __A__
Page __6__ of __11__ Pages

sold such blinds to Eagle Hardware. Ching Feng does not have any control, or firsthand knowledge of where in the United States Lowe's sells Ching Feng blinds. Ching Feng knew that Lowe's was a large company with many stores throughout the United States. In this lawsuit, Ching Feng has learned that Lowe's has stores in Alaska, although Ching Feng did not have this knowledge before this suit was filed. Therefore it is possible that Lowe's sold blinds in Alaska which it purchased from Ching Feng. However, Ching Feng has no first hand information about whether Lowe's sold its blinds in Alaska. Ching Feng understood that Lowe's purchased blinds from other suppliers as well as Ching Feng. Therefore, Ching Feng cannot admit or deny Request for Admission No. 43.

INTERROGATORY NO. 5: Please identify each U.S. distributor and/or retailer to whom you delivered horizontal window blinds between 1995 and 2002.

**Prior Answer:** "Too long ago. [We are] unable to provide."

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 7

Exhibit _A_
Page _7_ of _11_ Pages

SUPPLEMENTAL ANSWER: Ching Feng sold one-inch PVC mini blinds to Wal-Mart (via Pacific Resources Export) through approximately 1997 or 1998.

Ching Feng sold one-inch PVC mini blinds (through All Strong Industries) to Lowe's during the 1995 through 2002 period.

Ching Feng sold one-inch PVC mini blinds to Jencraft through approximately 1995.

INTERROGATORY NO. 7: Please state the number of horizontal window blinds manufactured by you or on your behalf that were delivered to the U.S. in each of the years 1995 through 2002, inclusive.

**Prior Answer:** "Too long ago. [We are] unable to provide."

SUPPLEMENTAL ANSWER: Ching Feng sold approximately the following amounts to U.S. customers in each respective year:

| Year | Pieces |
|---|---|
| 1995: | 3,050,000 pieces |
| 1996: | 2,600,000 pieces |
| 1997: | 2,500,000 pieces |
| 1998: | 1,000,000 pieces |

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 8

Exhibit _A_
Page _8_ of _11_ Pages

1999:     1,100,000 pieces

2000:     1,250,000 pieces

2001:     1,900,000 pieces

2002:     3,300,000 pieces

DATED at this __7th__ day of February, 2007, at Anchorage, Alaska.

                RICHMOND & QUINN
                Attorneys for Defendant
                Ching Feng Blinds Industry Co., Ltd.

By:     s/Daniel T. Quinn
        RICHMOND & QUINN
        360 K Street, Suite 200
        Anchorage, AK  99501
        Ph:  907-276-5727
        Fax:  907-276-2953
        dquinn@richmondquinn.com
        ABA #8211141

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 9

Exhibit __A__
Page __9__ of __11__ Pages

## VERIFICATION

STATE OF _____ )
                            ) ss.
_____   )

I, Sandy Wu, being first duly sworn state that I am the Sales Manager of Hard Window Team of CHING FENG BLINDS INDUSTRY CO., LTD., n/k/a CHING FENG HOME FASHIONS CO., LTD., and that I believe all statements contained in the answers to the above interrogatories are true and correct.

CHING FENG BLINDS INDUSTRY CO., LTD.
n/k/a Ching Feng Home Fashions Co., Ltd.

By: _____
Its: Sales Manager of Hard Window Team

SUBSCRIBED AND SWORN TO before me this ____ day of _____, 2007.

_____
Notary Public in and for:_____
My Commission Expires:_____

案號: 0275   日期: FEB. 15 2007
Case No.:    Date:
本文件之簽名或蓋章在台灣彰化地方法院所屬民間公證人
郭俊麟 事務所認證。 公證人：郭俊麟
Attested at the KUO, CHUN-LIN Notary Public Office, Taiwan Chang Hwa District Court, R.O.C., that the signature(s)/seal(s) in this document is/are authentic.

Notary Public:

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.**

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Page 10

Exhibit ___A___
Page _10_ of _11_ Pages

**CERTIFICATE OF SERVICE**

I certify that on the \_\_7th\_\_ day of February, 2007, a copy of the foregoing was mailed to:

Charles W. Ray, Jr.
Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, Alaska 99501

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501


\_\_\_\_\_s/Daniel T. Quinn\_\_\_\_\_
RICHMOND & QUINN

1059\047\disc\supplemental discovery responses (2-7-07)

**DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISOVERY REQUESTS TO DEFENDANT CHING FENG BLINDS INDUSTRY CO., LTD.**

<u>Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.</u>
Page 11

Exhibit \_\_A\_\_
Page \_\_11\_\_ of \_\_11\_\_ Pages