Daniel T. Quinn (8211141)
Craig S. Howard (7911033)
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 276-5727
Fax:   276-2953
Attorneys for Defendant
Ching Feng Blinds Industry Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually, and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD., a Taiwanese corporation; JENCRAFT CORPORATION a/k/a JENCRAFT MANUFACTURING CO., INC. a New Jersey corporation; WAL-MART STORES, INC, a Delaware corporation; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>          Defendants. | **DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY, LTD.'S ADDITIONAL SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISCOVERY REQUESTS**<br><br>Case No. 3:04-cv-0112-JWS |

Exhibit  B
Page  1  of  5  Pages

Defendant, Ching Feng Blinds Industry Company, Inc., by and through its counsel, Richmond & Quinn, supplements Interrogatory No. 5 of Plaintiff's Second Discovery Requests, dated July 28, 2006, as follows:

INTERROGATORY NO. 5: Please identify each U.S. distributor and/or retailer to whom you delivered horizontal window blinds between 1995 and 2002.

SECOND SUPPLEMENTAL ANSWER: Ching Feng's first supplemental response to Interrogatory No. 5 identified the major U.S. companies to whom it sold one-inch PVC mini blinds during the years 1995 through 2005. Ching Feng hereby supplements its response by noting that it also made significant sales of one-inch PVC mini-blinds to J.C. Penney through 1998. In addition to those major sales, it made periodic sales to several U.S. vendors in minor amounts. Ching Feng does not recall each of these customers, but one such customer was Coastal International. Ching Feng

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S ADDITIONAL SUPPLEMENTAL RESPONSES
TO PLAINTIFFS' SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Case No. 3:04-cv-0112-JWS
Page 2

Exhibit B
Page 2 of 5 Pages

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

has never made any sales or shipped any blinds to the State of Alaska.

DATED at this <u>27th</u> day of March, 2007, at Anchorage, Alaska.

                                    RICHMOND & QUINN
                                    Attorneys for Defendant
                                    Ching Feng Blinds Industry
                                    Co., Ltd.

By:   <u>s/ Daniel T. Quinn</u>
        Daniel T. Quinn
        ABA #8211141

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S ADDITIONAL SUPPLEMENTAL RESPONSES
TO PLAINTIFFS' SECOND DISCOVERY REQUESTS

<u>Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.</u>
Case No. 3:04-cv-0112-JWS
Page 3

Exhibit <u>B</u>
Page <u>3</u> of <u>5</u> Pages

## VERIFICATION

STATE OF _____
                                    ss.
_____

I, _Sandy Wu_, being first duly sworn state that I am the _Sales Manager_ of CHING FENG BLINDS INDUSTRY CO., LTD., and that I believe all statements contained in the answers to the above interrogatories are true and correct.

CHING FENG BLINDS INDUSTRY CO., LTD.

_Hsu pei-Hsiang_  _Sandy Wu_

SUBSCRIBED AND SWORN TO before me this ____ day of _____, 2007.

_____
Notary Public in and for the State of AK
My Commission Expires: APR. 24 2007

Case No.: 0612
本文件之簽名或蓋章在台灣彰化地方法院所屬民間公證人
郭俊麟 事務所認證。    公證人：郭俊麟
Attested at the KUO, CHUN-LIN Notary Public Office, Taiwan Chang Hwa District Court, R.O.C. that the signature(s)/seal(s) in this document is/are authentic.

Notary Public:

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S ADDITIONAL SUPPLEMENTAL RESPONSES
TO PLAINTIFFS' SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Case No. 3:04-cv-0112-JWS
Page 4

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Exhibit ___B___
Page ___4___ of ___5___ Pages

**CERTIFICATE OF SERVICE**
I certify that on the __27th__ day of March, 2007, I caused a true and correct copy of the foregoing to be mailed to:

Charles W. Ray, Jr.
Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, Alaska 99501

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501

  s/ Daniel T. Quinn
Richmond & Quinn

1059\047\disc\additional supp resps to pltff's 2nd reqs.

DEFENDANT CHING FENG BLINDS INDUSTRY COMPANY,
LTD.'S ADDITIONAL SUPPLEMENTAL RESPONSES
TO PLAINTIFFS' SECOND DISCOVERY REQUESTS

Valerie Rountree v. Ching Feng Blinds Industry Co., Ltd., et al.
Case No. 3:04-cv-0112-JWS
Page 5

Exhibit __B__
Page __5__ of __5__ Pages