Donald C. Thomas, Esq.
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501
phone: (907) 279-3581
fax:    (907) 277-1331
e-mail: dct@delaneywiles.com

Attorneys for Defendant
Window Covering Manufacturers Association

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>Plaintiffs,<br><br>v.<br><br>CHING FENG, LTD.; WAL-MART STORES, INC.; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. A04-0112CV (JWS) <br> ) <br> ) <br> ) <br> ) <br> ) **WINDOW COVERING** <br> ) **MANUFACTURERS** <br> ) **ASSOCIATION'S MOTION** <br> ) **FOR ADMISSION** <br> ) **PRO HAC VICE** <br> ) <br> ) <br> ) |

Defendant Window Covering Manufacturers Association moves the Court, pursuant to U.S. District Court, District of Alaska, Local Civil Rule 83.1(d), for an order allowing Jameson B. Carroll of the law firm of King & Spalding LLP, to appear pro hac vice on its behalf.

1.

This motion is supported by the declaration of Mr. Carroll, thus complying with the requirement of Rule 83.1(d).

2.

Donald C. Thomas of Delaney Wiles, Inc., 1007 W. Third Avenue, Suite 400, Anchorage, Alaska, 99501, an active member of the bar of this Court, has been associated as local counsel.

Respectfully submitted, this 19th day of July, 2007, at Anchorage, Alaska.

>DELANEY WILES, INC.
>Attorneys For Defendant Window
>Covering Manufacturers Association
>
>s/Donald C. Thomas
>Donald C. Thomas
>1007 W. Third Avenue, Suite 400
>Anchorage, AK 99501
>Phone: 907-279-3581
>Fax:   907-277-1331
>dct@delaneywiles.com
>Alaska Bar Assoc. No. 8506085

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th
day of July, 2007, a copy of
the above was served electronically on:

Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 West 6th Avenue, Ste. 200
Anchorage, AK 99501


 s/Donald C. Thomas
132989