STATE OF GEORGIA

COUNTY OF FULTON

## **DECLARATION OF JAMESON B. CARROLL**

I, Jameson B. Carroll, state as follows:

1.

My name is Jameson B. Carroll. I am not known by any other name. I am over 18 years of age and under no legal disability. The facts stated in this Declaration are true and correct and are based upon my personal knowledge. I submit this Declaration in support of a Motion to Dismiss filed by the Window Covering Manufacturers Association ("WCMA").

2.

I am an associate at King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia, 30309. I reside at 12 Camden Road, NE, Atlanta, Georgia, 30309.

3.

I was admitted to practice before all state courts in the State of Georgia in 1991. I was admitted to practice before the United States District Court for the Northern District of Georgia in 1991, the Georgia Supreme Court in 1991, Georgia Appeals Court in 1991, Georgia Superior/State Courts in 1991, and the United States Court of Appeals for the Eleventh circuit in 2001.

4.

I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I am admitted to practice.

5.

I have read the Local Rules of the United States District Court for the District of Alaska.

FURTHER DECLARANT SAYETH NOT.

_____
Jameson B. Carroll

Subscribed and sworn to me
on this 16th day of July, 2007.

_____
Notary Public

My commission expires on:
4/30/10