Donald C. Thomas, Esq.
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
phone:      (907) 279-3581
fax:           (907) 277-1331
e-mail: dct@delaneywiles.com

Michael Weiss, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309-3521
phone:      (404) 572-2804
fax:           (404) 572-5143
e-mail:      mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, et. al, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| CHING FENG, LTD.; et al., | ) ) ) |
| Defendants. | ) ) |
| | ) Case No. 3:04-cv-00112-JWS |

### NON-OPPOSED REQUEST FOR TELEPHONIC PARTICIPATION

Jameson B. Carroll and Michael Weiss, outside (Atlanta) pro hac vice co-counsel of record for defendant Window Covering Manufacturers Association, respectfully request the court allow them to participate telephonically in the status conference currently scheduled for this matter on July 27, 2007 at 8:30 a.m.  The

undersigned certifies all counsel in this case have expressed their non-opposition to this request.

If the court allows telephonic participation, Mr. Jameson and/or Mr. Weiss will call in to chambers, at the requested time.

A proposed order has been lodged simultaneous with this request.

DATED at Anchorage, Alaska, this 19th day of July, 2007.

    DELANEY WILES, INC.
    Attorneys for
    Window Covering Manufacturing Association

    s/Donald C. Thomas
    1007 W. 3rd Avenue, Suite 400
    Anchorage, Alaska 99501
    Phone: 907-279-3581
    Fax: 907-277-1331
    dct@delaneywiles.com
    Alaska Bar Assoc. No. 8506085

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th
day of July, 2007, a copy of
the above was served electronically on:

Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 West 6th Avenue, Ste. 200
Anchorage, AK 99501


  s/Donald C. Thomas
132534