Donald C. Thomas, Esq.
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
phone:       (907) 279-3581
fax:           (907) 277-1331
e-mail: dct@delaneywiles.com

Jameson B. Carroll, Esq.
Michael Weiss, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309-3521
phone:       (404) 572-2804
fax:           (404) 572-5143
e-mail:       mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, et. al, | ) |
| Plaintiffs, | ) |
| v. | ) |
| CHING FENG, LTD.; et al., | ) |
| Defendants. | ) Case No. 3:04-cv-00112-JWS |

## ORDER GRANTING REQUEST FOR TELEPHONIC PARTICIPATION

The court, having reviewed their 19 July 2007 Non-Opposed Request for Telephonic Participation, grants counsel Jameson B. Carroll and Michael Weiss request to participate telephonically in the status conference currently scheduled for

this matter on July 27, 2007. Mr. Carroll and/or Mr. Weiss shall call in to chambers (907-677-6251) 8:30 a.m. ADT on the date of the hearing in order to participate.

ENTERED at Anchorage, Alaska, this _____ day of July, 2007.

_____
John W. Sedwick
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th
day of July, 2007, a copy of
the above was served electronically on:

Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK  99501

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 West 6th Avenue, Ste. 200
Anchorage, AK 99501


 s/Donald C. Thomas
132988

2