UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00130837 - NL
July 27, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 6855XX-N | 04-112 | | 150.00 CK |

TOTAL→   150.00

FROM: DELAINEY WILES, INC
      ATTORNEY, PRO HAC VICE
      JAMESON B. CARROLL
      A04-0112-CV(JWS)