```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

VALERIE ROUNTREE, et al. vs. CHING FING BLINDS INDUSTRY CO. LTD.et al.

BEFORE THE HONORABLE JOHN W. SEDWICK   CASE NO. 3:04-CV-00112-JWS

DEPUTY CLERK/RECORDER: SAMANTHA LARK/CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:    CHARLES W. RAY, JR.

              DEFENDANT:    DANIEL T. QUINN
                            DONALD C. THOMAS
                            MICHAEL WEISS, TELEPHONIC
                            JAMESON B. CARROLL, TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD 07/27/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

Court and counsel heard re status conference, jurisdiction of Ching Fing Blinds, deposition of Ching Fing Blinds, motion for protective order, discovery, trial dates, pretrial issues, deadlines, expert reports, liability, damages testimony of witnesses and possible Daubert Motions.

Court ordered no further discovery, motions to dismiss, summary judgments or expert reports to be filed.

Court ordered Mr. Ray to file a notice with the court within 20 days, **August 17, 2007,** re plaintiff's request to proceed to trial without expert witnesses.  If no trial date is requested then court to enter a judgement in favor of the defendant and Mr. Ray can appeal.

Court ordered parties to file a request with the court with 2 or 3 suggested trial dates that are no sooner than March 1, 2008.

Court and counsel heard re defendant Ching Fing Blinds Industry Co., Ltd's oral motion to Dismiss; **GRANTED.**

At 9:07 a.m. court adjourned.


DATE:       July 27, 2007       DEPUTY CLERK'S INITIALS:   SAL/CME


Revised 6/18/07