Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al., ) ) ) | Case No. 3:04-cv-00112-JWS |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| CHING FENG BLINDS INDUSTRY CO., LTD., et al., ) ) ) | RESPONSE TO ORDER OF 27 JULY 2007 [Docket No. 137] |
| Defendants. ) ) | |

Plaintiffs, through their lawyer Charles W. Ray, Jr., pursuant to the Court's direction from the bench and as reiterated in its order of 27 July 2007, advises that at this point, and with Plaintiffs' Motion for Reconsideration pending, Plaintiffs believe they have no choice but to proceed to trial. Counsel for Plaintiffs and WCMA have conferred and suggest the Court schedule trial to commence on 31 March 2008 or 12 May 2008.

Response to Order of 27 July 2007
Rountree, et al. v. Ching Feng, et al. 3:04-cv-00112-WS
Page 1 of 3          311.1 Rountree  Order-response

Plaintiffs' counsel observes that earlier dates in March were suggested to counsel for WCMA but the same were not workable for WCMA's counsel and April dates were problematic for Plaintiffs' counsel.  The March date is more than seven months out and the May date is nearly nine months away, points which Plaintiffs' counsel believes may affect the Court's ruling on Plaintiffs' Motion for Reconsideration.

DATED 17 August 2007
/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone:  (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
          craylaw@aol.com
ABA# 8406048

Response to Order of 27 July 2007
Rountree, et al. v. Ching Feng, et al. 3:04-cv-00112-WS
Page 2 of 3                311.1 Rountree Order-response

I hereby certify that on 17 August 2007, a copy of the foregoing was served electronically on:

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

Donald C. Thomas
Delaney Wiles, Inc.
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

and was served by other means on the following:

Michael Weiss
King & Spalding LLP
1180 Peachtree St. N.E.
Atlanta, GA 30303
Mweiss@KSLAW.com

Jameson B. Carroll
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309

By: /s/Charles W. Ray, Jr.

Response to Order of 27 July 2007
Rountree, et al. v. Ching Feng, et al. 3:04-cv-00112-WS
Page 3 of 3                311.1 Rountree Order-response