Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al., <br><br>　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>CHING FENG BLINDS INDUSTRY CO., LTD., et al., <br><br>　　　　　　　Defendants. | Case No. 3:04-cv-00112-JWS <br><br> MEMORANDUM IN SUPPORT OF MOTION TO SUPPLEMENT THE RECORD RE: MOTION FOR RECONSIDERATION |

When preparing the Motion for Reconsideration, undersigned counsel reviewed the procedural posture of the case as it appeared in pleadings files. Unfortuantely, the Unopposed Motion to Extend time for Exchange of Expert Reports, Docket 81, and resultant Order from Chambers, Docket 82, were in discovery files and did not come to undersigned counsel's attention until this week. These pleadings are material to the Motion

Memo in Support of Mot. to Supp. Record Re: Mot. for Recon.
Rountree, et al. v. Ching Feng, et al.  3:04-cv-00112-JWS
Page 1 of 3      311.1 Rountree/Memo to Supplement

for Reconsideration. Following the parties' agreement to move to extend the time for exchange of expert reports, the Court addressed the request as follows, "The . . . motion . . . is **GRANTED** as follows: the date for exchanging expert reports [of March 13, 2006] set by order at docket 60 is **VACATED** and will be re-set upon the court's disposition of the motion for a protective order at docket 61."

It does not appear that the Court re-set any date for exchanging expert reports, an event undersigned counsel expected to occur at the status conference held on 27 July 2007.

DATED 23 August 2007

/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
         craylaw@aol.com
ABA# 8406048

I hereby certify that on 23 August 2007, a
copy of the foregoing *** with ***

Was served electronically on:

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

---

Memo in Support of Mot. to Supp. Record Re: Mot. for Recon.
Rountree, et al. v. Ching Feng, et al.  3:04-cv-00112-JWS
PAGE 2 of 3 Rountree/Memo to Supplement

Donald C. Thomas
Delaney Wiles, Inc.
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

and was served by other means on the following:

Michael Weiss
King & Spalding LLP
1180 Peachtree St. N.E.
Atlanta, GA 30303
Mweiss@KSLAW.com

Jameson B. Carroll
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309

By: /s/Charles W. Ray, Jr.

Memo in Support of Mot. to Supp. Record Re: Mot. for Recon.
Rountree, et al. v. Ching Feng, et al.  3:04-cv-00112-JWS
PAGE 3 of 3 Rountree/Memo to Supplement