Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al., | ) ) ) ) | Case No. 3:04-cv-00112-JWS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CHING FENG BLINDS INDUSTRY CO., LTD., et al., | ) ) ) | MOTION TO SUPPLEMENT THE RECORD RE: MOTION |
| Defendants. | ) ) | FOR RECONSIDERATION |

　　　　　Plaintiffs, through their counsel Charles W. Ray, Jr., move for leave to supplement the record as to Plaintiffs' Motion for Reconsideration, Docket No. 138. Plaintiffs wish to bring to the Court's attention pleadings at Docket Nos. 81 and 82,

Motion to Supplement Record Re Motion for Reconsideration
Rountree, et al. v. Ching Feng, et al.  3:04-cv-00112-JWS
Page 1 of 3     311.1 Rountree/Reconsideration/Supplement.mtn

overlooked by Plaintiffs' counsel in the Motion for Reconsideration, which are extremely important to the Court's disposition of the Motion for Reconsideration.

DATED 23 August 2007

/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com
ABA# 8406048


I hereby certify that on 23 August 2007, a copy of the foregoing was served electronically on:

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

Donald C. Thomas
Delaney Wiles, Inc.
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

Motion to Supplement Record Re Motion for Reconsideration
Rountree, et al. v. Ching Feng, et al.   3:04-cv-00112-JWS
Page 2 of 3      311.1 Rountree/Reconsideration/Supplement.mtn

and was served by other means on the following:

Michael Weiss
King & Spalding LLP
1180 Peachtree St. N.E.
Atlanta, GA 30303
Mweiss@KSLAW.com

Jameson B. Carroll
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309

By: /s/Charles W. Ray, Jr.

Motion to Supplement Record Re Motion for Reconsideration
Rountree, et al. v. Ching Feng, et al.  3:04-cv-00112-JWS
Page 3 of 3      311.1 Rountree/Reconsideration/Supplement.mtn