Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al., | ) ) ) ) | Case No. 3:04-cv-00112-JWS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CHING FENG BLINDS INDUSTRY CO., LTD., et al., | ) ) ) | MOTION FOR HEARING ON SHORTENED TIME |
| Defendants. | ) ) | |

    Plaintiffs, through their lawyer, Charles W. Ray, Jr., request that the Court hear their Motion To Supplement Record Re: Motion for Reconsideration on shortened time. This motion is supported by the affidavit of counsel submitted herewith, as well as the Motion to Supplement the Record Re: Motion for Reconsideration.

Motion for Hearing on Shortened Time
Rountree, et al. v. Ching Feng, et al.   3:04-cv-00112-JWS
Page 1 of 3    311.1 Rountree/Reconsideration/Short.mtn

DATED 23 August 2007

/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com
ABA# 8406048

I hereby certify that on 23 August 2007, a copy of the foregoing with Affidavit of Charles W. Ray, Jr. was served electronically on:

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

Donald C. Thomas
Delaney Wiles, Inc.
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

and was served by other means on the following:

Michael Weiss

Motion for Hearing on Shortened Time
Rountree, et al. v. Ching Feng, et al.  3:04-cv-00112-JWS
Page 2 of 3      311.1 Rountree/Reconsideration/Short.mtn

King & Spalding LLP
1180 Peachtree St. N.E.
Atlanta, GA 30303
Mweiss@KSLAW.com

Jameson B. Carroll
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309

By: /s/Charles W. Ray, Jr.

Motion for Hearing on Shortened Time
Rountree, et al. v. Ching Feng, et al.  3:04-cv-00112-JWS
Page 3 of 3     311.1 Rountree/Reconsideration/Short.mtn