Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHING FENG BLINDS INDUSTRY CO., LTD., et al., <br><br> Defendants. | Case No. 3:04-cv-00112-JWS <br><br><br><br><br><br><br><br> **AFFIDAVIT OF CHARLES W. RAY, JR.** |

### AFFIDAVIT OF CHARLES W. RAY, JR.

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

    I, CHARLES W. RAY, JR., being first duly sworn upon, state as follows:

1.    I am the lawyer for Plaintiffs.

---

Affidavit of Charles W. Ray, Jr.
Rountree, et al. v. Ching Feng, et al. 3:04-cv-00112-JWS
Page 1 of 2    311.1 Rountree/Reconsideration/Short.aff

2. Plaintiffs seek the Court's order allowing supplementation of the record regarding their Motion for Reconsideration ass set out in Plaintiff's Motion to Supplement the Record Re: Motion for Reconsideration and the memorandum submitted in support of that motion.

3. Plaintiff requests that their Motion to Supplement the Record Re: Motion for Reconsideration be heard on shortened time, as the Court has set a briefing schedule for the Motion for Reconsideration by which defendants WCMA and Ching Feng are to file responses on or before 28 August 2007. The purpose of the Motion to Supplement may be moot if not addressed before disposition of the Motion for Reconsideration.

4. I sought agreement of counsel to submit an unopposed Motion to Supplement. Counsel for Ching Feng was agreeable but counsel for WCMA was not, although the basis for the latter's position is not known. *See* L.R. 7.2(c)(1)[A].

DATED this 23d day of August 2007.

                Charles W. Ray, Jr.
                ABA# 8406048

SUBSCRIBED AND SWORN TO before me this 23rd day of August 2007.

                Notary Public in and for Alaska
                My commission expires: 5/2/09

[Notary seal: OFFICIAL SEAL, STATE OF ALASKA, NOTARY PUBLIC, DIANA L. CRAMER, My Commission Expires 5/2/09]

Affidavit of Charles W. Ray, Jr.
Rountree, et al. v. Ching Feng, et al. 3:04-cv-00112-JWS
Page 2 of 2 311.1 Rountree/Reconsideration/Short.aff