**Weiss, Mike**

**From:** Craylaw@aol.com
**Sent:** Wednesday, August 22, 2007 2:36 PM
**To:** Weiss, Mike; dquinn@richmondquinn.com
**Cc:** dlcraylaw@acsalaska.net; dcblaw@alaska.com
**Subject:** Rountree/WCMA

Gentlemen --

It recently came to my attention that one the pleadings, and the Court's order addressing that pleading, were place into a discovery file as opposed to a pleading file. Hence, in preparing my motion for reconsideration on the expert report issue neither the pleading, Unopposed Motion to Extend Time for Exchange of Expert Reports, filed 3/10/06 at docket no. 81, nor the Court's subsequent Order from Chambers, filed 3/13/06 at docket no. 82, was mentioned. Those documents, however, are critical to the Court's consideration of the motion for reconsideration. In the order, Judge Sedwick states, "The unopposed motion at docket 81 is **GRANTED** as follows: the date for exchanging expert reports set by order at docket 60 is **VACATED** and will be re-set upon the court's disposition of the motion for a protective order at docket 61."

If one of you is aware of the Court having re-set a date for exchanging expert reports, please advise; I do not see anything doing so in either my discovery or pleadings files. Clearly the court and counsel had forgotten about the referenced order at the time of the status conference on 7/27/07. Therefore, I intend to file a motion to supplement the motion for reconsideration to bring the foregoing to the Court's attention. In the normal course, any opposition to my motion to supplement would be due after the date for submission of the responses to the motion for reconsideration directed by the Court. Thus, I ask each of you to advise at your soonest opportunity whether you are opposed to my submission of a motion to supplement pointing the Court to docket nos. 81 and 82. If either of you opposes such submission, I will request expedited consideration of the motion to supplement. Under Local Rule 7.2(c)(1)[A](ii), I am obliged to seek agreement on this point before requesting expedited consideration.

Please advise at your earliest convenience whether I may file an unopposed motion to supplement the motion for reconsideration, or whether it will be necessary to request expedited consideration of such motion.

Thanks.

Chuck Ray

---

Get a sneak peek of the all-new AOL.com.



EXHIBIT 6
Page 1 of 1

8/24/2007