Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839

Co-Counsel for Plaintiffs

IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHING FENG BLINDS INDUSTRY CO., LTD., et al., <br><br> Defendants. | Case No. 3:04-cv-00112-JWS <br><br> REPLY TO WINDOW COVERING MANUFACTURERS ASSOCIATION'S JOINT RESPONSE TO PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD AND MOTION FOR HEARING ON SHORTENED TIME |

Plaintiffs' motion for reconsideration was timely filed in accordance with FRCP 6(a) and (e) and LR 5.3(f)(2). Five days, excluding weekends, takes one to 3 August 2007 and the additional three days for service allowed by LR 5.3.(f)(2) takes one to 6 August 2007, the date the motion for reconsideration was filed.

Reply to Joint response to Motion to Supplement and
Motion for Hearing on Shortened Time
Rountree et al v. Ching Feng et al.
Page 1 of 3     Rountree 311.1 Short.reply

DATED 24 August 2007

/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com
ABA# 8406048

CERTIFICATE OF SERVICE

I hereby certify that on 24 August 2007, a copy of the foregoing Reply to WCMA's Joint response to Plaintiffs' Motion to Supplement the Record and Motion for Hearing on Shortened Time was served electronically on:

Daniel T. Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

Donald C. Thomas
Delaney Wiles, Inc.
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

Don C. Bauermeister
Burke & Bauermeister
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com

Reply to Joint response to Motion to Supplement and Motion for Hearing on Shortened Time
Rountree et al v. Ching Feng et al.
Page 2 of 3        Rountree 311.1 Short.reply

and was served by other means on the following:

Michael Weiss
King & Spalding LLP
1180 Peachtree St. N.E.
Atlanta, GA 30303
Mweiss@KSLAW.com

Jameson B. Carroll
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309

By: /s/Charles W. Ray, Jr.

Reply to Joint response to Motion to Supplement and
Motion for Hearing on Shortened Time
Rountree et al v. Ching Feng et al.
Page 3 of 3              Rountree 311.1 Short.reply