Donald C. Thomas, Esq.
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501
phone: (907) 279-3581
fax:     (907) 277-1331
dct@delaneywiles.com

Michael Weiss, Esq.
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
phone: (404) 572-2804
fax:     (404) 572-5137
mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; et al. | Case No. A04-0112 CV (JWS) |
| Plaintiffs, | |
| vs. | JOINT MOTION TO EXTEND TIME TO CONDUCT EXPERT DISCOVERY |
| WINDOW COVERING MANUFACTURERS ASSOCIATION, et al., | |
| Defendants. | |

1.

Pursuant to this Court's Order of September 10, 2007, expert depositions are to be completed by January 21, 2008.

2.

Since Defendant's witnesses were disclosed on December 3, 2007, both parties have been working diligently to schedule all depositions within the prescribed time frame. For a number of reasons, however, the parties have been unable to arrange the depositions of two of Plaintiffs' experts before January 21. Instead, pending resolution of this Motion, the parties have scheduled the deposition of Stuart Statler for January 24, 2008 and the deposition of Jon Jacobson for February 1, 2008 – both within 11 days of the present deadline.

3.

There is currently no date set for trial of this matter, and conducting the depositions as described above will not delay the resolution of this matter in any fashion.

4.

Accordingly, the parties jointly move this Court to extend the deadline to complete expert depositions to **February 1, 2008.** Pursuant to the September 10, 2007 Order, the parties then will file their joint request for a trial date on the following business day, February 4, 2008.

Respectfully submitted, this 14th day of January, 2008.

DELANEY, WILES, INC.

Attorneys for Defendant Window Covering Manufacturers Association

_s/ Donald C. Thomas_
Donald C. Thomas
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501

phone: (907) 279-3581
fax:    (907) 277-1331
dct@delaneywiles.com


BURKE & BAUERMEISTER, P.L.L.C.

Attorneys for Plaintiffs

_s/ Don C. Bauermeister*_____
Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 West 6th Avenue, Ste. 200
Anchorage, Alaska 99501
phone: (907) 277-6177
fax:    (907) 277-6111
dcblaw@alaska.com



* By express permission

## CERTIFICATE OF SERVICE

I hereby certify that on 14 January 2008, I caused to be electronically served a copy of the foregoing **JOINT MOTION TO EXTEND TIME TO COMPLETE EXPERT DISCOVERY** upon:

>Charles W. Ray, Jr.
>Law Offices of Charles W. Ray, Jr., P.C.
>205 E. Dimond Blvd., No. 531
>Anchorage, AK 99515
>
>Don C. Bauermeister
>Burke & Bauermeister, P.L.L.C.
>921 West 6th Avenue, Ste. 200
>Anchorage, Alaska 99501

This 14th day of January, 2008.

>s/ Donald C. Thomas
>Donald C. Thomas