
Donald C. Thomas, Esq.
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
phone:      (907) 279-3581
fax:          (907) 277-1331
e-mail: dct@delaneywiles.com

Jameson B. Carroll, Esq.
Michael Weiss, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309-3521
phone:      (404) 572-2804
fax:          (404) 572-5143
e-mail:      mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, et. al, | ) |
|  | ) Case No. 3:04-cv-00112-JWS |
| Plaintiffs, | ) |
|  | ) |
| v. | ) **JOINT TRIAL DATE REPORT** |
|  | ) |
| CHING FENG, LTD., et al., | ) |
|  | ) |
| Defendants. | ) |

The parties, through their counsel of record, request an <u>eight</u>-day jury trial starting November 10, 2008.

Respectfully submitted this 5th day of February 2008, at Anchorage, Alaska.

                        BURKE & BAUERMEISTER, PLLC
                        Attorneys for Plaintiffs

                        <u>  s/Don C. Bauermeister  (consent)</u>

921 W. 6th Avenue, Suite 250
Anchorage, Alaska 99501
Phone: 907-277-6177
Fax: 907-277-6111
dcblaw@alaska.com
Alaska Bar Assoc. No. 8206005


DELANEY WILES, INC.
Attorneys for Defendant
Window Covering Manufacturing Association


  s/Donald C. Thomas
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
dct@delaneywiles.com
Alaska Bar Assoc. No. 8506085


**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th
day of February, 2008, a copy of
the above was served electronically on:

Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501

Don C. Bauermeister
Burke & Bauermeister, P.L.L.C.
921 West 6th Avenue, Ste. 200
Anchorage, AK 99501

  s/Donald C. Thomas
139263