Donald C. Thomas, Esq.
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
phone: (907) 279-3581
fax:     (907) 277-1331
dct@delaneywiles.com

Jameson B. Carroll, Esq.
Michael Weiss, Esq.
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309
phone: (404) 572-2804
fax:     (404) 572-5143
jcarroll@kslaw.com
mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; et al., | ) ) ) )  Case No. A04-0112 CV (JWS) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| WINDOW COVERING MANUFACTURERS ASSOCIATION, | ) ) ) ) |
| Defendant. | ) ) ) ) |

WINDOW COVERING MANUFACTURERS ASSOCIATION'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF JON JACOBSON

Window Covering Manufacturers Association ("WCMA") hereby moves, pursuant to Fed. R. Evid. 702, that this Court exclude the testimony of Jon Jacobson, respectfully showing the Court as follows:

1.

Plaintiffs have disclosed Jon Jacobson as an expert witness.

2.

Dr. Jacobson's testimony does not comport with the standards set forth in Federal Rule of Evidence 702, as interpreted by the Supreme Court in *Daubert v. Merrill Dow Pharm.*, 509 U.S. 579, 595, 597 (1993), and its progeny, and is thus inadmissible.

3.

WCMA's argument is set out fully in its accompanying Brief in Support of its Motion in Limine.

WHEREFORE, WCMA hereby requests this Court grant its motion and exclude the testimony of Jon Jacobson.

Respectfully submitted, this 3d day of March, 2008.

>DELANEY WILES, INC.
>
> Attorneys for Defendant Window Covering Manufacturers Association
>
> _s/ Donald C. Thomas_____
> Donald C. Thomas
> Delaney Wiles, Inc.
> 1007 W. Third Avenue, Suite 400
> Anchorage, Alaska 99501
> phone: (907) 279-3581
> fax:    (907) 277-1331
> dct@delaneywiles.com
>
> Jameson B. Carroll, Esq.
> Michael Weiss, Esq.
> King & Spalding LLP
> 1180 Peachtree Street
> Atlanta, GA  30309
> phone: (404) 572-2804
> fax:    (404) 572-5143
> jcarroll@kslaw.com
> mweiss@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 3 March 2008, I caused to be electronically served a copy of the foregoing **MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF JON JACOBSON** upon:

    Charles W. Ray, Jr.
    Law Offices of Charles W. Ray, Jr., P.C.
    205 E. Dimond Blvd., No. 531
    Anchorage, AK  99515

    Don C. Bauermeister
    Burke & Bauermeister, P.L.L.C.
    921 West 6th Avenue, Ste. 200
    Anchorage, Alaska 99501

This 3d day of March, 2008.

                                      _s/ Donald C. Thomas_____
                                      Donald C. Thomas