## Mercer, Ginger

| | |
|---|---|
| **From:** | Craylaw@aol.com |
| **Sent:** | Thursday, January 26, 2006 10:00 PM |
| **To:** | Weiss, Michael; Mercer, Ginger |
| **Cc:** | dlcraylaw@acsalaska.net |
| **Subject:** | Documents to copy |
| **Attachments:** | BOX 1Copy.rtf; WCMADocCopyList.wpd |

Mike and Ginger --

I'm attaching in both WordPerfect and Word format the list of documents that we've arranged for Summit to copy. I understand that someone from your office will extract the documents and see that they are either picked up by or delivered to Summit, which will copy the documents to disc and return the documents to you, with the disc(s) sent off to me.

Chuck Ray
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
phone: 1 (907) 274-4839
fax: 1 (907) 277-9414
e-mail: craylaw@aol.com


EXHIBIT B
page 1 of 5

2/29/2008

BOX 1

Copy: 1-8, 11-28, 144- 145, 228, 377-378, 443-445, 446-474, 475, 698-699, 703-713, 854, 920, 955, 1027, 1203-1206, 1315, 1520-1568, 1569-1817.

BOX 2

Copy: 1818-1825, 1831-1852, 1854-1863, 2040, 2054, 2386, 2405, 2698, 2826, 3214, 3283-3291, 3293-3336, 3348-3350, 3356-3363, 3378-3379, 3448, 3877.

BOX 3

Copy: 3919-3952, 3954-3958, 3963-3965, 3393-3995, 4006-4008, 4029-4031, 4034-4039, 4130-4134, 4143-4147, 4348, 4768-4772, 4788, 4792, 4793, 4794-47800, 4868, 4875, 4877-4922, 5012-5101, 5102-5126, 5127-5145, 5198-5202, 5247-5252, 5257-5279, 5289, 5401, 5405- 5488, 5492-5493, 5593-5694, 5790-5791, 6208-6210, 6298-6299, 6317-6318, 6274-6277.

BOX 4

Copy: 6711-6720, 6733-6737, 6748, 7822-7825, 8434-8470, 8496-8497, 8605-06, 8665-8670, 8674-8690, 8701-8708, 8713, 8714, 8717, 8718, 8721-8739, 8778-8784, 8798-8804, 8850-8852, 9060-9062, 9084, 9097-9101, 9116, 9124-9125, 9293-9306, 9420-9425, 9426-9433, 9434-9437, 9670, 9674-9675, 9693, 9703-9704, 9717-9719.

BOX 5

Copy: 9819-9820, 9843-9845, 9846, 9850, 9851, 9902, 9983-9990, 9991-9992, 10011-10016, 10049, 10083-10088, 10356, 10711-10713, 10844-10846, 10984, 11028, 11139, 11140, and 11166-11198.

BOX 6

Copy:  11278-11280, 11284-11289, 11292, 11294, 11297, 11300-11304, 11306-11308, 11311-11313, 11319, 11320, 11466-11478, 11522-11528, 11538-11540, 11545, 11640-11641, 11710-11725, 11767-11774, 11815-11823, 11836-11843, 11904-11905, 11912-11914, 11936-11944, 11958-11962, 11978, 12029, 12030-12031, 12114, 12409-12451, 12457-12462, 12471-12488, 12491, 12494, 12497-12503, 12612-12636, 12658-12662, 12696, 12697, 12699-12701, 12751-12761, 12768-12770, 12780-12796, 12797-12802, 12804-12824 (front and back), 12875-12878, 12881-12924, 13665-13684.

1



EXHIBIT B page 2 of 5

BOX 7

Copy: 14428, 14442-14443, 14830-14831, 15022-15033, 15036-15042, 15048-15052, 15056-15061, 15079, 15085-15100, 15103-15105, 15205-15206, 15469-15474.

BOX 8

Copy: 16837, 16846, 16850-51, 16869, 16877-16878, 16946, 17130, 17323, 17358, 17367-17379, 17389, 17404-17405, 17425-17461, 17465, 17521-17537, 17576, 17577, 17665-17686, 17772-17785, 17834-17835, 17838-17842, 18016-18023, 18027-18032, 18036-18046, 18047-18049, 18052-18059, 18071-18074, 18075-18081, 18096-18097, 18114-18115, 18153-18154, 18157, 18159, 18209-18210, 18232-18251, 18255-18259, 18406-184445, 18469-18470, 18498-18529, 18570-18573, 18579-18590, 18594-18595, 18602-18609.

BOX 9

Copy: 18644-18646, 18707-18708, 18714-18715, 18755-18757, 18803, 18815-18819, 18845, 18867-18881, 18994-18997, 20140-20144, 20212-20226, 20701-20749 21198-21250.

BOX 10

Copy: 21470-21485, 21517-21532, 21534-21538, 21574-21579, 21581-21617, 21866-21873, 21995-21999, 22509-22518, 22519-22523, 22533-22535, 22537-22538, 22541, 22545-22570, 22582, 22616-22618, 22619-22621, 22628-22629, 22641, 22670-22671, 23654-23677, 23700-23861*, 23912, 23914, 23924, 23930-32, 23962-63, 24002-03, 24012-15, 24021-22, 24026-29, 24032-36, 24038-40, 24116-17, 24137-40, 24142-149, 24153-187, 24277-83, 24284-24324, 24352-53, 24375-24420.

*It is possible that document nos. 23851-23861 will be found between 24187 and 24277.

BOX 11

Copy: 24421-24723, 24741-42, 24847-48, 25063-25068, 27008.

BOX 12

Copy: 27287, 27317-27321, 27333-27337, 27347-27350, 27370-71, 27399-27403,

2



27412-27418, 27909, 27956-27959, 28358-59, 28471-28481, 28592-28597, 28600-28622, 29296, 29303, 29308-29316, 29612, 29816, 30082-30095, 30096-30113, 30114, 30120-30123.

BOX 13

Copy: 30319-30321, 30410-30415, 30422-30446, 30720-30722, 30898, 30933-30934, 30956-30973, 32471-32505.



EXHIBIT B
page 4 of 5

## WCMA BOX #1

Copy: 19155-19175, 19193-94, 19196, 19198-99, 19251-19367, 19397, 19399, 19401, 19424, 25494-95, 25499, 25500, 25509, 25512-13, 25517, 25530, 25534-36, 25563-25589, 25641-25651, 27654-27668, 28174-28266, 28477-78, 28490-28492, 2514-2517, 28618-28620 (double sided), 28621-28622, 28627-28631, 28632-28638, 29509-29515, 29536-29539, 29548-29564, 29660-29710, 29715, 29733-29738, 29747-29811, 29848-29869, 29965-29986.

## WCMA- VOL. II PRODUCTION

Copy: 31213-31214, 31217-31218, 31222, 31309-31314, 31400-31403, 31413-31414, 31463, 31466, 31490, 31491, 31498-31523, 31535-31538, 31539-31542, 31593-31604 31605-32068.

