

**JACOBSON ENGINEERS**
5220 Roosevelt Way N.E.
Seattle, Washington 98105
**(206) 522-5511** FAX (206) 522-5512

October 31, 2007
**In regards to: Rountree**
Charles W. Ray Jr.
711 H Street, Suite 310
Anchorage, AK 99501

Dear Charles W. Ray Jr.,
Thank you for contacting me in this matter. I have reviewed the materials you supplied that include:

1- Minutes of American Window Coverings Manufacturers Association, Board of Directors, April 7, 1990
2- Letter Toni Griesbach to Peter Rush, September 5, 1990
3- Window Coverings Manufacturers Association; Minutes, April 7, 1994
4- Window Coverings Manufacturers Association, Technical Committee Minutes, May 3, 1994
5- Death statistics 1981 to 2002
6- Letter: Peter Rush to Michael McCoullogh, December 22, 1995
7- Letter: Peter Rush to Window Covering Safety Council, October 16, 1996
8- Press Release: Window Covering Safety Council, January 15, 1997
9- Window Coverings Manufacturers Association Procedures for Establishing Standards, April 3, 1997, Amended April 14, 2004
10- Incident Statistics: 1981 to 1997
11- Window Covering Strangulations of Children reported to CPSC since 1/1/81
12- US Consumer Product Safety Commission Assessment report: Window Blind Cord Stop, April 4, 2000
13- Letter: Jacqueline Elder, CPSC to Peter Rush, February 6, 2002
14- Letter: Robert Nevins to Anne Caldas, American National Standards Institute, April 8, 2000
15- Window Covering Manufacturers Association Press Release, September 2002
16- E-mail Carolynn Jennings to Joe Jankoski, October 13, 2003
17- CPSC Study of Window-covering Cord Strangulation deaths from 1996 to 2002
18- ANSI/WCMA A100.1-2002
19- Child-safe blinds and curtains Web-site, August 2007
20- ANSI/WCMA A100.1-1996

RAY-ROUNTREE
PAGE 1 OF 3



EXHIBIT D
page 1 of 3

21- ANSI/WCMA A100.1-1996: Ballot of Donald W. Vasos

In reviewing the above cited material it is apparent that the motivation for the development of the standard for the elimination of the risk of strangulation for young children was directed to the manufacturers of window coverings by the US Consumer Product Safety Commission. The industry association, the Window Covering Manufacturers Association undertook this task without the inclusion of safety engineering personnel or the conduct of studies of the specific overall hazardous design factors that the window coverings presented to young children. While some of the hazards were addressed in the initial document published in 1996, it did not do this based on a form of safety assessment that is best described as the Safety Hierarchy.

The initial step in the assessment of a hazard that is related to a product is to specific hazard and address the ability to design the hazard out of the product. The presence of cord-like devices associated with window coverings was identified by the CPSC as the principal focus of the reporting of data on strangulation of young children. In developing the standard, there was no reference to any form of thorough product testing or a formal product evaluation in relation to existence of or the elimination of the hazard of cord-induced strangulations. The response of the code development has been to develop a code but did not include the reference that the code represented the minimum standard and noted in the returned ballot of Donald Vasos. The lack of industry studies to develop the standard A100.1 indicates that the response was not in concert with safety design procedures but followed form CPSC studies and requests for minimum product standards.

The information that is lacking from the analysis in that it does not include in the 1996 standard a mention of the strangulation hazard presented by the interior cord. Although the data available form strangulation deaths did include interior cord involvement it was not included until the 2002 revision. Even at the lowest level of effectiveness, the addition of warnings there was no mention of the interior cord hazard in the initial 1996 version of A100.1. In the 2002 version, Section 6.6 acknowledges that the inner cord may be accessable and gives guidelines that cover that amount of cord that can be pulled out to create a loop (maximum 4" diameter) and the inclusion of a cord stop that shall move less than 1" from its original position.

RAY-ROUNTREE
PAGE 2 OF 3


EXHIBIT D
page 2 of 3

Additional information regarding the standards of the design are seen in Item 13, the letter from Jacqueline Elder of CPSC to Peter Rush where she indicated that the reduction in length of the hanging cord to 7.25 inches would prevent the occurrence of strangulation deaths. Elder also included and additional design request that the use of continuous loop cords should have a fixture that is attached to the wall to prevent the danger of the free-hanging loop hazard. It appears that even after the existence of the 1996 standard there are still additional design alternatives that are not being considered by the WCMA or its members and the features necessary for a safe product are being developed by a regulating body not the industry of the individual manufacturers themselves.

It is the use of warnings in the form of Hang-tags to inform the users of window coverings that the hazard of strangulation by cords is the least certain of the measures that can be utilized to prevent strangulation deaths. It is only when the design has not been able to eliminate the hazard that the use of instruction or warnings are used. The inclusion of more detailed warnings in the 2002 revision of A100.1 indicates that hazard of strangulation deaths is still present and the warning label indicates that the manufacturer does recognize that the hazard exists with the use of the product and it was not possible to eliminate it by alternative design of manufacturing methods.

In the instance that additional information becomes available I will be pleased to expand on the information covered in this report. If I may be of further assistance in this matter do not hesitate to call.

Sincerely,

*[signature]*

Jon O. Jacobson, Ph.D., P.E.


EXHIBIT D page 3 of 3