Donald C. Thomas, Esq.
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
phone: (907) 279-3581
fax:    (907) 277-1331
dct@delaneywiles.com

Jameson B. Carroll, Esq.
Michael Weiss, Esq.
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30303
phone: (404) 572-2804
fax:    (404) 572-5143
jcarroll@kslaw.com
mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX, <br><br> Plaintiffs, <br><br> vs. <br><br> WINDOW COVERING MANUFACTURERS ASSOCIATION, <br><br> Defendants. | ) <br> ) <br> ) Case No. A04-cv-0112-JWS <br> ) <br> ) <br> ) <u>WINDOW COVERING</u> <br> ) <u>MANUFACTURERS</u> <br> ) <u>ASSOCIATION'S</u> <br> ) <u>MOTION IN LIMINE TO</u> <br> ) <u>EXCLUDE THE TESTIMONY</u> <br> ) <u>OF STUART STATLER</u> <br> ) <br> ) |

Window Covering Manufacturers Association ("WCMA") hereby moves, pursuant to Fed. R. Evid. 702, that this Court exclude the testimony of Stuart Statler, respectfully showing the Court as follows:

1.

Plaintiffs have disclosed Stuart Statler as an expert witness.

2.

Mr. Statler's testimony does not comport with the standards set forth in Federal Rule of Evidence 702, as interpreted by the Supreme Court in *Daubert v. Merrill Dow Pharm.*, 509 U.S. 579 (1993), and its progeny, and is thus inadmissible.

3.

WCMA's argument is set out fully in its accompanying Brief in Support of its Motion in Limine.

WHEREFORE, WCMA hereby requests this Court grant its motion and exclude the testimony of Stuart Statler.

Respectfully submitted, this 3d day of March, 2008.

DELANEY WILES, INC.

Attorneys for Defendant Window Covering Manufacturers Association

_s/ Donald C. Thomas_____
Donald C. Thomas
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
phone: (907) 279-3581
fax:    (907) 277-1331
dct@delaneywiles.com

Jameson B. Carroll
Michael Weiss
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30303
phone: (404) 572-2804
fax:    (404) 572-5143
jcarroll@kslaw.com
mweiss@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 3 March 2008, I caused to be electronically served a copy of the foregoing **MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF STUART STATLER** upon:

> Charles W. Ray, Jr.
> Law Offices of Charles W. Ray, Jr., P.C.
> 205 E. Dimond Blvd., No. 531
> Anchorage, AK  99515
>
> Don C. Bauermeister
> Burke & Bauermeister, P.L.L.C.
> 921 West 6th Avenue, Ste. 200
> Anchorage, Alaska 99501

This 3d day of March, 2008.

    _s/ Donald C. Thomas_____
    Donald C. Thomas

Exhibit List

Exhibit A -   Hayes v. MTD Prods., Inc.

Exhibit B -   Stuart M. Statler, January 24, 2008 Deposition (selected pages)

Exhibit C -   Stuart M. Statler Report October 31, 2007

Exhibit D -   Salden v. Matrix Initiatives Stuart M. Statler Expert Disclosure

Exhibit E -   Thomas v. The Nautilus Group, Inc. Affidavit of Stuart M. Statler

Exhibit F -   Stuart M. Statler Fee Schedule