**STUART M. STATLER**

*esms@comcast.net*

2369 NORTH NELSON STREET
ARLINGTON, VIRGINIA  22207
703/ 524-8990 [ph.]
703/ 524-8418 [fax]

My fee schedule, which has remained the same over the past decade or more, is as follows: hourly rate of $300, billed against an initial retainer of $2,000, for all work performed on a matter in litigation, other than deposition or trial testimony which is billed at $3,300 per day or any part thereof.

May 2005



EXHIBIT F
page 1 of 1