Donald C. Thomas, Esq.
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
phone: (907) 279-3581
fax:    (907) 277-1331
dct@delaneywiles.com

Jameson B. Carroll, Esq.
Michael Weiss, Esq.
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309
phone: (404) 572-2804
fax:    (404) 572-5143
jcarroll@kslaw.com
mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; et al., | ) ) ) ) Case No. A04-0112 CV (JWS) |
| Plaintiffs, | ) ) |
| vs. | ) WINDOW COVERING |
| | ) MANUFACTURERS |
| WINDOW COVERING | ) ASSOCIATION'S |
| MANUFACTURERS ASSOCIATION, | ) MOTION FOR |
| | ) SUMMARY JUDGMENT |
| Defendant. | ) ) |

Window Covering Manufacturers Association ("WCMA") hereby moves, pursuant to Fed. R. Civ. P. 56, that this Court grant summary judgment in its favor on all claims against it, respectfully showing the Court as follows:

1.

Expert discovery closed in this matter on February 1, 2008 and this case is ready for trial.

2.

The plaintiffs have proffered no evidence that would allow a reasonable jury to conclude that WCMA can be held liable under Restatement (Second) of Torts § 324A or any other theory.

3.

Absent a dispute of material facts, the existence of a duty is a question of law and thus appropriate for summary judgment.

4.

Because the plaintiffs can not point to any genuine dispute of material fact that would allow them to meet their burden as to WCMA, WCMA is entitled to a judgment as a matter of law.

5.

WCMA's argument is set out fully in its accompanying Brief in Support of its Motion for Summary Judgment.

WHEREFORE, WCMA hereby requests this Court grant its motion and enter summary judgment on all claims against it.

Respectfully submitted, this 3d day of March, 2008.

DELANEY WILES, INC.

Attorneys for Defendant Window Covering Manufacturers Association

_s/ Donald C. Thomas_____
Donald C. Thomas
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
phone: (907) 279-3581
fax:     (907) 277-1331
dct@delaneywiles.com

Jameson B. Carroll
Michael Weiss
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309
phone: (404) 572-2804
fax:     (404) 572-5143
jcarroll@kslaw.com
mweiss@kslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 3 March 2008, I caused to be electronically served a copy of the foregoing **WINDOW COVERING MANUFACTURERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** upon:

>Charles W. Ray, Jr.
>Law Offices of Charles W. Ray, Jr., P.C.
>205 E. Dimond Blvd., No. 531
>Anchorage, AK  99515
>
>Don C. Bauermeister
>Burke & Bauermeister, P.L.L.C.
>921 West 6th Avenue, Ste. 200
>Anchorage, Alaska 99501

This 3d day of March, 2008.

>_s/ Donald C. Thomas_____
>Donald C. Thomas

## EXHIBIT LIST

Exhibit A -   Complaint

Exhibit B -   Christopher Cox Deposition

Exhibit C -   Ilene Rountree Deposition

Exhibit D -   Paul Rountree Deposition

Exhibit E-    Response to WCMA's First Request for Admission

Exhibit F -   Valerie Cox Deposition

Exhibit G -   Peter Rush Deposition

Exhibit H -   Stuart Statler Deposition

Exhibit I -   WCMA's Response to Plaintiffs' Interrogatory

Exhibit J -   Jon Jacobson Deposition

Exhibit K -   ANSI/WCMA 100.1-1996 standard

Exhibit L -   Stuart Statler Report