Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

VALERIE ROUNTREE, et al.,         )
                                  )
          Plaintiffs,             )
                                  )
vs.                               )
                                  )
CHING FENG, LTD., a Taiwanese     )
corporation, et al.,              )
                                  )
          Defendants.             )
_____)

Case No. A04-0112 CV (JWS)


VIDEOTAPED DEPOSITION OF CHRISTOPHER COX

April 28, 2006
9:00 a.m.


Taken at:
Lane, Powell, LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska


Reported by:  Sandra M. Mierop, CRR, CCP



Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

d50caa5c-78a0-4939-8698-e1804229e2d4

1  Q.    Do you know if it was before you moved
2  to Virginia?
3  A.    Yes, I know that for sure, yes.
4  Q.    And have you talked to her since?
5  A.    I haven't talked to her, no.
6  Q.    Do you know if Valerie does?
7  A.    I don't think so.  She still has her on
8  her Yahoo messenger or something like that as a
9  contact, but I don't think they -- they speak.
10 Q.    Do you know if the blinds had a warning
11 label on them?
12 A.    Well, I never saw the blinds because the
13 blinds were never -- the bottom, I just know
14 after, when it happened, it's hard -- I mean,
15 it's hard to say if I saw a warning label on
16 it -- I think I did -- at the bottom of the
17 blind.  But they were never risen -- they were
18 never pulled up during -- yes.
19 Q.    So are you -- you're not sure whether
20 you noticed it beforehand or not?
21 A.    Yes, sir.
22 Q.    Do you -- do you now know if there was
23 one?
24 A.    I think -- I think there was one on
25 there.

EXHIBIT B
2 of 3

```
 1      Q.    Do you know what it says?
 2      A.    Specifically?  The whole thing says?  I
 3  know it entails the main cord and about the
 4  beaded loop, you know; but it doesn't -- I know
 5  it didn't say anything about the inner lift cord.
 6      Q.    Do you know what it said about the main
 7  cord?
 8      A.    It's dangerous.  I don't -- I can't
 9  remember exactly what it said, no.  But if I saw
10  it, I could tell you if it's something --
11      Q.    Do you know if there were -- well, were
12  there any other labels or stickers or anything
13  that you know of?
14      A.    No.
15      Q.    Do you know if there ever were?
16      A.    No.  I know there wasn't any other
17  labels on -- on the blind.
18      Q.    Do you know if there were any labels or
19  anything else on the blind when it was purchased?
20      A.    No, I wasn't there when she purchased
21  them, so...
22      Q.    Do you know what the package looked
23  like?
24      A.    (Witness shakes head.)
25      Q.    Do you know if there were any
```

EXHIBIT B
3 of 3
Blumberg No. 5119