```
 1                    IN THE UNITED STATES COURT

 2                    FOR THE DISTRICT OF ALASKA

 3

 4   VALERIE ROUNTREE, individually and as
     Personal Representative of THE ESTATE OF
 5   APRIL LYNNE COX; MORGAN
     SCHEDIWY, a minor, through her natural
 6   Mother and guardian VALERIE ROUNTREE;
     and CHRISTOPHER COX,
 7              Plaintiffs,

 8   vs.

 9   CHING FENG BLINDS INDUSTRY
     CO., LTD., a Taiwanese corporation;
10   JENCRAFT CORPORATION a/k/a
     JENCRAFT MANUFACTURING CO., INC.,
11   A New Jersey corporation; WAL-MART
     STORES, INC., a Delaware corporation; and
12   WINDOW COVERING MANUFACTURERS
     ASSOCIATION,
13
                Defendants.
14   _____
     Case No. A04-0112 CV (JWS)
15

16

17                    DEPOSITION OF ILENE ROUNTREE,

18   taken on behalf of the Plaintiffs, pursuant to notice, at

19   the offices of Alaska Stenotype Reporters, 511 West

20   Ninth, Anchorage, Alaska, before Rosie S. Scott,

21   Certified Shorthand Reporter for Alaska Stenotype

22   Reporters and Notary Public for the State of Alaska.

23

24

25
```

EXHIBIT C 1 of 2

Ilene Roundtree					Deposition					July 27, 2005

Page 5

1  Anchorage, Alaska, Wednesday, July 27, 2005
2                ILENE ROUNTREE,
3        called as a witness herein on behalf of the
4        Plaintiffs, having been duly sworn upon oath
5        by Rosie S. Scott, Notary Public, was
6        examined and testified as follows:
7                  EXAMINATION
8  BY MR. RAY:
9     Q.  For our record, your name and your residence
10 address, please.
11    A.  Ilene Rountree, 4257 Charing Cross Circle,
12 Anchorage, Alaska, 99504.
13    Q.  And we had a chance to have a chat before we
14 went on record. And I think understand or I heard what
15 you said. I'm not sure that you and I understand each
16 other.
17    A.  That's okay.
18    Q.  Yeah, I hope so. Let me start, Ms. Rountree,
19 by asking, do you know how many children five years or
20 less have lost their lives through strangulation in
21 venetian blinds?
22    A.  One child is too many. And I do know that at
23 the time Valerie went on record at the "Daily News" she
24 said 16 died the way April died, and over 100 died
25 through the pull cord. So that is definitely too many

Page 6

1  people.
2     Q.  And do you know when the first reported death
3  in that fashion occurred?
4     A.  I have no idea.
5     Q.  Do you know whether there were any changes to
6  venetian blinds as a result of the first 10 child deaths?
7     A.  I do believe there was. I do believe the blind
8  companies made some efforts to put some recalls out. And
9  I believe they put in free kits available to people to
10 fix their old blinds. And I do believe they made
11 changes.
12        I don't think that they made that information
13 available as I would have liked it to have been, but I
14 believe they tried -- put an effort.
15    Q.  And how would you have liked that information
16 to have been made available to you?
17    A.  Well, everybody doesn't have web. So, you
18 know, you can't just do it on the computers. I think
19 that, you know, if one child dies, then they need to
20 figure out a way -- and I'm looking at you personally
21 because you say you're the one that might be the blind
22 guy, but I shouldn't do that because you don't know --
23 but if a child dies they should put more effort towards
24 it I believe. I really do.
25        If that means that they have to send out a

Page 7

1  recall personally to every single residence there is then
2  so be it. If it needs, they need to call every apartment
3  building and, you know, do something about it, I think
4  that they definitely need to put more efforts towards
5  that.
6     Q.  And if that is not done in a way that you think
7  is appropriate, would you take steps to try to see that
8  that was done?
9     A.  To see that those things were done, yes, not to
10 line my pockets, no. But I would definitely -- that
11 would be my fight -- and I would have been on my
12 daughter's side 100 percent of the way if for one minute
13 I thought that was her plan. If money was not her object
14 her dad and I would still be by her side.
15    Q.  As you know, we spoke with your husband earlier
16 today. Do you know that the blinds that April died in,
17 where those were purchased?
18    A.  No. I thought it was Wal-Mart. And after we
19 started doing calculations we realized that K-Mart was up
20 here at the time. I didn't realize K-Mart was up here at
21 the time. I do a lot of my shopping at Wal-Mart.
22 Wal-Mart has cheap prices. They also have cheap
23 products. You know what you're getting. You know what
24 you're getting. And it's not anything against Wal-Mart.
25 You know, I know a lot of people who won't even step into

Page 8

1  Wal-Mart because they say they're cheap products. Well,
2  you know what, you know what you're getting when you go
3  to Wal-Mart. So if you don't want to have a cheap
4  product then don't go to Wal-Mart. If you want to pay
5  more money go to a more expensive store.
6         I bet I didn't pay more than $20 for it. We
7  just moved into the house and we didn't have a lot of
8  money. It was an older house and it needed a lot of
9  things. I can't even tell you exactly when I bought it.
10 I don't even know for sure if my husband or myself put it
11 up, you know. I know the blind was broke. I know
12 Valerie knew the blind was broke. I knew Valerie knew
13 the blind was in the window, you know. And, you know,
14 nobody in a million years would have put that child
15 against that blind had they one inkling of a thought that
16 it would kill her.
17    Q.  I would agree with that.
18    A.  Nobody would have.
19    Q.  And you believe you bought it at Wal-Mart?
20    A.  Probably. But I don't know for sure because
21 I've bought blinds at Fred Meyers. I've bought blinds at
22 Lowe's -- it used to be Eagle at the time. So, you know,
23 I can't say for sure. Who has receipts of 11 years ago?
24 I bet you couldn't tell me what you bought 11 years ago.
25    Q.  I would have some difficulty. I would agree



5 (Pages 5 to 8)

Alaska Stenotype Reporters