IN THE UNITED STATES COURT

FOR THE DISTRICT OF ALASKA



VALERIE ROUNTREE, individually and as
Personal Representative of THE ESTATE OF
APRIL LYNNE COX; MORGAN
SCHEDIWY, a minor, through her natural
Mother and guardian VALERIE ROUNDTREE;
and CHRISTOPHER COX,
        Plaintiffs,

vs.

CHING FENG BLINDS INDUSTRY
CO., LTD., a Taiwanese corporation;
JENCRAFT CORPORATION a/k/a
JENCRAFT MANUFACTURING CO., INC.,
A New Jersey corporation; WAL-MART
STORES, INC., a Delaware corporation; and
WINDOW COVERING MANUFACTURERS
ASSOCIATION,

        Defendants.

Case No. A04-0112 CV (JWS)

DEPOSITION OF PAUL ROUNTREE,

Pages 1-81, inclusive

Commencing at 9:00 a.m.

Wednesday, July 27, 2005

Anchorage, Alaska



Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage AK 99501-3520
*Serving Alaska Since 1953*

Rick D. McWilliams, RPR, Ret.
Fred M. Getty, RPR, Ret.

Telephone 907.276.1680
Email AkSteno@aol.com
Fax 907.276.8016



EXHIBIT D
page 1 of 3

| Paul Rountree | Deposition | July 27, 2005 |
|---|---|---|

**Page 5**

1  (Exhibits 1 and 2A-K marked.)
2  Anchorage, Alaska, Wednesday, July 27, 2005
3                       PAUL ROUNTREE,
4         called as a witness herein on behalf of the
5         Plaintiffs, having been duly sworn upon oath
6         by Rosie S. Scott, Notary Public, was
7         examined and testified as follows:
8                       EXAMINATION
9  BY MR. RAY:
10    Q.  I'm going to start, as I told you before,
11  Mr. Rountree. For our record, please state your name and
12  your residence address.
13    A.  Paul Rountree, 4257 Charing Cross, Anchorage,
14  Alaska.
15    Q.  And we're here to talk about one of your
16  granddaughters. And, you know, I know you don't want to
17  be here. We're going to try and get through this. And
18  this isn't going to be particularly pleasant for any of
19  us, but is that the same residence address where April
20  died?
21    A.  Yes, it is.
22    Q.  And could you describe the home, in general
23  terms for us, please?
24    A.  A split-level house, living room upstairs,
25  bedroom downstairs where April was.

**Page 6**

1    Q.  And as I understand it, the downstairs was the
2  bedroom that April stayed in?
3    A.  Uh-huh.
4    Q.  And just so that she understands what you're
5  saying, if you could please say yes if you mean yes.
6  I'll probably understand you, but it may not show up well
7  on the record.
8    A.  All right.
9    Q.  How long have you lived at that address?
10    A.  Oh, I don't know, maybe 10 years, something
11  like that. I have no idea.
12    Q.  When -- do you own the house?
13    A.  Yes.
14    Q.  When you bought the house, was it new?
15    A.  No.
16    Q.  Did it have window coverings in the downstairs
17  bedroom where April stayed?
18    A.  I don't think so, but I don't remember.
19    Q.  Did you -- there was what I would call a
20  venetian blind or horizontal blind on the window in her
21  room; is that right?
22    A.  Yes.
23    Q.  Do you know where that came from?
24    A.  I do not.
25    Q.  Had you been doing some remodeling in that

**Page 7**

1  house when you moved in?
2    A.  I'm sure I have -- was.
3    Q.  Where were you -- were you buying your supplies
4  at any particular location?
5    A.  My wife goes out and buys them. I have no idea
6  where she gets them at.
7    Q.  I've been hearing the blinds were purchased at
8  Wal-Mart. Do you have any information about that?
9    A.  It's possible, but I couldn't tell you yes or
10  no.
11    Q.  Okay. And your wife is Ilene Rountree?
12    A.  Yes, she is.
13    Q.  And would she be able to tell me that I
14  suppose?
15    A.  You would have to ask her.
16    Q.  One of the things in the notice of the
17  deposition was a subpoena's request for your records that
18  you might have surrounding the purchase of the blinds.
19  Have you looked for any records like that?
20    A.  I have not, so I don't know if she has or not.
21    Q.  Did you understand the purpose of the subpoena
22  and the request for the record?
23    A.  Right. I wasn't here. So I don't know what
24  she did with the records. She said that I was out of
25  town when she bought them, so whether I was or whether I

