Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

VALERIE ROUNTREE, et al.,          )
                                   )
        Plaintiffs,                )
                                   )
vs.                                )
                                   )
CHING FENG, LTD., a Taiwanese      )
corporation, et al.,               )
                                   )
        Defendants.                )
_____)

Case No. A04-0112 CV (JWS)


VIDEOTAPED DEPOSITION OF VALERIE ROUNTREE COX

April 27, 2006
9:00 a.m.


Taken at:
Lane, Powell, LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska



Reported by:  Sandra M. Mierop, CRR, CCP


EXHIBIT F
page 1 of 5

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

Page 43

1   THE VIDEOGRAPHER: One moment,
2 please. We're on the record. The time is
3 approximately 10:17 a.m.
4   Q. (BY MR. EARNHART) I got a couple of
5 cords out of the closet. Realizing that those
6 aren't the same as draw cords, could you give us
7 an idea of how they were tied up?
8   A. I'm guessing -- I believe they were tied
9 through each other like that at the top of the
10 window (indicating).
11   Q. Okay. So they were just tied to
12 themselves to shorten them up or to --
13   A. They were -- yeah, so they could not
14 reach them -- only me or my parents were -- my
15 husband would have been able to reach them. Even
16 if they had stood on something, I don't believe
17 they could have gotten them. It was a very long
18 cord.
19   Q. If the cord had been untied, how long
20 would it have been?
21   A. Past the bottom of the window.
22   Q. Did anyone discuss cutting the cord
23 shorter or anything like that?
24   A. No, not that I'm aware of.
25   Q. Okay. Did you see any warnings on the

EXHIBIT F
page 2 of 5

Page 44

1  blinds in the room?
2  A.   No.
3  Q.   At any point prior to that -- to the day
4  of the incident, did you see any warnings on the
5  blinds in the room?
6  A.   Not that I'm aware of.  They were never
7  raised if -- I believe the warning is on the base
8  of them, and they were never raised.
9  Q.   Were they ever opened in any way?  Were
10 they twisted open so that the slats were open?
11 A.   I don't believe so because I had a piece
12 of board behind it to block the sun from coming
13 through (indicating).
14 Q.   There was a board between the window and
15 the blind?
16 A.   Yes.
17 Q.   Was that there the day of the incident?
18 A.   Yes.
19 Q.   And that was to prevent the light from
20 coming through?
21 A.   Yes.
22 Q.   At any time prior to the incident, at
23 pediatrician's offices or anyplace, had you seen
24 any posters or other warnings regarding window
25 blinds or window blind cords?

EXHIBIT F
page 3 of 5
Blumberg No. 5119

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

d699fe74-5a43-449b-9b77-eab355ac2d31

```
1     A.    At the base.
2     Q.    What do you mean the base?
3     A.    The base that rests on the windowsill.
4     Q.    And did you -- am I correct that you
5  said you never saw it because the blinds were
6  never lifted while you were there?
7     A.    Uh-huh.
8     Q.    And did you say there was a board
9  between the blinds and the glass?
10    A.    Cardboard, yes.
11    Q.    Cardboard, and that was just resting up
12 against the -- was that resting up against the
13 window?
14    A.    Yes.
15    Q.    Or did you tape it or stick it --
16    A.    I think it was just resting in there.
17    Q.    And why did you put that there?
18    A.    To block the sun.
19    Q.    Was the sun especially bright in that
20 room?
21    A.    At certain times of the day.
22    Q.    Did you ever take it down to let light
23 in?
24    A.    I don't believe so.  I don't believe
25 anybody ever touched the window.
```

EXHIBIT F
page 4 of 5
Blumberg No. 5119

Page 114

1    Q.    Do you know what the warning label said?
2    Do you now know?
3    A.    I do; but I don't recall word for word,
4    no.
5    Q.    Do you have a general sense of what it
6    said?
7    A.    I think it refers to the pull cord and
8    bead loops, but I don't think --
9    Q.    What do you mean by "refers to," what --
10   A.    I think it mentions those.  I don't -- I
11   don't remember exactly what words it used.
12   Q.    And I understand you don't remember
13   that.
14         Do you mean -- what does it say
15   about them?  Again, even generally?
16   A.    I think it says that young children can
17   strangle.
18   Q.    If you had seen the warning, would you
19   have arranged the furniture differently?
20   A.    Probably not.
21   Q.    Do you read a newspaper, usually?
22   A.    I do now.  I -- I didn't really then.
23   Q.    Do you read -- or did you read -- I
24   guess beforehand, before the accident, did you
25   read parenting magazines?

EXHIBIT F
page 5 of 5
Blumberg No. 5119