Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Case No. A04-0112cv (JWS)

------------------------------------------x

VALERIE ROUNTREE, Individually and as

Personal Representative of the Estate of

APRIL LYNNE COX, MORGAN SCHEDIWY, a minor,

through her natural mother and guardian

VALERIE ROUNTREE; and CHRISTOPHER COX,

                  Plaintiffs,

   - against -

CHING FENG BLINDS INDUSTRY CO. LTD., a

Taiwanese corporation; JENCRAFT

CORPORATION a/k/a JENCRAFT MANUFACTURING

CO., INC., a New Jersey Corporation;

WAL-MART STORES, INC., a Delaware

Corporation; and WINDOW COVERING

MANUFACTURERS ASSOCIATION,

                  Defendants.

------------------------------------------x

                  February 16, 2006
                  10:20 a.m.


EXHIBIT G page 1of5

1

2

3          DEPOSITION of WINDOW COVERING

4    MANUFACTURERS ASSOCIATION by PETER RUSH,

5    taken by the Plaintiffs, pursuant to

6    Notice, held at the offices of King &

7    Spalding, LLP, 1185 Avenue of the

8    Americas, New York, New York, before

9    Debbie Zaromatidis, a Shorthand Reporter

10   and Notary Public of the State of New

11   York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT G
page 2 of 5
Blumberg No. 5119

```
 1                    RUSH
 2      A.    Yes.
 3      Q.    Do you know how you were
 4 selected to -- perhaps you selected
 5 yourself.  I don't know.  How were you
 6 selected to be the
 7 responding -- responding person today?
 8      A.    I selected myself with -- in
 9 conjunction with discussion with the
10 president.
11      Q.    Okay.  And now what is your role
12 with the WCMA?
13      A.    Right now I am the senior
14 advisor to the WCMA.
15      Q.    Okay. And for the record, would
16 you tell the jury what the WCMA is?
17      A.    The Window Covering
18 Manufacturers Association is an
19 association -- trade association a 501 C 6
20 not for profit corporation registered in
21 New Jersey that represents manufacturers
22 and suppliers of hard -- window coverings
23 manufactured in North America.
24      Q.    Okay.  When you say represents
25 manufacturers and suppliers of window
```


EXHIBIT G
page 3 of 5

1              RUSH
2    it in their manufactured products.  Is
3    that what you are telling me?
4              MR. CARROLL:    I object to
5    form.  You can answer.
6         A.   That is -- yes, we signed a
7    corrective action program with the U.S.
8    Consumer Products Safety Commission in
9    which manufacturers changed the production
10   of their products.
11        Q.   You say we signed.  Who is we?
12        A.   The Window Covering Safety
13   Council.
14        Q.   Why would the Window Covering
15   Safety Council sign an agreement with the
16   CPSC?
17        A.   The Window Covering Safety
18   Council had been the organization that had
19   been working with the Consumer Products
20   Safety Commission since 1994 and had a
21   corrective action program already in place
22   with CPSC, and it was the organization
23   that represented the broad scope of
24   companies involved in the window covering
25   industry.

EXHIBIT G
page 4 of 5

1                    RUSH
2  Griesbach?
3       A.    I forwarded copies of the letter
4  to the members of the Window Covering
5  Manufacturers Association.
6       Q.    What steps did they take?
7       A.    I do not know what steps they
8  particularly took.
9       Q.    Now, the first standard for
10 outer pull cord warning and a
11 manufacturing was promulgated by WCMA in
12 November of '96, correct?
13      A.    That's correct.
14      Q.    And that is six full years after
15 you received this letter, right?
16      A.    Yes, it is.
17      Q.    Why did it take six years?
18      A.    The industry was not involved in
19 producing standards at that point.  The
20 association was not an accredited
21 standards writing organization, and the
22 industry was not -- did not have
23 sufficient information.
24           MR. CARROLL:    Let's go off the
25 record for a second.