Donald C. Thomas, Esq.
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK 99501
phone: (907) 279-3581
fax:   (907) 277-1331
e-mail: dct@delaneywiles.com

Michael Weiss, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
phone: (404) 572-2804
fax:   (404) 572-5143
e-mail: mweiss@kslaw.com

Attorneys for Defendant
Window Covering Manufacturers Association

## IN THE UNITED STATES COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE ROUNTREE, individually and as Personal Representative of THE ESTATE OF APRIL LYNNE COX; MORGAN SCHEDIWY, a minor, through her natural mother and guardian VALERIE ROUNTREE; and CHRISTOPHER COX,<br><br>Plaintiffs,<br><br>vs.<br><br>CHING FENG BLINDS INDUSTRY CO., LTD.; WAL-MART STORES, INC.; and WINDOW COVERING MANUFACTURERS ASSOCIATION,<br><br>Defendants. | Case No. A04-0112 CV (JWS)<br><br><br><br><br><br><br><br><br><br>WINDOW COVERING MANUFACTURERS ASSOCIATION'S RESPONSES TO PLAINTIFFS' FIRST DISCOVERY REQUESTS |

COMES NOW Window Covering Manufacturers Association ("WCMA"), named as a defendant in the above-styled action, and responds to plaintiff's First Discovery Requests as follows:



## INTERROGATORY NO. 5:

Please identify each person or entity that was a WCMA member, whether of its Manufacturers Category, Fabricators Category, Associates Category, or otherwise, at the time of publication of the 1996 standard.

## ANSWER TO INTERROGATORY NO. 5:

WCMA members in 1996 were General Clutch; Harrison Sample; Hunter Douglas, Inc.; Julius Koch USA Inc.; Kenney; Kirsch; Levelor Home Fashions; Plasticbec Ltee; Springs; Graber; Verosol; 3 Day Blinds; and Newell Co.

## INTERROGATORY NO. 6:

Please identify each of your officers and each member of your board of directors at the time the 1996 Standard was published, including in such identification each officer's and/or board member's employer(s), business address, and business telephone, and capacity in which employed.

## ANSWER TO INTERROGATORY NO. 6:

O.B. Kelly - President
Sander Johnson - Vice President
Len Mandel - V.P./Associate
Joe Cole - Secretary
Mike Walsh – Treasurer

Because these five people served as officers of WCMA nearly 10 years ago, WCMA does not have current employment or contact information.

## INTERROGATORY NO. 7:

Please identify each Technical Committee Member, and all members of any other WCMA committee, subcommittee or working group, at the time the 1996 Standard was published.



**ANSWER TO INTERROGATORY NO. 7:**

Members of the Technical Committee included Roger O'Brien, George Prendergrast, Len Mandell, Gary Bebell, Todd Steele, Al Levy, Sander Johnson, Ken Dearing, Zeki Tuzman, Paul Schneider, John Elsenheimer, Paul Josephson and Ralph Jelic, along with CPSC representatives Scott Heh and Renae Rauchschwalbe and WCMA representatives Peter Rush and Gloria Boghosian.

**INTERROGATORY NO. 8:**

Please identify each person who participated in the development, promulgation, adoption, approval and/or publication of either the 1996 Standard or the 2002 Standard.

**ANSWER TO INTERROGATORY NO. 8:**

The development, adoption and publication of an American National Standard is an evolutionary and lengthy process, and it is difficult, if not impossible, to identify every person who "participated" in such an activity. Those people with a significant connection or contribution to this process will be identified on documents to be made available in response to the plaintiffs' Request for Production of Documents Nos. 3, 4, 19, 21, 22, 24-26, 30 and 34-36, pursuant to Fed. R. Civ. P. 33(d).

**INTERROGATORY NO. 9:**

Please identify each person who participated in the development, promulgation, adoption, approval and/or publication of any corded window covering product recall, whether recall to repair or otherwise.

**ANSWER TO INTERROGATORY NO. 9:**

The development and implementation of the corrective action program is a complicated process, and it is difficult if not impossible to identify every person who "participated" in such an activity. Those people with a significant connection or contribution to this process will be

