ANSI/WCMA A100.1-1996

# AMERICAN NATIONAL STANDARD

# FOR SAFETY OF

# CORDED WINDOW COVERING PRODUCTS

SPONSOR

WINDOW COVERING MANUFACTURERS ASSOCIATION, INC.

Approved 27 November 1996

AMERICAN NATIONAL STANDARDS INSTITUTE, INC.

0028183

EXHIBIT K
page 1 of 14

# AMERICAN NATIONAL STANDARD

An American National Standard implies a consensus of those substantially concerned with its scope and provisions. An American National Standard is intended as a guide to aid the manufacturer, the consumer and the general public. The existence of an American National Standard does not in any respect preclude anyone, whether he has approved the Standard or not, from manufacturing, marketing, purchasing, or using products, processes, or procedures not conforming to the Standard. American National Standards are subject to periodic review and users are cautioned to obtain the latest editions.

CAUTION NOTICE: This American National Standard may be revised or withdrawn at any time. The procedures of the American National Standards Institute require that action be taken to reaffirm, revise, or withdraw this Standard no later than five years from the date of publication. Purchasers of American National Standards may receive current information on all Standards by calling or writing the American National Standards Institute.

Published by
Window Covering Manufacturers Association, Inc.
355 Lexington Avenue,            New York, New York, 10017

Copyright © 1996 by the Window Covering Manufacturers Association, Inc.

Not to be reproduced without
specific authorization from WCMA

Printed in the USA

This Standard was developed by the Window Covering Manufacturers Association, Inc. It was approved by ANSI under the Canvass Method.

0028184

EXHIBIT K
page 2 of 14

| CONTENTS | SECTION | PAGE |
|---|---|---|
| | 1. Scope & Foreword | 4 |
| | 2. Objective | 4 |
| | 3. Definitions | 4 - 6 |
| | 4. Product Requirements | 6 |
| | 5. Labeling & Operational Tags | 6 - 8 |
| | 6. Tests & Parameters | 8 - 9 |
| | Appendix A | 10 |
| | Appendix B | 11 |

0028185


EXHIBIT K
page 3 of 14
Blumberg No. 5119

1. **SCOPE & FOREWORD**

1.1 The members of the Window Covering Manufacturers Association, Inc. (WCMA), recognizing that unfortunate accidents, including strangulation, have occurred among young children using certain products having flexible loops made or imported by members of the industry, have prepared this Standard in cooperation with the U.S. Consumer Product Safety Commission (CPSC).

WCMA members have been engaged in an extensive awareness program and have also furnished millions of devices to be used in a retrofit manner to reduce the chance of user injury.

This Standard is not intended to inhibit, but rather to encourage the development of devices and methods that will further improve the safety of products manufactured by industry members. Manufacturers and other users of this Standard are requested to submit suggestions for improvements to WCMA.

Members of WCMA, in recognition of continuing improvements to be made, will sponsor appropriate revisions to this Standard on a regular basis.

1.2 This Standard applies to all interior drapery hardware and window covering products that incorporate bead chains, cords, or any type of flexible looped device in their operation. The items covered include the products listed in 1.3 when used in all reasonably foreseeable environments where young children are present.

1.3 Products covered include Cellular Shades, Horizontal Blinds, Pleated Shades, Roll-Up Blinds, Roller Shades, Roman Shades, Traverse Rods, and Vertical Blinds. (See Section 3 for definitions of these terms.)

2. **OBJECTIVE**

2.1 The objective of this Standard is to provide requirements for covered products in 1.3 that reduce the possibility of injury, including strangulation, to young children from the bead chain, cord, or any type of flexible loop device used to operate the product.

3. **DEFINITIONS**

3.1 **Bead Chain.** A series of small spheres, equally spaced on a cord or connected by metal shafts, and used to operate a window covering product.

3.2 **Cord.** A form of rope, strap, or string used to operate a window covering product.

3.3 **Cord or Bead Loop.** A curving or doubling of a bead chain or cord so as to form a closed loop.

3.4 **Cord Release Device.** A device which releases a cord loop when subjected to a specified load.

