UNITED STATES DISTRICT COURT

DISCTRICT OF ALASKA

| | | |
|---|---|---|
| THE ESTATE OF APRIL LYNN COX, Et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 3:04-cv-00112 CV (JWS) |
| WINDOW COVERING MANUFACUTERERS ASSOCIATION, | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STIPULATION EXTENDING MOTION RESPONSE DATES DUE TO TRIAL SCHEDULE OF COUNSEL AND PROPOSED ORDER**

The parties have received this court's order dated March 4, 2008. They are aware of the deadlines set in that order. Nothing in this stipulation will effect any of those deadlines.

Defendants have filed three motions on 3/3/2008:

(1)  Motion for Summary Judgment;

(2)  Motion in Limine to Exclude the Testimony of Stuart Statler; and

(3)  Motion in Limine to Exclude the Testimony of Jon Jacobson.

All of these motions are now due for response on Tuesday, March 18, 2008 (without consideration of three days for mailing).

Plaintiff's counsel has back-to-back trials in Alaska Superior Court the first of which begins on March 26 and the second of which begins on April 14. Both cases have been previously continued for trial. Both are now under consideration for continuance. Plaintiff is resisting continuance of the first case (since its been continued three times before) and

would agree to a continuance of the second if the first case goes so as to avoid overlap between the two cases.

All of the above leaves plaintiff's counsel in the position of needing additional time to prepare oppositions to the pending motions (in concert with the already underway pretrial work on both of the preceeding cases as well as in concert with the trial schedule of those cases).

Therefore, it is proposed, that if either case is continued, plaintiff will answer the motions in this case within thirty days of the present due date, or April 18, 2008. If neither of the cases is continued, plaintiff will seek to answer these motions within eight days following the last day of the second trial, which is now scheduled to be April 22. That would make the oppositions due on April 30, 2008.

Counsel for plaintiffs has provided a copy of this stipulation to counsel for defendant who has indicated his willingness to join in this stipulation.

SO STIPULATED.

DATED this ___ day of March, 2008.

s/Don C. Bauermeister
Don C. Bauermeister
Burke & Bauermeister PLLC
921 W. 6th Ave., Suite 250
Anchorage, AK 99501
dcblaw@alaska.com
Attorney for Plaintiffs

DATED this ___ day of March, 2008.

s/Michael Weiss
Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com
Attorney for Defendant

SO ORDERED.

---------------------------------------
The Honorable John W. Sedwick
United States District Judge