

WINDOW
COVERING
MANUFACTURERS
ASSOCIATION

355 LEXINGTON AVENUE, NEW YORK, NY 10017-6603     212-661-4261   FAX 212-370-9047

MINUTES OF THE
WCMA TECHNICAL COMMITTEE

Thursday, November 18, 1992
Holiday Inn O'Hare, Chicago

ATTENDANCE

| | |
|---|---|
| Don Fraser | Hunter Douglas |
| Mike Sitarz | Julius Koch |
| Bob Morpeth | Levolor |
| Paul Schneider | Levolor |
| Dean Sommerfeld | Springs |
| Ralph Jelic | Verosol |
| Holly Munter | WCMA |

The meeting was called to order at 10:00 a.m. by Don Fraser, Chairman of the Technical Committee.   Committee members were introduced

VENETIAN BLINDS CID

Holly Munter made reference to the letter from James Price of the General Services Administration regarding WCMA's revised commercial item description for venetian blinds.  The committee discussed Price's suggestion that updated industry association test methods, from the American Association of Textile Chemists and Colorists be substituted: AATTCC Test Method 125-Colorfastness to Water and Light: Alternate Exposure; AATCC Test Method 16E-Colorfastness to Light: Water-Cooled Xenon-Arc Lamp, Continuous Light; AATCC Test Method 107-Colorfastness to Water.  Mike Sitarz will look into the test methods and report back to the committee.

Under CORD, the committee referred to the SAFETY ALERT line:  Since the CPSC's SAFETY ALERT is not mandatory, the committee discussed whether or not it should be included in the specifications.  Don Fraser would contact corporation counsel and report back to the committee.

Holly Munter would add an OVERVIEW section in this specification and with all others.  No other changes or references were made.

Exhibit 1
p. 1 of 4

0029509

HORIZONTAL PLEATED CID

The Salient characteristics section was approved as is.

Under FABRIC, uniform size +/- 2% was discussed to change to 3-4%. It was agreed to leave as is. In the second paragraph, "Color shall be within commercial tolerances..." Dean Sommerfield will check what is commercial tolerances. Sitarz and Jelic will also check whether or not the wording "flake off" refers to the Tape Adherence Test.

Under RAILS, Don Fraser will check the legality of the SAFETY ALERT section.

INSTALLATION HARDWARE and SIZE were approved as is.

Under CORD, Fraser will check on the SAFETY ALERT. Mike Sitarz will report back on any ASTM standards for inclusion.

CORDLOCK, LENGTH and WIDTH, CERTIFICATION, PACKAGING, ETC. were approved as is.

Under OPTIONS, Fabric: Added Film or Foambacked.

NOTE was approved as is.

Under TESTS, Dean Sommerfeld referenced QUV Chamber for AATCC-16E test. Substantiation will be checked and reported back to the committee.

Don Fraser requested that TENSILE LOSS TEST still be added. Munter volunteered to check with the American Association of Textile Chemists & Colorists (AATCC) or ASTM to see if they have a test to measure fabric performance over time.

DURABILITY, SALT SPRAY AND TENSILE STRENGTH Tests were approved as is.

Under SHRINKAGE or STRETCH Test, Don Fraser asked for the standard ASTM Test Method.

Under COLORFASTNESS TO LIGHT, Mike Sitarz will review and compare fabric test to GSA.

A motion was made and seconded to nominate Mike Sitarz as Co-Chairman of the Technical Committee:

> RESOLVED that Mike Sitarz of Julius Koch be and the same is hereby approved as Co-Chairman of Technical Committee of the Window Covering Manufacturers Association.

0029777

Exhibit 1
P. 2 of 4

- 3 -

<u>VERTICAL CID</u>

Munter would add an OVERVIEW similar to the other specifications.  Under SALIENT CHARACTERISTICS, "A blind consists of.." was changed from rotating mechanism to control mechanisms.

Under VANES, after "aluminum" was added "treated for corrosion resistance." "Rounded corners" was deleted.  It was agreed that Nanik would be asked to supply comments on the next revision.  It was further agreed that Paül Schneider of Levolor, as well as the rest of the committee, would submit comments to headquarters on VANES.

Under RAILS, the head channel line is deleted and replaced with the same line from the pleated cid.

Under INSTALLATION HARDWARE, measurement is changed to "shall be the standard by which compliance with these specifications is measured"

Under ROTATING MECHANISM, "All operating hardware.." is deleted.  "left side changed to right side." "approximately" changed to "a minimum of."  SAFETY ALERT will be added to this section.

Under TRAVERSE CORD System, "Cord shall have a minimum breaking strength.." is moved to the back test sections.  Federal Method Standard No. 191A was questioned if GSA.  This will be discussed again.  Traverse Force Test should be referenced.

Under LENGTH AND WIDTH of installation, Don Fraser noted that specifications of length and width should be defined further and perhaps Fabric vanes should be noted.

Under CERTIFICATION, inches will be changed to "the size by which compliance..."

Under OPTIONS, various additions were made and will be noted on the revised draft.

Under TESTS, it was determined that testing will be performed on 144" width track with 1/2 pound per carrier.

Under 1.1. TRAVERSE, [or 20 inches] was deleted. "20 seconds" was changed to "60 seconds."

Under 1.2 ROTATING, "The running cycle speed.." was changed from "not exceed" to "be approximately."

0029510

Exhibit 1
3 of 4

- 4 -

Mike Sitarz questioned the validity of the STRETCH TEST.  Sitarz will review and will report back to the committee on recommended ASTM Method.

There being no further business to be discussed, the meeting adjourned at 1:45 p.m.

Respectfully submitted,
Holly Munter

0029779

Exhibit 1
2.4 of 4