Minutes
WCMA Technical Committee
Conference Call
February 7, 1994

On call were:

| | |
|---|---|
| George Prendergast | All-Teck/Plasticbec |
| Gary Bebell | General Clutch |
| Don Fraser | Hunter Douglas |
| Heinz Bieberstien | Joanna |
| Mike Sitarz | Julius Koch |
| Paul Schnieder | Nanik |
| Paul Josephson | Springs Industries |
| Don Britton | Wrisco Industries |
| Gloria Boghosian | WCMA |
| Peter Rush | WCMA |

The conference call began 2:05. The operator did roll call.

## METAL HORIZONTAL

- Under "Cord", the last line was approved as submitted.

- Under "Length & Width of Installation," change "blinds will be made to 1/4" to "1/2" instead of 1/4."

- Under OPTIONS---Change "Lift Tilt Systems" to "Single Control Lift/Tilt Systems" and have it follow "Cord Lock."

- The definition of the above should read as follows:

> "Systems are available in which a single device provides for both the lift and tilt functions. Specifications for these systems are available from the manufacturer."

There being no further discussion on this standard, a motion was made and carried to present the Metal Horizontal Standard to the executive committee for adoption at the next membership meeting.

The following changes have been motioned and approved unanimously by the committee.

## VERTICAL WINDOW

### Slats
- Remove the "SLATS" description.

0029760

Exhibit 2
p. 1 of 3

Vanes
- George Prendergast discussed the stretch limitations on fabrics under "Vanes". The committee motioned that a stretch criteria test needs to be further investigated by asking suppliers for better standard.

PVC
- Under "PVC," second bullet point, further investigation on a standard from supplier is needed. George Prendergast will supply technical explanation.

- Under "PVC," third bullet, remove "within...have"

- Under "PVC," last bullet, will be discussed further at the next meeting.

ALUMINUM
- First bullet was accepted as stated.

- Third bullet, change 6 to 5.2.

- Last bullet, change "must to "meet" and capitalize Humidity, Weathering and add the word Test.

Wood
- Last bullet, change the word "will" to "may"; add the word "to" after "those" and remove "shall be."

Polycarbonate
- Don Fraser recommended we come up with a test for PVC fire retardency.

LENGTH & WIDTH OF INSTALLATION
- Remove last sentence.

OPTIONS
- Under "Ballasts" change "slat" to "vane."

- Remove "Color" description.

- remove under "Traverse cord system" the last 2 bullets.

- Under "Valance," change the word "hide" to "obscure"

0029761

Exhibit 2
p. 2 of 3

## PLEATED SHADES
Motion was made and carried to revise the Pleated Shade standard at our next meeting.

## AIA
Don Fraser discussed the AIA request of using the "good, better and best" scenario type of quality blind that would entail different cycle testing. This type of request is very detailed and take at least two to three years to a get a document revised. Motion was made and carried to implement and revise the standards that are in progress now, and take this request into consideration for the next generation of drafts.

## New Business
Peter Rush reported that the Consumer Product Safety Commission has approached ASTM with the task of developing a standard. He reported that a meeting had taken place at ASTM and minutes were available. The executive committee has asked the technical committee to research ways in which to address the safety issue.

Peter reported that he has asked American National Standards Institute to send him information on how the developing of standards works with their organization and would report back to the committee. He would also want the committee to meet with ANSI at the next technical meeting.

Motion was made and carried to invite ANSI to make a presentation to the technical committee at our next meeting.

The next meeting will take place on March 30 in an airport hotel. ANSI will be contacted so that they may make a presentation at the March 30th meeting. Members will be notified. A motion was carried to have general information on ANSI procedures sent out before next meeting.

There being no further business, the conference call was adjourned.

0029762

Exhibit 2
p. 3 of 3