## WINDOW COVERING MANUFACTURERS ASSOCIATION, INC.

A meeting of the Technical Committee of the Window Covering Manufacturers Association was held at the Hyatt O' Hare hotel on Tuesday, May 3, 1994 pursuant and notice to association members and guests. The following members were in attendance:

| | |
|---|---|
| George Prendergast | All-Teck Plastibec |
| Len Mandel | General Clutch |
| Carol Cooper | Harrison Sample |
| Zeki Tuzman | Home Fashions Innovative Resources |
| Don Fraser | Hunter Douglas |
| Nate Easter | CHF Industries |
| Mike Sitarz | Julius Koch USA |
| Al Levy | Kenney Window Fashions |
| Mark Weppner | Levolor |
| Paul Schnieder | Nanik |
| Paul Josephson | Springs |
| Ralph Jelic | Verosol |
| Clark Eibe | Vytech |

Also in attendance were:

| | |
|---|---|
| Gloria Boghosian | WCMA |
| Peter Rush | WCMA |

OVERVIEW

Chairman Fraser convened by asking for self-introductions and asked Peter Rush to give an overview of the developments with CPSC. Rush explained that a safety alert developed by the WCMA and CPSC was released in 1985, 1989 and in 1993 but that the number of deaths remained high. The CPSC has made the safety of window covering cords a priority and is investigating corrective actions.

Rush explained the Technical Committee's goal is to create a safety standard for future products manufactured. He emphasized that if the standard is approved by ANSI, the CPSC adopt it. Rush mentioned that WCMA has applied for accreditation as a standards writing organization under ANSI and that the application will take roughly four months to process. In the meantime, the WCMA Technical Committee will need to develop a working document.

121

0005012

Exhibit 3
P. 1 of 2

## SAFETY STANDARD OUTLINE

Fraser states that safety can be accomplished in three general ways:

1. passive, no action by installer
2. product which requires installation to make it safe
3. end user to make it safe

### CORD OPTIONS/SCOPE
1. no cords being shown
2. no exposed loop
3. if loop is exposed it must be disengagable
4. loop out of reach
5. single control cord

After considerable discussion, motions were made and seconded on the following items:

1. The technical committee will develop one safety standard which will cover standards for cords on verticals, horizontals and pleated shades
2. The standard's objective will be to reduce the number of deaths a year.
3. The standard will encompass the different environments in which small children may be exposed to under reasonable, foreseeable usage of a product.
4. References to existing standards will be made where necessary.
5. Subcommittees will be formed.

The general outline will cover the following areas:

1. Scope
2. Definitions--i.e., exposed, out of reach, cord, loop, passive, active, environment, reasonable, foreseeing, installation.  Product Types:  horizontal, vertical, pleated, roller shade., drapery, soft shades.
3. General
4. Testing
5. Appendix: i.e., Labeling, Marking

Chairman Fraser appointed Paul Josephson to chair the subcommittee that will develop an outline of a standard before our next meeting.  The subcommittee consists of Mark Weppner, Al Levy and Paul Schnieder.

The subcommittee will submit the WCMA office an outline in which they will distribute to members one week before the next meeting.  Members will bring comments and/or back-up support material to the next meeting.

## NEXT MEETING

Our next meeting will take place on June 1, 1994 in Chicago at the Hyatt O' Hare beginning at 10 AM.

122

0005013

Exhibit 3
p. 2 of 2