

# WINDOW COVERING MANUFACTURERS ASSOCIATION, INC.

355 Lexington Ave. - 17th Floor,; New York, NY 10017   212/661 - 4261

PROCEDURES FOR ESTABLISHING WCMA STANDARDS

The Window Covering Manufacturers Association, Inc. (WCMA) has been engaged in developing product standards since November 1996. In 1997, a policy of offering those standards to the American National Standards Institute, Inc. (ANSI) for its approval was adopted.

The following procedures are for the guidance of WCMA committee members and any interested parties seeking information concerning the process WCMA employs in adopting its standards.

1) Meetings where criteria for standards are being discussed shall be held at least once a year and shall be open to all WCMA members and manufacturers who are not members of WCMA. Notice of such meetings shall be sent to all WCMA members and to identified non-members manufacturers at least 30 days prior to the meeting.

2) When a criterion proposed for adoption is debated, such criterion shall not be adopted unless 75% of WCMA members manufacturing the product or similar functioning product affected vote affirmatively. If not enough members are present to vote, or if negative votes from absent members would reduce a 75% result, a second vote shall be taken by mail.

The number of yes or no votes required for a 75% consensus shall be reduced by abstentions, but not by failure to return ballots. The ballot shall contain a statement requesting members who do not manufacture the type of product involved to abstain. If a member fails to return a ballot by the due date, a follow up notice shall be sent to the member advising that lacking a return of the ballot within 14 days it will be recorded as an abstention.

The primary opponent(s) and proponent(s) of the debated criterion shall prepare a one page position paper statement and those statements shall be circulated with the ballots.

Should a 75% consensus still not result, the matter shall be resolved by appeal as set forth in 14) of these Procedures.

3) Conduct of meetings where votes are taken shall be under Robert's Rules of Order except as otherwise provided in these procedures. The chairman of a WCMA Technical Committee shall conduct the meeting and shall appoint a secretary to record minutes and a parliamentarian. If either appointment or both are not made, the WCMA Executive Director shall act in either or both capacities. Minutes shall contain rationales as to why criteria are adopted or rejected, if such criteria have been debated.

4) Technical Committee chairmen at their discretion may appoint subcommittees to work on specific standards projects. The Technical Committee Chairmen shall appoint a subcommittee chairman who shall be empowered to call meetings of the subcommittee from time to time in order to complete the assignment as directed.

All criteria formulated by the subcommittee shall be presented to the WCMA Technical Committee at a meeting held in accordance with 1, 2 and 3 of these Procedures. Such criteria shall be presented to the WCMA Technical Committee as recommendations to be acted upon by the Committee. If there are any dissenting subcommittee member opinions, they shall be presented to the Technical Committee with reasons for such dissent. Minutes shall be taken at all subcommittee meetings.

5) Technical Committees shall prepare standards incorporating performance criteria where feasible. Material and dimensional criteria shall be avoided unless performance criteria cannot successfully be used in their place. If safety or compatibility with other products is a factor, material and dimensional criteria may then be appropriate. Standards of definitions and terminology are not subject to this requirement.

6) Unless inappropriate, because safety considerations or the state of the art, more than one level of performance shall be established in order for the user to have a choice of performance levels.

7) Appropriate reaffirmation, revisions, or withdrawal of standards shall be made at least every five years.

8) Any WCMA Standard that may for some reason not be submitted to ANSI for approval shall not be circulated outside WCMA.

9) WCMA counsel shall review all WCMA standards prior to publication or submission to ANSI. Counsel shall attend all WCMA Technical Committee meetings when the agenda for such meeting includes items of other than technical nature such as promotional projects, advertising and similar subjects. When controversy over technical criteria occurs, counsel shall be advised and shall give appropriate guidance.

10) WCMA standards shall not contain provisions of an exclusionary nature or that involve practices in restraint of trade.

11) A WCMA member company, upon learning of a safety related omission or defect in any WCMA Standard or WCMA sponsored ANSI Standard, shall bring it to the attention of WCMA for Technical Committee discussion and appropriate revision of the Standard.

12) No company member of WCMA, or any individual representative of such member, shall have the authority to issue an interpretation of a WCMA standard in the name of WCMA, and no company member or any individual representative of such member, shall represent to any person that he has the approval of WCMA to issue such an interpretation.

WCMA will, in appropriate cases, render interpretations. These may be formal or informal. Formal interpretations shall be given in writing and the request for them shall also be in writing. Informal interpretations shall be given orally, and may be requested orally or in writing.

