## UNITED STATES DISTRICT COURT

## DISCTRICT OF ALASKA

| | | |
|---|---|---|
| THE ESTATE OF APRIL LYNN COX, Et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 3:04-cv-00112 CV (JWS) |
| WINDOW COVERING MANUFACUTERERS ASSOCIATION, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION EXTENDING MOTION RESPONSE DATES BY ONE-DAY DUE TO PROBLEMS ENCOUNTERED IN ELECTRONIC FILING

Plaintiffs' counsel encountered technical problems in the attempted filing of its responses to defendants' three motions of 3/3/2008:

(1) Motion for Summary Judgment;

(2) Motion in Limine to Exclude the Testimony of Stuart Statler; and

(3) Motion in Limine to Exclude the Testimony of Jon Jacobson.

The opposition to summary judgment was timely filed, but without exhibits because this counsel's office could not get the court electronic filing system to accept the larger exhibits. The two in limine oppositions were filed late (the first by 30 minutes), but still without exhibits. Counsel's office has communicated with the court clerk's office and figured out how to solve the problem so that all three oppositions with exhibits can be filed today. Counsel for defendants has agreed to stipulate to a one-day extension (since the one-day extension resulted in the new due date falling on a Saturday, the date for filing would

now fall on the following Monday) until Monday, April 21, 2008. (April 18th was the date set by the court in Document Number 162).

Counsel for plaintiffs has provided a copy of this stipulation to counsel for defendant who has indicated his willingness to join in this stipulation.

SO STIPULATED.

DATED this 21st day of April, 2008.

    s/Don C. Bauermeister
    Don C. Bauermeister
    Burke & Bauermeister PLLC
    921 W. 6th Ave., Suite 250
    Anchorage, AK 99501
    dcblaw@alaska.com
    Attorney for Plaintiffs

DATED this 21st day of April, 2008.

    s/Michael Weiss
    Michael Weiss
    King & Spalding LLP
    1180 Peachtree Street
    Atlanta, GA 30303
    Mweiss@KSLAW.com
    Attorney for Defendant

SO ORDERED.

    _____
    The Honorable John W. Sedwick
    United States District Judge