

**AMERICAN WINDOW COVERINGS MANUFACTURERS ASSOCIATION**

355 LEXINGTON AVENUE, NEW YORK, N.Y. 10017          212-661-4261

Minutes of a Meeting of the

American Window Coverings Manufacturers Association

Board of Directors

April 7, 1990

Stouffer Harbor Place Hotel
Baltimore, Maryland

A meeting of the Board of Directors of the American Window Coverings Manufacturers Association was held on Saturday, April 7, 1990. Present at the meeting were:

Mr. Joe Jankoski - Levolor
Mr. Bob Southard - Verosol, USA
Mr. Joe Cole - Graber
Ms. Lucia Fitzgerald - Carey-McFall
Mr. Carl A. Pope - Wrisco
Mr. Tom Kefor - Julius Koch USA
Ms. Joyce Becherini - B & B Manufacturing
Mr. Bennett Berger - Profile Corporation
Ms. Susan Lang - Nanik
Mr. Peter Rush - AWCMA Executive Director
Mr. Mark Holland - AWCMA Staff
Mr. Ira Marcus - AWCMA Legal Counsel

The meeting was called to order at 9:07 a.m. by Mr. Joe Jankoski, AWCMA President. The first order of business was approval of the minutes of the previous meeting. A motion to approve the minutes was offered by Mr. Cole, seconded by Mr. Southard and unanimously approved.

Executive Director's Report

Mr. Peter Rush provided a financial report to those present. He explained that what appeared to be a deficit in the bottom rail and hang tag category was due to a large order of tags being paid for prior to December 31st but not received in inventory until after January 1st. He further explained that the unusually large expenditure for accounting services was due to an audit by the IRS which found no taxes due or owed. The total AWCMA deficit for fiscal year 1989 was approximately $4,500. The financial report was accepted as offered.

(more)

099                     0005076

EXHIBIT 1

2

Following the financial report, Mr. Rush reported that the association had lost one member (M & B), gained one new member (Holliston). He reported that no results had yet been achieved from membership solicitation of Canadian manufacturers. The membership report was accepted as presented.

Product Innovation Contest

This item was taken out of agenda order due to an appointment by Mr. Southard. Mr. Southard proceeded to explain the concept of a proposed AWCMA-sponsored competition to recognize product innovation. He explained the proposed design criteria and award categories as well as his desire to see the program self funded through registration fees. The program would be open to both members and non-member companies. Several members expressed a desire to see as many companies as possible receive some sort of recognition. Mr. Southard agreed with this desire and stated that the guidelines would be drafted to assure as wide a recognition as possible. It was proposed that the AWCMA staff work with Mr. Southard to develop guidelines by the end of April which would be circulated to all member companies for comment and suggestions by the end of May. A motion to accept the Product Innovation contest as proposed and to proceed was offered by Ms. Becherini, seconded by Mr. Cole and unanimously approved.

Toxicity Testing

Mr. Holland provided the meeting with an update on the Toxicity Testing Program for New York State. He told the Board that Anderson Labs was now 90 percent done with testing and invited the members to review the product test categories which were included in the meeting materials distributed earlier. Also included in the materials were cost breakdowns for each participating companies share of the test costs. A motion was offered by Mr. Cole, seconded by Mr. Berger, to assess non-participating companies at a rate of 2 times cost for registering future products and to assess participating companies at cost for registering future products. The motion was amended to include a proposal that all monies collected after test payment be divided as follows: 50% to be rebated to the original participants in each affected test category and 50% to accrue to the AWCMA fund balance. The motion was unanimously approved. Following the vote, Mr. Holland reported that all participating companies would receive an invoice for the appropriate amount prior to the end of April and he asked that each company give payment of the invoice their prompt attention. A motion to approve the program and billing as presented was offered by Mr. Jankoski, seconded by Mr. Cole and unanimously approved.

Importing & Stuttgart Trade Show

Ms. Becherini provided an update on her efforts to develop business with the European Community through participation in the Stuttgart Window Coverings Trade Show. She reported some success by virtue of her involvement with the Fair and proposed that the AWCMA investigate the possibility of negotiating an increased

0005077

American manufacturer presence at the Fair. Mr. Rush provided the meeting with a report on staff efforts to date in this regard by stating that preliminary contacts have been made with the Show organizers. Mr. Rush reported that a 15% discount on space rates could be obtained but that the U.S. Department of Commerce did not consider the show a major event and as such had no programs to subsidize U.S. manufacturers. Mr. Rush stated that if a sufficient number of companies were interested in participating in the Show, AWCMA staff would continue to investigate the matter with an eye towards creating an American section in the Show pavilion. Both Mr. Rush and Ms. Becherini stated they would contact manufacturer representatives during the remainder of the Baltimore show to ascertain the level of interest. A follow up letter would be prepared for mailing to all member companies following the Baltimore show. Mr. Rush reported that participation would be strictly voluntary with all costs being borne by participating companies with no AWCMA funds being used.

Strangulation Issue

Mr. Marcus provided the meeting attendees with an update on the number of cases involving strangulation on hang cords. Mr. Marcus mentioned the possibility of looking into a database of strangulation litigation cases and all present agreed that this was a good idea.

Statistical Reporting Program.

Mr. Rush reported that both Louverdrape and Del Mar have resigned from the AWCMA statistical reporting program. Mr. Jankowski agreed to speak with Mr. Perkowitz and try to obtain agreement to continue their participation. Possible additional statistical reports such as operating ratio surveys, wage/rate surveys and an annual industrial survey were discussed with no action taken.

Training and Certification Programs.

Mr. Rush reported on a proposed educational and certification program under the auspices of the National Decorating Products Association. Such a program being operated under the auspices of the AWCMA was discussed but the general consensus was that enough programs of this type already exist and that no AWCMA money should be expended on duplicative efforts. A motion to this effect was offered by Mr. Cole, seconded by Ms. Becherini and passed by unanimous vote.

Trade Name Database

Mr. Rush reported that AWMCA efforts to solicit trade names from the industry have not been very successful. Ms. Becherini offered the suggestion that staff attempt to compile such a database using the annual products directory published by Draperies and Window Coverings Magazine. This suggestion was agreed to by all present and staff was directed to investigate further.

(more)

4

### Old Business

Mr. Rush reported that the office had a surplus inventory of "Window Coverings for a Change" booklets left over from an industry promotion effort. He offered to make the supply available to interested companies for the cost of shipping. Several companies expressed interest and Mr. Rush promised to forward the materials as soon as possible.

### New Business

The only item of new business offered was a vacancy on the AWCMA Board of Trustees. Mr. Cole placed the name of Ms. Susan Lang of Nanik in nomination. The nomination was seconded by Ms. Becherini and approved by unanimous vote.

### Adjournment and Next Meeting

The question was raised by Mr. Rush as to how the Board wanted to handle the time and place of the next meeting. A suggestion was offered by Mr. Rush that the Board might want to consider meeting at a time and location separate from industry events. There was some discussion on this matter and the Board directed AWCMA staff to poll the various Board members by mail to determine the majority opinion. Mr. Rush stated that a letter to this effect would be mailed out in the near future.

There being no further business, a motion to adjourn was offered by Mr. Cole, seconded by Mr. Berger and approved by unanimous vote. The meeting was adjourned at 11:08 a.m.

Respectfully Submitted,


Mark J. Holland
AWCMA Staff