THE JOHN J. FRANK PARTNERSHIP
ATTORNEYS AT LAW
THE BOATMEN'S TOWER
100 NORTH BROADWAY
SUITE 850
SAINT LOUIS, MISSOURI 63102
(314) 421-2811
FAX (314) 421-3121

JOHN J. FRANK
TONI GRIESBACH
MARY COFFEY

September 5, 1990

American Window Covering
   Manufacturer's Association
355 Lexington Avenue
New York, NY 10017

ATTN: PETER RUSH, EXECUTIVE SECRETARY

Dear Mr. Rush:

    As you may or may not be aware, I am an attorney that represented a family whose 18 month old son was killed on October 5, 1986, when he was accidently entangled in a cord on the back of a woven wood shade. My client's lawsuit was just recently settled.

    I am writing at this time to urge you and your organization to expand your efforts in warning the general public about the dangers posed by cords on window coverings. I realize that most of the members of your organization initiated warnings regarding pull cords in the past two years. These efforts are commendable, but I am afraid they don't go quite far enough. In fact, limiting warnings to "pull cords" may be misleading.

    In the particular case that I handled, the parents were aware of the danger of pull cords and, in fact, placed the crib at the opposite end of the window from where the pull cord was located. The window shade was 8 feet long, and so the child's crib was approximately 7 feet away from the pull cord. The child became entangled in what was referred to as a "support cord" on the back of the woven shade. His crib overlapped the shade by only several inches, but he got behind the shade to look out the corner of the window and became entangled and was unable to free himself. His parents found him at the end of his nap.

001

0005087

EXHIBIT 3

Page 2
September 4, 1990

This "support cord" was an even more insidious danger than the "pull cords" because the support cord was hidden from view. The cord did not even show from the front, when the shade was rolled up because the shade flapped up in such a way that the cords were invisible.

In my opinion, as well as the opinion of the expert safety analyst that consulted with me in this case, limiting warnings to simply the "pull cord" is insufficient because parents will be mislead into thinking that the pull cord is the only danger on a window covering when, in fact, all cords on window coverings are potential strangulation hazards to young children. During our investigation of this particular case, we learned that the cording on many models of venetian blinds and mini blinds can be pulled out away from the blinds to form a noose-like strangulation hazard, even though the cording is threaded to each individual slat. This can occur when the blinds are in the completely lowered position because in some models, there is no tension on the cording when it is in that position.

It would seem a simple matter to re-word the existing warnings to include "cording on all window shades or drapes, including cording on the back and cording running through the slats". Our safety analyst believes that this type of warning should be included in the installation instructions with the diagram, as well as on hanging tags attached to pull cords, cording on the back and threaded cording through slats. He also feels that a permanent label should be affixed to the headrail on each product.

I hope you will discuss these issues with your members and recommend that they take action immediately. It would certainly be better for the industry if the industry policed itself on these matters.

I would appreciate any comments you care to make in response to this letter.

Very truly yours,

Toni Griesbach

TG/ldr
CERTIFIED RETURN
RECEIPT REQUESTED
cc: Hannoch Weisman

002

0005088