Special Report

# Making the World a Safer Place
By Linnéa C. Addison

The Consumer Product Safety Commission (CPSC) is aware of at least 118 deaths related to young children becoming entangled in pull cords for window coverings between 1981 and 1991. Deaths have continued despite a warning first issued to parents in 1985.

The CPSC and the Window Covering Manufacturers Association (WCMA) have again warned parents about the danger of accidental strangulation, urging parents to keep cords out of the reach of young children by tying or hanging cords at or near the top of window coverings. But beyond advising means to secure the cords out of children's reach, the CPSC and the WCMA are working together to develop safety devices which are part of the window covering itself.

O.B. Kelley, vice president of sales for Hunter Douglas, Inc., and current president of the WCMA, stresses the involvement of the entire industry in this concern. The WCMA is working voluntarily with the Consumer Product Safety Commission to make safety devices available. According to Kelley, safety devices will also be developed to "retrofit" existing products, so consumers need only update their present blinds.

While Hunter Douglas has already developed the Breakthru™ safety tassel and offered it to many manufacturers under a licensing program, Kelley notes that the number of fatalities that have already occurred involving loop cords requires all manufacturers of such products to become involved. "It's a clear signal that anyone involved with products with cords attached at the window should take positive steps to ensure that product is safe from the standpoint of its past history." However, he cautions, "We cannot forget the many, many units that come in from overseas.... All who share in the sale should share in making this safety feature available."

In April, Del Mar Window Coverings went into tooling on their introduction of a safety tassel that breaks apart when any pressure is placed on the cord tassel. The product is scheduled to be released this summer and will also be available in separate packaging to suit products already sold. "We've been working on this for about two years," says Joe Cole, president of Del Mar, expressing all manufacturers' concern that no one wants to see lives unnecessarily lost as the result of entanglement in cord tassels.

Pat Nugent, vice president of marketing for Levolor, states that his company is also working to develop a safety device, particularly for horizontal blinds. "Rather than one specific breakaway tassel, I anticipate there will be a

performance standard set that could be met by a breakaway tassel or by multiple tassels or by some other device that separates under pressure," he says.

Indeed, the Window Covering Manufacturers Association has already begun work on ANSI (American National Standards Institute) safety standards for window coverings products. According to Peter Rush, executive secretary for the WCMA, the technical committee will actually be involved in writing the standard on a performance basis, meaning it will explain what the product has to do, but it will not tell manufacturers how to make the product. When the ANSI standard is approved, it will be adopted by the CPSC.

While the standards and new products are currently in development stages, an important aspect to recognize is that the public needs to be informed of not only the danger but also the available solutions to the problem. Although the Consumer Product Safety Alert may get temporary press attention, the goal of the CPSC and the WCMA is to work together to prevent any future accidents from happening, and this objective needs industry support.

George Prendergast, sales and marketing manager for All-Teck, emphasizes the importance of a passive tag program in marketing their product Secur®. The product, introduced about a year ago, is called a windup, retracting cords of different lengths from different types of window products into itself, essentially "digesting" the cord to keep it out of reach. "The passive tag program is the important element in the sale," Prendergast explains. "It informs the consumer at the point of purchase. It's passive because it doesn't involve the participation of a salesperson."

But designers and retailers also need to be aware of the product options currently available and those in development. By informing clients of the dangers associated with window covering cords and then explaining how such dangers can be eliminated, window covering professionals perform a valuable service.