

**WINDOW COVERING MANUFACTURERS ASSOCIATION**

355 LEXINGTON AVENUE, NEW YORK, NY 10017-6603   212-661-4261   FAX 212-370-9047

**PLEASE DELIVER 12 PAGE(S):**

**TO:** WINDOW COVERING MANUFACTURERS

**FROM:** PETER RUSH, EXECUTIVE DIRECTOR

**DATE:** SEPTEMBER, 1994

**RE:** WINDOW COVERING SAFETY COUNCIL

---

The Window Covering Safety Council and the U.S. Consumer Product Safety Commission are working to eliminate the strangulation hazards for window covering products. The hazard is primarily though not exclusively the looped cord. The only approved methods from CPSC in the United States to date are:

1. Cut cord - attach individual loops to the end of each cord
2. Hunter Douglas Break-Thru™ tassel

For pleated and cellular shades:

1. Length stop device at the head rail with only a single cord from the headrail. (This is only an interim solution.)

We will send to Mary Hill the official warning as soon as it is available.

The Window Covering Manufacturers Association is the manufacturing association for companies in North America who manufacture window coverings. We encourage you to join to take advantage of all the benefits. Enclosed is some material on the association.

0012491

062

EXHIBIT 7