December 22, 1995

Mr. Michael A. McCullough
Window Concepts
99 Wayland Ave.
Providence, RI 02906

Dear Mr. McCullough:

In 1994, the window covering industry confronted the potential hazard of window covering products to young children. Through a combined effort, the industry prevented a recall of the products and negotiated some time to effectively modify its products.

In 1995, the number of deaths from window coverings has not diminished significantly. As such, the Consumer Product Safety Commission feels that the current level of public education and information must continue. In addition, the retrofit program for problem blinds sold prior to the production change must be continued.

The process of modifying product is not over. In fact, the production changes anticipated for vertical blinds and new warning labels are already in the works.

While I appreciate the concerns you have regarding costs, you and your manufacturers must look at this issue based upon the potential liability and other costs you will incur not participating in this program. Our costs for 1996 are 50% less per unit than in 1995. I urge you to consider all the potential ramifications of non-participation in the next year of the program.

Sincerely,


Peter Rush


0024386

WC  2963

083

EXHIBIT 9