

**U.S. CONSUMER PRODUCT SAFETY COMMISSION**
WASHINGTON, D.C. 20207

February 23, 1996

FAX: (212)370-9047

Mr. Peter Rush
Executive Director
Window Cover Safety Council
355 Lexington Avenue
New York, New York  10017-6603

Re: <u>Corrective Action Plan for 1996</u>

Dear Mr. Rush:

    Congratulations to you and the WCMA technical committee on its completion of the safety standard for corded window covering products! I look forward to seeing the version which will be reviewed by the canvass committee. As soon as the canvass list is available, please provide a copy of the list to Renae Rauchschwalbe.

    As was discussed during the voluntary standard conference call, the staff continues to have concern about the use of a stop ball with a looped cord above the ball as a method of addressing multiple corded products. This does not address loop exposure when the window covering is open. Ann Brown, Chairman of CPSC, has asked that the staff monitor industry's progress in addressing this problem especially with regard to the testing or modification of the cord shroud. We will be requesting an update from the industry in three months and again after six months.

    As we discussed with you last November, it is now time to begin "gearing-up" for the second phase of the WCSC's corrective action plan. Since the October 4, 1994 CPSC/WCSC press conference, the staff has received reports of fourteen deaths (two in 1994, eleven in 1995 and one in 1996) and one serious near strangulation (in which a child lost both his sight and hearing). The staff believes that the WCSC's information and education campaign is crucial in reducing the number of child strangulations associated with window covering cords.

    Enclosed for your information is a summary of the most recently reported incidents beginning about one year prior to our joint press conference (October 22, 1993) through our latest incident (February 4, 1996). A review of the information we have on the seventeen incidents reported prior to the press conference indicates ten children were found in regular pull cords (length varies), three were found in continuous looped cords (length

WC 0203
0027399

020

EXHIBIT 10