# WCMA 100.1
## STANDARD FOR SAFETY OF CORDED WINDOW COVERING PRODUCTS

### ANSI CANVASS LIST

|  | Interest Category | Vote |
|---|---|---|
| Donald V. Vasos<br>10 Cambridge Place, Suite 200<br>Kansas City, KS 66103-1334 | Interested Consumer | Abstain |
| John and Arlene McGinnis<br>6855 Bright Street<br>Cocoa, FL 32929 | Interested Consumer | Not Returned |
| Judy Pickett<br>American Society of Interior Designers<br>608 Massachusetts Ave., N.E.<br>Washington, DC 20002 | Professional Trade Assoc. | Affirmative |
| Mike Scott<br>Home Depot<br>2727 Paces Ferry Road, NW<br>Atlanta, GA 30339 | Retailer | Affirmative |
| Alan Holland<br>JC Penney<br>6501 Legacy Drive<br>Plano, TX 75024 | Retailer | Affirmative |
| Ronald Gitkin<br>Jencraft Corporation<br>1 Taft Road<br>Totowa, NJ 07512 | Manufacturer | Not Returned |
| Les Kenney<br>Kenney Manufacturing Co.<br>1000 Jefferson Blvd.<br>Warwick, RI 02886 | Manufacturer | Not Returned |
| Lance Fritz<br>Kirsch<br>309 N. Prospect Street<br>Sturgis, MI 49091 | Manufacturer | Affirmative |

0019357

028

EXHIBIT 12

WCMA 100.1
ANSI Canvass List
Page Two

| | Interest Category | Vote |
|---|---|---|
| Tom Johnson<br>K-Mart<br>3100 West Big Beaver Road<br>Troy, MI 40884-3163 | Retailer | Affirmative |
| Diane Capvano<br>National Decorating Products Assoc.<br>1050 N. Lindbergh Blvd.<br>St. Louis, MO 63132-2912 | Professional Trade Assoc. | Not Returned |
| Michael Walsh<br>    Affirmative<br>Newell Window Furnishings<br>916 S. Arcade Ave.<br>Freeport, IL 61032 | Manufacturer | |
| Michele Isaacson<br>Sears<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Retailer | Affirmative |
| Paul Josephson<br>Springs Window Fashions<br>7549 Graber Road<br>Middleton, WI 53562 | Manufacturer | Affirmative |
| Renae Rauchschwalbe<br>    Affirmative<br>U.S. Consumer Product Safety Comm.<br>Washington, DC 20207 | Interested Consumer | |
| Jack Fox<br>Window Covering Association of America<br>825 S. Waukegan Road, #A8-111<br>Lake Forest, IL 60045-2665 | Professional Trade Assoc. | Affirmative |



# U.S. CONSUMER PRODUCT SAFETY COMMISSION
WASHINGTON, D.C. 20207

February 23, 1996

FAX: (212)370-9047

Mr. Peter Rush
Executive Director
Window Cover Safety Council
355 Lexington Avenue
New York, New York  10017-6603

Re: <u>Corrective Action Plan for 1996</u>

Dear Mr. Rush:

   Congratulations to you and the WCMA technical committee on its completion of the safety standard for corded window covering products! I look forward to seeing the version which will be reviewed by the canvass committee. As soon as the canvass list is available, please provide a copy of the list to Renae Rauchschwalbe.

   As was discussed during the voluntary standard conference call, the staff continues to have concern about the use of a stop ball with a looped cord above the ball as a method of addressing multiple corded products. This does not address loop exposure when the window covering is open. Ann Brown, Chairman of CPSC, has asked that the staff monitor industry's progress in addressing this problem especially with regard to the testing or modification of the cord shroud. We will be requesting an update from the industry in three months and again after six months.

   As we discussed with you last November, it is now time to begin "gearing-up" for the second phase of the WCSC's corrective action plan. Since the October 4, 1994 CPSC/WCSC press conference, the staff has received reports of fourteen deaths (two in 1994, eleven in 1995 and one in 1996) and one serious near strangulation (in which a child lost both his sight and hearing). The staff believes that the WCSC's information and education campaign is crucial in reducing the number of child strangulations associated with window covering cords.

   Enclosed for your information is a summary of the most recently reported incidents beginning about one year prior to our joint press conference (October 22, 1993) through our latest incident (February 4, 1996). A review of the information we have on the seventeen incidents reported prior to the press conference indicates ten children were found in regular pull cords (length varies), three were found in continuous looped cords (length

WC 0203

0027399

020

stays the same during operation), and in four of these incidents, type of cord has not yet been determined. For the nineteen incidents reported after our joint press conference (five were near-strangulation incidents), again, ten children were found in regular pull cords (length varies), six were found in continuous looped cords (length stays the same during operation), and in three of these incidents, the type of cord has not yet been determined.

Additional information about the three pre-press conference continuous looped incidents indicates they all occurred in vertical blind chains; one of these chains controlled the slat rotation while the function of the other two chains was not determined. The six continuous looped incidents occurring after the press conference included four in the chains of vertical blinds and two in the continuous looped cords of pleated/horizontal window coverings. The function of the chain in one of the chain incidents was to rotate the slats, the function of the chain in another incident was to draw the blinds, while the function of the other two chains was not determined.

Needless to say, with this surge in the number of reported incidents associated with continuous looped chains and cords, the staff believes it is absolutely necessary for the industry to begin addressing this noose-like hazard. It is our understanding that in addition to providing free tassels and instructions to consumers who call the toll-free 800 number, the WCSC is now providing free cord tension devices for consumers to place on continuous looped cords already in consumer's homes. Please provide a date by which new production of window coverings with continuous looped cords will contain "permanently" attached tie-down devices (or other hazard reduction devices, i.e., cord shear or cord covers) on continuous looped cords upon sale to consumers.

Chairman Brown has informed me that she is interested in having a second press conference with the WCSC announcing the date when new production of window coverings with continuous looped cords will be modified to prevent child strangulations. She is aware that the voluntary standard addresses this hazard but that it will be months before the standard is published. To save lives, time is of the essence. Industry must begin addressing the noose-like strangulation hazard presented by continuous looped window coverings now.

A press conference will also be the opportune time to reiterate the information and education campaign already in progress. Just as in 1995, the 1996 program should focus on a toll-free 800 number which consumers can call to obtain free tassels and instructions for regular pull cords. In addition, the 1996 program will include the availability of free tension devices for continuous looped cords. Also, unlike last year, the staff agrees with the WCSC to have point-of-purchase posters with tear-off information (including the toll-free 800 number) at

Mr. Peter Rush
Page 3

retailer counters and at other conspicuous locations. These point-of-purchase posters will replace the boxes of free tassels and instructions that were at retail stores during 1995. We also expect the WCSC to continue its electronic media and print coverage of the campaign. The CPSC staff, including the Chairman, will continue to work with the WCSC in its efforts to reach the public. Hopefully, together, we can increase consumer awareness by the end of 1996.

The Compliance staff realizes that, for the program to be a success, all industry members must participate. We are hoping that all domestic manufacturers and importers will see the benefit of a group program and voluntarily participate. However, if necessary, we will meet with individual manufacturers or importers to discuss their participation. The refusal of a company to initiate a voluntary corrective action plan to recall, repair or replace a defective product which presents a substantial risk to consumers may result in the Commission issuing a complaint against that company.

Again, my staff and I are available to work with you in the coming year on your updated campaign. The staff looks forward to meeting with you and the WCSC on March 5, 1996 in Chicago or preferably, in Bethesda or New York.

Sincerely yours,

Marc J. Schoem
Director
Division of Corrective Actions

Enclosure