

**WINDOW COVERING SAFETY COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel: 212 661-4261
Fax: 212 370-9047

Contact: Barbara Miller
Sumner Rider & Associates
1828 L Street, N.W. #402
Washington, D.C. 20036
(202) 232-0464

FOR IMMEDIATE RELEASE
January 15, 1997

## Window Covering Industry Introduces Safety Designs; Dovetails with Campaign to Childproof Window Cords

America's window covering industry has announced a series of design changes to eliminate or reduce the potential strangulation hazards posed to young children by looped window cords.

The Window Covering Safety Council (WCSC) -- a coalition of major U.S. firms that manufacture, import and sell window coverings -- said the manufacturing design changes dovetail with the industry's national cord-safety campaign encouraging parents to check and childproof their window cords.

Since 1990, more than 100 infants and children have accidentally died by strangling in looped window cords. In late 1994, WCSC launched an intensive national campaign to increase consumer awareness of this potential child safety hazard. The program, now in its third year, is being carried out in cooperation with the U.S. Consumer Product Safety Commission.

WCSC Executive Director Peter Rush said the latest changes, developed by the window covering industry and approved as a national standard by the American National Standards Institute (ANSI), calls for tassels, release cords or shear devices to eliminate or separate cord loops; tension or retraction devices to keep looped cords taut; sheaths for shielding exposed cord loops, and warning tags and labels.

Rush said he anticipated that most new window coverings incorporating the design changes would be available by mid-1997. The safety changes affect horizontal, vertical and roll-up blinds, cellular, pleated, Roman and roller shades, traverse drapery rods. In early 1995, the industry eliminated the looped cord configuration from all two-corded horizontal blinds and cellular and pleated shades.

(More)

WC 0500

0005200

053

EXHIBIT 13

2--window cord safety

"Although the window covering industry has made tremendous strides in developing safer products, the true key to reducing looped cord hazards resides with greater consumer awareness of cord safety," said Rush. "That's why WCSC has pledged to vigorously pursue its national cord-safety education campaign throughout 1997."

Rush said WCSC will also continue to provide free cord tassels and tie-down devices for reducing looped-cord hazards to anyone phoning its toll-free hotline at **1-800-506-4636**.

Most cord-entanglement incidents occur with children between the ages of 8 months and 3 years; their natural curiosity draws them to the dangling loops of window cords. Of particular concern are cords within reach of a child's crib or at a window that can be reached by climbing on furniture. Beyond that, window-cord deaths appear to defy categorization, generally cutting across demographic and socioeconomic lines.

Although solutions to eliminating loop hazards vary by cord style and design, WCSC says most older blinds and shades can be fixed by cutting the cord loop just above the pull tassel, and placing separate tassels at the ends of the resulting two cords. For continuous-loop products like vertical blinds and certain draperies, a tie-down device that pulls the cord tightly to the floor, wall or window jamb is recommended. In addition, both WCSC and safety officials urge parents to move cribs and other furniture away from windows

To date, WCSC has given away more than 1 million free cord tassels and tie-down devices, as well as informational brochures and posters to requesting individuals and group organizations. WCSC also operates a websight -- www.safeblinds.com -- where consumers can learn how to check and childproof their window coverings for cord hazards.

WCSC-member companies include 3-Day Blinds, Inc., All-Strong Industries; All-Teck/Plastibec; Arley Merchandise, Coastal International/Arlee; Custom Craft; Home Depot; Hunter-Douglas, Inc., JC Penney, Jencraft Corporation, Julius Koch USA inc.; Kenney Manufacturing Company; Kirsch, K Mart, and Levolor Home Fashions Inc  Also included are Lewis Hyman, Lowe's; Marietta Drapery & Window Covering; Montgomery Ward; Newell Window Furnishings; Rollease, Inc.; Springs Industries; Tehdex; Verosol USA Inc.; Vista Products; Wal-Mart Stores, Inc., and Window Concepts.

###