# Urgent

March 31, 2000

TO:     Window Covering Safety Council
From:   Peter Rush, Executive Director
Re:     CPSC and New corrective action

I just received a call from the CPSC regarding another death by strangulation. There have been two deaths already in 2000. CPSC Chairman, Anne Brown, visited the family of one of the children today. CPSC is concerned that since the voluntary corrective action went into effect in 1994, there have been 60 deaths.

CPSC is determined to relaunch the effort on window cords including the new issue of the interior cord. My understanding from CPSC is that they will expect product modification, expansion of the retrofit give-away and a major increase in our information and education program.

Many companies have not focused on this issue for a number of years. However, significant government action is very likely in the near future. I hope each company can once again delegate a person to work with us so that any action is fair, achievable and aimed at solving the problem. Call the office Peter (212-297-2101) or Maria (212-297-2124) if you would like to discuss this further.

If you have not paid your 2000 dues assessment, please process immediately.



0011308

075

EXHIBIT 16