**WINDOW COVERING SAFETY COUNCIL**



355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel: 212 661-4261
Fax: 212 370-9047

April 3, 2000

TO:   Window Covering Safety Council
From: Peter Rush, Executive Director
Re:   USA Today

Enclosed is a copy of today's USA Today. I think the article is self-explanatory. I expect to receive a call tomorrow from Alan Schoem, CPSC to discuss potential retrofit options for the in the loop issue, changes in new production as well as what the industry is planning to do to increase consumer awareness of the danger of cords in window coverings. I have also been requested to provide CPSC with a list of companies participating in the industry education and information efforts.

Please give this issue your prompt attention.

0023790            WC  2366

108

EXHIBIT 17

04/03/00  14:06:42  Via Fax          ->        9739927864 Ira Marcus          Page 002

# Child dangers ignored

## 17 firms kept problems quiet

By Jayne O'Donnell
USA TODAY

Monday, April 3, 2000

**USA TODAY** — THE NATION'S NEWSPAPER — NO. 1 IN THE USA

Since 1997, at least 17 companies kept quiet about products that were seriously injuring children until the government stepped in, a USA TODAY investigation finds.

The makers of cribs, infant carriers and other children's products heard complaints — sometimes thousands — from parents. They conducted internal investigations but never told the owners of the products or the government.

In fact, an analysis of government documents shows that problems with 75% of the most dangerous children's products recalled during the past three years were not reported to the government until the Consumer Product Safety Commission, often alerted by consumers, got involved.



► When safety is delayed. Special report, 1B

Today, the commission plans to announce a $400,000 civil penalty against Hasbro for waiting until it had 12 reports of handles unlatching on infant carriers — causing seven skull fractures — before telling the agency about the problem. The carriers were recalled in 1996. Hasbro denies wrongdoing and says it settled the matter to avoid prolonged legal proceedings.

Cosco, a maker of children's products, also might wind up in court on charges it ignored reports about four products, including a crib mattress that the safety commission says trapped 12 babies, killing one. If negotiations fail, the commission could sue Cosco.

Cosco says its recent recalls have involved "complex legal and interpretative issues" and often didn't involve serious injuries.

Hasbro is the sixth children's product company to face civil penalties since early 1998 because regulators say they waited too long to report safety hazards — or never told the government at all.

0023791

WC  2367

109

04/03/00 14:07:17 Via Fax    9739927864 Ira Marcus    Page 003

## Special report



**78 children hurt**
Century TravelLite Sport stroller
CPSC says:
- 1,400 reports of collapsing strollers
- 78 injuries
- Century had 560 reports and 29 injuries, before reporting the problem
- Recalled in April 1997



**7 skull fractures**
Playskool Fold N' Travel infant carrier
CPSC says:
- Seven skull fractures; one infant fell on face
- Hasbro waited four years to tell government
- Recalled in July 1996



**200 children hurt**
Cosco Geoby Two Ways tandem stroller
CPSC says:
- 3,000 lock failures
- More than 200 children injured, including fractures and head injuries
- Cosco never voluntarily reported problem
- Recalled in February 1999

# Suffering in silence

### From unsafe strollers to cribs, companies fail to report flaws that amputate fingers, fracture skulls

By Jayne O'Donnell
USA TODAY

Alexia Weber was pushing her two children along a South Lyon, Mich., street two years ago when the stroller they were riding in collapsed. Weber, relieved that the 3-year-old girl and 1-year-old boy were not hurt, assumed that she had done something wrong.

Only later did she learn that hundreds of other parents had experienced the same problem with their Cosco strollers — and many were not so lucky. Their children suffered head injuries, broken bones and cut fingers.

To Weber, the most disturbing news was that the Consumer Product Safety Commission says Cosco knew about those incidents but hadn't alerted parents to the potential danger. Cosco didn't tell CPSC about the problem until the agency learned of it on its own. And it didn't recall the stroller until February 1999 — at least a year after it began receiving what turned out to be 3,000 complaints about stroller locks failing and more than 200 injury reports.

This is a pervasive problem in a wide range of products used by children, a USA TODAY investigation shows. Product manufacturers frequently conduct internal investigations but remain publicly silent as complaints about alleged defects pile up. In the past three years, 75% of the most dangerous problems that led to recalls were never voluntarily reported to the government. During that period, there were at least 17 cases in which products stayed on the market while the company gathered reports of children suffering everything from lost fingers to brain injuries, an analysis of CPSC data shows.

"If I had known what happened to the other kids, I wouldn't have bought the thing," says Kristine Kwiecinski, whose 5-week-old son was dumped out of a Playskool carrier four years after CPSC says Hasbro began collecting reports of skull fractures. A lock on the handle could fail, turning the carrier upside down.



Unsuspecting parent: Weber was pushing Katelynn, left, and Nicholas in a stroller when it collapsed. She was pregnant with Meghan, front, at the time.

pay the government $400,000 in civil penalties because, the agency says, it delayed reporting the carrier problem. Hasbro denies any wrongdoing and says it settled the matter to avoid prolonged legal proceedings.

Lawyers for Cosco and other child-product makers blame vague CPSC reporting rules and say it's difficult to know when complaints stem from a defect or owner misuse.

"Federal law says a company must notify CPSC if it receives information that "reasonably supports the conclusion that its product creates an unreasonable risk of serious injury or death."

In the Cosco case, the company didn't think it

0023792

WC 2368

110

04/03/00  14:08:32  Via Fax    ->    9739927864  Ira Marcus    Page 004

## ome product akers kept ium for years

### special report



On the lookout: CPSC Chairman Ann Brown, director of recalls Marc Schoem, left, and his brother Alan, director of compliance, said several of the products that the agency discovered on its own were unsafe.



0023793    WC 2369

TOTAL P.05

111