| | | |
|---|---|---|
| CONSUMER PRODUCT SAFETY COMMISSION<br><br>PRODUCT SAFETY ASSESSMENT REPORT<br><br>DRAFT - FOR OFFICIAL USE ONLY - DRAFT | PSA NO: 0468.00 | FOER |
| | CASE No: None | |
| | Requester: Renae Rauchschwalbe | |
| | SAMPLE No: | |
| | CPSC SEAL None | |
| | IDI No: None | |
| PRODUCT: Cord stop | FIRM: Safeco Industries, Inc. | |
| REQUEST: Evaluate product to determine if it prevents strangulation in the internal cords of window coverings. | | |
| POTENTIAL HAZARD: Strangulation | | |
| Prepared by: Caroleene Paul, ESME | DATE: 04-05-00<br>EXT: x - 1292 | Reviewed by:<br>Troy Whitfield, ESME | DATE: 04-05-00<br>EXT: x - 1318 |

### Background:

During normal use in a typical horizontal window blind, two blind cords are used to pull a bottom rail (and all the slats above) to a desired height. The bottom rail is then held in place by way of a locking mechanism in the headrail that pinches the blind cords. To lower the blinds, the locking mechanism is disengaged, and the bottom rail is allowed to drop by its own weight. When the blinds are fully lowered and the bottom rail is at its lowest point, the locking mechanism in the headrail is not engaged. At this point, the blind cords can be pulled from between the slats and past the cord lock to form a loop as seen in Figure 1. There have been documented cases of child strangulation in the loop formed by the "internal" blind cords.

A generic solution to the loop formed by the "internal" blind cords is a means to prevent the blind cord from being pulled past the cord lock mechanism in the headrail.

### Product Description:

The product is a small plastic washer. Three sample types/materials were provided: PC (polycarbonate), Acetal, and Delrin (a brand name for Acetal). Both the PC and Acetal washers have an outer diameter of .365", inner diameter of .13", and thickness of .11". The Delrin washer is smaller with an outer diameter of .305", inner diameter of .13", and thickness of .12".

The product is secured to the blind cord at a distance just below the locking mechanism on the headrail, and is physically too large to pass through the locking mechanism (thereby preventing the blind cord from passing as well).

0022550

WC  1905

003

EXHIBIT 18



FIGURE 1. CORD STOP.

0022551

WC 1906

**Assessment:**

Engineering staff tied the cord stops onto a blind cord per the instructions provided by the manufacturer in Figure 2. The cord stops were tied at a distance approximately 1 inch from the headrail. In all cases, the cord stop prevented the blind cord from being pulled from the internal slat side through the locking mechanism.

Tying the cord stop/washer onto the blind cord via a loop is a secure means of attachment. However, the user must consciously tie the washer onto the blind cord at a location that will not allow enough cord to pass through the locking mechanism to form a loop.

A loop can be formed on the slat side if the blind cord is pulled from between the slats above the bottom rail. This motion would pull the bottom rail up, and the slack in the cord could form a loop; however, this scenario is unlikely.

**Conclusion:**

All three types of washers/cord stops were effective in preventing the window blind cord from being pulled from between the slats of the blinds and through the headrail locking mechanism. The only loop created was achieved by pulling the blind cord between the slats well above the bottom headrail, pulling the bottom headrail up, and allowing the slack to form a loop. While the cord stop cannot prevent this scenario, it effectively prevents the more plausible scenario of a loop caused by the slack in pulling the blind cord through the locking mechanism of the headrail.

0022552

WC  1907

005



Insert cord(s) loop into cord stop. The cord stop can be varied in outer shape but must have a continuous inner open shape to allow for cord insertion. Bring tassel through the created loop and pull down on the tassel. This will create a virtual knot that is adjustable.

FIGURE 2.   CORD STOP INSTRUCTIONS

0022553

WC  1908

TOTAL P.07

006