5/5/00
Peter Rush
— 212-297-2122
    2101 Peter
    2124 Maria

0024021

→ Doesn't pass the choke test

* Peter — 180 days to change new production of imported blinds
  — for 6 months no internal cord production
Alan — sticker label on outside
    Fix w/ warning on package
    Fedex type package?

WC 2597

Peter — if not installed at OEM
    3 million + on water
  — 50,000 ordered on retrofit
    program w/ 2 weeks
  — all that attended the mtg will put into production
  ① can we get on shelves faster
  ② can we put fix in the boxes?
Alan — Recall to repair
    Imminent Hazard Issue
  — Niemade — last mfr of imp blinds
    Call Alan
  — Mexican _____ (172)
    Existing Inventory (Problem)

094

EXHIBIT 19

Blind Cords

Recall to repair — 1-800# call a "Recall" to repair
As soon as internal cord fix is available it must be attached to (inserted in box) for all new production with CPSC approved instructions on what it is for and how to use it.
Vehicle to reannounce — old looped cords or
Inventory in stores must be fixed or fix inserted into or attached to boxes with instructions to prevent the type of death as occurred in Chicago (some new, some old blinds)

Posters in stores, preferably at cash registers

Pediatrician poster

Reinvigorated Information & Education campaign

6/2/2000
* buy new blind.
Peter — can we advertise cordless
Alan — yes
Peter — "Recall" a legal term
Alan — helps publisize — media understands
Peter — importers & retailers will resist. 90 days of products on sea
 — 40 million  — 3-4 million
Alan — staple fix kit —
  Nien Made — biggest mfgr of blinds
  imports some of their own —
  not importer of record
Peter — commit to make change over — get date w/in next week
  Will talk to them about logistics
Alan — Fix. Instructions. Warning on box

166

WC 2591

0024015

093