

355 LEXINGTON AVENUE, NEW YORK, NY 10017-6603    212-661-4261    FAX 212-370-9047

Organized in 1985, WCMA represents the interests of the window covering industry. WCMA has two membership divisions: Manufacturers and Associates. Membership in the Manufacturers Division is limited to companies engaged in the business of manufacturing or assembling interior or exterior window covering products. The Associates Division includes members whose companies are not eligible for membership in the Manufacturers Division, but are interested in the welfare of the window covering industry. Suppliers of goods and services to manufacturers comprise many of the members in the Associates Division.

For the past six years WCMA has conducted its annual Product Innovation Awards Program. The program recognizes design creativity, technical advancement, and overall innovation in the products and services of the window covering industry during the previous year. This past year WCMA received 38 entries in the following seven product categories: Horizontal Blinds, Verticals, Cellular Shades, Wood Products/Shutters, Decorative Hardware, Merchandising, and Specialty Applications. In each category, the impressive panel of judges could recognize entries for Best New Technical Innovation, Best New Style Concept, Most Innovative Overall Design, and Honorable Mention. Photographs from all entries were displayed and the winners were honored at The World of Home Fashion Show, March 29-31, 1996, at the Indiana Convention Center. This year product photos from all participants will be displayed at the International Window Fashions Expo at the Georgia World Congress Center in Atlanta, Georgia.

WCMA maintains an extremely active government relations effort. The Association advises government agencies on technical and safety issues to ensure that views and concerns of its members are considered. Recently, WCMA met with the Consumer Product Safety Commission (CPSC) in response to a CPSC alert that young children might be strangled by blind cords. WCMA helped shape the report on the subject.

In addition, WCMA's Technical Committee has developed a safety standard, which has been approved by CPSC, to help eliminate the accidental strangulation of young children by cord or bead loops. The standard has been submitted to the American National Standards Institute (ANSI) and was approved in November, 1996 as a national safety standard.

WCMA works closely with the Window Covering Safety Council (WCSC), which was formed to address the issue of accidental strangulation. WCSC is in its third year of conducting a national public awareness and education campaign to inform consumers, parents, doctors, and caregivers about the hazard of exposed cord and bead loops on window covering products.

0022582

WC   1937

132

EXHIBIT 21