Robert L Nevins
5065 Route 28 A.
Boiceville, N.Y 12412

June 10, 2001

To Mr Peter Rush.
Executive Director, Window Covering Manufacturers Association.
3555 Lexington Avenue, New York, 10017

In 1987 and 1990, the U.S.Consumer Product Safety Commission and the Window Covering Manufacturers Association, were notified by certified mail from lawyers Toni Griesbach, and Geoffrey Morris, that the inner cords on blinds and shades were a potential deadly strangulation hazard to infants and children.
Miss Griesbach indicated the infant she represented in a sucessful lawsuit against a window manufacturer had strangled to death in the inner cords of a blind or shade.
A member or members of the Window Covering Manufacturers Association stated,"this is a once in a life time" FREAK ACCIDENT" and could never happen again"

Since 1990 there are more then 16 "FREAK" infant and child strangulation deaths in the inner cords of corded window products. Lawyer Griesbachs inner cord death is not among this list of inner cord strangulation deaths it occurred in 1987 and is not included. I believe the number to be around twenty. The Window Covering Manufacturers saved money by not addressing the inner cord strangulation problem and a large number of infants and children lost their lives in strangulation deaths. These infant and child strangulation deaths, will probably never stop now, because, instead of fixing the problem back in 1990.The Window Covering Association and other manufacturers have sold another billion corded window products, or a billion products with an inner cord problem.

Which brings us to our next problem, In 1994 there was a large effort by the U.C.P.S.C and the W.C.M.A.to reduce the infant and child strangulation deaths that were occurring in the looped pull cords on window covering products.
These deaths in looped pull cords had been occurring since 1973. This is the year when the U.S.C.P.S.C began to notice and keep records of infant and child strangulations in pull cord loops.

The solution was too cut the loop, remove the cord equalizer,and to put tassels on the remaining two cords.
This would stop loop cord strangulations but, it was also known in 1994 that this solution did not address single or double cord wrap a round strangulations nor would it solve inner cord infant and child strangulations.
These are basically loop and two cord attempted solutions.
There are also multi cord window covering applications, meaning more then two cords are involved.
The solution then in place was to have a two part,hollow aluminum or plastic sphere a bottom half and a top half.These two half

0024634  WC 3210

053

EXHIBIT 25

2.

meaning more then two cords are involved.
The solution then in place was to have a two part, hollow aluminum or plastic sphere a bottom half and a top half. These two half spheres, could be screwed together to make a single round sphere or ball. They are called cord stops.
The top half of the hollow sphere had a multiple of holes to accommodate two or more cords, the bottom half of the sphere had one or two holes in order to reduce the amount of hanging cords.
Four or more window covering cords would be attached through the holes to the inside of the top half of the sphere, and only one or two cords would exit the bottom half. The two half spheres would then be screwed together to form a solid round sphere or ball.
Tassels were then attached to the lower one or two free hanging cords. This method was an obvious method for reducing multiple free hanging cords to a single or double, tasseled, free hanging cord or cords.
The problem with this cord stop method was, although it was reducing the number of free hanging cords below the cord stop it was creating a loop or loops above the cord stops.
The U.S.Consumer Products Safety Commission, Scott Heh and Renae Rauchschwalbe and other Consumer safety people involved in the evaluation of the safety products wanted single cord stops on each cord. The Window Covering Manufacturers argued individual cord stops would cause a 1/8th inch difference in the bottom rail height. The manufacturers claimed their shade customers would not buy the product with this problem.
Needless to say the Window Manufacturers got their way, just as they did in 1990 when they failed to fix the inner cord strangulation problem. Which I believe was responsible for many inner cord, infant and child strangulation deaths.
Now I turn your attention to a strangulation death that occurred March 17, 2000. In Irvington N.Y.. A two year old boy was found by his father "Unconscious and not breathing" hanging from the blind cord.
The Police Detective stated the boy was found with his head caught in one of the loops formed above the plastic cord stop where the four cords intersect. Everyone involved knew it was going to happen, and it happened. it is my opinion that this method of death was guaranteed in 1994 when you cut the lower loop and left in place the higher loop or loops.
I am requesting that the new safety regulations that the U.S.C.P.S.C. is proposing be implemented, in particular the maximum pull cord length of 7 and 1/2 inches.
I would also ask that the safety application, be infant and child safe AFTER product installation.
By telling inventors and manufacturers the product must have a safety device attached before the customer receives it, limits, the safety product to cheap, quick, fixes

The following papers or reports are enclosed

1. U.S.C.P.S.C. I.D.I. strangulation death of a 2 year old male.

3

2. Town of Irvington Police Report strangulation death of a two year old male.

3. August 30,2000 written complaint from Mr Rush ."Pleated or cellular shades with a stop ball DO NOT have this problem"

I cannot believe the secretary of the Window Covering Safety council does not know that a two year old infant child strangled to death in the loops above the cord stop, five months before, His letter of complaint to the U.S.Consumer Product Safety Commission is dated August 30,2000.some five months later.

4. Is copies of infants and children who have strangled ,to death in window covering corded products in Canada.
The list is taken from complaint letters to HEALTH CANADA. Canada follows A.N.S.I. standards so you will also be saving Canadian children. Canada,s population is 30,000,000 and their are no requirements for keeping track of infant and child strangulation deaths,in corded window coverings products.

5.is an envelope containing 2 colored glossy pictures of the strangulation cords and cord stop. And a visual confirmation of the cords that caused this 2 year old,s strangulation death.

Robert L Nevins
N.Y.City Firefighter
Retired.

*Robert L Nevins Sr*

0024636              WC   3212

055