# Memorandum

DATE: June 21, 2001

TO: Charlene Haines, K Mart

FROM: Peter Rush, Window Covering Safety Council

RE: 1996 Public Education Program

In considering your participation in the Window Covering Safety Council's 1996 public education program, there are several elements you need to consider

1. The basic problem of children strangling in window covering cords has not been significantly impacted. There have been 10 deaths reported to date to the CPSC for the year 1995. That is somewhat consistent with previous years though some argument can be made for a "trending" downward. There is still the issue of the millions of products currently in place. Based upon the doctrine of "duty to warn', a concerted effort by the entire industry - importers and domestic producers - seems to be the most cost-effective and direct method of achieving awareness on the part of the consumer. K-Mart should be especially sensitive to this issue based upon its previous litigation with this product. Until there is some significant shift in the statistics, the industry will remain under scrutiny.

2. CPSC letter of November ..... demonstrated a dissatisfaction with the retrofit program as it was executed at retail last year. In speaking with the many retailers, the problems of trying to execute this type of program at retail are many. We would look for the 1996 program to direct all consumers to the 800 number. We have received preliminary indication from CPSC that this would be acceptable.

3. Vertical blinds will be included in this year's program. Tie-down devices will also be offered to consumers through the 800 number. This is better accomplished as an industry program.

4. The program has considerable momentum. We have established good relationships with many media. This year of the program should increase in effectiveness. Broad participation is important for its success.

0024418

WC 2995

050

EXHIBIT 26

5. Current consumer awareness is of the program is 34%, with 39% awareness among women. This is excellent penetration for the first year of a program. However, that leaves 60% unaware. We feel that the 50% number is a goals we should strive to attain.

6. Other major retail/importers have already committed to the program for 1996. They include: Wal Mart, J.C. Penney, Lowes, Montgomery Ward, Home Depot and Pier 1.

7. The dollar commitment for 1996 is one half of 1995 program. Based upon current projections for funding, K-Mart owes no additional money.

I hope this information clarifies the volume of material you have already received. Please call be with any additional questions.