JUNE 25, 2001
FOR IMMEDIATE RELEASE

Contact:    Natalie Klein
            Sumner Rider & Associates
            212-297-2107

# MILLIONS STILL USING POTENTIALLY HAZARDOUS WINDOW BLINDS

Eight months after a national recall of window blinds, millions of consumers continue to use this potentially hazardous product. Last November, the consumer product safety commission (CPSC) set up a hotline for consumers to call in and request free repair kits for specific window blinds. The problem is in the cords, which can form a loop in which a child can strangle himself. Since 1991, there have been 130 infant strangulation deaths.

Although some 85 million window blinds are sold each year, the number of consumers who called the Window Covering Safety Council (WCSC) hotline was only about one million (CHECK #) This means that millions of homeowners may still be using potentially dangerous blinds.

The WCSC asks parents to keep window covering cords and chains out of the reach of children and to never place a child's crib within reach of a window blind. The CPSC also recommends that parents never knot or tie the cords together because this creates a new loop in which a child could become entangled.

Consumers who have window blinds with cords in their homes should call the Window Covering Safety Council toll-free (800) 506-4636 to receive a free repair kit for each set of blinds in the home. The repair kit includes small plastic attachments to prevent inner cords from being pulled loose. The kit also includes safety tassels for pre-1995 window blinds with outer pull cords ending in loops

0014428

042

EXHIBIT 27