**WINDOW COVERING SAFETY COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel: 212 297-2122
Fax: 212 370-9047

Tuesday, July 17, 2001

**Custom Craft Company**
**CRAFT/RICHFIELD/NEIM-MADE**
13707 Midway St.
Cerritos, CA 90703

Dear: Kenneth Chang

This letter is to confirm that Custom Craft Company CRAFT/RICHFIELD/NEIM-MADE has decided not to participate in the Corrective Action Plan dated September 12, 2000 between the Window Covering Safety Council and the Consumer Product Safety Commission for 2001. This plan, to which you agreed, includes the public information and education program for consumers about the potential dangers of window coverings. It also includes the toll free 800 number, fulfillment center, literature and the retrofit distribution program for tassels, tie-downs and cord stops.

We are disappointed that Custom Craft Company CRAFT/RICHFIELD/NEIM-MADE is not supporting the program, which is supplying information and retrofit kits for products produced or sold by your company.

Sincerely,

Peter Rush
Executive Director

CC: Alan Schoem, Consumer Product Safety Commission

0015023

**033**

EXHIBIT 28



**WINDOW
COVERING
SAFETY
COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel: 212 297-2122
Fax: 212 370-9047

Tuesday, July 17, 2001

**Home Depot**
Store Support Center--Bld C 2455 Paces Ferry Rd NW
Atlanta, GA 30339

Dear: George Rotsheck

This letter is to confirm that Home Depot has decided not to participate in the Corrective Action Plan dated September 12, 2000 between the Window Covering Safety Council and the Consumer Product Safety Commission for 2001. This plan, to which you agreed, includes the public information and education program for consumers about the potential dangers of window coverings. It also includes the toll free 800 number, fulfillment center, literature and the retrofit distribution program for tassels, tie-downs and cord stops.

We are disappointed that Home Depot is not supporting the program, which is supplying information and retrofit kits for products produced or sold by your company.

Sincerely,

Peter Rush
Executive Director

CC: Alan Schoem, Consumer Product Safety Commission

0015024

**034**

**WINDOW COVERING SAFETY COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel. 212 297-2122
Fax: 212 370-9047

Tuesday, July 17, 2001

JC Penney
6501 Legacy Drive
Plano, TX 75024

Dear: Gregory Franko

This letter is to confirm that JC Penney has decided not to participate in the Corrective Action Plan dated September 12, 2000 between the Window Covering Safety Council and the Consumer Product Safety Commission for 2001. This plan, to which you agreed, includes the public information and education program for consumers about the potential dangers of window coverings. It also includes the toll free 800 number, fulfillment center, literature and the retrofit distribution program for tassels, tie-downs and cord stops.

We are disappointed that JC Penney is not supporting the program, which is supplying information and retrofit kits for products produced or sold by your company.

Sincerely,

Peter Rush
Executive Director

CC: Alan Schoem, Consumer Product Safety Commission

0015025



**WINDOW COVERING SAFETY COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel 212 297-2122
Fax: 212 370-9047

Tuesday, July 17, 2001

Kenney Manufacturing Company
1000 Jefferson Boulevard
Warwick, RI 02886

Dear: Les Kenney

This letter is to confirm that Kenney Manufacturing Company has decided not to participate in the Corrective Action Plan dated September 12, 2000 between the Window Covering Safety Council and the Consumer Product Safety Commission for 2001. This plan, to which you agreed, includes the public information and education program for consumers about the potential dangers of window coverings. It also includes the toll free 800 number, fulfillment center, literature and the retrofit distribution program for tassels, tie-downs and cord stops.

We are disappointed that Kenney Manufacturing Company is not supporting the program, which is supplying information and retrofit kits for products produced or sold by your company.

Sincerely,

Peter Rush
Executive Director

CC: Alan Schoem, Consumer Product Safety Commission

0015026

036

**WINDOW
COVERING
SAFETY
COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel: 212 297-2122
Fax: 212 370-9047

Tuesday, July 17, 2001

Lowes Companies Inc.
1605 Curtis Bridge Road
Wilkesboro, NC 28656-0001

Dear: John Istwan

This letter is to confirm that Lowes Companies Inc. has decided not to participate in the Corrective Action Plan dated September 12, 2000 between the Window Covering Safety Council and the Consumer Product Safety Commission for 2001. This plan, to which you agreed, includes the public information and education program for consumers about the potential dangers of window coverings. It also includes the toll free 800 number, fulfillment center, literature and the retrofit distribution program for tassels, tie-downs and cord stops.

We are disappointed that Lowes Companies Inc. is not supporting the program, which is supplying information and retrofit kits for products produced or sold by your company.

Sincerely,

Peter Rush
Executive Director

CC: Alan Schoem, Consumer Product Safety Commission

0015027

037



**WINDOW COVERING SAFETY COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel: 212 297-2122
Fax: 212 370-9047

Tuesday, July 17, 2001

Marietta Drapery & Window Coverings Co. Inc.
PO Box 566
Marietta, GA 30061

Dear: Dan Wicker

This letter is to confirm that Marietta Drapery & Window Coverings Co. Inc. has decided not to participate in the Corrective Action Plan dated September 12, 2000 between the Window Covering Safety Council and the Consumer Product Safety Commission for 2001. This plan, to which you agreed, includes the public information and education program for consumers about the potential dangers of window coverings. It also includes the toll free 800 number, fulfillment center, literature and the retrofit distribution program for tassels, tie-downs and cord stops.

We are disappointed that Marietta Drapery & Window Coverings Co. Inc. is not supporting the program, which is supplying information and retrofit kits for products produced or sold by your company.

Sincerely,


Peter Rush
Executive Director


CC: Alan Schoem, Consumer Product Safety Commission

0015028

**038**



**WINDOW COVERING SAFETY COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel. 212 297-2122
Fax: 212 370-9047

Tuesday, July 17, 2001

Tehdex corp. (Richview Window Coverings)
738 S. Epperson Drive
City of Industry, CA 91748-1336

Dear: Tom Chang

This letter is to confirm that Tehdex corp. (Richview Window Coverings) has decided not to participate in the Corrective Action Plan dated September 12, 2000 between the Window Covering Safety Council and the Consumer Product Safety Commission for 2001. This plan, to which you agreed, includes the public information and education program for consumers about the potential dangers of window coverings. It also includes the toll free 800 number, fulfillment center, literature and the retrofit distribution program for tassels, tie-downs and cord stops.

We are disappointed that Tehdex corp. (Richview Window Coverings) is not supporting the program, which is supplying information and retrofit kits for products produced or sold by your company.

Sincerely,

Peter Rush
Executive Director

CC: Alan Schoem, Consumer Product Safety Commission

0015029

039



**WINDOW COVERING SAFETY COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel: 212 297-2122
Fax: 212 370-9047

Monday, October 01, 2001

**Achim Import Co., Inc.**
58 Second Avenue
Brooklyn, NY 11215

Dear: Howard Siegal

This letter is to confirm that Achim Import Co., Inc. has decided not to participate in the Corrective Action Plan dated September 12, 2000 between the Window Covering Safety Council and the Consumer Product Safety Commission for 2001. This plan, to which you agreed, includes the public information and education program for consumers about the potential dangers of window coverings. It also includes the toll free 800 number, fulfillment center, literature and the retrofit distribution program for tassels, tie-downs and cord stops.

We are disappointed that Achim Import Co., Inc. is not supporting the program, which is supplying information and retrofit kits for products produced or sold by your company.

Sincerely,

Peter Rush
Executive Director

CC: Alan Schoem, Consumer Product Safety Commission



0015022

032