## Summary of Internal Cord Strangulation Incidents

1991 - 3 deaths
1992 - 1 death
1993 - 3 deaths, 1 near
1994 - 1 death
1996 - 2 deaths
1997 - 2 deaths
1998 - 1 death
<u>1999 - 2 deaths</u>
Total – 15 deaths, 1 near

Age for deaths - 9 months to 17 months
Age for near - 2 years old

Type of Window Covering:  Balloon Drape - 1
                                 Venetian/Mini Blinds - 14
                                 Pleated Blind - 1 (near incident)
Place:  Crib – 11
        Playpen – 4
        Queen Bed – 1 (near)

    It is important to note that at least 12 out of 16 consumers were aware of the pull cord hazard and had placed the pull cord out of reach from the child. In the four remaining cases, information about the location of the pull cord was not stated.

---

*[Handwritten notes:]*

ukn = 4

1991 - 16
1992 - 20
1993 - 14 13
1994 - 15 16
1995 - 13
1996 - 18

1997 - 14
1998 - 10
1999 - 5

0024029

WC 2605

180

016

EXHIBIT 30

# Annotated Inner-Cord Deaths: 1991 to Date

| Yr | Mo/Date | City | St | Age | Sex | Ethnic | Product | Description | IIDI Number |
|---|---|---|---|---|---|---|---|---|---|
| 91 | 08/25 | Harris | MI | 13 mo | F | white | horiz blind | crib next to window, but away from pull cord per warning; blind down; looped pull cord jammed in top bracket; lift cord pulled from bottom | 950224CCC2192 |
| 91 | 11/13 | Port Huron | MI | 12 mo | F | white | horiz blinds | crib next to window, played with blinds before; crib moved 1 ft. away from window; 10th slat from bottom pulled out | 920722IICC2207 |
| 91 | 11/19 | Ann Arbor | MI | 09 mo | F | white | balloon drapes | mesh sided crib near windows, apparently pulled cord from behind | 920722IICC2208 |
| 93 | 08/12 | Ottawa | KS | 10 mo | | | horiz blinds | NEED IIDI | 940126ICC2056 |
| 93 | 11/15 | Sun Prairie | WI | 14 mo | F | white | horiz blinds | playpen w/in reach of window; played with before; pull cord secured; blinds shortened to fit; at sitter's home | 940421CCN1236? |
| 93 | 12/31 | Lakewood | CO | 17 mo | M | white | horiz blinds | crib near window; both blinds & drapes; lift cord pulled from bottom; looped pulled cord out of reach. | 940103CWES001 |
| 94 | 07/29 | Auburn | WA | 10 mo | M | white | horiz blinds | crib near window; pull cord out of reach; lift cord pulled out just above bottom rail. | 940802CBB3669 |
| 96 | 05/21 | Auburn | WA | 17 mo | M | white | horiz blinds | playpen near window; pull cord tied up; played before with blinds. | 960524CCC5190 |
| 96 | 10/26 | Rowlett | TX | 11 mo | F | white | horiz blinds | crib next to window, pull cords out of way. | 961125CWE7249 |
| 97 | 03/05 | Greenville | OH | 15 mo | F | white | horiz blinds | crib next to window; blind up & pull cord placed on headrail; nearby blinds broken, but pull cords also placed on top of headrail. | 980113CCC2220 |
| 97 | 12/29 | Warsaw | IN | 14 mo | M | unk | horiz blinds | no details, only photos; crib next to window; lift cord pulled from behind. | 980112CNN0111 |
| 98 | 08/21 | Duck | NC | 16 mo | F | asian | horiz blinds | travel crib next to window; blind down so pull cord out of reach | 980821CBB0662 |

WC 2276

WC 2277

0023701

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 99 | 01/03 | Whiteville | NC | 11 mo | F | white | horiz blinds | crib at window; teethed on blinds before; pull cord out of reach; blind down; cord lock disengaged. | 990325CCC0169 |
| 99 | 01/11 | SulphrSprngs | TX | 13mo | F | | horiz blinds | twin cribs lengthwise under two windows. Guidecord of left blind pulled into left crib (pull cord of left blind dangling in right crib. Unknown if looped product; awaiting IIDI report from CPSC | 990728HCC3423 |
| 99 | 01/16 | Roselle | IL | 15 mo | M | white | horiz blinds | crib beneath window; blinds shortened; two-corded pull; photo show lift cord pulled out at bottom with pull cords down as well | 990121CBB2205 |
| ** | | Near Death | | | | | | | |
| 93 | 09/15 | Robbindale | MN | 24 mo | M | white | pleated fabric | pull cord tied out of reach; bed beneath window; guide cord could be pulled out at many locations when product in down position. | 930924HCN7539 |
| | | | | | | | | as of 4/13/00 | |

