

PUBLIC RELATIONS   MARKETING COMMUNICATIONS   PUBLIC AFFAIRS   ADVERTISING

## WCSC Marketing Plan for 2002

### Situation Analysis

Through its ongoing public education and information program, WCSC has dramatically increased consumer awareness of window cord hazards. Ironically, WCSC's success in its communication efforts now defines its major obstacle: Overcoming the "we already know that" attitude of both the media and the general consumer.

Specifically, WCSC needs to convince its targeted audiences that window cord hazards are indeed real and need to be conscientiously and continually addressed to avoid child strangulations. Moreover, the Council must work to differentiate for the consumer the "inner cord" vs. the "looped cord" hazard, and to persuade the consumer that fixing the looped pull cords of yesteryear has not addressed the inner-cord hazard nor the inherent danger of any cord (looped or otherwise) within a child's reach.

Thus, the challenge to WCSC for 2002 is to develop new approaches to attract the attention of the media and targeted publics, and to renew interest in window-cord safety, within the confines of a limited budget.

### Primary Audiences

Parents and Parents-to-be
Health & Health Care Professionals
Child and Safety Groups
General Public
Window Covering Industry

### Proposed Activities

**Feature articles for women's and home fashion magazines.** Women aged 18-45 continue to be the primary audience for WCSC communication efforts, since they are the key decision-makers regarding child rearing and home fashion purchases. For 2002, it is recommended that WCSC concentrate a large portion of its activities on systematically

0015085

021

EXHIBIT 31

approaching the major consumer women's magazines and home fashion magazines with feature articles combining decorating tips and ideas with window-safety messages.

Because the primary focus of these articles is on window coverings and decorating, it will be necessary to work early and closely with WCSC manufacturers to obtain promotional photos that can be used to illustrate the decorating portions of the feature stories. To provide the targeted magazines with several options to choose from, it is recommended that in-depth story lines and photos be developed in advance. Possible subjects: *New Looks for Patio Doors; Maximize Your Miniblinds; Swags, Jabots and Valances; Spring Fashions for Windows; Let the Sunshine In; Five Solutions to Problem Windows; Seeing Red* (or *Green with Envy* or *True Blue*), i.e., various window coverings/styles all in one color. In each case, safety information and illustrations would be provided as a sidebar. Direct contact with editors is essential.

**News Features for Regional Parenting Magazines.** The focus here would be a feature story on the unique window-safety concerns faced when toddlers are around (i.e., climbing furniture and getting entangled). Emphasis would be placed on rearranging furniture or rethinking window fashions in children's bedrooms, family rooms, living rooms, etc. This is an excellent opportunity to encourage the use of cordless products. Personal pitches with the editors are recommended.

**Baby Magazine Features.**
These features would incorporate window-cord safety tips with traditional baby-safety and baby-room decorating trends. Again, ready-to-go editorial themes and photos would be used to "pitch" the story, such as *Room Decors: From Babes to Teens* (simple ways to redecorate the same room as children go through various ages at minimal cost); *Primary Colors: A Winning Palette*; or *Checks & Valances* (timeless decorating schemes and window treatments). Again, personal contact with the editors is a must.

**Cooperative Efforts with Health Professionals & Safety Groups.**
Building on WCSC's previous success in developing cooperative projects with health professional groups, it is recommended that professional pediatric, family medicine and allied health associations, as well as HMO and health insurance groups, and child/public safety coalitions be contacted to explore minimal- or shared-cost techniques for participating in their outreach activities or member publications.

Example groups to contact: American Academy of Family Physicians, American Academy of Pediatrics, EMSC National Resources Center, American Hospital Association, American Nurses Association, Blue Cross/Blue Shield; Kaiser Permanente; United Healthcare; American Red Cross, KidSafe, National Safety Council, National Center for Education in Maternal and Child Health.

**Web-based Communications**
In addition to updating the WCSC web site, it is recommended that a concerted effort be made to contact the webmasters for major child and consumer safety web sites and offer WCSC safety information for inclusion on their sites, as well as to establish mutual links between the WCSC site and participating safety organizations.

### Broadcast Planning

Although WCSC does not have the budget to undertake a video news feature during 2002, it is recommended that monies be set aside to review and catalogue all existing B-roll, and to determine what existing file footage could be used for creating a broadcast news release in 2003. In addition, it is recommended that a draft script be drafted, so that WCSC members can be canvassed to learn if usable footage exists in their film vaults or with their ad agencies, which in turn could be shared with WCSC for the 2003 video project.

### Industry Trade Releases

To ensure that the window-covering industry is aware of WCSC activities and actions involving safety innovations, standards development and other related activities, it is recommended that releases to industry trade publications be regularly disseminated to these particular trade outlets. The drafting of the annual safety supplement to *W&DC Magazine* and its introductory letter from the WCSC president is part of this effort.

### News Releases

From time to time, news releases highlighting WCSC activities or its primary safety message will be drafted and disseminated to major print and broadcast news outlets to maintain awareness of the cord-safety issue among the general public.

### Ongoing Monitoring, CPSC Reporting

Because WCSC's public information and education efforts are tied to its Voluntary Action Plan, the various CPSC-associated activities normally undertaken by WCSC during a calendar year should automatically be included in any marketing plan.

In general, these activities include ongoing contact with CPSC to ascertain and verify cord-death reports, monitoring and recording of media coverage, conducting a Caravan survey, and the compilation of a year-end report on all public education and information activities.

## Budget (all support staff time included)

| | |
|---|---|
| Develop, pitch features for women's/ home fashion mags* | $ 32,500 |
| Draft, pitch regional parenting mags | $ 9,500 |
| Develop, pitch baby magazine features | $ 12,500 |
| Cooperative efforts (health/safety groups) | $ 18,000 |
| Web-based communications | $ 10,000 |
| Broadcast planning | $ 10,000 |
| Industry releases/features | $ 6,500 |
| News releases (assumes 3 & includes newswire fees) | $ 4,000 |
| Monitoring, CPSC reporting (includes Caravan, clipping fees) | $ 15,000 |
| Other: | |
|     Update Press Kit | $ 1,000 |
|     Reprint Safety Brochure | $ 5,000 |
|     Reproduction, Postage/ FedEx/Phone, etc. | $ 5,000 |
|     Administrative/misc. | $ 3,500 |
|     Special projects/cooperative costs | $ 7,500 |
|     Reserve for additional printing/other | $ 10,000 |
| **TOTAL** | **$150,000** |

*includes estimated time for working with WCSC members to obtain photos for all projects throughout the year

0015088

024