



December 5, 2002

Terri McDonnell
Rollease, Inc.
200 Harvard Avenue
Stamford, CT  06902

Dear Terri,

As a member of the Window Covering Safety Council, your company entered into two Voluntary Corrective Action Plans with the Consumer Product Safety Commission dated October 1994 and November 2000. These agreements bind the industry to a multi-year commitment to help reduce the potential of safety hazards with window coverings. As an integral member of the Window Covering Safety Council, your efforts have been invaluable and we need you to continue this worthwhile effort. Much has been accomplished this year, but there is still much to be done.

As part of this ongoing campaign, WCSC maintains a toll-free hotline to distribute retrofit kits free to all consumers. These kits address not only the inner cord danger, but also the potential dangers from looped cords including vertical and other continuous loop cords. The Web site has had over 4.9 million hits since November 2000 and continues to rate highly with all the major search engines.

The public information and education program has produced new brochures, posters, informational materials and editorial coverage. This year the program has reached a total audience of 762,126,438. Highlights include coverage on CNN, MSNC and all top 20 TV news markets. In addition, cooperative campaigns with public housing authorities, hospitals and health care groups are ongoing.

Each year, WCSC sponsors a study to determine how aware people are of window cord safety. When asked if they were aware that the pull-cords on certain drapes and window blinds can pose a hazard to infants and young children, awareness in 18-24 year olds increased 14 percent from 2001. When the same group was asked if they were aware that on certain window blinds the interior cords running through the slats could pose a hazard, awareness went up 20 percent. There were similar increases in all demographic areas polled.

Even though the existing campaign has been very successful in reaching many, it must be acknowledged that there are still hundreds of millions of potentially dangerous products in place around the country. Tragically, the CPSC has reported 7 deaths to date caused by window-covering products this in 2002. Our efforts will not be completely successful until we are able to report that no children have died or have been injured because of a window-covering product.

This year we are pleased to announce that the dues will remain the same. We are able to do this because many mechanisms are already in place and working smoothly, and new product is available. In addition, a new ANSI safety standard for window coverings was adopted this year that you must be in compliance with for current production.

The WCSC is committed to fulfilling its mission but we cannot do it without your continued support. Please help ensure that no more children will be injured or killed because someone didn't know that the product in their home was potentially dangerous.

Sincerely,

Peter Rush
Executive Director

0005660

077

EXHIBIT 33