# INTERNATIONAL WINDOW TREATMENTS, INC.
## d.b.a. **CUSTOM CRAFT COMPANY**

13707 Midway Street
Cerritos, California 90703
Tel: 562/404-7126; Fax: 562/407-7445

December 17, 2002

Mr. Peter Rush
Executive Director
Window Covering Safety Council
355 Lexington Avenue, 17th Floor
New York, NY        10017-6603

Dear Peter,

I am more than pleased to have your letter of December 6, 2002 regarding the disputed amount of dues charged to Custom Craft and its affiliates.

I started attending to the WCSC business five years back during the lead-content crisis confronted by the industry. I have ever since been sent to attend several Technical Committee meetings which addressed the accessible inner cord issue and overhauled the ANSI product safety standard. We have made several payments in amount due but could have cut checks for such payments by confusing the payables to WCSC with WCMA, or vice versa. In short, we had no idea what and whom we had paid for.

That is why my boss questioned me the relationship between WCSC and WCMA before he will approve my request for any payment due to either WCSC or WCMA.

I have tried to explain the relationship between the two organizations which I have figured out by myself for these years. Please examine what I told him in this regard and please correct my language, if any misunderstanding.

My story about WCSC and WCMA goes as follows:

> " WCSC, participated by the industry, importers and retailers, takes care of nationwide corrective and education programs in the mass media fashion and toll-free telephone calls, such as operation in repair recall, retrofit kit distribution in the leaded, cord tassel, inner cord stop device issues; while WCMA is another independent and separate entity organized only by the window covering manufacturers and takes care of ANSI/WCMA corded window covering product safety standard operated by its subdivision – Technical Committee."

> "WCSC charges membership fee or annual assessment increase for the CPSC approved corrective action programs based on a formula: $.001 (variable) x units

1

0005628

079

EXHIBIT 34

domestically produced or imported in 1999; while WCMA charges for the meeting administration (of Technical Committee) which varies subject to the frequency of meetings held."

However, my such presentation seemingly does not convince my boss. It sounds that he has been made to understand that WCSC, like Technical Committee, is just one of subdivisions under the hierarchy of WCMA. As such, I was instructed to consider to pay only when the relationship between WCSC and WCMA is made clear and distinguished from each other, and our position is appropriately placed accordingly.

To help me facilitate the payment, Peter, could you please explain, in your own language, the relationship between these two trade organizations of the US window covering industry? It is advisable and desirable if your explanation is accompanied with a organization chart.

Looking forward to the pleasure of hearing from you again,

Sincerely yours,

*[signature]*

K. Kenneth Chang
WCSC/WCMA/CPSC Coordinator
KKC/ckn