**US Window Covering Market**

*All numbers are estimates*

UNITS in MILLIONS

| YEAR | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|
| New Production | 80 | 88 | 94 | 98 | 100 | 97 | 95 |
| Existing Product | 975 | 1,055 | 1,143 | 1,237 | 1,335 | 1,435 | 1,532 |
| Total Units in the Market | 1,055 | 1,143 | 1,237 | 1,335 | 1,435 | 1,532 | 1,627 |
| Reported Deaths | 17 | 11 | 12 | 9 | | 11 | 10 |
| Rating | 0.0000016% | 0.0000010% | 0.0000010% | 0.0000007% | 0.0000006% | 0.0000007% | 0.0000006% |

652

Assumption: New production is applied to newly created windows as well as replacement of old window coverings

0005687

048

EXHIBIT 35