**WINDOW COVERING SAFETY COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel: 212 297-2122
Fax: 212 370-9047

January 6, 2003

K. Kenneth Chang
Custom Craft Company
13707 Midway Street
Cerritos, CA 90703

Dear Ken,

We are in receipt of your letter of December 17, 2003 and will clarify the differences between the Window Covering Manufacturers Association (WCMA) and the Window Covering Safety Council (WCSC).

First off, WCMA and WCSC are totally separate and distinct organizations. WCSC was formed in 1994 in response to the Consumer Product Safety Commission's concern over the safety of corded window covering products. As an importer and distributor of corded window covering products, Custom Craft/Nien Made agreed to participate in the activities of the WCSC. Because product manufactured or imported by Custom Craft/Nien Made and all its subsidiaries are still covered by the Voluntary Corrective Actions Plans of 1994 and 2000, your company is still under obligation to the United States Consumer Product Safety Commission to participate in the WCSC.

According to the Consumer Product Safety Commission, there were eleven deaths this past year due to window covering cords. Custom Craft/Nien Made product may or may not be involved with these deaths, but it is your duty to continue to work to mitigate the opportunity for further death or injury due to window covering products.

The Window Covering Manufacturers Association is a trade association for American and Canadian manufacturers, assemblers and fabricators of window coverings. As well as those companies that supply goods or services to them. Retailers, distributors and importers may not be members unless they meet membership criteria.

WCMA is an accredited ANSI standards developer and as such is the author and publisher of ANSI/WCMA A100.1 the American National Standard for Safety of Corded Window Covering Products. Non-domestic manufacturers have been invited to participate in the standards development and they pay a fee to cover costs associated with their participation. In the past, Custom Craft/Nien Made has chosen to participate. Participation is strictly voluntary.

If you have further questions regarding the roles of the WCMA or WCSC please do not hesitate to contact us.

Sincerely,

Peter Rush
Executive Director, WCSC

Carolynn R. Jennings
Executive Director, WCMA

0005627

078

EXHIBIT 37