**Deaths in Window Covering Cords 1991 – 2003** (As of 4/3/2003)

| Year | Total | Inner Cord | Vertical(Cont. loop) | Horizontal/Mini Pull Cord |
|---|---|---|---|---|
| 1991 | 16 | 3 | 7 | 6 |
| 1992 | 20 | 1 | 8 | 11 |
| 1993 | 13 | 3 | 1 | 9 |
| 1994 | 16 | 1 | 5 | 10 |
| 1995 | 13 | 0 | 6 | 7 |
| 1996 | 18 | 2 | 3 | 13 |
| 1997 | 14 | 2 | 3 | 9 |
| 1998 | 12 | 1 | 4 | 7 |
| 1999 | 7 | 3 | 3 | 1 |
| 2000 | 9 | 0 | 2 | 7 |
| 2001 | 11 | 1 | 5 | 5 |
| 2002 | 11 | 4 | 2 | 5 |
| 2003 | 1 | 0 | 0 | 1 |
| Total: | 161 | 21 | 49 | 91 |

0017426

036

EXHIBIT 38