ANSI/WCMA A100.1 — 2002



# American National Standard for Safety of Corded Window Covering Products

Sponsor







American National Standard Institute
11 West 42nd Street, New York, New York 10036

EXHIBIT 53–A

ANSI/WCMA A100.1 – 2002
Revision of
ANSI/WCMA A100.1 – 1996

AMERICAN NATIONAL STANDARD

FOR SAFETY OF

CORDED WINDOW COVERING PRODUCTS



Window Covering Manufacturers Association

SPONSOR
WINDOW COVERING MANUFACTURING ASSOCIATION, INC.

Approved August 29, 2002

AMERICAN NATIONAL STANDARDS INSTITUTE, INC.

## AMERICAN NATIONAL STANDARD

An American National Standard implies a consensus of those substantially concerned with its scope and provisions. An American National Standard is intended as a guide to aid the manufacturer, the consumer and the general public. The existence of an American National Standard does not in any respect preclude anyone, whether he has approved the Standard or not, from manufacturing, marketing, purchasing, or using products, processes, or procedures not conforming to the Standard. American National Standards are subject to periodic review and users are cautioned to obtain the latest editions.

CAUTION NOTICE: This American National Standard is permitted to be withdrawn at any time. The procedures of the American National Standards Institute require that action be taken to reaffirm, revise, or withdraw this Standard no later than five years from the date of publication. Purchasers of American National Standards receive current information on all Standards by calling or writing The American National Standards Institute.

Published by
Window Covering Manufacturers Association, Inc.
355 Lexington Avenue, New York, New York, 10017

Copyright © 2002 by the Window Covering Manufacturers
Association, Inc.
Not to be reproduced without
Specific authorization from WCMA

Printed in the USA

This Standard was developed by the Window Covering Manufacturers Association, Inc. it was approved by ANSI under the Canvass Method.

# TABLE OF CONTENTS

| SECTION | PAGE |
|---|---|
| 1. Scope & Foreword | 4 |
| 2. Objective | 4 |
| 3. Definitions | 4 – 6 |
| 4. Product Requirement | 6 – 7 |
| 5. Labeling & Operational Tags | 7 – 12 |
| 6. Tests & Parameters | 12 – 14 |
| Appendix A | 15 |
| Appendix B | 16 |
| Figures | 17 – 19 |

## 1.   SCOPE & FOREWORD

1.1 The members of the Window Covering Manufacturers Association, Inc. (WCMA), recognizing that unfortunate accidents, including strangulation, have occurred among young children using certain products having flexible loops made or imported by members of the industry, have prepared this Standard in cooperation with the U.S. Consumer Product Safety Commission (CPSC).

WCMA members have been engaged in an extensive awareness program and have also furnished millions of devices to be used in a retrofit manner to reduce the chance of user injury.

This Standard is not intended to inhibit, but rather to encourage the development of devices and methods that shall further improve the safety of products manufactured by industry members.  Manufacturers and other users of this Standard are requested to submit suggestions for improvements to WCMA.

Members of WCMA, in recognition of continuing improvements to be made, shall sponsor appropriate revisions to this Standard on a regular basis.

1.2 This Standard applies to all interior drapery hardware and window covering products that incorporate bead chains, cords, or any type of flexible looped device in their operation.  The items covered include the products listed in 1.3 when used in all reasonably foreseeable environments where young children are present.

1.3 Products covered include Cellular Shades, Horizontal Blinds, Pleated Shades, Roll-Up Blinds, Roller Shades, Roman Shades, Traverse Rods, and Vertical Blinds.  Stock and Custom Products. (See Section 3 for definitions of these terms.)

## 2.   OBJECTIVE

2.1  The objective of this Standard is to provide requirements for covered products in 1.3 that reduce the possibility of injury, including strangulation, to young children from the bead chain, cord, or any type of flexible loop device used to operate the product.

