### 5.2.4 Tension Device Hang tag (attach to tension device)

| ⚠ WARNING | ⚠ ADVERTENCIA |
|---|---|
|  | |
| Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE.<br><br>• Always keep cords and bead chains out of children's reach.<br>• Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords.<br>• Attach tension device to wall or floor. This can prevent children from pulling cords and bead chains around their necks. | Los niños pequeños corren el riesgo de ESTRANGULARSE en los lazos de las cuerdas y cadenas. También se pueden envolver las cuerdas alrededor del cuello y ESTRANGULARSE.<br><br>• Mantenga siempre las cuerdas y cadenas fuera del alcance de los niños.<br>• Mueva las cunas, los corrales y otros muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas.<br>• Coloque el dispositivo tensor en la pared o en el piso. Ello puede evitar que los niños estiren las cuerdas y cadenas, colocándoselas alrededor del cuello. |

### 5.2.5 Cord Retraction Device

| ⚠ WARNING | ⚠ ADVERTENCIA |
|---|---|
|  |  |
| Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE.<br><br>• Always keep cords and bead chains out of children's reach.<br>• Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords. | Los niños pequeños corren el riesgo de ESTRANGULARSE en los lazos de las cuerdas y cadenas. También se pueden envolver las cuerdas alrededor del cuello y ESTRANGULARSE.<br><br>• Mantenga siempre las cuerdas y cadenas fuera del alcance de los niños.<br>• Mueva las cunas, los corrales y otros muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas. |

EXHIBIT 53-B

### 5.2.6 Cord Shroud hang tag (attach to cord shroud)

| ⚠ **WARNING** | ⚠ **ADVERTENCIA** |
|---|---|
|  |  |
| Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE.<br><br>• Always keep cords and bead chains out of children's reach.<br>• Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords.<br>• Do not remove looped cord from cord shroud. | Niños pueden ESTRANGULARSE en los lazos de cuerdas y cadenas. Ellos tambien pueden envolver las cuerdas alrededor de sus cuellos y ESTRANGULARSE.<br><br>• Siempre mantenga las cuerdas y cadenas fuera del alcance de niños.<br>• Mueva cunas, corrales, y otros muebles lejos de las cuerdas y cadenas. Niños pueden subirse sobre los muebles para llegar a las cuerdas.<br>• No quite la cuerda serpenteada del manto de cuerda. |

### 5.2.7 Cord Shear

| ⚠ **WARNING** | ⚠ **ADVERTENCIA** |
|---|---|
|  |  |
| Young children can STRANGLE in cord and bead chain loops. They can also wrap cords around their necks and STRANGLE.<br><br>• Always keep cords and bead chains out of children's reach.<br>• Move cribs, playpens, and other furniture away from cords and bead chains. Children can climb furniture to get to cords.<br>• Do not tie cords together. Make sure cords do not twist together and create a loop.<br>• Replace cord or bead chain if cut. | Los niños pequeños corren el riesgo de ESTRANGULARSE en los lazos de las cuerdas y cadenas. También se pueden envolver las cuerdas alrededor del cuello y ESTRANGULARSE.<br><br>• Mantenga siempre las cuerdas y cadenas fuera del alcance de los niños.<br>• Mueva las cunas, los corrales y otros muebles lejos de las cuerdas y cadenas. Los niños pueden subirse a los muebles para llegar a las cuerdas.<br>• No ate las cuerdas unas a otras. Asegúrese de que no se enrieden creando un lazo. |

**5.3 Product Origins.** There shall be a permanent label or marking on each finished corded window covering product that identifies the name, city, and state of the U.S. manufacturer or importer or distributor or fabricator or seller, and the year of manufacture.

## 6. TESTS AND PARAMETERS

**6.1 Cord Release Devices.** Cord release devices with multiple cords shall be tested with the design intent. Devices that join cord or bead loops shall release as referenced in Appendix A.

**6.2 Cord Retraction Devices.** Cord retraction devices shall adhere to the following:

    6.2.1 The device shall passively retract the cord within 6 inches of the head rail and lock in this position. Sequential operations shall be required to unlock and unwind the cord for operation.

    6.2.2 The device shall be tested with multiple cords and at length in accordance with design intent. It shall meet one of the following requirements:

        6.2.2.1 The cord retraction device shall have a service life of 5,000 cycles. A cycle is completed when the device travels from the raised position to the lowered position and back to the raised position.

