

3851 Exchange Avenue
Aurora, Illinois 60504

Phone: (630) 851-4566
Fax: (630) 851-4870
esi-website.com

# REPORT

Rountree (Valerie), et al.
vs.
Ching Feng, Ltd., Et Al.

ESI File No.: 25309A
Court File No.: A04-0112 CV

**REPORT SUBMITTED TO:**

Michael Weiss
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

**Report Submitted by:**

_signature_          12/3/07
Erick H. Knox, Ph.D., P.E.     Date
Director of Biomechanical and
  Safety Engineering
P.E. License Expires: November 30, 2009

**Reviewed by:**

_signature_          12/3/07
Michael P. Van Bree     Date
Senior Staff Consultant

COLORADO | FLORIDA | ILLINOIS | LOUISIANA | MISSOURI | TEXAS

EXHIBIT 57

Rountree (Valerie), et al. v. Ching Feng Ltd., et al.  
ESI File No. 24309A

12/3/07  
Page 2 of 7

## INTRODUCTION

Engineering Systems Inc (ESI) was asked by the law firm of King and Spalding, LLP of Atlanta Georgia to perform an analysis of the relevant facts and circumstances pertaining to the Window Covering Manufacturers Association (WCMA), including its role in development of safety standards. This project is done within the context of the Rountree v. Ching Feng Ltd., et al. litigation, which involves the death of April Lynne Cox on May 27, 2002, allegedly as a result of strangulation in a cord of a window blind in the home of her grandparents in Anchorage, Alaska.

The qualifications and publications of the author are summarized in the curriculum vitae attached as Appendix A. A list of cases in which the author has testified at trial or in deposition over the past four years is attached as Appendix B. ESI currently charges $275 per hour, plus expenses, for the author's time on this project.

## BACKGROUND

ESI has reviewed the following list of materials during the course of investigation and analysis to date in this matter:

Miscellaneous
- Summary Report of WCMA Subcommittee Meeting, dated 5/26/04
- Attendance sheet from WCMA Industry Meeting, 6/29/94
- Agenda from Meeting with Window Covering Manufacturer's Association, dated 12/14/99
- Anchorage Police Report #02-25880, dated 5/27/02, including Autopsy Report from State of Alaska Dept. of Health & Social Services
- 8/18/00 CPSC letter regarding marking boxes related to inner cord problem
- 10/3/94 CPSC letter regarding Window Covering Corrective Action Plan
- 9/3/99 CPSC letter reporting inner cord strangulations
- 6/2/01 CPSC Memorandum regarding Analysis of String and Elastic Hazards to Children
- 10/13/00 CPSC Publication, Audio-Visual, Film Speech and Report Clearance
- 10/3/94 CPSC review of proposed voluntary corrective action plan
- CPSC "success story" regarding 6/20/00 e-mail about WCSC Instructions and Sticker – PSA 0648.00 follow-up #2
- 10/11/00 CPSC letter regarding inner cord strangulation hazard
- WCSC Inner cord talking points
- 6/1/94 Levolor letter to Ann Brown, Chairman, CPSC
- Introductory memo to 3/31/94 minutes re CPSC/Window Cover Manufacturers Meeting
- Minutes from 3/31/94 CPSC/Window Cover Manufacturers Meeting
- Minutes from 7/22/94 WCMA meeting
- Minutes from 12/14/99 WCSC & CPSC meeting
- Memorandum of 7/3/85 phone conversation between Stan Morrowo & Peter Rush
- 9/2/94 Letter from Marc Schoem, CPSC to Peter Rush, WCSC

Engineering Systems Inc.  
esi-website.com

Rountree (Valerie), et al. v. Ching Feng Ltd., et al.                               12/3/07
ESI File No. 24309A                                                             Page 3 of 7

- 2/23/96 Letter from Schoem to Rush regarding Corrective Action Plan for 2006
- 4/2/03 Letter from Caroline Paul to Peter Rush regarding CPSC staff review
- October 2000 News Release from CPSC
- Outreach Plan proposed at WCMA Manufacturer & Importer Meeting, 6/29/94
- Questions & Answers on Window Coverings
- 5/25/00 Letter from Renae Rauchschwalbe to Peter Rush, WCSC, re Strangulation Due to Cords that Run Through Window Coverings
- 8/10/04 WCMA Technical Committee Meeting Notes
- 10/10/04 WCMA Technical Committee Meeting
- 11/19/97 WCSC Meeting Minutes
- 10/25/00 WCSC letter to Peter Rush re Inner cords on horizontal blinds
- Nevins ANSI correspondence
- Ballots
- Police Report
- Procedures & correspondence
- Related materials

