## Window Covering Manufacturers Association

The membership meeting of the Window Covering Manufacturers Association was held at the Georgia World Congress in Atlanta on Thursday, April 7, 1994 pursuant and notice to association members and guests. The following people were in attendance:

| | |
|---|---|
| John Schnebly | Comfortex Corp. |
| Len Mandel | General Clutch |
| Steve Morris | General Clutch |
| Carol Cooper | Harrison Sample |
| Joe Cole | Home Fashions Inc./Del Mar |
| OB Kelley | Hunter Douglas |
| Chris Outlaw | Hunter Douglas |
| Vince Paul | Joanna |
| Tom Kefor | Julius Koch |
| Al Levy | Kenney Mfg. |
| Terry Gensler | Kirsch |
| Sander Johnson | Kirsch |
| Patrick Nugent | Levolor |
| Susan Lang | Nanik |
| Charlie Brakefield | Phifer Wire Products |
| Paula Deason | Phifer Wire Products |
| George Prendergast | Plastibec Ltd. |
| Mario Cadorete | Plastibec Ltd. |
| Lance Devereaux | Springs Window Fashions |
| Paul Josephson | Springs Window Fashions |
| Robert Southard | Verosol USA |
| Clark Eibe | Vytech Industries |

Also in attendance were:

| | |
|---|---|
| Gloria Boghosian | WCMA |
| Peter Rush | WCMA |
| Ira B. Marcus | WCMA Legal Counsel |

Executive Secretary, Peter Rush introduced himself and asked for self-introductions. He announced that the members of the executive committee will meet immediately following this meeting.

Mr. Rush briefly described the events that took place since 1985 with the Consumer Product Safety Commission (CPSC) and the WCMA. Ann Brown, the new Commissioner of CPSC has taken a personal interest in window covering strangulations. Mr. Rush highlighted some of the demands put forth by CPSC at the meeting held on March 31 and referenced to the official report documented by CPSC:

0027658

020

EXHIBIT 4

- 2 -

- In 1991, 1992, 1993 there have been 37 casualties.
- CPSC says that the "Warning" is not enough, there have been no decrease in deaths and they want action from the industry within 2 to 3 weeks.
- CPSC is looking for a "passive solution" for parents (consumer)
- CPSC is concerned with "past" product made
- Based on the products CPSC investigated in the marketplace, Hunter Douglas' "Break-Away Tassel" was the item approved by CPSC to use for 2 cord products.
- CPSC is willing to forego promulgating a consumer product safety rule with respect to future products based on WCMA's progress in devising voluntary safety standards through ANSI.

Mr. Rush commented that two items in the last 2 weeks have been recalled by CPSC, crayons and bunk beds. CPSC is looking for us to come back to them with an industry recommendation.

The question was raised on how the CPSC would go about recalling a product. Legal counsel Ira Marcus said that the CPSC can file a legal action to declare products "imminently hazardous" or begin hearings to determine that they constitute a "substantial product hazard." In either event, the CPSC has a large number of weapons in its arsenal if it is successful. These weapons can include public notice of the defect, and the recall, the repair or the replacement of, or refund for such products.

CPSC has asked the association to respond to them with an immediate remedy. They feel that the break-away tassel is the best product that exists now. The industry should use it for those products that have already been sold to the consumer. CPSC wants a all-inclusive public relations campaign funded and maintained by the industry. Mr. Rush asked how is the association going to handle this request.

Mr. Schnebly said he objects to CPSC saying you must use a "passive" product. He says any cordage in the hands of children will end up in a tragedy.

0027659

021

- 3 -

OB Kelley asked, specifically what recommendation from CPSC Mr. Schnebly was objecting to. Mr. Schnebly said that the break-away tassel as a passive device will not work. Mr. Kelley asked Mr. Schnebly what would be his own recommendation to the CPSC from the industry. Mr. Schnebly said that the hang tags should be reviewed and the industry should emphasize cleats. A public awareness campaign is what he can see as a solution. Mr. Schnebly believes all cordage is a problem.

Mr. Kelley asked "Would it be fair to say all those objections were made at the meeting last week?" and reads directly from CPSC minutes "we (CPSC) have to use what we see now."

