Chicago, IL
Herald-Lisle
Naperville Ed.
Chicago Met Area

Sunday                SUN 6,450

OCT 15, 1995

N54161

LUCE *PRESS CLIPPINGS*

# Free tassel ends take danger out of blinds

A simple cut with the scissors, a couple of knots, and you can turn potential disaster into a safe and secure situation. It won't cost you a cent.

Window blinds with a closed loop that raise and lower the blinds have the potential to strangle or entrap small children.

The U.S. Consumer Product Safety Commission and the Window Covering Safety Council is making an effort to eradicate this danger by offering tassel ends through such outlets as Builders Square. An 800 number — (800) 506-4636 — offers a complete list of businesses participating in the program.

Removing the loop is a simple operation. For the two-corded horizontal blinds, cut the cord above the tassel, eliminating the loop in the cord.

Remove the equalizer buckle. That's the small plastic or metal clip that holds the cord together. It is usually a foot or so above the cord loop. If you leave it in place, then there is still a potential hazard.

Slip the small white plastic tassels over the cord and tie a knot in the end. Pull the tassel end over the cord. Now, instead of a loop you have two free swinging cords with tassels that pull to raise or lower the window.

If you have a window covering that has a single cord extending from the cord stop where two cords are joined (it will look like a y), then you must leave it in place.

Do not cut it above the cord stop. Instead, be sure to tie the loop out of reach of children whenever you raise the shade. It would be best to check and see that the loop in the cord is out of reach of children at all times, raised or lowered.

You can order the tassels through the 800 number or you can stop by any Builders Square to pick up the tassels and a detailed illustration on installation. You will need two tassels per window covering.