

**WINDOW COVERING SAFETY COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel: 212 661-4261
Fax: 212 370-9047

Minutes of WCSC Meeting
Thursday, December 5, 1996
Residence Inn by Marriott
Bethesda, MD.
10:30 a.m.

Individuals in Attendance: (attached)

Peter Rush opened the meeting, which was held immediately after the meeting with the CPSC to discuss possible program activities for 1997.

Mr Rush noted that the industry's efforts and initiatives regarding the cord-safety program were to be credited for the program's success in achieving outstanding awareness levels. He then noted that CPSC officials expected a strong continuation of the program because of the unchanged number of deaths associated with window coverings, and the new public concern over the health safety aspects of vinyl blinds.

Roger O'Brien of 3-Day Blinds felt the meeting with CPSC had been a good one, and noted that CPSC seemed supportive of WCSC and its cord-safety efforts. Marlene Abrams of Montgomery Ward felt the CPSC had made some questionable presumptions regarding the need for and impact of extra media coverage, noting that an 83% recognition rate was about as good as you could get. She also noted that, at some point, individuals need to take responsibility for their actions. It was noted that increase awareness may be responsible for increased reporting.

Alan Holland of JC Penny felt the Council should endeavor to maintain the high awareness level, and to spend towards states with high death rates. Lance Fritz of Kirsch said he felt the Council had spent the right amount of money and effort in carrying out the cord-safety program so far, and that it should keep applying its efforts and funding at the same level.

Charlene Haines of K Mart said the finite aspects of singling out a certain month for retail consumer promotion of cord-safety awareness would be preferable. A Multi-year plan should be developed as well. O.B. Kelley of Hunter Douglas reiterated that although the WCSC program had been successful in getting its safety message to the public, it had not made a difference in the statistics, which was the reason behind CPSC's call for further action. Paul Josephson of Springs Window Fashion expressed confusion as to the exact purpose and message underscoring CPSC's proposal to hold a press conference/program launch in February.

0005604

**038**

EXHIBIT 11

Mr. Rush pointed out that although the CPSC had mentioned several activities using retailer channels to reach the public, all activities and statistics to date had shown that the popular media was by far the most effective way to reach the public.

The discussion then turned toward the ANSI standard. After explaining the standard's development history and current status, Mr. Rush noted that the industry needed to work quickly to adopt the standard, but that there were a variety of issues that had to be met in order to reach compliance, including product modification, marking and labeling. He then asked members within two weeks to supply him with production time frames, assuming the ANSI standard was officially adopted in January of 1997.

Various areas of ANSI marking and labeling standards were discussed more thoroughly among members, after which Mr. Rush agreed that the Council would immediately establish a committee to provide members by February 1st with generic artwork and wording for the various labeling requirements in the standard.

Several members discussed the value of a Good Housekeeping type of seal denoting compliance with the ANSI standard. Mr. Rush said this could be done fairly easily by providing the necessary information to those accredited testing laboratories currently being used by members. Additional discussions on this topic included questions as to the reason for having self-certification; and how custom, inventoried and transitional products would be handled. It was agreed that WCSC as an organization wanted to be leading the way in setting standards.

There was a discussion about how member assessment for funding for the Council's programs was determined. Mr. Rush explained that a 1 cent-per-unit rate was used in 1996 based on the last year of available import figures (1994) and the importer of record or domestic producer's actual numbers. Mr. Rush confirmed that the Council did not get full participation last year from all potential members, but that membership represented the lion's share of the industry. Identification of non-participants would continue to be pursued. There was also a brief discussion of CPSC's ability and interest in requiring non-members to participate.

Mr Rush then reviewed the Council's proposed communications strategy/program for 1997 (attached). The meeting ended with a review of the following timeline for agreed-upon actions:

December 19:  Target dates for production to Peter Rush.

February 1:   Generic artwork/wording to members for ANSI labeling, hang tags, etc.

January 15:   Outline of Council's 1997 program plans and issues to CPSC.

Window Covering Safety Council
Sign-up Sheet
Dec 5, 1996
Bethesda, MD

| Name | Company | Tel No. |
|---|---|---|
| Ira B Marcus | WCSC counsel | (201) 535-5324 |
| CB Kelley | Hunter Douglas | (201) 327-8200 |
| Stefan Chuang | Custom Craft | (310) 404-7126 |
| Jim Martinez | Nien Made | (508) 429-2962 |
| Howie Siegal | ACHIM | 718-369-2200 |
| Tom Marusak | Comfortex | 518-273-1200 |
| Thomas Wong | Custom Craft | 310/404-7126 |
| Paul Josephson | Springs | 600/836-5348 |
| Gene Link | Target Stores | 612-304-5616 |
| Meg Farrage | IKIRA | 703·841·2300 |
| Scott Krugman | NRF | 202/626-5187 |
| Doug McElwain | Wal-Mart | 501-273-8922 |
| [illegible] | Lowes Company | [illegible] |
| Frances Valdez Valdez | JCPenney | (972) 431-1248 |
| Han Holland | JCPenney | 972 431-5165 |
| Ronald Gitkin | Jencraft | 201-256-6700 |
| Marlene Abrams | Rep Montg Ward | (312) 715-4552 |
| Marti Murray | Montgomery Ward | (312) 467-6681 |
| Roger O'Brien | 3 Day Blinds | (714) 634-4600 x241 |
| Michael Nimeroff | Sidley & Austin (p Newell) | 202-736-8235 |
| Mark Wippner | Levolor Home Fashions | 910 881 5908 |
| Gary Berell | Rollease Inc | [illegible] |

0005606

040

| Name | Company | Phone |
|---|---|---|
| LEN MANDEL | ROLLEASE, INC. | 203-964-1573 |
| DREW BENTLEY | Marietta Drapery | 770-427-0587-1720 |
| GORDON ZELLER | KIRSCH | 616-659-5183 |
| LANCE FRITZ | KIRSCH | 616-659-5212 |
| STEPHEN TESTO | COMFORTEX | 578-233-1200 |
| BARBARA MILLER | SUMNER RIDER | 202-232-0464 |
| DAVID E. DISSER | ARLEY/COASTAL | 847-622-0123 |
| Dick Dale | Newmark | 810-258-9897 |
| Lisa Shumard | KMart | 810 643-1663 |
| Charlene Haines | Kmart | 810 643-5705 |
| Pete Rush | WCSC | 212-661-4261 |

041

0005607