# Window Covering Safety Council

Wednesday, November 19, 1997
Westin O'Hare
Chicago, IL

## Minutes

A meeting of the Window Covering Safety Council was held at the Westin O'Hare Hotel in Chicago on Wednesday, November 19, 1997 at 9.00 a.m. pursuant to call and notice issued to all WCSC members

Individuals in Attendance:    See Attached

### I. Review of Public Education and Information Program

Peter Rush reviewed the 1997 Public Education and Information Program. He presented the group with a letter from Ann Brown, Chairman of the CPSC, asking the members not to disband and to continue its safety efforts. Highlights for the year's campaign included our "piggybacking" on the JAMA article by sending out complete press kits to all the major networks, top 100 newspapers, baby and parenting magazines. WCSC received over 30,000 calls to the hotline due to the publicity generated by the release. According to data, more phone calls were received by the hotline in 1997 than in all the years combined, since the inception of the program. This is due primarily to increased awareness of the hotline by vendors, suppliers, and the continued placement in magazines and newspapers. A complete report of all the materials used throughout the campaign will be shipped out to members by the end of the month.

### II. Review of 1997 Government Data

Despite continued efforts, we have yet to receive the 1996 government data from the CPSC. It was agreed that we would ask CPSC for this data as well as some some additional requests, including such items as, the datecode on the product (to verify whether it's old or new product), the category that the window covering falls into (horizontal, vertical, drapery hardware etc.) and how the strangulation occurred. This additional information is required to have a fuller understanding of the problem and to get to the next level of safety precautions.

### III. Compliance with ANSI/WCMA 100 1

Members indicated they are in full-compliance with the standard. A direct mail pie··· or press release to the trades was suggested targeting fabricators.

### IV. 1998 Program

Members agreed to continue the hotline, a modest newsp··· r effort ··· to continue to act as a resource service to the industry. An update of tie-down d·····; that are distributed through the hotline was suggested to conform to the standard. Membership voted to r·····e dues to 25% of 1997 level with the minimum remaining the same

0012449

001

EXHIBIT 14