Rec'd 2/22/00

Robert L Nevins
5065 Box 5
Route 28 A Boiceville
N.Y.12412

BSR 1904

To Anne Caldas
Board of Standards Review         Feb,18 2000

Dear Anne,

You already know my name so I will just tell you I am a retired N.Y.City firefighter,so it is no suprise that I would spend more the two years and thousands of my own dollars,trying to prevent the strangulation deaths of infants and young children with miniblind and other corded window covering products.

I object strenuously to your giving an ANSI stamp of approval to the Window Covering Manufacturers Association,an organization who,s products are responsible for over 400 infant and child strangulation deaths since 1981 caused by cords and chains used in their window covering products.

In addition their are at least 16 deaths that in my opinion were easily preventable.
In 1985 a lawyer named Geoffrey Morris,warned the W.C.M.A. of the danger of these strangulation cords.
In 1990 another lawyer Miss Toni Griesbach specifically warned Mr Rush and all the W.C.M.A.members that the cord lock did not hold in the blinds full down position and that infants and children could pull the blind cords in reverse from the bottom of the blind and form a loop or entangle themselves in these cords and strangle to death.These dire warning letters were certified and sent to Mr Rush and all of the W.C.M.A.members, who completely ignored these infant and child saving letters.

The next specific warning letter came from another lawyer a Mr Donald Vasos who,as the previously named lawyers was involved in an infant strangulation case.
Mr Vasos was sucessful in his law suit against the manufacturer as were Mr Morris and Miss Griesbach.
Donald Vasos complained to Mr Rush and the W.C.M.A.members also by certified mail about the insideous strangulation hazard inherent in the mini and other blind products as well as corded shade products. He was invited by Mr Rush to contribute to the A.N.S.I standards being formed at this time.
Mr Vasos made suggestions ,then was made aware of what the W.C.M.A.were going to do .
Mr Vasos indicated the standards did not go far enough and so he declined to be a part of those standards.

Between Miss Griesbachs specific warning letter in 1990 and the warning letter Of Mr Vasos in 1995,six infants will die in reverse cord strangulations.

0024554                WC  3130

044

EXHIBIT 15

BSR 1904

Robert L Nevins Sr.

Page 2.to Anne Caldas

Between the warning letter dated 1995 from Mr Vasos and Jan.of 1999 there will be 10 more infant reverse cord strangulations, that is a total of sixteen infant reverse cord deaths. These deaths in my opinion were easily preventable,in addition when the Window Covering Manufacturers were putting together the A.N.S.I. standards in 1995,infant reverse cord strangulation was omitted and was not mentioned in the A.N.S.I. standards. Even worse then that,the long,deadly,loose hanging, strangulation cords and chains responsible for all of the deaths will not be found in the A.N.S.I.standards.What will be found instead is so called safety tassels,and breakaway devices that leave two loose hanging cords. You will not find in the A.N.S.I. standards a warning"that if you remove the cord equalizer the cord will definately move in reverse when the blind is in the fully down position and create a reverse cord strangulation scenario".

I have always believed that the American Standards Institute stood for the highest standards of technology and safety standards. I would ask the Institute to remove the A.N.S.I.standard from the W.C.M.A.label .It is my opinion based on two years of research that the standards being set by the A.W,C.M Association are the very lowest as witness the four hundred infant and child strangulations deaths and the 29 year history and the failure of the window covering industry to find a solution to this deadly infant and child strangulation problem.
As an inventor I have been told by three different large Window Covering Manufacturers that one of my innovative products would not meet ANSI.standards .Thank God for that.

Like Mr Vasos,I will not be associated with this A.N.S.I.standard,never the less,when the consumer public reads on any mini blind label that this(unsafe)corded product meets A.N S.I. standards the public in my opinion is being deceived because they are not aware that the W.C.M.A. and the A.N.S.I.. committee,are one and the same.

I will no longer submit any innovative prototype to these W.C.M.A.members,even tho I believe I can solve the problems.

I am asking the Institute to wave any fees that I would have to pay in order to remove your excellent reputation from the W.C.M.A.corded products.These deadly corded shades and blinds should have been banned in 1981.

Thank you
Robert L Nevins
Ret.N.Y.City Firefighter.

WC 3131

0024555

Dear Anne the death records are incomplete for 1998 and 1999,

This year 2000, a child strangulation victim was brought to Georgetown University Hospital but I have not been able to find out the outcome. Date was Jan 24, 2000
On Jan 30, 2000  A 4 year old was strangled in blind cords in Illinois. Both strangulations are under investigation.

*Bob Nevin*

Deaths (& 1 Near) on
Cords that run through window blinds

| Date | Code | Location |
|---|---|---|
| 8/25/91 | 950224CCC2392 | Harris, MI |
| 8/12/93 | 940126HCC2056 | Ottawa, KS |
| ~~9/15/93~~ | 930924HCN2539 | Robinsdale, MN |
| ~~11/15/93~~ | ~~940421CCN1237~~ | ~~SunPrairie, WI~~ |
| 12/31/93 | 940103CWE5001 | Lakewood, CO |
| 7/29/94 | 940802CBB3669 | Auburn, WA |
| 5/21/96 | 960524CCC5190 | Auburn, WA |
| 10/26/96 | 961125CWE7249 | Rowlett, TX |
| 3/5/97 | 980113CCC2220 | Greenville, OH |
| 12/29/97 | 980112CCN0131 | Warsaw, IN |
| 8/18/98 | 980821CBB0662 | Duck, NC |
| 1/3/99 | 990325CCC0369 | Whiteville, NC |
| 1/16/99 | 990121CBB2205 | Roselle, IL |
| 11/13/91 | 920722HCC2207 | Port Huron, MI |
| 11/19/91 | 920722HCC2208 | Ann Arbor, MI |

16 ~~14~~ STRANGULATION DEATHS 1 NEAR MISS

About 80 million blinds are sold
per year. One half are imported (per
Ates Rush (WCMA) 3/31/94.

16
INFANT REVERSE CORD STRANGULATION DEATHS.  DELMAR, POLANGCASS

0024562

WC 3138

047