5/5/00

Peter Rush
— 212-294-2122
        2101 Peter
—      2124 Maria

0024021

→ Doesn't pass the choke test

\# Peter — 180 days to change
new production of imported
blinds
— for 6 months no internal
cord production
Alan — sticker label on outside
Fix w/ warning on
package

Fed ex type package?                **WC  2597**
Peter — if not installed at OEM
        3 million + on water
— 50,000 ordered on retrofit
        program w/ 2 weeks
— all that attended the mtg will
put into production
① can we get on shelves faster
② can we put fix in the boxes?
Alan — Recall to repair
— Imminent Hazard Issue
— Niemade — last mfgr of imp blinds
        (all) Alan
— Mexican                        (72)
— Existing Inventory (Problem)

094

EXHIBIT 19

**Blind Cords**

Recall to repair — 1-800# call a "Recall" to repair

As soon as internal cord fix is available it must be attached to (inserted in box) for all new production with CPSC approved instructions on what it is for and how to use it.

Vehicle to reannounce — old looped cords or

Inventory in stores must be fixed or fix inserted into or attached to boxes with instructions to prevent the type of death as occurred in Chicago (some new, some old blinds)

Posters in stores, preferably at cash registers

Pediatrician poster

Reinvigorated Information & Education campaign

6/2/2000
  ✳ buy new blind.

Peter — Can we advertise cordless

Alan — Yes
Peter — "Recall" a legal term
Alan — helps publisize — media understands
Peter — importers & retailers will resist. 90 days
    of products on sea
    40 million    — 3-4 million
  Alan — staple fix kit —
    Nien Made — biggest mfgr. of blinds
    imports some of their own —
    not importer of record
Peter — commit to make change over — get date
    w/in next week
    will talk to them about logistics.
Alan    Fix. Instructions. Warning on box

166

**WC   2591**

0024015

093