01-06-00 02:22PM



**MAIL BOXES ETC.**

# FAX TRANSMITTAL SHEET

Over 2,000 Centers World Wide To Serve You.

Transmitted Via:

MAIL BOXES ETC.
5110 Ridgefield Road
Bethesda, MD 20816

Our Mail Boxes Etc. Center is ready to assist you in the following areas*:

- Mail Receiving/Forwarding
- 24-hr. Mailbox Service With Street Address
- Money Orders
- Call-in MailCheck™ Service
- UPS® Authorized Shipping Outlet
- Ground, 2nd Day Air, Next Day Air Shipping via UPS and Other Carriers
- Packing, Shipping and Supplies
- Copies with 24-hr. Access Available
- MinuteMail®/Fax Network
- Stamps and Metered Mail
- Office Supplies
- Notary
- Business Cards and Stationery
- Rubber Stamps/Name Badges
- Telephone Messaging/Voicemail
- Passport Photos
- Etc., Etc., Etc.

*·Services Available at Most Locations.

☐ Urgent
☐ Confidential

If there are any problems with this transmission, please call

(301) 986-0564
Fax: (301) 986-0562

Date: 7/6/00       Time: 2:15pm
To: Maria Ungaro
Fax No.: 212-370-9047
From: Barb
Phone No.: _____
# of Pages (including this sheet): This pg. + 3
Message: Here's direction I would take in responding to CPSC on warning labels.

This facsimile may contain PRIVILEGED AND/OR CONFIDENTIAL INFORMATION intended only for the use of the addressee. If you are not the addressee, or the person responsible for delivering it to the person addressed, you may not copy or deliver this to anyone else. You are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you received this facsimile by mistake, please immediately notify us by telephone. Thank you.

WC 2347
0023771

116

EXHIBIT 20

Peter, Maria —

I would respond most formally and with Ira's help to reiterate to CPSC that

1) CPSC's internal delays are significant factor in not getting safety message out.

2) CPSC's proposed wording puts WCSC members in position of having to challenge if this is even a "reasonable risk of injury or harm" by stating ~~suggesting~~ product is unquestionably a danger and that consumer MUST install cord-stops.

In other words, suggest if they try for stronger language then they'll have to go to court to prove it.

0023774                   WC 2350

117

07-06-00  02:22PM                                                P02

1. WCSC wishes to register its dismay at CPSC's request for date when stickers will be placed on products in stores when it continually delays in getting staff comments to us. Current objections were prepared by CPSC on June 20 but not delivered to us for another 16 days ... a CPSC-induced delay of more than 2 weeks.

2. As Timothy Smith notes in point 1 of his 6/20 memo, if there is not one person that consumer can go to (and there is not) "ask your retailer should be acceptable." Many retailers do not have customer service desks ... or they are physically outside of purchasing area.

3. New sticker will have safety alert symbol.

4. Description of warning was reduced to focus on need to install cord stops. The more wording included, the more the message is lost. Smith acknowledges same, adding "a weaker description of the hazard may be OK."

0023772                                   WC  2348

118

07-06-00  02:22PM

5. Statements that the product "can strangle" are unacceptable from liability standpoint and in view of infrequency (14 vs 600 million or 1 billion products) is false, or misleading.

6. "You MUST install" suggests force of law that does not exist.

7. Change wording to:

   For free Safety Cord-Stop Kit
   Phone 1-800-506-4636 or
   ask your retailer

8. What about "ask retail clerk"? (this suggests asking w/in drapery dept, which is probably better choice)

0023773     WC 2349

119