

**VIDEO MONITORING SERVICES OF AMERICA, L.P.**

330 West 42nd Street
New York, New York 10036
(212) 736 2010
(212) 736-8396

| Los Angeles (323) 993 0111 | Chicago (312) 649 1131 | Philadelphia (215) 569-4390 | San Francisco (415) 543 3361 | Detroit (248) 352 9270 |
| Boston (617) 266-2121 | Dallas (972) 644-9696 | Washington (202) 393 7110 | Houston (713) 789-1635 | Miami (305) 576 3581 |
| Denver (303) 733-8000 | Hartford (860) 236-6662 | San Diego (619) 544 1860 | Phoenix (602) 957 7995 | Cleveland (216) 579 4103 |
| Baltimore (410) 418-4445 | | | | |

A *BURRELLES* Affiliate

## *Transcript*

DATE        November 1, 2000
TIME        4:00-5:00 PM
NETWORK     CNNfn
PROGRAM     Street Sweep

Natalie Allen reporting:

The Consumer Product Safety Commission has announced its largest ever product recall.  It involves half a billion horizontal window blinds sold in the last decade which could endanger a child's life.  The recall comes after reports of children being strangled to death.  The government says the cords in those window blinds are in need of repair.

# # #

*For a videocassette(TV) or audio cassette(radio) of this news segment contact your nearest VMS office.*

Material supplied by Video Monitoring Services of America, Inc. may only be used for internal review, analysis or research. Any publication, re-broadcast or public display for profit is forbidden.
NOTICE (c) Cable News Network, Inc 1999  All Rights Reserved  Prepared by Video Monitoring Services of America, Inc. which takes sole responsibility for the accuracy of transcription or reproduction

0010356

028

EXHIBIT 22

**WCSC Inner-Cord Talking Points    1-800-506-4636**

<u>Overview:</u>

**On November 1**, the U.S. Consumer Product Safety Commission (CPSC), in cooperation with the Window Covering Safety Council (WCSC), will announce a "**recall to repair**" all corded horizontal blinds and miniblinds. This is a **voluntary action** on the part of U.S. window covering industry.

This action was taken after discovering that if a horizontal blind or miniblind is *lowered but not locked into place,* infants can pull the inner cord free and around their necks.

The "recall to repair" resolves this problem by providing consumers with **free cord stops.** Cord stops are small donut-shaped rings to be knotted onto each window pull cord near the headrail. Once installed, they prevent the inner cord from coming loose to form a loop. (see illustration)

**Cord stops** -- along with safety tassels to eliminate looped cords on older window blinds and drapes -- are available **in free cord-safety kits** available from the Window Covering Safety Council. The kits can be obtained by phoning the WCSC **hotline at 1-800-506-4636.** Each kit includes enough cord stops and tassels for repairing four typical window blinds.

**New Blinds Unaffected** -- All corded horizontal blinds manufactured after September 15, 2000 have been redesigned to eliminate the inner-cord problem.

**Affected Blinds Still in Inventory Have Been Labeled & Retailers Have Cord Stops Available** -- Horizontal blinds manufactured before September 15, 2000, but still in retail inventory, have been labeled with warning stickers directing consumers to obtain cord-stops from the retailer where they are purchasing the blinds or from the WCSC hot line.

**For Older Blinds in Homes, Consumer Should Order Repair Kits from WCSC**

**The CPSC reports 16 children have accidentally strangled on inner cords since 1991.**
In total, approximately 130 window-cord deaths involving young children have been reported since 1991 (others involve pull cord loops or entanglements).

1

0009420

029

WCSC Inner-Cord Talking Points    1-800-506-4636

**Q. What's a "recall to repair"? Where do people take their recalled blinds?**

A. A "recall to repair" is a term used by the Consumer Product Safety Commission to describe the act of notifying consumers that a potential product hazarddefect has been discovered, and that a means of repairing it is being made available to consumers. Consumers should keep their blinds and phone 1-800-506-4646 to order a safety repair kit.

**Q. Explain the inner-cord danger.**

A. When a corded horizontal blind is lowered, but not locked into place, an infant or toddler may be able to grasp the inner cord and pull enough of it free to form a loop, which they could then put over their heads and accidentally strangle on. This can only happen if the blind is not locked into position and the child can reach the window cord. That's why it's so important to move cribs and furniture away from windows.

