# WINDOW COVERINGS INDUSTRY ASSUMES LEADERSHIP ROLE IN CONSUMER PRODUCT SAFETY

**By taking a pro-active role, the window coverings industry transforms itself into a consumer product safety advocate.**

It is hard to imagine an industry that has successfully adapted to more changes in five years than the U.S. window coverings industry.

Since 1995, the industry has redesigned virtually every major product line, spearheaded the development of an ANSI/WCMA product safety standard, created a nationally recognized consumer education program and hotline, and responded to two voluntary recall-to-repair actions of the U.S. Consumer Product Safety Commission (CPSC).

Along the way, the window coverings industry has managed to transform itself from a quiet and somewhat isolated business group to a high-profile participant and proponent in the consumer product safety arena. Perhaps the best example of this dramatic transformation came this year with the industry's decidedly pro-active role in the highly publicized recall to repair of corded horizontal blinds.

A *recall to repair* is a termed used the CPSC to describe the

> **By mid-summer, WCSC reported that all newly manufactured horizontal blinds would incorporate design measures or devices to eliminate any inner-cord concerns effective September 15th.**

act of notifying consumers that a potential product hazard or defect has been discovered, and that a means of repairing it is being made available to consumers.

## INNER-CORD FINDING

In late 1999, while conducting an in-depth investigation of window-cord strangulations, the CPSC discovered 16 deaths since 1991 had involved the inner or lift cord of horizontal blinds. Specifically, it was found that when a blind was lowered but not locked into position, infants and toddlers could grasp the unlocked inner cords, pull them into their cribs and around their necks.

Having uncovered this finding, the CPSC contacted the Window Covering Safety Council (WCSC) in the hopes that the industry would be able to design a retrofit device to eliminate the inner-cord problem. Working with product engineers from various member companies, WCSC responded with a simple donut-shaped cord stop that consumers could knot onto each pull cord just below the headrail.

Recognizing this was just the beginning of what would become a full-scale effort to redesign and retrofit horizontal blinds, industry representatives then began to develop new designs for incorporating the cord-stop function into future production. By mid-summer of 2000, WCSC reported to the CPSC that all newly manufactured horizontal blinds would incorporate design measures or devices to eliminate any inner-cord concerns, effective September 15th.

## RETROFIT PLANNING

To deal with the thousands of affected blinds still in retail inventory, manufacturers moved to develop warning labels that would be attached to inventory boxes informing consumers of the need to install cord stops, and their availability through the WCSC hotline or the retailer. The warning labels were printed and drop-shipped to major retailers around the country, along with packages of cord stops. WCSC-member retailers then scrambled to develop in-store signage for conspicuous placement in their individual stores.

By late October, the industry prepared for action. In a few short months, WCSC and its members had developed and produced thousands upon thousands of cord stops, warning labels, how-to illustrations, installation instructions, in-store signs, and collateral materials.

To handle the anticipated retrofit demand from consumers, WCSC ordered more than 1.5 million cord stops, packaging them together with safety tassels and instructions. The kits could then be used for installing cord stops as well as retrofitting pre-1995 blinds and shades still having looped pull cords.

The WCSC hotline fulfillment center was put on alert, with new explanatory scripts prepared and an inventory of cord-safety kits, installation instructions and window-cord safety brochures readied for distribution. At the same time, the WCSC Web site (www.windowcoverings.org) was totally redesigned to include cord stop information, retrofit illustrations and instructions. Additional feature materials also were included to meet anticipated consumer demand for more cord-safety information. Media releases, background information and statistical materials were prepared as well.

## NATIONWIDE ANNOUNCEMENT

On November 1, the CPSC and WCSC officially announced the recall to repair. CPSC Commissioner Ann Brown appeared on the *Today Show* to explain the recall to repair, and to demonstrate how cord stops could be easily installed. Both the WCSC and CPSC issued news releases to the media, and the CPSC distributed a video news release on the subject to television stations around the country.

Within hours, virtually every major media outlet in the country was carrying the story, urging consumers to call the

0004770

074

WCSC - 6

EXHIBIT 23

WCSC hotline to order the cord-safety repair kits. More than 50,000 consumer requests for cord-safety kits were received by the hotline within 24 hours of the announcement, while the WCSC Web site registered more than 670,000 hits.

In all, during the week that followed the November 1 announcement, the WCSC hotline handled nearly 100,000 requests for safety kits, while the Web site registered an incredible two million visits.

