**WINDOW COVERING SAFETY COUNCIL**

355 Lexington Avenue
17th Floor
New York, NY 10017-6603
Tel: 212 297-2122
Fax: 212 370-9047

April 18, 2001

Mr. Drew Bentley
President
Marietta Drapery & Window Coverings Co.
PO Box 569
Marietta, GA 30061-0569

Dear Drew:

The Window Covering Safety Council has signed a Voluntary Corrective Action Plan with the Consumer Product Safety Commission. As a member of the organization, your company is party to this agreement. The agreement (copy enclosed) commits on behalf of the industry a three-part program. Each part of the program must be implemented to fulfill the terms of the agreement. This program was undertaken by the industry to try to reduce the potential hazard created by corded window coverings when not properly cared for by the owners. As you know, three children have already died this year in window covering related accidents.

The program provides that in addition to product modifications for new products, the Window Covering Safety Council will distribute free, to individual consumers, retrofit kits for the inner cord issues as well as looped cords and vertical blind. In addition, WCSC must provide a proactive education and information program to the public to warn of potential hazards.

Until deaths from window coverings are at zero, the industry will continue to be under the threat of ongoing regulation. I am certain that Marietta Draperies continues to believe that its contribution of $2500 annually is an insignificant price in potentially preventing the death of a young child.

Sincerely,

Peter Rush
Executive Director



0011304

076

EXHIBIT 24