

Window Covering Safety Council
355 Lexington Avenue
New York, NY 10017-6603

Phone: 212.297.2122
Fax: 212.370.9047

www.windowcoverings.org

## ABOUT THE WINDOW COVERING SAFETY COUNCIL

The Window Covering Safety Council (WCSC) is a coalition of major U.S. manufacturers, importers and retailers of window coverings.

Since its founding in 1994, WCSC has been steadfast in its mission to educate Americans about potential window-cord hazards, to provide consumers with free cord-repair devices and safety information, and to promote the industry's commitment to product quality and safety.

Recognition of potential window-cord dangers to young children surfaced in late 1994, when the U.S. Consumer Product Safety Commission noticed an increasing number of children accidentally strangled in the looped pull cords of window blinds, shades and drapes.

To address the problem, the window covering industry immediately began redesigning its products, eliminating all looped pull cords on two-corded miniblinds and pleated shades manufactured after January 1, 1995. In addition, the industry established the Window Covering Safety Council.

By 1997, in conjunction with the Consumer Product Safety Commission, the industry developed an American National Standard that specifies performance criteria to reduce the possibility of cord strangulation.

In late 2000, it was discovered that if miniblinds and corded shades were lowered but not locked into position, the unlocked inner cords could be pulled partially free to form an unintentional cord noose.

To address this potential hazard, WCSC began to immediately offer free retrofit cord-stop repair kits to consumers, and the industry initiated design changes to ensure that cord-stops were automatically built into all affected products as of January 2001. Cord-stop requirements were also added to the ANSI/WCMA window-covering safety standard.

Design advances—such as cordless products, concealed mountings, spring-tempered slats, built-in valance headrails, and single control wands—have updated the look and safety of window coverings.

*(more)*

0014442

040

EXHIBIT 29

To raise consumer awareness of window-cord hazards and to educate the public about cord safety, WCSC regularly disseminates news releases, print and TV feature stories, brochures, safety posters and other public-service informational materials. The Council also works with child and safety groups, health professional organizations, housing authorities and other allied groups in developing cooperative cord-safety and education efforts.

WCSC sponsors a safety-information website at **www.windowcoverings.org**, where consumers can order free cord-repair kits and learn how to protect their children from potential cord hazards. Free repair kits and safety information can also be ordered through the WCSC toll-free phone line at **1-800-506-4636**.

## WCSC Member Companies

| | |
|---|---|
| 3 Day Blinds, Inc. | Levolor Kirsch |
| Achim Imports | Lewis Hyman Inc. |
| All Strong Industrial USA Corp. | Lotus & Windoware, Inc. |
| Big Lots Stores, Inc. | Main Fine USA |
| Blinds To Go | Next Day Blinds |
| C-MOR Shade Products Corp. | Pier One Imports |
| Chateau Enterprises Inc. | Richview by Tehdex |
| Comfortex Window Fashions | RollEase, Inc. |
| Custom Craft Company | Royal Window Coverings USA |
| Elegant Windows | Springs Window Fashions |
| Gilmore Enterprises Inc. | Superior Window Shades |
| Hunter Douglas Inc. | Target Corporate |
| Ikea U.S. | Value City Department Stores |
| JC Penney | Vertilux Ltd. |
| Julius Koch USA Inc. | Vista Products, Inc. |
| Kenny Manufacturing | Wal-Mart Stores, Inc |
| K-Mart Corporation | |