US Window Covering Market

*All numbers are estimates*

**UNITS in MILLIONS**

| YEAR | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | |
|---|---|---|---|---|---|---|---|---|
| New Production | 80 | 88 | 94 | 98 | 100 | 97 | 95 | 652 |
| Existing Product | 975 | 1,055 | 1,143 | 1,237 | 1,335 | 1,435 | 1,532 | |
| Total Units in the Market | 1,055 | 1,143 | 1,237 | 1,335 | 1,435 | 1,532 | 1,627 | |
| Reported Deaths | 17 | 11 | 12 | 7 | 79 | 11 | 10 | |
| Rating | 0.0000016% | 0.000010% | 0.000010% | 0.000005% | 0.000006% | 0.000007% | 0.000006% | |

Assumption: New production is applied to newly created windows as well as replacement of old window coverings

0005687

EXHIBIT 35