## US Window Coverings Market - 2002
### ALL NUMBERS ARE ESTIMATES

| | Annual Retail Sales Estimate | Est. Average Retail Price per Unit | Est Number of Corded Units Sold Annually | % of Units |
|---|---|---|---|---|
| Total Window Covering Market Annual Dollar Sales @ Retail | 7,100,000,000 | | | |
| Hard Window Covering Segment = 60% of Total WC | 4,260,000,000 | | | |
| Hard Custom Sales = 25% of Hard Total | 3,195,000,000 | 150 | 21,300,000 | 22% |
| Hard Ready Made Sales = 75% of Hard Total WC | 1,065,000,000 | 15 | 71,000,000 | 73% |
| Soft Window Covering Segment = 40% of Total | 2,840,000,000 | | | |
| Drapery Sales = 35% of Soft Total | 994,000,000 | | | |
| Curtain Sales = 35% of Soft Total | 994,000,000 | | | |
| Functional Shades = 20% of Curtain Sales | 198,800,000 | 150 | 1,325,333 | 1% |
| Hardware Sales = 30% of Soft Total | 852,000,000 | | | |
| Traverse Rod Sales = 15% of Hardware | 127,800,000 | 40 | 3,195,000 | 3% |
| Total Corded Products | 4,387,800,000 Retail Sales | 45 Avg $/# | 96,820,333 Est Unit Sales of Corded Products Annually | 100% |



0005689

050

EXHIBIT 36