**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

Documents maintained by the WCMA, in the normal course of business, which are responsive to this request will be made available for review at a mutually agreeable time and location.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce all documents upon which you relied to identify the risk of strangulation in corded window covering products prior to publication of the 1996 Standard.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

WCMA has searched its records, as kept in the ordinary course of business, and has not located correspondence responsive to this request.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce all documents upon which you relied to identify the risk of strangulation in corded window covering products between publication of the 1996 Standard and publication of the 2002 Standard.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

WCMA has searched its records, as kept in the ordinary course of business, and has not located documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 23:**

Please produce all documents sent to or received from ANSI that discuss or address your accreditation by ANSI as an accredited standards developer.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

Documents maintained by the WCMA, in the normal course of business, which are responsive to this request will be made available for review at a mutually agreeable time and location.