Burke & Bauermeister, P.L.L.C.
921 W. 6th Ave., Ste. 250
Anchorage, AK 99501
Phone: (907) 277-6177
Fax: (907) 277-6111
E-mail: bblaw@alaska.com
dcblaw@alaska.com

**UNITED STATES DISTRICT COURT**

**DISCTRICT OF ALASKA**

| | |
|---|---|
| THE ESTATE OF APRIL LYNN COX, Et al., ) ) ) Plaintiffs, ) ) vs. ) ) WINDOW COVERING ) MANUFACTURERS ASSOCIATION, ) ) Defendant. ) ) | 3:04-cv-00112 CV (JWS) |

**STATUS REPORT OF THE PARTIES**

COMES NOW plaintiff, by and through counsel, to file a written status notice with the court confirming what was orally stated to the court on Friday, September 5, 2008.

At that time plaintiff's counsel, with the permission of defense counsel Jameson Carroll who is representing the WCMA, informed the case management clerk that this case will not be tried. Defendant WCMA has made a final

settlement offer to plaintiff which is in the process of being considered. If that settlement offer is not accepted, the WCMA has made the decision that it will file bankruptcy in this matter which will result in an automatic stay of the litigation in this court.

Whether settlement is reached or declined, the parties will immediately inform the court when that decision is made.

RESPECTFULLY SUBMITTED this 9th day of September, 2008, at Anchorage, Alaska.

/s/Don C. Bauermeister
Counsel for Plaintiffs
ABA No: 8206005

I hereby certify that on this 9 September 2008, a copy of the foregoing document was served electronically on:

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young
DCT@delaneywiles.com
jaf@delaneywiles.com
usdcuser@delaneywiles.com

Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
Craylaw@aol.com
dlcraylaw@acs.alaska.net

Michael Weiss
King & Spalding LLP
191 Peachtree St.
Atlanta, GA 30303
Mweiss@KSLAW.com

Dan Quinn
Richmond & Quinn
dquinn@richmondquinn.com
cesary@richmondquinn.com

By: s/Don C. Bauermeister