**Page 8**

1  wasn't, I don't know.
2    Q.  Did you talk to her about where they were
3  bought?
4    A.  She says she doesn't remember. She says it
5  might have been Wal-Mart, might have been K-Mart.
6    Q.  And do you know, wherever they were purchased,
7  what form of payment might have been used? Credit card?
8  Cash? Check?
9    A.  I'm assuming cash, but I couldn't tell you.
10  Like I said, I didn't buy it.
11    Q.  And Valerie Rountree, now Valerie Cox, she's
12  your daughter?
13    A.  Okay.
14    Q.  Is she your daughter?
15    A.  Yes.
16    Q.  Is Morgan Schediwy your granddaughter?
17    A.  Yes.
18    Q.  And April Cox was your granddaughter?
19    A.  Yes.
20    Q.  And were the three of them living at your
21  residence there on Charing Cross?
22    A.  Yes, they were.
23    Q.  How did that come about?
24    A.  Because Valerie said she couldn't make it down
25  in California, so we offered to -- she could come up and


EXHIBIT D page 2 of 3

Page 9

```
 1  live with us for a while until she got situated.
 2    Q.  Were there any changes made to that room where
 3  April was living --
 4    A.  No.
 5    Q.  -- before they arrived?
 6    A.  Other than paint, no.
 7    Q.  Had -- and again, this is just my
 8  understanding, there was -- there had been a room that
 9  had been divided downstairs; is that accurate?
10    A.  Yes.
11    Q.  Had you been the one that divided the room?
12    A.  I was.
13    Q.  Do you know about when you did that?
14    A.  Seven or eight years ago. It was before Morgan
15  was born because I divided it for her when she came down
16  before when she was supposed to stay here.
17    Q.  When Morgan had come up to visit you from
18  California?
19    A.  No, when her mom came up here pregnant because
20  she didn't want to stay at home and tell her mom. So she
21  flew up here and I made a room for her and Morgan before
22  Morgan was born.
23    Q.  And is that Kathy Hall you're referring to?
24    A.  No, this is Valerie.
25    Q.  No, I mean, her mom --
```

Page 10

```
 1    A.  Her mom, yes, Kathy Hall.
 2    Q.  Okay. At that point, if you recall, were those
 3  the same window blinds in that room?
 4    A.  They probably were.
 5    Q.  Do you know who installed those blinds?
 6    A.  I assume I did, but I couldn't be sure.
 7    Q.  Do you have any recollection of installing
 8  them?
 9    A.  I'm assuming I did, yes.
10    Q.  Was there any problem with installation of the
11  blinds that you recall?
12    A.  Not at first.
13    Q.  Was there a second?
14    A.  Later on it broke, so I put a screw inside it
15  to keep it from falling down.
16    Q.  Where -- do you recall where it had broken?
17    A.  Over by the pulley -- the drawstring.
18    Q.  We have some -- and we might as well use these.
19  We marked the photos Exhibit 2.
20        If you would, Mr. Rountree, take a look at the
21  top photo there. Does that depict the blinds in the part
22  of the room that April was in?
23    A.  Looks like it.
24    Q.  And then when the blinds were installed, do you
25  recall if you -- do you remember taking them out of the
```

Page 11

```
 1  box before they were installed?
 2    A.  No.
 3    Q.  What is your -- what do you do for a living?
 4    A.  Right now I work on the Slope, then I was a
 5  mover.
 6    Q.  A mover?
 7    A.  Yes.
 8    Q.  And you do carpentry chores around your house?
 9    A.  Yes, I do.
10    Q.  Do you know whether there was any directions
11  about the blinds in the box when they were bought?
12    A.  I'm assuming they were, but I couldn't tell
13  you. It's too long ago.
14    Q.  On the third photo down, which I put on -- I'm
15  going to mark those alphabetically, which will be C --
16  just the next one down from the yellow page. There's a
17  warning label. Do you remember ever seeing that?
18    A.  No.
19    Q.  Do you know whether it was on -- a warning like
20  this was on the blinds or not?
21    A.  No, I don't know.
22    Q.  When the blinds were installed, which was
23  sometime -- would it be safe to say within the last 10 or
24  11 years?
25    A.  '93 or something like that.
```

Page 12

```
 1    Q.  Okay. At the time that the blinds were
 2  installed -- let me pin this down -- do you think it was
 3  in '93, as best you can recall?
 4    A.  Somewhere around there. I can't tell you for
 5  sure, but I would imagine in the early '90s.
 6    Q.  And at that time, did you know anything about
 7  whether there had been reported strangulation deaths with
 8  blinds like this?
 9    A.  No.
10    Q.  And after April's death, did you learn that
11  there had been some other instances of children
12  strangling in blinds like this?
13    A.  Yes.
14    Q.  And how did you know that?
15    A.  Because of Valerie.
16    Q.  There's a -- I really don't have a picture that
17  shows clearly the whole cord that raises the blind up and
18  down. As you face the window with the blinds, my
19  understanding is that the cord was on the right side. Do
20  you have a memory of that?
21    A.  On the right side, yes.
22    Q.  Was anything done with that cord to secure it?
23    A.  No.
24    Q.  To your memory, was it hanging straight down?
25    A.  I'm sure it was, yes.
```