3.5 **Cord Retraction Device.** A device with an internal winding feature. It is typically attached to an exposed cord and gathers the cord(s) in its casing.

3.6 **Cord Shear.** A device that holds the loop plumb (like a cord weight) with an internal cutting mechanism. It is typically attached to an exposed cord loop which separates the cord(s) into two or more pieces when subject to a specified load.

3.7 **Cord Shroud Device.** A flexible tape or ribbon which houses the otherwise exposed lift cords.

3.8 **Cord Stop.** A device used to join the ends of several individual cords and provide a single cord for operation below the cord stop.

0028186

Blumberg No. 5119
EXHIBIT K
page 4 of 14

3.9 **Horizontal Blinds.** Includes those products referenced and commonly known as Microblinds, Miniblinds, and Venetian Blinds. Horizontal blinds consist of slats of various widths. Horizontal slats are manufactured in a number of natural and artificial materials, which include, but are not limited to, aluminum, fabric, polymers, steel, and wood. The slats are suspended from a headrail by "ladders," which hold the slats in a horizontal orientation. The headrail houses mechanisms that allow ladders to be actuated to tilt the slats for maximum light control and privacy, or raised to stack against the headrail. (See Figure 1.)

3.10 **Passive Device.** A window covering product component operating by means other than the direct action of the user, as opposed to an active device which is operated by the direct action of the user.

3.11 **Pleated & Cellular Shades.** Includes those products referenced and commonly known as Accordion, Honeycomb Shades, and Z-fold. (See Figure 2.) These products are manufactured in a number of natural and artificial materials, which include, but are not limited to, fabric, polyester film, and paper products. Pleated shade substrates consist of single or multiple layers of material with permanent pleats in a horizontal orientation. Cellular shade substrates consist of multiple layers (referenced to as a single, double, or triple cell construction) of material formed into tubes or cells in a horizontal orientation.

3.12 **Roll-Up Blinds.** Includes those products referenced and commonly known as Porch Shades, Roll-Up Shades, and Woven Woods. A window covering of a flexible sheet comprised of narrow strips of plastic or wood (in a horizontal orientation) woven together by cords. When the cord is pulled, a loop rises, causing the flexible sheet to roll-up from the bottom of the blind. (See Figure 3.)

3.13 **Roller Shade.** A window covering product comprised of a roller, a means of supporting the roller, a flexible sheet of material carried by the roller, and a means of attaching the material to the roller. The window covering operates by activating a spring mechanism in the roller or by a cord or bead loop attached to the roller. (See Figure 4.)

3.14 **Roman Shades.** Includes those products referenced and commonly known as Austrian Shades, Balloon Shades, and Soft Shades. Roman Shades typically consist of a flexible fabric with rings attached to the back. The rings are aligned in columns, and spaced so that the fabric folds or gathers as desired. The fabric is suspended from a headrail that contains hardware for guiding cords and operating the shade. Cords run from the headrail, through a column of rings, and are attached to the lowest ring. As the shade is raised, the fabric gathers from the bottom upwards towards the headrail. (See Figure 5.)

3.15 **Sequential Process.** An operation which requires two or more independent steps in order to successfully complete the task.

3.16 **Tassel.** A device used to terminate and cover the end of a free hanging cord of a window covering product.

3.17 **Tension Device.** A device used to position cords in a manner to limit cord exposure while maintaining tension on the cord loop.

3.18 **Traverse Rod.** A rod or track which typically uses cords to operate a pulley mechanism for drawing curtains.

3.19 **Vertical Blinds.** Consist of slats or "vanes" in a vertical orientation that can be stacked in a small space to one or both sides of the headrail. Vertical vanes are manufactured in a number of natural and artificial materials, which include, but are not limited to,

0028187



aluminum, fabric, glass, PVC, polymers, steel and wood. Vanes are suspended from a headrail by vane carriers. The headrail houses mechanisms that allow vane carriers to rotate and traverse the vanes. (See Figure 6.)

3.20 **Young Children.** Children up to 5 years of age.