Requests for interpretations shall be made to the WCMA Executive Director. If, in his judgment, a formal interpretation is required, he shall promptly draft a response and circulate it among all WCMA members who manufacture the product or participated in writing the Standard to which the interpretation relates. If a 75% approval in accordance with 2) of these procedures is not obtained, the WCMA Director shall decline to issue the interpretation. If such approval is obtained, he shall issue the interpretations and send copies to all affected WCMA members and all known government bodies and organizations that have adopted the interpreted Standard.

Complete records of matters pertaining to formal interpretations shall be maintained by WCMA for a period of five years.

Rendering of formal interpretations shall in no way be used to supplant the normal WCMA standard development activities.

13) WCMA shall use the U.S. system of weights and measures with a soft conversion to approximate SI units shown in parenthesis.

0029736

Exhibit 4
p. 2 of 4

14) Any standard developed and adopted by WCMA shall be the exclusive property of WCMA. WCMA shall copyright such standards as the same may be revised from time to time and thereafter distribute and sell copies of the standard for its own account. Representatives of member companies who serve on WCMA standards writing committees, as well as their employs, shall be deemed hereafter to have irrevocably assigned to WCMA any rights they might otherwise possess under the Copyright Revision Act of 1976, whether as joint authors or otherwise.

15) In the event that a member of WCMA or any other party shall object to, or otherwise comment negatively upon, a WCMA proposed ANSI standard, the following procedures shall be employed in an effort to resolve the dispute:

a) In the first instance, the WCMA Executive Director shall attempt informally to resolve the dispute in a manner satisfactory to the objecting party and the members of the concerned WCMA Technical Committee. This process shall be conducted in an expeditious fashion such that the ANSI canvass procedures are not unduly delayed, and shall in no event extend beyond a period of sixty (60) days.

b) It is expected that most disputes will prove capable of resolution through the process described in (a) above. If, however, an objecting party believes that a satisfactory result has not been achieved, then such objecting party shall, upon request, have a right to a formal appeal, as herein after provided.

c) Upon receipt of a request for a formal appeal, the Executive Committee of WCMA shall establish an appeal board whose purpose shall be to adjudicate the dispute. The appeal board shall be composed of at least five individuals, each of whom shall recognize the importance of according a fair and complete hearing and shall, in the opinion of the Executive Committee, possess the expertise required to participate meaningfully. To the extent practicable, the individuals selected to serve on the appeal board shall not have commercial interests implicated in the issues being appealed and each panel member shall certify that he or she is able to adjudicate impartially.

d) The appeal board shall accept and consider all written materials submitted by any interested party, and an opportunity for oral argument shall be provided upon request. The appealing party shall submit written materials in support of its position, including a proposal for resolving the dispute, within twenty (20) days after serving the request for appeal. Responsive materials from any interested party shall be submitted within twenty (20) days thereafter. Any additional materials relevant to the appeal will be accepted only in the discretion of the appeal board. Oral argument, if requested, shall occur within thirty (30) days of receipt of all written materials relating to the appeal.

e) The burden of persuasion in the appeal shall rest with the party initiating the appeal. The decision of the appeal board shall be in writing, with a copy sent to all interested parties, and must be subscribed to by at least a majority of its members. If the appeal board rules in favor of the appealing party, the WCMA proposed ANSI standard at issue shall be returned to the appropriate WCMA technical committee for revisions consistent with the appeal board's decision. Thereafter, the standard, as revised, shall within sixty (60) days be voted upon as provided in Technical Committee 2 of these procedures. In the event that the consensus required by Technical Committee 2 is not achieved, the standard will be withdrawn from consideration by ANSI. If the appeal board rules against the appealing party, such party will be advised of the right to take further appeal pursuant to the provisions of ANSI's Procedures for the Development and Coordination of American National Standards.

0029737

Exhibit 4
p. 3 of 4

  f) It is the express policy of WCMA to encourage the satisfactory resolution of disputes pursuant to these procedures so that invocation of the ANSI appeal mechanism is not required.

16) A copy of these Procedures shall be made available to anyone requesting it and without cost.

17) <u>Record retention of all ANSI and WCMA documents for the latest revision of the standards shall be retained for 5 years or until such time as the standard is reaffirmed, the next revision has been successfully completed with the publication of a new revision or the standard is withdrawn.</u>

      Proposed 3 April 1997

0029738

Exhibit 4
p. 4 of 4