05 02 00 TUE 10:40 FAX 301 348 2020 SLYNER RIDER SNYDER ⓦ005

CONFIDENTIAL WORK PRODUCT

### Annotated Lift-Cord Deaths

| Yr Mo/Date | City | St | Age | Sex | Ethnic | Product | Description |
|---|---|---|---|---|---|---|---|
| 91 08/25 950224CCC2392 | Harris | MI | 13 mo | F | white | horiz blind | crib next to window, but away from pull cord per warning, blind down; looped pull cord jammed in top bracket, lift cord pulled from bottom |
| 91 11/13 920722HCC2207 | Port Huron | MI | 12 mo | F | white | horiz blinds | crib next to window, played with blinds before, crib moved 1 ft. away from window; 10th slat from bottom pulled out |
| 91 11/19 920722HCC2208 | Ann Arbor | MI | 09 mo | F | white | balloon drapes | mesh-sided crib near windows; apparently pulled cord from behind |
| 93 08/12 940126HCC2056 | Ottawa | KS | 10 mo | | | horiz blinds | NEED IDI |
| 93 11/15 940421CCN1236? | Sun Prairie | WI | 14 mo | F | white | horiz blinds | playpen w/in reach of window; played with before; pull cord secured; blinds shortened to fit; at sitter's home |
| 93 12/31 940103CWE5001 | Lakewood | CO | 17 mo | M | white | horiz blinds | crib near window; both blinds & drapes; lift cord pulled from bottom, looped pulled cord out of reach. |
| 94 07/29 940802CBB3669 | Auburn | WA | 10 mo | M | white | horiz blinds | crib near window; pull cord out of reach; lift cord pulled out just above bottom rail. |

WC 1869

0022514

026

| Yr Mo/Date City | St | Age | Sex | Ethnic | Product | Description |
|---|---|---|---|---|---|---|
| 96 05/21 Auburn 960524CCC5190 | WA | 17 mo | M | white | horiz blinds | playpen near window, pull cord tied up, played before with blinds. |
| 96 10/26 Rowlett 961125CWE7249 | TX | 11 mo | F | white | horiz blinds | crib next to window, pull cords out of way. |
| 97 03/05 Greenville 980113CCC2220 | OH | 15 mo | F | white | horiz blinds | crib next to window; blind up & pull cord placed on headrail, nearby blinds broken, but pull cords also placed on top of headrail |
| 97 12/29 Warsaw 980112CNN0131 | IN | 14 mo | M | unk | horiz blinds | no details, only photos; crib next to window, lift cord pulled from behind |
| 98 08/21 Duck 980821CBB0662 | NC | 16 mo | F | asian | horiz blinds | travel crib next to window; blind down so pull cord out of reach |
| 99 01/03 Whiteville 990325CCC0369 | NC | 11 mo | F | white | horiz blinds | crib at window; teethed on blinds before; pull cord out of reach, blind down; cord lock disengaged |
| 99 01/16 Roselle 10121CBB2205 | IL | 15 mo | M | white | horiz blinds | crib beneath window; blinds shortened; two-corded pull; photo shows lift cord pulled out at bottom with pull cords down as well |
| * Near Death 13 09/15 Robbindale 30924HCN2539 | MN | 24 mo | M | white | pleated fabric | pull cord tied out of reach, bed beneath window, guide cord could be pulled out at many locations when product in down position. |

WC 1870

0022515

027

**Strangulation Deaths in Window Blind Cords**

Deaths in window blind cords = ~~210~~ 211 since 1981 (~~16~~ 16 internal cord deaths since 1991)

Deaths by year after CAP

1994 -  3 (making total for 1994 = 16 w/1 internal cord death on 7/27)
1995 - 13
1996 - 18 (two internal cords)
1997 - 14 (two internal cords)
1998 - 10 (one internal cord)
1999 -  5 (3 internal cords)
2000 - ~~12~~ 7
2001 - 1

Deaths since CAP began on 10/4/94 = ~~64~~ 65 (7 [10%] are internal cord deaths)

*How much money was spent before? How much will be spent on this program?*

0018608

147

028