## 3.   DEFINITIONS

3.1 **Accessible Inner Cord Stop Device.** A device to prevent the accessible inner cords from being pulled to create a cord loop.

3.2 **Accessible Inner Cords**
Products that have "accessible" inner cords, where a cord and or blind member, can be accessed and pulled, to create a free standing cord loop (i.e. Pleated Shades, Roman Shades, Horizontal Blinds, Roll-up Blinds).

3. 3 **Bead Chain.**  A series of small spheres, equally spaced on a cord or connected by metal shafts, and used to operate a window covering product.

3.4 **Cellular Shades.**  Includes those products referenced and commonly known as Honeycomb Shades. (Figure 2.)  These products are manufactured using a number of natural and artificial materials, which include but are not limited to, fabric, and polyester film. Cellular shade substrates consist of multiple layers

(referenced to as a single, double or triple cell construction) of material formed into tubes or cells in a horizontal orientation.

**3.5 Cord.** A form of rope, strap, or string used to operate a window covering product.

**3.6 Cord or Bead Loop.** A curving or doubling of a bead chain or cord so as to form a closed loop.

**3.7 Cord Release Device.** A device which releases a cord loop when subjected to a specified load.

**3.8 Cord Retraction Device.** A device with an inner winding feature. It is often attached to an exposed cord and gathers the cord(s) in its casing.

**3.9 Cord Shear.** A device that holds the loop plumb (like a cord weight) with an inner cutting mechanism. It is attached to an exposed cord loop which separates the cord(s) into two or more pieces when subject to a specified load.

**3.10 Cord Shroud Device.** A flexible tape or ribbon which houses the otherwise exposed cords.

**3. 11 Cord Stop.** A device used to join the ends of several individual cords and provide a single cord for operation below the cord stop.

**3.12 Horizontal Blinds.** Includes those products referenced and commonly known as Microblinds, Miniblinds, and Venetian Blinds. Horizontal blinds consist of slats of various widths. Horizontal slats are manufactured using a number of natural and artificial materials, which include, but are not limited to, aluminum, fabric, polymers, steel, and wood. The slats are suspended from a headrail by "ladders," which hold the slats in a horizontal orientation. The headrail houses mechanisms that allow ladders to be actuated to tilt the slats for maximum light control and privacy, or raised to stack against the headrail (Figure 1).

**3.13 Passive Device.** A window covering product component operating by means other than the direct action of the user, as opposed to an active device which is operated by the direct action of the user.

**3.14 Pleated Shades.** Includes those products referenced and commonly known as Accordion, and Z-fold (Figure 2). These products are manufactured using a number of natural and artificial materials, which include, but are not limited to, fabric, polyester film, and paper products. Pleated shade substrates consist of single or multiple layers of material with permanent pleats in a horizontal orientation.

**3.15 Roll-Up Blinds.** Includes those products referenced and commonly known as Porch Shades, Roll-Up Shades, and Woven Woods. A window covering of a flexible sheet comprised of narrow strips of plastic or wood (in a horizontal orientation) woven together by cords. When the cord is pulled, a loop rises, causing the flexible sheet to roll-up from the bottom of the blind. (Figure 3).

**3.16 Roller Shade.** A window covering product comprised of a roller, a means of supporting the roller, and flexible sheets of material attached to the roller. The window covering operates by activating a spring mechanism in the roller or by a cord or bead loop attached to the roller (Figure 4).

**3.17 Roman Shades.** Includes those products referenced and commonly known as Austrian Shades, Balloon Shades, and Soft Shades. Roman Shades often consist of a flexible fabric with rings attached to the back. The rings are aligned in columns, and spaced so that the fabric folds or gathers as desired. The fabric is suspended from a headrail that contains hardware for guiding cords and operating the shade. Cords run

from the headrail, through a column of rings, and are attached to the lowest ring. As the shade is raised, the fabric gathers from the bottom upwards towards the headrail (Figure 5).