        6.2.2.2 The cord retraction device shall fail in the locked and raised position, disabling the window covering's cord operation.

    6.2.3 If the device requires assembly at the time the product is installed, clear and accurate instructions shall be provided to describe installation.

    6.2.4 The device shall be constructed so that it can only be disassembled or detached from the cord loop by a sequential process or tools.

**6.3 Cord Shear Devices.** Cord shear devices shall adhere to the following:

    6.3.1 The cord shear device shall be tested in accordance with the procedures set forth in Appendix A.

    6.3.2 The cord shear device shall be attached to the cord or bead loop upon receipt by the end user.

    6.3.3 The cord shear device shall be constructed so that it can only be detached from the cord or bead loop with a sequential process or tools.

    6.3.4 Clear and accurate installation instructions shall be provided to describe installation. Once the cord shear device is installed, it shall perform as a passive device.

    6.3.5 The cord shear device is to be designed so the cord is not cut when simply pulling on the device's housing. It shall not have any exposed buttons or plungers that would make the cutting feature obvious to young children while in its free hanging position. The cord shear device shall not have an accessible blade when the device is in the open position.

**6.4 Cord Shroud Device.** Cord shroud devices shall adhere to the following:

6.4.1 The cord shroud device shall be designed so that when the window covering product is in the raised position, the cord shroud device shields the cords, eliminating their potentially hazardous exposed loops. When the window covering product is in the lowered position, the cord shroud device shall allow the cords to pass freely without restriction.

6.4.2 The cord shroud device shall be designed so that it shields the cords by routing them through a series of openings no more than 1.5 inches apart.

**6.5 Tension Devices.** Tension devices for cord or bead loops shall adhere to the following:

6.5.1 A significant portion of the tension device shall be attached to the cord or bead loop upon receipt by the end user.

6.5.2 The tension device shall be constructed so that it shall only be detached from the cord or bead loop with a sequential process or tools.

6.5.3 The tension device shall allow for installation to a surface. Fasteners for surface installation shall be provided with the product. Clear and accurate installation instructions shall be provided to describe proper installation. Once the tension device is installed, it shall perform as a passive device.

6.5.4 The tension device shall be designed so that when it is installed according to the installation instructions, it will hold the cord or bead loop taut and close to the product or mounting surface in a manner that makes the tension device's position fixed and immobile, resulting in it being less accessible for young children.

**6.6 Accessible Inner Cord.** Accessible inner cords shall adhere to the following:

6.6.1 **Pull Force.** This is the force necessary to create a free standing cord loop. With the blind in the fully lowered position, and the cord lock not engaged, a 10 lbf-pull force shall be applied to each inner cord 2" above the bottom of the blind, in a downwards direction.

6.6.2 **Maximum Cord Loop.** The maximum loop created by the above pull force shall be no more than a 6"long. (Equivalent to a 4" diameter loop).

6.6.3 **Products That Incorporate An Inner Cord Stop Device On The Cord**
These products shall be tested in the following order and meet the following requirements:

6.6.3.1 **Operational Test:** With the stop device securely attached to the cord, the venetian blind shall be raised and lowered smoothly 1000 times (non-venetian 3000 times), with an interval of at least 15 seconds between each cycle. The stop device shall move less than 1" from its original position on the cord. (If the cord fails, replace.)

6.6.3.2 **UV Stability:** The materials used in the stop device shall be capable of passing all the above tests after being subjected to AATCC TEST Method 16-1998, for 500 hours or equivalent. After completion of the U.V. Stability Test, perform 100 additional cycles in accordance with 6.6.3.1. Upon completion, the device shall still be operable.

14

6.6.3.3 **Impact Test:** Products that do not incorporate the cord-lock requirements outlined in AWCMA 1029-86 (see B 1.3) for the cord lock stopping the "free fall" of the blind, shall be capable of withstanding 1,000 "free fall" impacts from the fully raised to the fully lowered position, on a maximum sized blind.

6.6.3.4 **Compression Test:** The stop device shall not break from being subjected to a 25lb compression test, specified in ASTM F963-96Aa.

6.6.4 **Stock Blinds.** Blinds that are made to standard sizes, and then fitted by the consumer to varying sized windows, shall have a stop device that shall be adjustable. The adjustable stop device shall be pre-attached to the cords, and set to the maximum drop of the blind. Instructions for adjustment shall be included with each blind sold.