Court Documents:
- Demand for Trial by Jury
- Complaint

Depositions:
- Peter Rush, taken 2/16/06
- Peter Rush Deposition Exhibits 1 – 12
- Paul Rountree, taken 7/27/05
- Paul Rountree Deposition Exhibits 16-19, 20-23 & 24-27
- Ilene Rountree, taken 7/27/05
- Christopher Cox, taken 4/28/06

Reports:
- Jon O. Jacobson, Ph.D., P.E., dated 10/31/07 (including CV & R26)
- Stuart M. Statler, dated 10/31/07 (including CV & Fee Schedule)

Standards:
- ANSI/WCMA A100.1-1996: American National Standard for Safety of Corded Window Covering Products
- ANSI/WCMA A100.1-2002 Revision of ANSI/WCMA A100.1-1996
- ANSI/WCMA A100.1-2007 Revision of ANSI/WCMA A100.1-2002 Revision of ANSI/WCMA A100.1-1996

The author of this report is currently the chairman of the American National Standards Institute (ANSI) Accredited Standards Committee (ASC) A14. This Committee promulgates eight different safety standards, and is currently in the process of developing others, all related to


esi-website.com

Rountree (Valerie), et al. v. Ching Feng Ltd., et al.  12/3/07
ESI File No. 24309A  Page 4 of 7

various different types of ladders. He is also the chairman of the ANSI ASC A14.2 subcommittee, and a participating member of ANSI ASC A14.5, and ANSI ASC A14.7 subcommittees. He also participates on the ANSI ASC A14 Steering Committee, Labeling Task Force, and Articulated Ladder Task Force. The author is experienced with, and knowledgeable of, the ANSI standards development process. The author additionally relies on other prior education, training, and experience, including investigation of accidents.

## FURTHER BACKGROUND PERTAINING TO THE ACCIDENT

On May 27, 2002 April Lynne Cox was found unresponsive by her mother in the crib with the center cord from the adjacent blinds looped around her neck. The crib was adjacent to the exterior window in the room, which had a window blind mounted to it. The blinds were found in a down position. At the time of the incident April was approximately 14 months old (date of birth March 29, 2001). According to the testimony, the blinds were apparently purchased by April Cox's grandparents.

## DISCUSSION AND ANALYSIS

In evaluating the conduct of the Window Covering Manufacturers Association (WCMA), review of the available information provides several findings that bear on whether the association was reasonable in its actions. Some of these findings are listed below:

- Historically, the WCMA was a not-for-profit corporation of North American manufacturers of window coverings. It did not include all manufacturers, distributors, retailers, or importers. Prior to the 1994 time frame, it had no interaction with the American National Standards Institute (ANSI) as a standards developer, and was not charged with developing safety standards. The WCMA was managed by an association management company, which is common and accepted, even in situations where the association is the sponsor of an ANSI standard.

- The information provided estimates that 85 million window coverings are sold each year, and that approximately 850 million window coverings are in use at any one time in the United States. Considering other information where the Consumer Product Safety Commission (CPSC) reported approximately 170 deaths associated with window cord strangulations from 1981 to 1995, a simple quantitative risk analysis would show that the quantitative risk for this hazard is extremely low. This is a valid data point and provides context for evaluating the risk, WCMA actions, and assessing reasonably foreseeable hazards. Other acceptable levels of risk are much higher.

- The WCMA participated fully with the CPSC at all times when the CPSC approached the WCMA. According to the material, a safety alert was developed by the WCMA and CPSC and released in 1985, 1989 and 1993. This was prior to any standards development action.



esi-website.com

- In 1994, through cooperation with the CPSC and at its urging, the WCMA applied for accreditation as a standards writing organization under ANSI. The WCMA began the process of standard development at that time. The CPSC was heavily involved, participated in the meetings, reviewed documents, provided comments, and essentially worked in lock step with the WCMA. The ANSI/WCMA A100.1 standard was published in 1996 after this large new effort. WCMA responded in an affirmative way, and materially improved the safety of the product. However, even before the standard was published, the WCMA urged manufacturers to eliminate the loop on pull cords. At the same time, the WCSC was implementing a national campaign to make the public aware of potential hazards with window covering cords.

- The WCMA was instrumental in developing the Window Covering Safety Counsel (WCSC) during this same time frame, as it was recognized that in order to get the safety message out effectively, more than just the manufacturers would need to participate. This was a broader group of manufacturers, retailers, distributors, and importers, however members of the WCMA did participate, and although they may not have shared all information between the two organizations, the WCMA certainly was knowledgeable about the WCSC's efforts, and from 1994 onward, they worked closely together. They even had the same executive director, Peter Rush, for a period of time up until approximately 2002.