Mr. Schnebly said that he got a different impression of the conversation he had with Ann Brown. He said that the break-away tassel has not been tested by CPSC yet and that they do not yet have report. They might re-consider the product after they test it.

Len Mandel asked if we were addressing the historical treatments or future. Mr. Rush responded that the Technical Committee was applying to ANSI and that the CPSC will recognize these standards for future products, but at the same time CPSC is concerned with the products in place throughout the country.

Mr. Mandel said that the solution is to keep the cords out of the reach of children by making a short cord that hangs high.

Mr. Kelley said CPSC is concerned with all venetian blinds but more specifically with the two cord blinds which comprise 90% of all horizontal units.

Mr. Kelley asked George Prendergast if he has spoken with Mary Hill from Safety Canada. Mr. Prendergast said he has personally contacted Ms. Hill but because of the copyright infringement, Ms. Hill did not want to share any information. He added "Why can't the consumer have options like the car industry with air bags.?"

Mr. Rush said that we do have wide array of options going forward as long as the products are passive.

- 4 -

Mr. Marcus said that the Commission will rely on voluntary safety standards going forward but CPSC feels that for a few cents a piece the industry can cover the product already in place.

There is general discussion of the positive and negative elements of a break-away tassel.

Bob Southard asked what other product options the WCMA has? Mr. Kelley said that CPSC reviewed all the known remedies -- the retractable device, the cleats -- but that the Commission said that the break-away tassel was what they were going to recommend.

Mr. Rush was asked to describe what we have done.  He said that WCMA has distributed safety alerts periodically to newspapers, consumer magazines, pediatricians but the Commission does not feel like that is enough.  CPSC wants a elaborate campaign using many public relations techniques including television.

Mr. Pat Nugent reported that in late 1993 when Levolor was approached with the Break-Away Tassel, Levolor had the product tested by a professional testing firm. Levolor's testing and analysis of the break-away tassel has been continuing. Initial testing indicated a potential problem with chocking on the tassel.  Levolor only tested prototype of tassel not the finished product.  Levolor has concluded that although the tassel does not eliminate all possibility of cord strangulation, it can provide significant protection for children in many situations.

Mr. Nugent further reported that after attending the meeting with CPSC, he strongly feels that action needs to be taken by the industry and that an approved technology needs to be used by the industry as soon as possible.  He believes that the product should be independently tested and we should heavily promote the warning notices. Levolor has already taken two steps in approaching the issue.  They include a safety kit added to each product sold and a consumer hotline at headquarters.  Levolor prefers to have a joint program with other industry players and is willing to participate in the funding of a public relations campaign and the technical support needed for ANSI standards writing.  Mr. Nugent believes that retailers should be included in the funding of this vast project.

Joe Cole reported that Home Fashions Inc. has a prototype of a product in the testing phase but it will be approximately five months before it is shippable.

0027661

- 5 -

Mr. Rush presented ideas that were discussed with CPSC at the recent meeting and his own concepts in approaching the public awareness program that CPSC is demanding.   He presented a sample of a media kit CPSC has sent to him on the 5 gallon bucket safety campaign.

In summary, the industry recommends:

  a.  endorsing the concept of a break-away tassel.
  b.  set-up independent testing program for whatever products are produced in the future by the industry.
  c.  establishing an 800 number for consumer and give out a tassel(s) for a postage fee from consumer
  d.  enlisting CPSC to contact the importers and retailers of corded products and have them contribute funds.
  e.  Apply to ANSI and begin drafting a safety standard with respect to future product.

Mr. Rush suggests that funding start with a one-time funding effort and then the program be maintained as necessary.  Mr. Rush will send outlined program proposal to members for approval.

Mr. Al Levy asked if the ANSI specification would address everything.  Mr. Rush answered by saying that we may want to write different specs for different performance standards.

Motion was made to include associate members, direct and non-direct retailers and importers in the funding of a public awareness campaign.  Motion was seconded and approved unanimously.

George Prendergast suggested that the WCAA be contacted for assistance and funding.

There being no further business the meeting was adjourned.

0027662

024