**Q. Exactly what types of window coverings are involved?**

A. The inner-cord problem involves all corded horizontal window blinds, including miniblinds.

**Q. How dangerous is this inner-cord hazard?**

A. The U.S. Consumer Product Safety Commission has reported 16 deaths from inner-cord hazards since 1991. The key is to make sure that children can't reach a window cord. By installing cord stops, the inner cord can not be pulled into a loop. Locking the cord into position when the blind is lowered also solves the problem.

**Q. I have newer miniblinds that do not have a looped pull cord. Are they affected?**

A. Yes. All corded horizontal blinds manufactured before September 15, 2000 are affected.

2

0009421

030

WCSC Inner-Cord Talking Points   1-800-506-4636

**Q. How are window covering manufacturers going to fix this problem?**

**A.** They already have. All horizontal blinds manufactured since September 15th of this year have been redesigned to eliminate the inner-cord problem. For blinds already in the home, consumers should phone the hot line for free repair kits.

**Q. What about horizontal blinds that are "new" on retail shelves, but were manufactured before the design change on September 15th?**

**A.** All horizontal blinds in retail inventory that are affected have been labeled, warning consumers of the need to install cord stops and directing consumers to obtain the cord stops from the retailer or by phoning the WCSC hot line. Many retailers have the free cord-stop kits on the premises.

**Q. What is a cord stop and what does it do?**

**A.** A cord stop is a small donut-shaped ring that is simply knotted onto each pull cord just below the headrail. The cord stop prevents the inner cord from being pulled free if the blind isn't locked into position.

**Q. How do I lock my blinds into position?**

**A.** Usually by moving the pull cords to the right until you hear a "click." Although each blind is different, whatever procedure you use to keep the blinds in place when they are partially lowered is the same procedure you use to lock the blinds when they are fully lowered. Many consumers, when lowering their blinds, let the window sill stop them. This does not lock them.

**Q. I don't have any children living in my home. Do I need to install cord stops?**

**A.** Probably not. However, if you have infants or toddlers who visit your home, you may wish to install cord stops. Be sure to lock your blinds into position and make sure all window cords are secured out of reach of children.

3

0009422

031

WCSC Inner-Cord Talking Points    1-800-506-4636

**Q. If there were deaths as far back as 1991 from this problem, why wasn't something done about it earlier?**

A. No one was actually aware of the problem until this year, when the Consumer Product Safety Commission did an in-depth investigation of past cord death reports and discovered the involvement of inner cords.

**Q. When did the CPSC notify the window covering industry of this hazard?**

A. The CPSC sent a letter to the WCSC in late 1999 saying they had discovered several inner-cord deaths.

**Q. How many inner-cord deaths have occurred this year?**

A. The CPSC currently has no reports of any inner-cord deaths during 2000. There were 3 reported inner-cord deaths in 1999, and 1 in 1998. Other inner-cord deaths reports from the CPSC show 2 in 1997, 2 in 1996, 1 in 1994, 3 in 1993, 1 in 1992, and 3 in 1991.

**Q. Have their been any common factors to the reported inner-cord deaths?**

A. Yes. All have involved infants or very young children (17 months or younger), whose cribs or beds were placed beneath a window and within reach of the blind. That's why it is so important to move cribs, beds, and all other furniture away from windows.

**Q. What's involved in installing cord stops?**

A. It's really very simply and only takes a few minutes. You do not have to remove your blinds. The procedure essentially consists of lowering your blind, locking it into place, then sliding a cord stop onto each pull cord and knotting it one to two inches below the headrail. The procedure is shown on the WCSC website at www.windowcoverings.org

**Q. If children are still strangling on window cords, shouldn't manufacturers try to make a safer product?**

4

0009423

032

**WCSC Inner-Cord Talking Points    1-800-506-4636**

A. They have. Since 1995, the window covering industry has continually redesigned window coverings to be safer, and has added numerous safety devices to improve their cord safety. In addition, the industry has developed a variety of cordless products -- cordless horizontal blinds, cordless vertical blinds, and cordless pleated shades.

**Q. If I install cords stops and secure all cords out of reach, can I then be assured by my children will be safe?**

A. Nothing is failsafe. Sometimes people forget to follow the basic rules of cord safety and place furniture near windows or forget to secure their blinds out of reach. To be as safe as possible, the Window Covering Safety Council recommends that individuals with young children consider replacing their corded window coverings with cordless products. A wide variety of cordless products are now available.

**Q. I'd like to eliminate any cord concerns by having cordless products, but aren't they prohibitively expensive?**

A. Not really. While cordless products are more expensive than corded window coverings, many cordless products are easily within the budget range of most families.