Months of industry preparation and planning were fittingly rewarded with one of the most effective and far-reaching consumer notifications in recent memory. Despite this success, the industry's effort to educate consumers on inner-cord safety has just begun.

## FUTURE PLANS

Over the next year, WCSC will undertake a nationwide information campaign to reiterate its cord-safety message to parents and caregivers. Feature articles, broadcast interviews, safety posters and additional cord-safety materials will be placed with parenting and general consumer publications; television and radio programs; pediatrician groups; safety organizations; public housing authorities, and child-care organizations. Consumers will learn of the need to install cord stops, as well as to childproof pre-1995 products by eliminating looped pull cords and installing safety tassels.

In addition, the WCSC will begin encouraging consumers to consider using cordless window coverings in children's rooms and any area of the home where children regularly play. As always, the primary rule of cord safety—moving cribs, beds and other furniture away from windows—will be emphasized repeatedly.

In continuing to carry its cord-safety message to consumers, the Window Covering Safety Council also is encouraging industry members to direct customers to its toll-

### HOW TO INSTALL CORD STOPS

The Window Covering Safety Council (WCSC) recently learned of a potential strangulation hazard stemming from the inner or lift cords of horizontal window blinds and shades manufactured before September 15, 2000.

The problem occurs when a corded window blind or shade is lowered, but not locked into position. This leaves a small amount of slack in the inner cord. Infants placed in cribs within reach of window blinds have reportedly been able to grasp the slackened inner cord, pull it into the crib and around their necks.

To address the situation, WCSC is now offering consumers cord stops in its free cord-safety kits for retrofitting all corded, horizontal blinds and shades. Cord stops can be quickly and easily installed.

To correctly position cord stops, lower the blind to the maximum length it will be used. Lock cords into position at the headrail. (Illustration 1)

Grasp one pull cord and create a loop just below the headrail. Slide the cord stop onto loop. (Illustration 2)

Holding the cord stop one to two inches below the headrail, insert the end of the pull cord through the loop to make a knot around the cord stop. (Illustration 3)

Make sure the cord stop is one to two inches below the headrail. Tighten the knot by pulling firmly on the pull cord. Repeat for each pull cord. (Illustration 4)



0004771

DWC December 2000    57

075

## ABOUT THE WINDOW COVERING SAFETY COUNCIL

The Window Covering Safety Council (WCSC) is the coalition of major U.S. manufacturers, importers and retailers of window coverings.

Since its founding in 1994, WCSC has remained steadfast in its mission to:
* Educate Americans about potential window-cord hazards to children.
* Provide consumers with free cord-safety devices and information.
* Promote the industry's continuing commitment to product quality and safety.

**WCSC-MEMBER COMPANIES:**

3-Day Blinds, Inc.
All-Strong Industries
All-Teck/Plastibec
Comfortex Corp.
Fingerhut Corp.
Hunter-Douglas, Inc.
JC Penney
Julius Koch USA Inc.
Kirsch
K Mart
Levolor Home Fashions Inc.
Lotus Windoware
Lowe's Companies
Marietta Drapery & Window Covering
Monarch Window Fashions

Montgomery Ward
Newell Window Furnishings
Nien Made
Novo Industries
Pier One Imports
Rollease, Inc.
Springs Industries
Superior Shade & Blinds Co., Inc.
Tehdex
Verosol USA Inc.
Vertilux
Vista Products
Wal-Mart Stores, Inc.
Window Concepts
Wilmar Industries

WCSC's 24-hour, toll-free telephone hotline for ordering free cord-safety devices, installation instructions and related safety information is (800) 506-4636. The WCSC also provides cord-safety information through its Web site at www.windowcoverings.org.

free hotline at (800) 504-4636 or to its Web site at www.windowcoverings.org.

Workroom owners, independent fabricators and retailers, installers and decorators needing information about retrofit devices, design requirements for horizontal blinds, compliance with the ANSI/WCMA safety standard or cord-safety materials for customers are encouraged to phone the WCSC headquarters at (212) 297-2122.



**Since 1994,** leading members of our industry have banded together to support a nationwide safety awareness campaign.

**WCSC** WINDOW COVERING SAFETY COUNCIL

**JOIN THE WCSC, TODAY!**

For more information
call:    (212) 297-2122
fax:     (212) 370-9047
web-site: www.windowcoverings.org

076

Circle No. 119 on Reader Information Card    0004772    WCSC · 8