## 4. PRODUCT REQUIREMENTS

4.1 Any safety component or device that is intended to separate from the product is subject to the requirements 16 CFR 1501.

4.2 A product shall contain a passive device that eliminates a cord or bead loop, or separates the cord or bead loop, which meets the parameters outlined in 6.1 or 6.3; or

4.3 A product shall contain a permanently attached passive device that eliminates an exposed cord or bead loop while a product is not being operated, which meets the parameters outlined in 6.2; or

4.4 A product shall contain a passive tension device to be attached to the floor or wall causing the cord or bead loop to be taut while limiting exposure to the cords, which meets the parameters outlined in 6.5; or

4.5 A product having a function that requires a cord stop shall be provided with means that minimizes the exposed loop to less than three inches from the top of the headrail when the product is in the lowered position. A warning shall be provided on the product indicating to the user the potential hazard when the product is in the raised position; or

4.6 A product shall contain a material that houses the cord and shields it from exposure, which meets the parameters outlined in 6.4.

## 5. LABELING AND OPERATIONAL TAGS

5.1 **Labeling.** Manufacturers shall provide warnings on all products defined within the scope of this Standard as to the potential dangers of such products to young children. Product warning labels and hang tags are requirements for all products described within this Standard. Warning labels and hang tags shall adhere to ANSI Z535 standards.

5.1.1 **Generic Warning Bottom Rail Label.** The "Warning" word shall be typeset no less than 5/16" in capital letters and preceded by the ANSI safety alert symbol (an equilateral triangle surrounding an exclamation point). The rest of the message is in upper and lower case with the capital letters not less than 1/8". A pictogram of a young child's hand reaching a blind cord with the universal prohibition symbol (circle with diagonal slash) on top of the picture shall also be included on the label. The label shall be printed in a strong contrasting color from the rail. The label shall be used on all window covering products. Products without bottom rails shall be labeled in a location visible to consumers, to be determined by manufacturer or importer. The generic warning label shall read as follows:

 WARNING

Young children can become entangled and strangle in cord or bead loops. Use safety devices to reduce access or eliminate loops.





0028188

5.1.2 **Generic Warning Hang Tag.** The generic warning hang tag shall read as follows:

 WARNING

Young children can strangle in the loop of pull cords, chain and bead cords, and cords that run through window coverings. They can also wrap cords around their necks.

To avoid strangulation and entanglement, keep cords out of the reach of young children. Also,
　　1. Install safety devices that remove the cord loop or reduce access to cords, and
　　2. Move cribs and furniture away from window covering cords.



5.2 **Operational Hang Tags.** The manufacturer shall provide operational hang tags for safety devices that shall be attached to the product separately from the generic warning label or generic hang tag. Each device shall have a separate tag describing the purpose of the safety device. The following are sample operational tags.

5.2.1 **Individual Tassel Cords:**

 WARNING

These individually tasseled cords reduce the strangulation hazard in the pull cord by removing the loop.

Do not tie the cords together. Check cords periodically to make sure the cords have not twisted into a loop.

This device will not prevent strangulation if young children wrap pull cords around their necks. Always keep cords out of the reach of young children.

5.2.2 **Cord Release Device:**

 WARNING

This cord release device reduces the strangulation hazard in the pull cord by removing the permanent loop.

The cords should not be tied together and the cords should not be twisted around each other when the device is assembled.

This device will not prevent strangulation if young children wrap pull cords around their necks. Always keep cords out of the reach of young children.

5.2.3 **Cord with Cord Stop:**

 WARNING

Young children can strangle in the loop above the cord stop.

The cord stop will not separate if a young child gets caught in the loop. Always keep cords out of the reach of young children.

5.2.4 **Tension Device:**

 WARNING

The tension device reduces the hazards of strangulation or entanglement by limiting access to the cord or bead chain.

Anchor the device with the cord or bead chain to the wall or floor, so young children cannot pull the cord or bead chain around their necks. Always keep cords out of the reach of young children.

5.2.5 **Cord Retraction Device:**

 WARNING

This cord retraction device reduces the access of young children to hazardous pull cords by winding up the cords.