3.18 **Sequential Process.** An operation which requires two or more independent steps to be performed in a specific order one after the other to successfully complete the task.

3.19 **Tassel.** A device used to terminate and cover the end of a free hanging cord of a window covering product.

3.20 **Tension Device.** A device used to position cords in a manner to maintain tension on the cord loop.

3.21 **Traverse Rod.** A rod or track which often uses cords to operate a pulley mechanism for drawing curtains.

3.22 **Vertical Blinds.** Consist of slats or "vanes" in a vertical orientation that can be stacked in a small space to one or both sides of the headrail. Vertical vanes are manufactured in a number of natural and artificial materials, which include, but are not limited to, aluminum, fabric, glass, PVC, polymers, steel and wood. Vanes are suspended from a headrail by vane carriers. The headrail houses mechanisms that allow vane carriers to rotate and traverse the vanes (Figure 6).

## 4.    PRODUCT REQUIREMENTS

4.1    Any exterior component of the blind which can be touched or ingested by young children shall be produced with no more than .02% lead per weight per window covering.

4.2    Any safety component or device that is intended to separate from the product shall meet the requirements of Federal Standard: 16 CFR 1501 (see B1.2).

4.3    The product shall meet one or more of the following requirements within section 4.3:

4.3.1 A product shall contain a passive device that eliminates a cord or bead loop, or separates the cord or bead loop, which meets the requirements in 6.1 or 6.3

4.3.2 A product shall contain a permanently attached passive device that eliminates an exposed cord or bead loop while a product is not being operated, which meets the requirements in 6.2

4.3.3 A product shall contain a passive tension device to be attached to the floor or wall causing the cord or bead loop to be taut while limiting exposure to the cords, which meets the parameters outlined in 6.5.

4.3.4 A product having a function that requires a cord stop shall be provided with means that minimizes the exposed loop to less than three inches from the top of the headrail when the product is in the lowered position. A product with accessible inner cords shall not allow the cords to form a loop more than 6 inches in length (12 inch circumference) when tested to 6.6. If the product uses an inner cord stop to meet this requirement, the product shall first meet the parameters in 6.6. A warning shall be provided on the product indicating to the user the potential hazard when the product is in the raised position.

4.4 A product with accessible inner cords shall not allow the cords to form a loop more than 6 inches in length (12 inch circumference) when tested to 6.6; if the product uses an inner cord stop to meet this requirement, the product shall first meet the parameters in 6.6

     4.4.1 The inner cord stops shall be positioned 1" to 2" below the head-rail, when the blind is in the fully lowered position.

## 5.     LABELING AND OPERATIONAL TAGS

5.1  **Labeling**. Manufacturers shall provide warnings on all products defined within the scope of this Standard as to the potential dangers of such products to young children.  Product warning labels and hang tags are requirements for all products described within this Standard.   Warning labels and hang tags shall adhere to ANSI Z535 standards (B 1.1).

    5.1.1 **Generic Warning Bottom Rail Label**  (In English) The "Warning" word shall be typeset no less than 5/16" in capital letters and **preceded** by the ANSI safety alert symbol (an equilateral triangle surrounding an exclamation point).  The rest of the message is in upper and lower case with the capital letters not less than 1/8".  A pictogram of a young child's hand reaching a blind cord with the universal prohibition symbol (circle with diagonal slash) on top of the picture shall also be included on the label. The label shall be printed in a contrasting color from the rail. The label shall be used on all **window covering** products.  Products without bottom rails shall be labeled in a location visible to consumers, to be determined by manufacturer or importer.

    5.1.2 **Generic Warning Bottom Rail Label**  (In Spanish) The "Warning" word (Advertencia) shall be typeset no less than 5/16" in capital letters and **preceded** by the ANSI safety alert symbol (an equilateral triangle surrounding an exclamation point).  The rest of the message is in upper and lower case with the capital letters not less than 3/32". A pictogram of a young child's hand reaching a blind cord with the universal prohibition symbol (circle with diagonal slash) on top of the picture shall also be included on the label. The label shall be printed in a contrasting color from the rail. The label shall be used on all **window covering** products. Products without bottom rails shall be labeled in a location visible to consumers, to be determined by manufacturer or importer.