6.6.5 **Products That Do Not Require a Cord Stop Device.**
Products that do not require a Cord Stop Device, are as follows:

6.6.5.1. Where the cords are not accessible.

6.6.5.2. Where it is not possible to create a free standing 4" diameter loop, after the above pull forces have been applied, in accordance with 6.6.1.

6.6.5.3 Where the spring loaded cord lock shall act in such a manner that it is impossible at any time to disengage the cord lock and create a free standing 4" diameter loop by pulling on any of the accessible inner cords.

**Appendix A**

**A1 Test Procedure For Cord Release Device and Cord Shear Device**

A1.1 **Equipment**

A1.1.1  1 - Anthropometric Infant Dummy, KRASH KID 1, One year Crash Mannequin. (available from Gaumard Scientific, 7030 SW 46th St., Miami, FL 33155, specify "in accordance with SN 070795-02" when ordering).

A1.1.2  1 - Force gauge rated to at least 10 pound force, with a maximum hold feature.

A1.1.3  1 - Four-foot section of window covering cord.

A1.1.4  1 - Test fixture shown in Figure A-1.

A1.2    **Procedure**

A1.2.1 Placement of the dummy in the test fixture

    A1.2.1.1 Fasten the dummy with its back against the vertical surface of the test fixture.

    A1.2.1.2 Position the head of the dummy as far forward as it will go, with the bottom of the chin approximately 45 degrees from the chest. Clamp the head in place if it will not stay by itself.

    A1.2.1.3 Tie or fasten a cotton cloth on the dummy's head so that all of the head above the ears is covered. This will eliminate some of the drag of the cord on the rubber surface.

    A1.2.1.4 Mount a force gauge on a sliding track so that the hook of the gauge is 2.5 inches out from the vertical surface and about 6 inches above the dummy's head when in its lower position. The force gauge/track is motorized to provide an upward velocity of 1.5 to 2.0 inches per second.

A1.2.2 Attach the device to the ends of the cord to define a loop 3.5 feet in circumference plus or minus one inch. If appropriate, trim excess cord. If appropriate, join the pieces of the device together. On the opposite end of the loop from the device, tie a knot to make a small loop to hook on the force gauge.

A1.2.3 Slide the loop over the dummy's head. Position the cords of the loop behind the ears of the dummy.

A1.2.4 Attach the loop, directly opposite the device, to the force gauge.

A1.2.5 Rest the device against the chest of the dummy 6 inches below the dummy's chin. Then, twist the device 360 degrees (one full revolution). Again, rest the twisted cord against the dummy's chest.

A1.2.6 Draw the force gauge up vertically at the specified rate until the device separates.

A1.2.7 Record the force of separation, repeat steps B through G for 50 tassels.

A1.2.8 The average shall not exceed 3.0 pounds release force to separate the 50 devices tested, and all samples tested shall have a release force below 5.0 pounds.

**Appendix B**

**B1**  **Referenced Documents**

B1.1   ANSI Standard: ANSI Z535.1- Z535.5

    ANSI Z535.1 - Safety Color Code
    ANSI Z535.2 - Environmental and Facility Safety Signs
    ANSI Z535.3 - Criteria for Safety Symbols
    ANSI Z535.4 - Product Safety Signs and Labels
    ANSI Z535.5 - Accident Prevention Tags (for temporary hazards)

    Available from American National Standards Institute
    25 West 43rd Street 4th Floor
    New York, NY  10036

B1.2   Federal Standard: 16 CRF 1501
Method for Identifying Toys and Other Articles Intended for Use by Children Under 3 Years which Present Choking, Aspiration, or Ingestion Hazards Because of Small Parts

    Available from U.S. Consumer Product Safety Commission
    Washington, DC  20207

B1.3   AWCMA Document 1029-86: Commercial Item Description: Venetian Blind

B1.4   ASTM F 963 – 96 a (R19XX) Standard Consumer Specification on Toy Safety

FIGURE 1: Horizontal Blinds



FIGURE 2: Pleated & Cellular Shades



FIGURE 3: Roll-up Blinds



FIGURE 4 Roller Shade




FIGURE 5 Roman Shade



FIGURE 6: Vertical Blind





FIGURE A-1 — CORD RELEASE DEVICE AND CORD SHEAR DEVICE TEST FIXTURE