- The WCMA relied on the CPSC for guidance, direction, input, and their expertise, particularly with respect to human factors and safety personnel, and conducting and analyzing In Depth Investigations (IDIs). The IDIs are the purview of the CPSC. To the extent that the CPSC did not identify an interior cord hazard at the time it approached WCMA in 1994, one would not expect the WCMA to have reasonably understood the presence of any significant interior cord hazard. Further to this point, according to Mr. Statler, the CPSC is the only federal agency having authority to ensure against unreasonable risks related to all kinds of infant products. In this regard, the WCMA would be expected to reasonably rely on the information provided by the CPSC at face value.

- Even considering the existence of a letter from Attorney Greisbach in 1990 and Attorney Vasos in 1995, which are the only known potential identification to the WCMA of the interior cord hazard prior to 1999, it was not negligent on the part of WCMA to develop a safety standard circa 1996 without design considerations for interior cord (i.e. cord stops). This is keeping the context and timing of the letters in mind, as well as the effort underway to get the first safety standard for window coverings through the ANSI standard development process. The design effort primarily focused on the hazard identified by the CPSC. Both of these letters were sent to the CPSC as well.

- The ANSI/WCMA A100.1-1996 included a warning on the generic hang tag with the text: "Young children can strangle in the loop of pull cords, chain and bead cords, and *cords that run through window coverings...*" This text, whether deliberate or not, can only be interpreted to mean interior cords.


esi-website.com

- The CPSC voted to approve of the 1996 version of the ANSI/WCMA A100.1 standard. I do not believe that the CPSC would have approved of the standard if they felt that there were unreasonable risks in products conforming to the 1996 standard. Furthermore, the CPSC has the "ultimate" vote on what constitutes unreasonable risk, because they have the authority to mandate a federal standard and force compliance. Therefore, if they were dissatisfied with the safety standard or the way in which the WCMA (as standards developer) was conducting themselves, they could issue their own standard. This was not the case, even today.

- The ANSI standards development process has been in place for decades, and is responsible for producing safety standards for tens of thousands of products. The process is an excellent means with which to develop state-of-the-art safety standards. The accredited canvass method, used by WCMA, is one of three methods of consensus development. The canvass method identifies, to the extent possible, those who are directly or materially affected by the standard and conducts a ballot to determine consensus. Accreditation by ANSI signifies that the procedures used by the WCMA in developing an American National Standard (ANS) met ANSI's essential requirements for openness, balance, consensus and due process. The ANSI Board of Standards Review (BSR) validated the WCMA accreditation.

- In 1999, the CPSC approached the WCMA with a report that identified the inner cords as a potential hazard, albeit occurring at a rate 10 times less than the pull cord hazard. Again, the WCMA and WCSC worked with the CPSC to create another corrective action, and to develop a design fix for the interior cord hazard. This process was done with involvement of the CPSC and the standard was updated and published in 2002. Again, the manufacturers created and complied with a fix in September of 2000, before the standard was published. Standards development can take years to complete, due to the fact that there are multiple interested parties, multiple viewpoints, meetings, dissemination of information, design issues, evaluation and possibly testing time, and reworking to achieve a consensus.

## CONCLUSIONS

The following conclusions are based on the analysis to date, as well as on prior education, training, and experience. These conclusions are stated to a reasonable degree of engineering and scientific certainty.

- The WCMA was not negligent in its conduct or actions in developing ANSI/WCMA A100.1-1996, or ANSI/WCMA A100.1-2002.

- The CPSC approved of WCMA's conduct and the standard it developed. CPSC had the ultimate vote if they did not agree with WCMA's conduct or standards development actions, in that they could have mandated a separate standard. The constant interaction of the CPSC and the WCMA on these issues demonstrates their cooperation and common goal to reduce unreasonable hazards associated with window coverings.


esi-website.com

Rountree (Valerie), et al. v. Ching Feng Ltd., et al.     12/3/07
ESI File No. 24309A     Page 7 of 7

- The ANSI canvass method utilized by the WCMA to develop the ANSI/WCMA A100.1-1996 (and 2002) standard met ANSI's essential requirements for openness, balance, consensus and due process

ESI reserves the right to supplement these findings and conclusions based upon additional work or further analysis in this matter.

<<< **END OF REPORT** >>>



*esi-website.com*