**Q. Who or what is the Window Covering Safety Council?**

A. The Window Covering Safety Council -- WCSC -- is a coalition of the major U.S. firms that manufacture, import or sell window coverings. Since its founding in 1994, the council has worked to :
  · educate Americans about potential window-cord hazards to children,
  · provide consumers with free cord-safety devices and information,
  · promote the industry's vigorous commitment to product quality and safety.

**Q. When I call the toll-free number to order the cord stops, what will happen?**

A. The toll-free number operates 24 hours a day. There is a recording and a simple set of prompts to follow to order the cord-safety kits. Consumers can order as many kits as needed without charge, as well as free tie-down devices to use on the pull cords of vertical blinds and other continuous loop products.

Each cord safety repair kit contains 8 cord stops, as well as 8 safety tassels. The safety tassels can be used to retrofit older (pre 1995) blinds and pleated shades with looped pull cords that should be eliminated. The 8 cord stops and 8 safety tassels will repair four

5

0009424

033

**WCSC Inner-Cord Talking Points    1-800-506-4636**

window coverings.

Instructions & the safety brochure are included with each order. You should receive your order in 2 weeks. Everything is free. The toll-free number is **1-800-506-4636**.
### 

6

0009425

034



VIDEO MONITORING
SERVICES
OF AMERICA L P

6430 West Sunset Blvd.
Los Angeles, CA 90028
(323) 993-0111
(323) 467-7540

| New York (212) 736-2010 | Chicago (312) 649-1131 | Philadelphia (215) 569-4590 | San Francisco (415) 543-3361 | Detroit (248) 352-5220 |
| Boston (617) 266-2121 | Dallas (972) 644-9696 | Washington (202) 393-7110 | Houston (713) 769-1635 | Miami (305) 822-4400 |
| Denver (303) 733-8000 | Hartford (860) 276-6662 | San Diego (619) 544-1860 | Phoenix (602) 957-7395 | Cleveland (216) 579-4103 |
| Baltimore (410) 419-4445 | | | | |

## Transcript

| DATE | November 1, 2000 |
|---|---|
| TIME | 4:00-5:00 PM |
| STATION | KABC-TV (ABC) Channel Seven |
| LOCATION | Los Angeles |
| PROGRAM | Eyewitness News at Four |

Michelle Tuzee, co-anchor:

We have an important warning about a potentially deadly item that could be in your home, horizontal window blinds. (Graphic: "Blind Recall"; blinds) Dozens of infants have been killed by the blinds, and now one of the biggest recalls in the nation's history is underway.

They make look harmless enough, but the cords on these window blinds can be killers for small children. (Visual: horizontal window blinds) In the past decade, one hundred and thirty children, from nine to seventeen months old, have been strangled by the cords. (Visual: baby doll hanging from blinds with cord around its neck)



The Consumer Products Safety Commission began investigating the blinds after the death of Hannah Beller of Virginia in 1998. Hannah's parents put the sixteen month old down for a nap. They thought the room was childproof, but it was not. (Visual: photos of Hannah Beller)

Eric Beller (Victim's Father): I went to wake her up, give her a bottle and go out to dinner, and when I opened the door in the room I saw her hanging from the, ya know, cord within the mini-blind thinking this was a nightmare that couldn't possibly be possible.

Tuzee: The cord that killed Hannah was not the end pull cord. Her parents had moved that out of the way. It was the inner cord that holds the slats in place.

Elizabeth Beller (Victim's Mother): I noticed that she was very blue, and he handed her to me and her head kind of fell back and there was this dark bruise around her neck and...so I knew at that point that she was dead.

Tuzee: Now the Consumer Products Safety Commission is recalling up to five hundred million horizontal blinds. Instead of returning them, consumers can get free repair

For a videocassette(TV) or audio cassette(radio) of this news segment contact your nearest VMS office.

Material supplied by Video Monitoring Services may only be used for internal review, analysis or research. Any publication, re broadcast or public display for profit is forbidden

0009294

035

VIDEO MONITORING SERVICES OF AMERICA, INC                                    Page: 2

kits to make the blinds safe.

The commission also recommends to make sure children cannot
reach the blind cords, never tie cords together to form a
loop and consider buying cordless window coverings.
(Graphic)

And if you have any questions about the blinds in your home
or if you would like to find out how to get that free
repair kit, you can log on to our Web site at abc7.com.
(Graphic: "www.abc7.com")

Marc Brown, co-anchor:

Wow.

# # #

0009295