Do not leave this device within the reach of young children. Always keep cords out of the reach of young children.

0028189

EXHIBIT K
page 7of14

**5.2.6 Cord Shroud:**

 WARNING

This cord shroud reduces access to the cord loop by holding the cords together.

Do not pull the cords out of the shroud; they form a hazardous strangulation loop. Always keep cords out of the reach of young children.

**5.2.7 Cord Shear:**

 WARNING

This cord shear reduces the strangulation hazard in the looped cord (use "bead chain" if appropriate) by cutting the loop.

When pressure is applied to the top of this device, it will cut the looped cord. The cord must be replaced once cut. To avoid accidental cutting of the cord, do not allow young children to play with the shear. Always keep cords out of the reach of young children.

5.3   **Product Origins.** There shall be a permanent label or marking on each finished corded window covering product that identifies the name, city, and state of the U.S. manufacturer or importer or distributor or fabricator or seller, and the year of manufacture.

**6.   TESTS AND PARAMETERS**

6.1   **Cord Release Devices.** Cord release devices with multiple cords shall be tested with the design intent. Devices that join cord or bead loops shall release as referenced in Appendix A.

6.2   **Cord Retraction Devices.** Cord retraction devices shall adhere to the following:

6.2.1 The device shall passively retract the cord within 6 inches of the head rail and lock in this position. Sequential operations shall be required to unlock and unwind the cord for operation.

6.2.2 The device shall be tested with multiple cords and at length in accordance with design intent. It must meet one of the following requirements:

6.2.2.1 The cord retraction device must have a service life of 5,000 cycles. A cycle is completed when the device travels from the raised position to the lowered position and back to the raised position.

6.2.2.2 The cord retraction device must fail in the locked and raised position, disabling the window covering's cord operation.

6.2.3 If the device requires assembly at the time the product is installed, clear and accurate instructions shall be provided to describe proper installation.

6.2.4 The device must be constructed so that it can only be disassembled or detached from the cord loop by a sequential process or tools.

6.3   **Cord Shear Devices.** Cord shear devices shall adhere to the following:

6.3.1 The cord shear device shall be tested in accordance with the procedures set forth in Appendix A.

6.3.2 The cord shear device must be attached to the cord or bead loop upon receipt by the end user.

6.3.3 The cord shear device must be constructed so that it can only be detached from the cord or bead loop with a sequential process or tools.

6.3.4 Clear and accurate installation instructions shall be provided to describe proper installation. Once the cord shear device is installed, it will perform as a passive device.

0028190



6.3.5 The cord shear device is to be designed so the cord is not cut when simply pulling on the device's housing. It must not have any exposed buttons or plungers that would make the cutting feature obvious to young children while in its free hanging position. The cord shear device must not have an accessible blade when the device is in the open position.

6.4 **Cord Shroud Device.** Cord shroud devices shall adhere to the following:

6.4.1 The top of the cord shroud device must be attached, either internally or externally, to the headrail upon receipt by the end user. The bottom of the device must be attached to the cord stop or tassel upon receipt by the end user.

6.4.2 The cord shroud device must be constructed so that it can only be detached from both the headrail on top, and either the cord stop or tassel on bottom, with a sequential process or tools or must be permanently attached to the product.

6.4.3 The cord shroud device must be designed so that when the window covering product is in the raised position, the cord shroud device shields the cords, eliminating their potentially hazardous exposed loops. When the window covering product is in the lowered position, the cord shroud device must allow the cords to pass freely without restriction.

6.4.4 The cord shroud device must be designed so that it shields the cords by routing them through a series of openings no more than 1.5 inches apart.

6.5 **Tension Devices.** Tension devices for cord or bead loops shall adhere to the following:

6.5.1 A significant portion of the tension device must be attached to the cord or bead loop upon receipt by the end user.

6.5.2 The tension device must be constructed so that it can only be detached from the cord or bead loop with a sequential process or tools.

6.5.3 The tension device must allow for installation to a surface. Fasteners for surface installation are to be provided with the product. Clear and accurate installation instructions shall be provided to describe proper installation. Once the tension device is installed, it will perform as a passive device.