If one long label is used only one set of pictograms is required.  The generic warning label(s) shall read as follows:



| ⚠WARNING | | Cords and bead chains can loop around a child's neck and STRANGLE.<br>• Always keep cords and bead chains out of children's reach.<br>• Move furniture away from cords and bead chains. Children can climb furniture to get to cords. |
| ⚠ADVERTENCIA | | Las cuerdas y cadenas pueden envolverse alrededor del cuello de un niño y ESTRANGULARLO.<br>• Mantenga siempre las cadenas y cuerdas fuera del alcanse de los niños.<br>• Mueva los muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas. |

5.1.3 **Operational Hang Tags:** The "Warning" word shall be typeset no less than 5/16" in capital letters and **preceded** by the ANSI safety alert symbol (an equilateral triangle surrounding an exclamation point). The rest of the message is in upper and lower case with the capital letters not less than 1/8". A pictogram of a young child's hand reaching a blind cord with the universal prohibition symbol (circle with diagonal slash) on top of the picture shall also be included on the hangtag. The hangtag(s) shall be used on all **window covering** products.

**5.2 Operational Hang Tags.** The manufacturer shall provide an operational hang tag on the product. This tag shall include, at a minimum, all information presented in the following operational hang tags based on the characteristics of the product or the safety devices included on the product.

### 5.2.1 Individual Tassel Cords

| ⚠WARNING | ⚠ADVERTENCIA |
|---|---|
|  |  |
| Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE. | Los niños pequeños corren el riesgo de ESTRANGULARSE en los lazos de las cuerdas y cadenas. También se pueden envolver las cuerdas alrededor del cuello y ESTRANGULARSE. |
| • Always keep cords and bead chains out of children's reach. | • Mantenga siempre las cuerdas y cadenas fuera del alcance de los niños. |
| • Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords. | • Mueva las cunas, los corrales y otros muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas. |
| • Do not tie cords together. Make sure cords do not twist together and create a loop. | • No ate las cuerdas unas a otras. Asegúrese de que no se enrieden creando un lazo. |

**5.2.2 Cord Release Device**

| ⚠**WARNING** | ⚠**ADVERTENCIA** |
|---|---|
|  |  |
| Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE.<br><br>• Always keep cords and bead chains out of children's reach.<br><br>• Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords.<br><br>• Do not tie cords together. Make sure cords do not twist together and create a loop. | Los niños pequeños corren el riesgo de ESTRANGULARSE en los lazos de las cuerdas y cadenas. También se pueden envolver las cuerdas alrededor del cuello y ESTRANGULARSE.<br><br>• Mantenga siempre las cuerdas y cadenas fuera del alcance de los niños.<br><br>• Mueva las cunas, los corrales y otros muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas.<br><br>• No ate las cuerdas unas a otras. Asegúrese de que no se enrieden creando un lazo. |

**5.2.3 Cord with Cord Stop**

| ⚠**WARNING** | ⚠**ADVERTENCIA** |
|---|---|
|  |  |
| Young children can STRANGLE in cord and bead chain loops and in the loop above the cord stop. They can also wrap cords around their necks and STRANGLE.<br><br>• Always keep cords and bead chains out of children's reach.<br><br>• Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords. | Los niños pequeños corren el riesgo de ESTRANGULARSE en los lazos de las cuerdas y cadenas. También se pueden envolver las cuerdas alrededor del cuello y ESTRANGULARSE.<br><br>• Mantenga siempre las cuerdas y cadenas fuera del alcance de los niños.<br><br>• Mueva las cunas, los corrales y otros muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas. |