6.5.4 The tension device is to be designed so that when it is installed according to the installation instructions, it will hold the cord or bead loop taut and close to the product or mounting surface in a manner that makes the tension device's position fixed and immobile, resulting in it being less accessible for young children.

0028191

EXHIBIT K
page 9 of 14

**Appendix A**

### A1 Test Procedure For Cord Release Device and Cord Shear Device

#### A1.1 Equipment

A1.1.1  1 - Anthropometric Infant Dummy, KRASH KID 1, One year Crash Mannequin. (available from Gaumard Scientific, 7030 SW 46th St., Miami, FL 33155, specify "in accordance with SN 070795-02" when ordering).

A1.1.2  1 - Force gauge rated to at least 10 pound force, <u>with a maximum hold feature</u>.

A1.1.3  1 - Four-foot section of window covering cord.

A1.1.4  1 - Test fixture <u>shown in Figure A-1</u>.

#### A1.2 Procedure

A1.2.1 Placement of the dummy in the test fixture

A1.2.1.1  Fasten the dummy with its back against the vertical surface of the test fixture.

A1.2.1.2  Position the head of the dummy as far forward as it will go, with the bottom of the chin approximately 45 degrees from the chest. Clamp the head in place if it will not stay by itself.

A1.2.1.3  Tie or fasten a cotton cloth on the dummy's head so that all of the head above the ears is covered. This will eliminate some of the drag of the cord on the rubber surface.

A1.2.1.4  Mount a force gauge on a sliding track so that the hook of the gauge is 2.5 inches out from the vertical surface and about 6 inches above the dummy's head when in its lower position. The force gauge/track is motorized to provide an upward velocity of 1.5 to 2.0 inches per second.

A1.2.2  Attach the device to the ends of the cord to define a loop 3.5 feet in circumference plus or minus one inch. If appropriate, trim excess cord. If appropriate, join the pieces of the device together. <u>On the opposite end of the loop from the device, tie a knot to make a small loop to hook on the force gauge.</u>

A1.2.3  Slide the loop over the dummy's head. Position the cords of the loop behind the ears of the dummy.

A1.2.4  Attach the loop, directly opposite the device, to the force gauge.

A1.2.5  Rest the device against the chest of the dummy 6 inches below the dummy's chin. Then, twist the device 360 degrees (one full revolution). Again, rest the twisted cord against the dummy's chest.

A1.2.6  Draw the force gauge up vertically at the specified rate until the device separates.

A1.2.7  Record the force of separation, repeat steps B through G for 50 tassels.

A1.2.8  The average shall not exceed 3.0 pounds release force to separate the 50 devices tested, and all samples tested must have a release force below 5.0 pounds.



0028192

**Appendix B**

**B1  Referenced Documents**

B1.1  ANSI Standard:  ANSI Z535.1- Z535.5

    ANSI Z535.1 - Safety Color Code
    ANSI Z535.2 - Environmental and Facility Safety Signs
    ANSI Z535.3 - Criteria for Safety Symbols
    ANSI Z535.4 - Product Safety Signs and Labels
    ANSI Z535.5 - Accident Prevention Tags (for temporary hazards)

    Available from American National Standards Institute
    11 W. 42nd Street, 13th Floor
    New York, NY  10036

B1.2  Federal Standard:  16 CRF 1501
    Method for Identifying Toys and Other Articles Intended for Use by Children Under 3 Years
    which Present Choking, Aspiration, or Ingestion Hazards Because of Small Parts

    Available from U.S. Consumer Product Safety Commission
    Washington, DC  20207

0028193


EXHIBIT K
page 11 of 14



FIGURE 1: Horizontal Blinds



FIGURE 2: Pleated & Cellular Shades



FIGURE 3: Roll-Up Blinds


Blumberg No. 5119
EXHIBIT
K
page 12 of 14
0028194



FIGURE 4: Roller Shade



FIGURE 5: Roman Shade



FIGURE 6: Vertical Blind

0028195

Blumberg No. 5119
EXHIBIT K
page 13 of 14



